# Exhibit 0001



September 18, 2013

**Received**

SEP 1 8 2013

Greg Bell
Lieutenant Governor

The Honorable Greg Bell
Utah Lieutenant Governor's Office
Utah State Capitol Building, Suite 220
Salt Lake City, UT 84114

RE: Count My Vote citizens' initiative petition application

Dear Lieutenant Governor Bell,

We, the sponsors of the Count My Vote citizens' initiative petition, herewith deliver our application for an initiative as required by Utah law.

Utah's historically high voter participation rate has declined dramatically in recent decades. Once top in the nation for turnout, Utah now consistently ranks near the bottom. Utah's current election system is the most restrictive in the nation. We believe it is antiquated, exclusionary, and unfair.

We are determined to increase participation and broaden engagement in Utah elections by modernizing its election system through a citizens' initiative petition. We believe modernizing our election system to give all Utah voters a voice in choosing candidates is the most important civic issue facing Utahns today.

We appreciate your service and look forward to your response.

Thank you,

Michael O. Leavitt

Stephen W. Owens

Norma W. Matheson

Rich McKeown

Gail Miller

www.countmyvoteutah.org    10 West 100 South, Suite 300, Salt Lake City, UT 84101 ■ (801) 537-0900 office ■ (801) 537-0901 fax ■ contact@countmyvoteutah.org

# Application for an Initiative or Referendum

Utah Code 20A-7-202



> **PLEASE NOTE:** A copy of the proposed law must be attached to this application along with a statement indicating whether or not signature gatherers will be paid for their services.

Please type or print

Application must be completed by five sponsors

## Sponsor Statement

I, __Michael O. Leavitt__ affirm that I am a resident of Utah and I have voted in a regular general election in Utah within the last three years.

Name of Sponsor (please type or print)

__1872 E. Laird Ave__
Residence Address

Sponsor's Signature

__Salt Lake City, UT 84108__        __(801) 538-5082__
City, State, Zip                    Phone Number

Subscribed and affirmed before me this __18__ day of __Sept__ 20 __13__

_Jaclyn Burt_
Notary Public

My commission expires __10-18-16__

Notary Public
**JACLYN BURT**
Commission #656556
My Commission Expires
October 18, 2016
State of Utah

## Sponsor Statement

I, __Norma W. Matheson__ affirm that I am a resident of Utah and I have voted in a regular general election in Utah within the last three years.

Name of Sponsor (please type or print)

__2253 E Hubbard Ave__
Residence Address

_Norma W. Matheson_
Sponsor's Signature

__Salt Lake City, UT 84108__        __(801) 582-4451__
City, State, Zip                    Phone Number

Subscribed and affirmed before me this __18__ day of __Sept.__ 20 __13__

_Jaclyn Burt_
Notary Public

My commission expires __10-18-16__

Notary Public
**JACLYN BURT**
Commission #656556
My Commission Expires
October 18, 2016
State of Utah

**To File this Form**
Mail or deliver to
Lieutenant Governor's Office
Utah State Capitol
Suite 220
Salt Lake City, UT 84114-2325
Fax (801) 538-1133
**For More Information call**
(801) 538-1041
1-800-995-VOTE (8683)
elections@utah.gov

**For Office Use Only**

☐ Entered
☐ Copied

# Received

SEP 18 2013

Greg Bell
Lieutenant Governor

Date Received

# Application for an Initiative or Referendum
## Utah Code 20A-7-202

| | Name of Organization |
|---|---|

---

## Sponsor Statement

I, __Stephen W. Owens__ affirm that I am a resident of Utah and I have voted in a
Name of Sponsor (please type or print) regular general election in Utah within the last three years.

__4708 Bron Breck St.__
Residence Address                                    Sponsor's Signature

__Holladay, UT 84117__          __(801) 910-3332__
City, State, Zip                      Phone Number

Subscribed and affirmed before me this __18__ day of __Sept.__ 20 __13__

_Jaclyn Burt_          My commission expires __10-18-16__
Notary Public

Notary Public
JACLYN BURT
Commission #656556
My Commission Expires
October 18, 2016
State of Utah

---

## Sponsor Statement

I, __Gail Miller__ affirm that I am a resident of Utah and I have voted in a
Name of Sponsor (please type or print) regular general election in Utah within the last three years.

