# Exhibit 0002

# Political Issues Committee Statement of Organization

## PIC Information

| Name | Also known as | Ballot Proposition | Ballot Position |
|---|---|---|---|
| Alliance for Good Government | | Count My Vote | For |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |

**Date Created**
11/7/2011

## Information about the Primary Officers

### Name of PIC Primary Officer 1

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| LaVarr | | Webb | | Chair |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |

| Telephone Number | Email | Occupation |
|---|---|---|
| (801) 537-0900 | lwebb@exoro.com | Communications Consultant |

### Name of PIC Primary Officer 2

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| Rich | | McKeown | | Chair |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 299 South Main Street | 2300 | Salt Lake City | UT | 84111 |

| Telephone Number | Email | Occupation |
|---|---|---|
| (801) 538-5082 | | Consultant |

## Information about the Chief Financial Officer or Treasurer

### Name of the PIC Chief Financial Officer or Treasurer

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| Maura | | Carabello | | Chief Financial Officer |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |

| Telephone Number | Email | Occupation |
|---|---|---|
| (801) 537-0900 | maura@exoro.com | Communications Consultant |

| Business Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |

## Information about all other Officers

### Name of additional PIC Officer

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| Taylor | D | Morgan | | Executive Director |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |

### Name of additional PIC Officer

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| Lindsay | | Zizumbo | | Executive Director |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 10 West 100 South | 300 | Salt Lake City | UT | 84101 |