# Exhibit 0003

# Political Action Committee Statement of Organization

## PAC Information

| | | | | |
|---|---|---|---|---|
| **Name** <br> CMV PAC | | | **Also known as** <br> Count My Vote | |
| **Street Address** <br> 1311 E Maple Park Ct | **Suite/PO Box** | **City** <br> Draper | **State** <br> UT | **Zip** <br> 84020 |
| **Date Created** <br> 1/15/2016 | | | | |

## Information about the Primary Officers

### Name of Primary Officer 1

| | | | | |
|---|---|---|---|---|
| **First** <br> Val | **Middle** | **Last** <br> Oveson | **Suffix** | **Title** <br> Treasurer |
| **Street Address** <br> 2125 S 900 E | **Suite/PO Box** | **City** <br> Bountiful | **State** <br> UT | **Zip** <br> 84010 |
| **Telephone Number** <br> (801) 718-1400 | **Email** <br> val@oveson.co | **Occupation** <br> Accountant | | |

### Name of Primary Officer 2

| | | | | |
|---|---|---|---|---|
| **First** <br> Rich | **Middle** | **Last** <br> Mckeown | **Suffix** | **Title** <br> Director |
| **Street Address** <br> 2750 E Cottonwood Parkway | **Suite/PO Box** <br> 100 | **City** <br> Cottonwood Heights | **State** <br> UT | **Zip** <br> 84121 |
| **Telephone Number** <br> (801) 538-5082 | **Email** | **Occupation** <br> Executive | | |

## Information about the Chief Financial Officer or Treasurer

### Name of the PAC Chief Financial Officer or Treasurer

| | | | | |
|---|---|---|---|---|
| **First** <br> Val | **Middle** | **Last** <br> Oveson | **Suffix** | **Title** <br> Treasurer |
| **Street Address** <br> 2125 S 900 E | **Suite/PO Box** | **City** <br> Bountiful | **State** <br> UT | **Zip** <br> 84010 |
| **Telephone Number** <br> (801) 718-1400 | **Email** <br> val@oveson.co | **Occupation** <br> Accountant | | |
| **Business Address** <br> 2125 S 900 E | **Suite/PO Box** | **City** <br> Bountiful | **State** <br> UT | **Zip** <br> 84010 |

### Information about all other Officers

#### Name of additional PAC Officer

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| Taylor | | Morgan | | Director |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 1311 E Maple Park Ct | | Draper | UT | 84020 |

#### Name of additional PAC Officer

| First | Middle | Last | Suffix | Title |
|---|---|---|---|---|
| David | | May | | Officer |

| Street Address | Suite/PO Box | City | State | Zip |
|---|---|---|---|---|
| 8845 S Capella Way | | Sandy | UT | 84093 |