# Exhibit 0005

MENU

# GOOD NOTES

Voices of U of U Health

Subscribe Now

# Why my family supports a state-of-the-art hospital in West Valley — and why you should, too

Jul 02, 2025

*This op-ed was originally published in The Salt Lake Tribune.*

**By Lisa Eccles**

Together, we have the chance to be part of something truly extraordinary.

Last year, University of Utah President Taylor Randall galvanized our family around yet another bold vision: to build the university's first off-campus hospital in the heart of West Valley.

Here's the why:

We all know that West Valley is Utah's second-largest urban center, a growing community with young, hardworking people full of promise. Investing here means investing in progress, innovation and the well-being of families and neighborhoods.

But we also know that West Valley and neighboring west-side communities face serious health disparities that can no longer be ignored. According to University Health data, the life expectancy of those living west of I-15 is nearly 10 years lower than those living in east-side communities.

Equally shocking, analysts have found that West Valley residents experience twice the rate of heart disease-related deaths, a 43% higher rate of diabetes and a 27% greater prevalence of stroke than residents of Salt Lake County as a whole.

Health disparities such as these often stem from numerous complicated factors. These social determinants of health can range from housing and food insecurity to neighborhood safety and unhealthy environments.

Still, the imbalance is not only unfair, but it is just plain unacceptable in a state where we enjoy such prosperity. Surely, we thought, we as a community — as a state — can do better.

Now, we will.



(Francisco Kjolseth | The Salt Lake Tribune) The University of Utah is building a new hospital in West Valley City at 3750 South 5600 West, pictured March 29, 2024.

This world-class teaching hospital will expand access to health care by bringing the U.'s top medical experts and brightest students to West Valley, meeting the needs of west-side communities right where they are.

When it opens in 2029, the cutting edge 800,000-square-foot facility will house 100 hospital beds, 200 exam rooms, an emergency room and specialty clinics for women's health, pediatrics, urgent care, internal medicine and more. It will even have a helipad to transport the acutely ill to the main University Hospital for those times when minutes matter.

We are especially energized by the enhanced cardiovascular unit since heart disease leads to more deaths than anything else in this community, in our state and in our country (and why, over the past 50 years, our family has heavily invested in the U.'s Nora Eccles Harrison Cardiovascular Research and Training Institute).

Each year, west-side community members drive more than 12 million miles to receive University of Utah Health services. Expanding access to quality health care to westside residents will, without a doubt, improve health and extend and save lives.

But wait, as they say, there's more.



A conceptual rendering of the University of Utah Eccles Health Campus and Eccles Hospital in West Valley, viewed from the northeast.

This state-of-the-art project — driven by community partnership between the U. and West Valley residents — will also bring 2,000 new jobs and spur the local economy.

Within these walls, community members will be able to take certification classes that will launch new careers and open doors of opportunity. Medical students will be able to engage in hands-on training and learn from their patients.

Additionally this hospital will become an anchor in the community, with beautiful, versatile spaces that can be used for everything from nutrition demonstrations to CPR classes.

It really is the complete package: excellent health care, skilled jobs, medical training opportunities and a warm and inviting gathering place the whole community can use and be proud of for years to come.

This innovative, holistic approach that President Randall laid out immediately resonated with our family. It's something the university has never done before and which we believe will become a model for the nation.

Which is why we're doubling down on our commitment to this project and the partnership with West Valley residents. And why west-side communities including Kearns, Taylorsville, West Jordan, Magna and beyond are rallying around this hospital as well.



A conceptual rendering of the University of Utah Eccles Health Campus and Eccles Hospital in West Valley, showing the main entrance at night.

On a blustery, snowy day in March, Nancy Drozdek drove 17 miles on icy roads from her home in West Valley to Presidents Circle at the University of Utah. Nancy made that drive because she wanted to be there when we announced our support of this project — a $75 million gift, the largest in our foundation's history.

Nancy has spent many months as part of a community planning committee to help shape what this hospital can be. She believes this new hospital will be transformative for her family and the place she's called home for the last 20 years.

"This is so monumental and so emotional," Nancy said with tears in her eyes. "It's just amazing to have this [hospital] over on the west side."

I'm thrilled that Nancy will join us again this week as we celebrate at a ceremonial groundbreaking — and we hope you will, too.

We can't wait to get started on something truly extraordinary — together.



## Lisa Eccles

Lisa Eccles is the president and chief operating officer of the George S. and Dolores Doré Eccles Foundation. She directs the foundation's operations and statewide grant-making programs that process more than 300 funding requests annually and award grants totaling $20-$30 million each year. While ensuring the foundation's careful consideration of every application received, along with the stewardship of grants awarded, she also oversees and personally represents the foundation's charitable activities throughout Utah and nationally.

A graduate of the University of Utah, Lisa brings valued perspectives to her leadership not only from her advisory roles in academia, business and the non-profit sectors, but also from her decades-long association with the foundation. Lisa carefully balances the need to foster innovations in state-of-the-art philanthropy, while remaining mindful of the traditions that give the foundation its remarkable, lasting presence in Utah's charitable community.

## U of U Health

- About U of U Health
- Community
- Health Sciences Workforce Excellence
- Institutional Research
- Jobs
- Patient Care
- Schools & Colleges

## Resources

- Disclaimer
- Map & Directions
- Non-Discrimination Policy
- Webmaster

