# Exhibit 0006

Deseret News | Deseret Magazine

**☰ DeseretNews.**

Latest | Politics | Utah ▾ | Sports ▾ | More ▾     🔍 | **SIGN IN**

# Utah Chamber elects new chairman He aims to build a strong coalition for businesses in state

Published: Feb 3, 2000, 12:00 a.m. MST

 VIEW COMMENTS     SHARE

**By Deseret News, Genelle Pugmire, staff writer**

PROVO -- Steve Densley will be busy this year dealing with "healthy" issues -- such as how much small businesses will have to pay if potential health-care mandates are put into effect.

That will be part of his charge as the new chairman of the board for the Utah State Chamber of Commerce. He was elected to the post this past week in Salt Lake City at the chamber's association meeting.Densley, president of the Provo-Orem Chamber of Commerce, will head up the organization in 2000.

The state group is made up of some 52 chambers throughout Utah.

"I'm really looking forward to building a stronger statewide coalition among the business community and to encourage each community to get actively involved in issues that impact business," Densley said.

"I'm excited about it. We've got a good group across the state."

9/16/25, 9:32 AM
Utah Chamber elects new chairman: BR? He aims to build a 4-13a coalition for businesses in state - Deseret News

Case 2:25-cv-00909-JCB   Document 1-7   Filed 10/14/25   PageID.208   Page 3 of 7

Densley, who considers himself a lobbyist for the pro-business organization, said issues being discussed at the Legislature could change the way business is done in Utah.

Both small and large business could be affected, he said.

"One of the top issues is health-care mandates. The cost to small business could be a small fortune and could cause small business to cut benefits or drop them altogether," Densley said.

Other issues being monitored include proposals to tax Web-based sales.



**View Comments**

Gov. Mike Leavitt's suggestion to repeal the food tax also is being watched, he said.

Densley, who was asked to run in the lieutenant governor's slot in 1992, has served on the state board for several years and served as its chairman in 1992.

He serves on 27 boards of various organizations in the state and nationally.

---

## Utah Today

Get all the news that's happening in the Beehive State in one place, as well as major national and world news that you value.

| Email Address | → |

By signing up, you agree to our Privacy Notice and European users agree to the data transfer policy.

---

## Recommended For You

Based on your interests



**Senior missionary from Utah serving in Missouri dies in accident**



**What Steve Young said about Jerry Jones, the Hall of Fame and Aaron**



**This ACC-bound cornerback has flipped his commitment to BYU**



**Why this Utah influencer wasn't afraid to share her**

Case 2:25-cv-00909-JCB   Document 1-7   Filed 10/14/25   PageID.209   Page 4 of 7

Rodgers on the 'Dan
Patrick Show'

Latter-day Saint mission
announcement









**Kyle Van Noy claims 'Unc
University' as his alma
mater**

**Who is Tyler Robinson,
the suspect in Charlie
Kirk's murder?**

**Oklahoma prospect
Nehemiah Kolone
commits to BYU**

**Kalani Sitake praises wife
as No. 1 mentor**

# You Might Also Like





**Top MD: Don't Use Lotions On Dark Spots!
Use This Household Item Instead**

Sponsor: WellnessGuide

**Harvard Professor Steven Pinker
Recommends: "These 5 Books Will Turn
Your Life Around"**

Sponsor: Blinkist: Steven Pinker's Reading List



9/16/25, 9:32 AM    Utah Chamber elects new chairman; He aims to build a strong coalition for businesses in state | Deseret News

Case 2:25-cv-00909-JCB    Document 1-7    Filed 10/14/25    PageID.210    Page 5 of 7

## This Gel Fills Windshield Cracks in Minutes – No Tools Needed

Sponsor: Nexa

## What are the Top 5 Wealth Management Firms in the U.S.?

Sponsor: smartasset.com



## Spray Once—Hear the Difference Immediately

Sponsor: MediLisk

## Nevada Launches New Policy For "Senior Drivers"

Sponsor: Comparisons.org



## Audiologists Angry About New $99 Device That Makes Hearing Crystal Clear Again

Sponsor: hearingaidreports.com

## Doctors Beg: Stop Drinking This If You Have Sciatic Nerve Pain

Sponsor: Sciatic Research

## Looking for comments?

Find comments in their new home! Click the buttons at the top or within the article to view them — or use the button below for quick access.

[ VIEW COMMENTS ]

Case 2:25-cv-00909-JCB    Document 1-7    Filed 10/14/25    PageID.211    Page 6 of 7

# Most Popular

**1**  **Scene shifts to southern Utah after arrest in Charlie Kirk shooting**

**2**  **Who is Tyler Robinson, the suspect in Charlie Kirk's murder?**

**3**  **Gov. Cox addresses ideology of Charlie Kirk murder suspect and gives new information on roommate**

**4**  **In southern Utah, friends and neighbors try to understand, who is Tyler Robinson?**

**5**  **2 men arrested after explosive device is found under news media vehicle in Salt Lake City**

## Most Commented

**843**  In St. George, residents mourn Charlie Kirk — and pray for Tyler Robinson's family

**310**  Perspective: Spencer Cox met the moment in a dark week. Can his message take hold in the nation?

**165**  Utah Valley University will resume classes this week

**125**  How Americans are reacting to the latest political violence

**90**  2 men arrested after explosive device is found under news media vehicle in Salt Lake City

9/16/25, 9:32 AM    Utah chamber elects new chairman <BR> He aims to build a strong coalition for businesses in state | Deseret News

Case 2:25-cv-00909-JCB    Document 1-7    Filed 10/14/25    PageID.212    Page 7 of 7

# Recommended For You

Based on your interests



**A Utah baker has a meltdown on national TV**



**Robert Redford, a cinematic star who founded Sundance, has died**



**After a life of dedicated service to faith and family, Elder Gene R. Cook dies at age 84**



**What a steakhouse dinner taught Porter Ellett about Andy Reid's character**



**Perspective: Why Charlie Kirk's dating advice rattled the internet**



DeseretNews.

COMPANY

REACH OUT

GET MORE

CONNECT

Copyright © 2025 Deseret News Publishing Company. All Rights Reserved

Terms of Use  ·  Privacy Notice  ·  CA Notice of Collection  ·  Cookie Policy  ·  Cookie Settings