# Exhibit 0007

Legislation Passed to Benefit Lobbyists and those who donated to change Utah elections.

| Year | Bill Number & Title | Brief Description and Benefit | Benefiting Donors | Substantiation |
|---|---|---|---|---|
| 2024 | HB 562: Fairpark District Amendments | Creates a special tax district near Utah State Fairpark to fund up to $900M for a state-owned MLB stadium and $3.5B Power District development (mixed-use including retail/sports). Uses sales tax from developments for infrastructure without direct taxpayer subsidy. | Gail Miller (via Larry H. Miller Company, which owns the Salt Lake Bees and is leading the Power District project adjacent to the stadium site). | The bill enables LHMCO's $3.5B investment in the Power District, including a potential MLB stadium, boosting sports/entertainment holdings and generating economic returns from tax-increment financing. LHMCO collaborated with state entities on land use compliance. Passed March 1, 2024; signed by Gov. Cox. |
| 2024 | SB 272: Downtown Revitalization Zone Amendments | Establishes a "reinvestment district" in downtown Salt Lake City, allowing up to 0.5% sales tax increase to fund ~$900M for arena upgrades (e.g., Delta Center remodel for NHL). Supports joint NBA/NHL venue. | Gail Miller (historical ties to Delta Center/Jazz via LHMCO; current sports portfolio benefits from expanded venues). Dell Loy Hansen (real estate developer; potential indirect gains from downtown revitalization). John Price, Kem C. Gardner, Maccall Management (real estate firms benefiting from urban development incentives). | Enables public-private partnerships for sports infrastructure, enhancing property values and economic activity in areas where these donors have investments. Passed March 1, 2024; signed by Gov. Cox. Critics noted ~$2B total public commitment for billionaire-led projects. |

| Year | Bill | Description | Relevance | Impact |
|---|---|---|---|---|
| 2024 | HB 217: Volunteer Emergency Medical Service Personnel Insurance Program Amendments | Amends insurance programs for volunteer EMS personnel, enhancing coverage and reimbursements. | Improves insurance frameworks, aiding firm's insurance policy expertise (ties to Leavitt Group). | Passed March 2024; signed by Gov. Cox. |
| 2024 | HB 288: Health Care Malpractice Amendments | Enhances prelitigation panels for malpractice claims; limits "medical damages" to paid amounts (not billed); requires $1M insurance for asset protection. Collects data on cases. | Merit Medical Systems (medical device firm; reduces litigation risks/costs in healthcare sector). | Protects physicians/providers from excessive claims, stabilizing costs for medical device companies like Merit, which supplies cardiology/radiology tools to Utah hospitals. Passed 2024 session; part of three malpractice reforms. |
| 2025 | HB 152: Health Care Facilities Amendments | Sets standards for free-standing emergency departments (e.g., staffing, labs, security); allows hospitals/health systems to build up to 2x their EDs in urban areas if run by qualified entities. | Merit Medical Systems (supplies emergency/medical facilities; expands market for devices). | Increases emergency care capacity, benefiting medical device manufacturers by growing infrastructure needs. Passed after negotiations; effective for urban expansions. |
| 2024 | SB 266: Medical Amendments | Updates medical regulations, including behavioral health centers and Medicaid payments for state hospitals/mental health institutes. | Merit Medical Systems (supports broader healthcare access, increasing device demand). | Enhances mental health infrastructure, indirectly boosting medical tech adoption. Passed February 2024. |

| 2025 | HB 379: Population Data Amendments | Makes locally produced population estimates (by Kem C. Gardner Policy Institute) the standard for state applications; updates Utah Population Committee guidelines. | Kem C. Gardner (via named institute; enhances role in state data/policy). John Price, Maccall Management, Dell Loy Hansen (real estate; accurate population data aids development planning). | Elevates the institute's estimates for budgeting/zoning, benefiting Gardner's influence and real estate donors' site selection/investments. Passed 2025 session; effective for local data integration. |
|---|---|---|---|---|
| 2025 | HB 106: Income Tax Revisions | Lowers state income tax rate from 4.55% to 4.5%; expands child tax credit ($4.1M) and Social Security tax exemption (to $90K income, $24.1M). Part of $148M tax cuts. | All donors (high-income individuals/business owners; direct savings, e.g., top 1% get ~25% of relief). | Reduces tax burden on wealthy donors and their firms (e.g., auto/real estate profits). Signed March 2025; saves average family ~$45/year, but scales to benefit high earners more. |
| 2025 | HB 258: Medicare Supplement Insurance Amendments | Updates Medicare supplemental policies, improving coverage/access for seniors. | H. Brent Beesley (hospitality/tourism; indirect via healthier workforce/customer base). Merit Medical Systems (potential device use in Medicare-covered procedures). | Enhances healthcare affordability, supporting medical firms and business operations. Passed and signed 2025. |
| 2025 | HB 357/SB 64: Medical Cannabis Modifications/Amendments | Modifies medical cannabis program (e.g., access, regulations). | Merit Medical Systems (expands healthcare market, potential for device integration in treatments). | Grows medical sector, benefiting device manufacturers. Both passed 2025. |

| 2025 | SB 126: Health Care Changes | Amends healthcare provisions, including provider reimbursements, telehealth parity, and integration of social determinants of health into insurance models. | Promotes innovative care delivery, core to Leavitt Partners' value-based focus; benefits consulting on implementation for Utah's Medicaid expansion and commercial plans. | Passed 2025; part of session's healthcare emphasis. Leavitt participated in related 2025 forums (e.g., State of Reform Conference), positioning his firm to guide stakeholders on changes affecting 1.5M insured Utahns. |