__661 Saddle Hill Rd__
Residence Address                                    Sponsor's Signature

__Salt Lake City, UT 84103__          __(801) 563-4100__
City, State, Zip                      Phone Number

Subscribed and affirmed before me this __18__ day of __Sept.__ 20 __13__

_Jaclyn Burt_          My commission expires __10-18-16__
Notary Public

Notary Public
JACLYN BURT
Commission #656556
My Commission Expires
October 18, 2016
State of Utah

---

## Sponsor Statement

I, __Rich McKeown__ affirm that I am a resident of Utah and I have voted in a
Name of Sponsor (please type or print) regular general election in Utah within the last three years.

__560 E South Temple Street, #501__
Residence Address                                    Sponsor's Signature

__Salt Lake City, UT 84102__          __(801) 538-5082__
City, State, Zip                      Phone Number

Subscribed and affirmed before me this __18__ day of __Sept__ 20 __13__

_Jaclyn Burt_          My commission expires __10-18-16__
Notary Public

Notary Public
JACLYN BURT
Commission #656556
My Commission Expires
October 18, 2016
State of Utah

# DIRECT PRIMARY ELECTION

Received

SEP 1 8 2013

Greg Bell
Lieutenant Governor

1    **LONG TITLE**

2    **General Description:**

3         This Initiative amends Title 20A (Election Code) of the Utah Code to select political-

4    party nominees through a direct vote of the people in a regular primary election.

5    **Statement of Intent and Subject Matter:**

6         Utah's current system for nominating political candidates is deeply flawed.

7         This system's exclusionary structure has, for instance, contributed to a precipitous fall in

8    the state's voter participation rates. It authorizes a handful of political-party insiders to heavily

9    restrict candidates' access to the ballot and prevent the broader public from even considering

10    most candidacies for public office.  And its time and place restrictions preclude many Utahns—

11    military personnel, business travelers, missionaries, emergency responders, night-shift workers,

12    stay-at-home parents with small children—from any realistic opportunity to maintain consistent

13    involvement. Because only a small group is empowered to nominate candidates and permit ballot

14    access, a party's broader membership is disenfranchised and overall voter participation is

15    discouraged.

16         The existing system's uneven process for collecting and tabulating votes also greatly

17    increases the potential for significant election fraud and administration problems.

18         The People of Utah demand and deserve a better way of nominating political candidates

19    that both fosters greater participation and avoids voting irregularities.  To that end, this Initiative

20    replaces Utah's backward status quo with a direct primary election, which will enhance party

21    candidates' access to the primary-election ballot, improve voting opportunities for rank-and-file

22    party members, require political party nominees to show a sufficiently broad level of support in

23  order to appear on the general-election ballot, and ensure the integrity and reliability of the

24  election process through a uniformly administered state-run primary election.

25  **Highlighted Provisions:**

26      This Initiative:

27      ▪ Provides for a direct primary election to serve as the mechanism through which

28          political-party nominees for Utah's federal-, state-, and county-level public offices are

29          selected;

30      ▪ Establishes a signature-gathering process for political candidates to qualify to appear

31          on the ballot for the direct primary election; and

32      ▪  Enacts definitional changes and sets forth deadlines necessary to implement a direct

33          primary election and a related signature-gathering process.

34  **Monies Appropriated in this Initiative:**

35      None

36  **Utah Code Sections Affected:**

37      **ENACTS:**

38      ▪ **20A-9-405**, Utah Code Annotated 1953

39      **AMENDS:**

40      ▪ **20A-1-102**, as last amended by Laws of Utah 2013, Chapter 320

41      ▪ **20A-5-101**, as last amended by Laws of Utah 2011, Chapter 292

42      ▪ **20A-6-301**, as last amended by Laws of Utah 2012, Chapter 68

43      ▪ **20A-6-302**, as last amended by Laws of Utah 2013, Chapter 317

44      ▪ **20A-6-303**, as last amended by Laws of Utah 2011, Chapter 292

45      ▪ **20A-6-304**, as last amended by Laws of Utah 2011, Chapter 292

46   ■ **20A-6-305**, as last amended by Laws of Utah 2011, Chapter 292

47   ■ **20A-9-101**, as last amended by Laws of Utah 2007, Chapter 329

48   ■ **20A-9-201**, as last amended by Laws of Utah 2013, Chapters 145 and 317

49   ■ **20A-9-202**, as last amended by Laws of Utah 2013, Chapter 317

50   ■ **20A-9-403**, as last amended by Laws of Utah 2013, Chapter 317

51   ■ **20A-9-701**, as last amended by Laws of Utah 2011, Chapter 327

52 **Other Special Clauses:**

53   None

54 ————————————————————————————————————

55 *Be It Enacted by the People of the State of Utah:*

56

57   SECTION 1. **SECTION 20A-1-102 IS AMENDED TO READ:**

58   **20A-1-102. Definitions.**

59   ...

60   (62) "Primary convention" means the political party conventions [at which nominees for]

61 held during the year of the regular general election [are selected].

62   ...

63   (69) "Regular primary election" means the election on the fourth Tuesday of June of each

64 even-numbered year, to nominate candidates of political parties [and nonpolitical groups] and

65 candidates for non-partisan local school board positions to advance to the regular general

66 election.

67   ...

68

69        SECTION 2. **SECTION 20A-5-101** IS AMENDED TO READ:

70        **20A-5-101.   Notice of election.**

71        (1) On or before [February 15] November 15 in the year before each regular general

72        election year, the lieutenant governor shall prepare and transmit a written notice to each county

73        clerk that:

74            (a) designates the offices to be filled at the next year's regular general election;

75            (b) identifies the dates for filing a declaration of candidacy, and for submitting and

76        certifying nomination petition signatures under Section 20A-9-403, for those offices;

77            (c) includes the master ballot position list for [the current year and] the next year and the

78        year following as established under Section 20A-6-305; and

79            (d) contains a description of any ballot propositions to be decided by the voters that have

80        qualified for the ballot as of that date.

81            (2)(a) No later than [February 15] November 15 in the year before the regular general

82        election year, each county clerk shall:

83                (i) publish a notice: (A) once in a newspaper published in that county; and (B) as

84        required in Section 45-1-101; or

85                (ii)(A) cause a copy of the notice to be posted in a conspicuous place most likely

86        to give notice of the election to the voters in each voting precinct within the county; and (B)

87        prepare an affidavit of that posting, showing a copy of the notice and the places where the notice

88        was posted.

89            (b) The notice required by Subsection (2)(a) shall:

90                (i) designate the offices to be voted on in that election in that county, other than

91        local district offices; and

4

92          (ii) identify the dates for filing a declaration of candidacy for those offices.

93          ...

94

95          SECTION 3.  **SECTION 20A-6-301** IS AMENDED TO READ:

96          **20A-6-301.   Paper ballots -- Regular general election.**

97          (1) Each election officer shall ensure that:

98          (a) all paper ballots furnished for use at the regular general election contain:

99               (i) no captions or other endorsements except as provided in this section;

100               (ii) display no symbols, markings, or other descriptions of a political party or

101     group, except for a registered political party that has chosen to nominate its candidates in

102     accordance with Section 20A-9-403; and

103               (iii) feature no indication that a candidate for elective office has been nominated

104     by, has been endorsed by, or is in any way affiliated with a political party or group, unless the

105     candidate has been nominated by a registered political party in accordance with in accordance

106     with Subsection 20A-9-202(4) or Subsection 20A-9-403(5).

107          ...

108          (g) unaffiliated candidates, candidates not affiliated with a registered political party, and

109     all other candidates for elective office who were not nominated by a registered political party in

110     accordance with Subsection 20A-9-202(4) or Subsection 20A-9-403(5), are listed in one column

111     in the order specified under Section 20A-6-305, without a party circle, with the following

112     instructions printed at the head of the column: "All candidates not affiliated with a political party

113     are listed below. They are to be considered with all offices and candidates listed to the left. Only

114     one vote is allowed for each office.";

115          ...

116          (2) Each election officer shall ensure that:

117          (a) each person nominated by any <u>registered</u> political party <u>under Subsection 20A-9-</u>

118   <u>202(4) or Subsection 20A-9-403(5)</u> [or group of petitioners], and no other person, is placed on

119   the ballot:

120                    (i) under the <u>registered political party's</u> name and emblem, if any; or

121                    (ii) under the title of the <u>registered political</u> party [or group] as designated by

122   them in their certificates of nomination or petition, or, if none is designated, then under some

123   suitable title;

124          ...

125

126          SECTION 4. **SECTION 20A-6-302** IS AMENDED TO READ:

127          **20A-6-302.   Paper ballots -- Placement of candidates' names.**

128          (1) Each election officer shall ensure, for paper ballots in regular general elections, that:

129          (a) each candidate is listed by party<u>, if nominated by a registered political party under</u>

130   <u>Subsection 20A-9-202(4) or Subsection 20A-9-403(5)</u>;

131          (b) candidates' surnames are listed in alphabetical order on the ballots when two or more

132   candidates' names are required to be listed on a ticket under the title of an office; and

133          (c) the names of candidates are placed on the ballot in the order specified under Section

134   20A-6-305.

135          ...

136

137          SECTION 5. **SECTION 20A-6-303** IS AMENDED TO READ:

6

138    **20A-6-303.   Regular general election -- Ballot sheets.**

139    (1) Each election officer shall ensure that:

140    ...

141    (g) the party designation of each candidate who has been nominated by a registered

142    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5) is printed

143    immediately adjacent to the candidate's name; and

144    ...

145

146    SECTION 6.  **SECTION 20A-6-304** IS AMENDED TO READ:

147    **20A-6-304.   Regular general election -- Electronic ballots.**

148    (1) Each election officer shall ensure that:

149    ...

150    (g) the party designation of each candidate who has been nominated by a registered

151    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5) is displayed

152    immediately adjacent to the candidate's name; and

153    ...

154

155    SECTION 7.  **SECTION 20A-6-305** IS AMENDED TO READ:

156    **20A-6-305.   Master ballot position list -- Random selection -- Procedures --**

157    **Publication -- Surname -- Exemptions.**

158    ...

159    (2) The lieutenant governor shall:

7

160          (a) [at the beginning of each general election] by November 15 in the year before each

161    regular general election, conduct a random selection to establish the master ballot position list for

162    the [current year and] the next year and the year following in accordance with procedures

163    established under Subsection (2)(c);

164          (b) publish the master ballot position lists on the lieutenant governor's election website on

165    or before [February 1] November 15 in the year before each regular general election [year]; and

166          (c) establish written procedures for:

167               (i) the election official to use the master ballot position list; and

168               (ii) the lieutenant governor in: (A) conducting the random selection in a fair

169    manner; and (B) providing a record of the random selection process used.

170          ...

171

172          SECTION 8.  SECTION 20A-9-101 IS AMENDED TO READ:

173    **20A-9-101.  Definitions.**

174          (1)(a) "Candidates for elective office" means persons [selected by a registered political

175    party as party candidates] who file a declaration of candidacy under Section 20A-9-202 to run in

176    a regular general election for a federal office, constitutional office, multi-county office, or county

177    office.

178          (b) "Candidates for elective office" does not mean candidates for:

179               (i) justice or judge of court of record or not of record;

180               (ii) presidential elector;

181               (iii) any political party offices; and

182               (iv) municipal or local district offices.

8

183          …

184          (5) "Filing officer" means:

185          (a) the lieutenant governor, for:

186                    (i) [offices whose political division contains territory in two or more counties;

187                    (ii)] the office of United States Senator and United States Representative; and

188                    [(iii)] (ii) all constitutional offices;

189          (b) the county clerk, for county offices and local school district offices, and the county

190    clerk in the filer's county of residence, for multi-county offices;

191          (c) the city or town clerk, for municipal offices; and

192          (d) the local district clerk, for local district offices.

193          …

194

195          SECTION 9. **SECTION 20A-9-201** IS AMENDED TO READ:

196          **20A-9-201.  Declarations of candidacy -- Candidacy for more than one office or of**

197    **more than one political party prohibited with exceptions -- General filing and form**

198    **requirements -- Affidavit of impecuniosity.**

199          (1) Before filing a declaration of candidacy for election to any office, a person shall:

200          (a) be a United States citizen; [and]

201          (b) meet the legal requirements of that office[.]; and

202          (c) if seeking a registered political party's nomination as a candidate for elective office,

203    designate that registered political party as their preferred party affiliation on their declaration of

204    candidacy.

205          …

9

206      (4)(a) Except for presidential candidates, the form of the declaration of candidacy shall be

207  substantially as follows:

208           "State of Utah, County of _____

209           I, _____, declare my [~~intention of becoming a candidate~~] candidacy for the

210           office of _____, [~~as a candidate for~~] seeking the nomination of the _____ party,

211           which is my preferred political party affiliation. I do solemnly swear that: I will

212           meet the qualifications to hold the office, both legally and constitutionally, if

213           selected; I reside at _____ in the City or Town of _____, Utah, Zip Code _____

214           Phone No. _____; I will not knowingly violate any law governing campaigns and

215           elections; I will file all campaign financial disclosure reports as required by law;

216           and I understand that failure to do so will result in my disqualification as a

217           candidate for this office and removal of my name from the ballot. The mailing

218           address that I designate for receiving official election notices is _____.

219           _____

220           Subscribed and sworn before me this _____(month\day\year).

221           Notary Public (or other officer qualified to administer oath.)"

222      (b) An agent designated to file a declaration of candidacy under Section 20A-9-202 may

223  not sign the form described in Subsection (4)(a).

224      …

225

226  SECTION 10.  **SECTION 20A-9-202** IS AMENDED TO READ:

227  **20A-9-202.  Declarations of candidacy for regular general elections.**

228        (1)(a) Each person seeking to become a candidate for <u>an</u> elective office [for any county

229  office] that is to be filled at the next regular general election shall:

230        (i) file a declaration of candidacy in person with the [county clerk] <u>filing officer</u>

231  on or after [the second Friday in March] <u>November 15 in the year before the regular general</u>

232  <u>election year,</u> and before [5 p.m. on the third Thursday in March before the next regular general

233  election] <u>the candidate circulates nomination petitions under Section 20A-9-405;</u> and

234        (ii) pay the filing fee.

235    [(b) Each person intending to become a candidate for any legislative office or

236  multicounty office that is to be filled at the next regular general election shall:

237        (i) file a declaration of candidacy in person with either the lieutenant governor or

238  the county clerk in the candidate's county of residence on or after the second Friday in March

239  and before 5 p.m. on the third Thursday in March before the next regular general election; and

240        (ii) pay the filing fee.]

241    [(c)(i)] <u>(b)</u> Each county clerk who receives a declaration of candidacy from a candidate

242  for multicounty office shall transmit the filing fee and a copy of the candidate's declaration of

243  candidacy to the lieutenant governor within one working day after it is filed.

244    [(ii)] <u>(c)</u> Each day during the filing period, each county clerk shall notify the lieutenant

245  governor electronically or by telephone of [legislative] candidates who have filed in their office.

246    [(d) Each person seeking to become a candidate for elective office for any federal office

247  or constitutional office that is to be filled at the next regular general election shall:

248        (i) file a declaration of candidacy in person with the lieutenant governor on or

249  after the second Friday in March and before 5 p.m. on the third Thursday in March before the

250  next regular general election; and

11

251            (ii) pay the filing fee.]

252        [(e)] (d) Each person seeking the office of lieutenant governor, the office of district

253    attorney, or the office of president or vice president of the United States shall comply with the

254    specific declaration of candidacy requirements established by this section.

255        (2)(a) Each person intending to become a candidate for the office of district attorney

256    within a multicounty prosecution district that is to be filled at the next regular general election

257    shall:

258            (i) file a declaration of candidacy with the clerk designated in the interlocal

259    agreement creating the prosecution district on or after [the second Friday in March] November

260    15 in the year before the regular general election year, and before [5 p.m. on the third Thursday

261    in March before the next regular general election] the candidate circulates nomination petitions

262    under Section 20A-9-405; and

263            (ii) pay the filing fee.

264        (b) The designated clerk shall provide to the county clerk of each county in the

265    prosecution district a certified copy of each declaration of candidacy filed for the office of

266    district attorney.

267        (3)(a) [Within five working days of nomination]On or before 5 p.m. on the first Monday

268    after the third Saturday in April, each lieutenant governor candidate shall:

269            (i) file a declaration of candidacy with the lieutenant governor; [and]

270            (ii) pay the filing fee[.]; and

271            (iii) submit a letter from a candidate for governor who has received certification

272    for the primary-election ballot under Section 20A-9-403 that names the lieutenant governor

273    candidate as a joint-ticket running mate.

12

274       (b)[(i)] Any candidate for lieutenant governor who fails to <u>timely</u> file [within five

275    working days] is disqualified. [(ii)] If a lieutenant governor is disqualified, another candidate

276    shall [be nominated] <u>file</u> to replace the disqualified candidate.

277       ...

278

279       SECTION 11. **SECTION 20A-9-403** IS AMENDED TO READ:

280       **20A-9-403.  Regular primary elections.**

281       (1)(a) <u>Candidates for elective office that are to be filled at the next regular general</u>

282    <u>election shall be nominated in a regular primary election by direct vote of the people in the</u>

283    <u>manner prescribed in this section.</u> The fourth Tuesday of June of each even-numbered year is

284    designated as regular primary election day. <u>Nothing in this section shall affect a candidate's</u>

285    <u>ability to qualify for a regular general election's ballot as an unaffiliated candidate under Section</u>

286    <u>20A-9-501 or to participate in a regular general election as a write-in candidate under Section</u>

287    <u>20A-9-601.</u>

288       (b) Each registered political party that chooses to [use the primary election process to

289    nominate some or all] <u>have the names</u> of its candidates <u>for elective office featured with party</u>

290    <u>affiliation on the ballot at a regular general election</u> shall comply with the requirements of this

291    section <u>and shall nominate its candidates for elective office in the manner prescribed in this</u>

292    <u>section.</u>

293       <u>(c) A filing officer may not permit an official ballot at a regular general election to be</u>

294    <u>produced or used if the ballot denotes affiliation between a registered political party or any other</u>

295    <u>political group and a candidate for elective office who was not nominated in the manner</u>

296    <u>prescribed in this section or in Subsection 20A-9-202(4).</u>

297        (d) Unless noted otherwise, the dates in this section refer to those that occur in each even-

298    numbered year in which a regular general election will be held.

299        (2)(a) [As a condition for using the state's election system, each] Each registered political

300    party [that wishes to participate in the primary election], in a statement filed with the lieutenant

301    governor, shall:

302            (i) either declare their intent to participate in the next regular primary election or

303    declare that the registered political party chooses not to have the names of its candidates for

304    elective office featured on the ballot at the next regular general election;

305            (ii) if the registered political party participates in the upcoming regular primary

306    election, identify one or more registered political parties whose members may vote for the

307    registered political party's candidates and whether or not persons identified as unaffiliated with a

308    political party may vote for the registered political party's candidates; and

309            (iii) [certify that information to the lieutenant governor no later than 5 p.m. on

310    March 1 of each even-numbered year] if the registered political party participates in the

311    upcoming regular primary election, indicate whether it chooses to nominate unopposed

312    candidates without their name appearing on the ballot, as described under Subsection (5)(c).

313        (b) A registered political party that is a continuing political party must file the statement

314    described in Subsection (2)(a) with the lieutenant governor no later than 5 p.m. on November 15

315    of each odd-numbered year. An organization that is seeking to become a registered political

316    party under Section 20A-8-103 must file the statement described in Subsection (2)(b) no later

317    than 5 p.m. on February 15.

318        (c) By 5 p.m. on the first Wednesday after the third Saturday in April of each even-

319    numbered year, the lieutenant governor shall send the county clerks a certified list of the names

14

320    ~~of all statewide candidates, multicounty candidates, or single-county candidates that shall be~~

321    ~~printed on the primary ballot and the order the candidates are to appear on the ballot in~~

322    ~~accordance with Section 20A-6-305.~~

323    ~~(d) Except for presidential candidates, if a registered political party does not wish to~~

324    ~~participate in the primary election, it shall submit the names of its county candidates to the~~

325    ~~county clerks and the names of all of its candidates to the lieutenant governor by 5 p.m. on May~~

326    ~~30 of each even-numbered year.~~

327        (3)(a) Except as provided in Subsection (3)(e), a person who has submitted a declaration

328    of candidacy under Section 20A-9-202 shall appear as a candidate for elective office on the

329    regular primary ballot of the registered political party listed on the declaration of candidacy only

330    if the person is certified by the appropriate filing officer as having submitted a set of nomination

331    petitions that was:

332            (i) circulated and completed in accordance with Section 20A-9-405; and

333            (ii) signed by at least two percent of the registered political party's members who

334    reside in the political division of the office the person seeks.

335        (b) A candidate for elective office shall submit nomination petitions to the appropriate

336    filing officer for verification and certification no later than 5 p.m. on the final day in March.

337    Candidates may supplement their submissions at any time on or before the filing deadline.

338        (c) The lieutenant governor shall determine for each elective office the total number of

339    signatures that must be submitted under Subsection (3)(a)(ii) by counting the aggregate number

340    of persons residing in each elective office's political division who have designated a particular

341    registered political party on their voter registration forms as of November 1 of each odd-

15

342     numbered year. The lieutenant governor shall publish this determination for each elective office

343     no later than November 15 of each odd-numbered year.

344          (d) The filing officer shall:

345               (i) verify signatures on nomination petitions in a transparent and orderly manner;

346               (ii) for all qualifying candidates for elective office who submitted nomination

347     petitions to the filing officer, issue certifications referenced in Subsection (3)(a) no later than 5

348     p.m. on the first Monday after the third Saturday in April;

349               (iii) consider active and inactive voters eligible to sign nomination petitions;

350               (iv) consider a person who signs a nomination petition a member of a registered

351     political party for purposes of Subsection 3(a)(ii) if the person has designated that registered

352     political party as their preferred party affiliation on their voter registration form prior to 5 p.m.

353     on the final day in March; and

354               (v) utilize procedures described in Section 20A-7-206.3 to verify submitted

355     nomination petition signatures, or use statistical sampling procedures to verify submitted

356     nomination petition signatures pursuant to rules issued by the lieutenant governor under

357     Subsection (3)(f).

358          (e) Notwithstanding any other provision in Subsection (3), a candidate for lieutenant

359     governor may appear on the regular primary ballot of a registered political party without

360     submitting nomination petitions if the candidate files a declaration of candidacy and complies

361     with Subsection 20A-9-202(3).

362          (f) The lieutenant governor shall issue rules that provide for the use of statistical sampling

363     procedures for filing officers to verify signatures under Subsection (3)(d). The statistical

364     sampling procedures shall reflect a *bona fide* effort to determine the validity of a candidate's

16

365    entire submission, using widely recognized statistical sampling techniques. The lieutenant

366    governor may also issue supplemental rules and guidance that provide for the transparent,

367    orderly, and timely submission, verification, and certification of nomination petition signatures.

368         (g) The county clerk shall:

369              [(a)] (i) review the declarations of candidacy filed by candidates for local boards

370    of education to determine if more than two candidates have filed for the same seat;

371              [(b)] (ii) place the names of all candidates who have filed a declaration of

372    candidacy for a local board of education seat on the nonpartisan section of the ballot if more than

373    two candidates have filed for the same seat; and

374              [(c)] (iii) determine the order of the local board of education candidates' names on

375    the ballot in accordance with Section 20A-6-305.

376         (4)(a) By 5 p.m. on the first Wednesday after the third Saturday in April, the lieutenant

377    governor shall provide to the county clerks:

378              (i) a list of the names of all candidates for federal, constitutional, multi-county,

379    and county offices who have received certifications under Subsection (3), along with instructions

380    on how those names shall appear on the primary-election ballot in accordance with Section 20A-

381    6-305; and

382              (ii) a list of unopposed candidates for elective office who have been nominated by

383    a registered political party under Subsection (5)(c) and instruct the county clerks to exclude such

384    candidates from the primary-election ballot.

385         (b) a candidate for lieutenant governor and a candidate governor campaigning as joint-

386    ticket running mates shall appear jointly on the primary-election ballot.

17

387       (c) After the county clerk receives the certified list from [a registered political party] the

388  lieutenant governor under Subsection (4)(a), the county clerk shall post or publish a primary

389  election notice in substantially the following form: "Notice is given that a primary election will

390  be held Tuesday, June _____, _____(year), to nominate party candidates for the parties [and

391  nonpartisan offices] and candidates for non-partisan local school board positions listed on the

392  primary ballot. The polling place for voting precinct _____ is _____. The polls will open at 7 a.m.

393  and continue open until 8 p.m. of the same day. Attest: county clerk."

394       (5)(a) Candidates, other than presidential candidates, receiving the highest number of

395  votes cast for each office at the regular primary election are nominated by their registered

396  political party [or nonpartisan group] for that office or are nominated as a candidate for a non-

397  partisan local school board position.

398       (b) If two or more candidates, other than presidential candidates, are to be elected to the

399  office at the regular general election, those party candidates equal in number to positions to be

400  filled who receive the highest number of votes at the regular primary election are the nominees

401  of their party for those positions.

402       (c) A candidate who is unopposed for an elective office in the regular primary election of

403  a registered political party is nominated by the party for that office without appearing on the

404  primary ballot, provided that the party has chosen to nominate unopposed candidates under

405  Subsection (2)(a)(iii). A candidate is "unopposed" if no person other than the candidate has

406  received a certification under Subsection (3) for the regular primary election ballot of the

407  candidate's registered political party for a particular elective office.

408       ...

409

18

410          SECTION 12.  SECTION **20A-9-405** IS ENACTED TO READ:

411          **20A-9-405.  Nomination petitions for regular primary elections.**

412          (1) This section shall apply to the form and circulation of nomination petitions for regular

413   primary elections described in Subsection 20A-9-403(3)(a).

414          (2) A candidate for elective office, and the agents of the candidate, may not circulate

415   nomination petitions until the candidate has submitted a declaration of candidacy in accordance

416   with Subsection 20A-9-202(1).

417          (3) The nomination petitions shall be in substantially the following form:

418          (a) The petition shall be printed on paper 8-1/2 inches long and 11 inches wide;

419          (b) The petition shall be ruled with a horizontal line ¾ inch from the top, with the space

420   above that line blank for purposes of binding;

421          (c) The petition shall be headed by a caption stating the purpose of the petition and the

422   name of the proposed candidate;

423          (d) The petition shall feature the word "Warning" followed by the following statement in

424   no less than eight-point, single leaded type: "It is a class A misdemeanor for anyone to

425   knowingly sign a certificate of nomination signature sheet with any name other than the person's

426   own name or more than once for the same candidate or if the person is not registered to vote in

427   this state and does not intend to become registered to vote in this state before signatures are

428   certified by a filing officer.";

429          (e) The petition shall feature ten lines spaced one-half  inch apart and consecutively

430   numbered one through ten.

431          (f) The signature portion of the petition shall be divided into columns headed by the

432   following titles:

19

433                    (i) Registered Voter's Printed Name;

434                    (ii) Signature of Registered Voter;

435                    (iii) Party Affiliation of Registered Voter;

436                    (iv) Birth Date or Age (Optional);

437                    (v) Street Address, City, Zip Code; and

438                    (vi) Date of Signature.

439          (e) A photograph of the candidate may appear on the nomination petition.

440          (4) If one or more nomination petitions are bound together, a page shall be bound to the

441   nomination petition(s) that features the following printed verification statement to be signed and

442   dated by the petition circulator:

443                    "Verification

444                    State of Utah, County of _____

445                    I, _____, of _____, hereby state under that:

446                    I am a Utah resident and am at least 18 years old;

447                    All the names that appear on the signature sheets bound to this page were, to the

448                    best of my knowledge, signed by persons who professed to be the persons whose

449                    names appear on the signature sheets, and each of them signed the person's name

450                    on the signature sheets in my presence;

451                    I believe that each has printed and signed the person's name and written the

452                    person's street address correctly, and that each signer is registered to vote in Utah

453                    or will register to vote in Utah before the county clerk certifies the signatures on

454                    the signature sheet."

455       (5) The lieutenant governor shall prepare and make public model nomination petition

456   forms and associated instructions.

457       (6) A nomination petition circulator must be 18 years old and a resident of the State, but

458   may affiliate with any political party.

459       (7) It is unlawful for any person to:

460       (a) knowingly sign the nomination petition sheet described in Subsection (3):

461            (i) with any name other than the person's own name;

462            (ii) more than once for the same candidate; or

463            (iii) if the person is not registered to vote in this state and does not intend to

464   become registered to vote in this state prior to 5 p.m. on the final day in March.

465       (b) sign the verification of a certificate of nomination signature sheet described in

466   Subsection (4) if the person:

467            (i) does not meet the residency requirements of Section 20A-2-105;

468            (ii) has not witnessed the signing by those persons whose names appear on the

469   certificate of nomination signature sheet; or

470            (iii) knows that a person whose signature appears on the certificate of nomination

471   signature sheet is not registered to vote in this state and does not intend to become registered to

472   vote in this state.

473       (c) pay compensation to any person to sign a nomination petition.

474       (d) pay compensation to any person to circulate a nomination petition, if the

475   compensation is based directly on the number of signatures submitted to a filing officer rather

476   than on the number of signatures verified or on some other basis.

477       (e) Any person violating this Subsection (7) is guilty of a class A misdemeanor.

478      (8) Withdrawal of petition signatures shall not be permitted.

479      ...

480

481      SECTION 13.  SECTION **20A-9-701** IS AMENDED TO READ:

482      **20A-9-701.   Certification of party candidates to county clerks – Display on ballot.**

483      (1) No later than August 31 of each regular general election year, the lieutenant governor

484      shall certify to each county clerk the names of each candidate nominated under Subsection 20A-

485      9-202(4) or Subsection 20A-9-403(5) [, including candidates for president and vice-president,

486      certified by each registered political party as that party's nominees] for offices to be voted upon

487      at the regular general election in that county clerk's county.

488      (2) The names shall be certified by the lieutenant governor and shall be displayed on the

489      ballot as they are provided on the candidate's declaration of candidacy. No other names may

490      appear on the ballot as affiliated with, endorsed by, or nominated by any other registered

491      political party, political party, or other political group.

492      ...

493

494                    END OF DIRECT PRIMARY ELECTION INITIATIVE

Persons gathering signatures for the petition may be paid for doing so.

22