# Exhibit 0008

**State of Utah**
**Department of Commerce**
**Division of Corporations & Commercial Code**
**Articles of Incorporation (Profit)**

RECEIVED DEC 17 2015
Utah Div. of Corp. & Comm. Code
JBB

Important: Read instructions before completing form
This form must be type written or computer generated.
Non-Refundable Processing Fee: $70.00

DEC 17 '15 PM 1:47

| | | |
|---|---|---|
| 1. Name of Corporation: | Gathering, Inc | |
| 2. Purpose: | Gather signatures, Voter Registration and other campaign related activities | |
| 3. Shares: | Type: Common | Number of Shares: 50,000 |
| | Type: | Number of Shares: |

4. Who/What is the name of the Registered Agent (Individual or Business Entity or Commercial Registered Agent)?:
McCauley & Associates PC

The address must be listed if you have a non-commercial registered agent.   What is a commercial registered agent?
Address of the Registered Agent: 10 West Broadway, STE 202
Utah Street Address Required, PO Boxes can be listed after the Street Address
City: Salt Lake City        State: UT    Zip: 84101

5. Name, Signature and Address of Incorporator (attach additional page if there is more than 1 incorporator)
Name: Tanner Leatham
Address: 10 West Broadway, STE 202       City: Salt Lake City   State: UT   Zip: 84101
Signature: [signature]    Date: 11/19/2015

6. Principal Address: 10 West Broadway, STE 202   Salt lake City   UT   84101

Please list the officers and directors of the corporation. Must have at least 1 officer and 1 director within the 1st year of the corporation.

| Name | Address | City | State | Zip | Position(s) |
|---|---|---|---|---|---|
| Tanner Leatham | 10 West Broadway, STE 202 | Salt Lake City | UT | 84101 | Officer |
| Casey Hill | 10 West Broadway, STE 202 | Salt Lake City | UT | 84101 | Officer |
| Spencer Stokes | 10 West Broadway, STE 202 | Salt Lake City | UT | 84101 | Officer |
| Tanner Leatham, STE 202 | 10 West Broadway, STE 202 | Salt Lake City | UT | 84101 | Director |

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, you may use the business entity physical address rather than the residential or private address of any individual affiliated with the entity.

Optional Inclusion of Ownership Information: This information is not required.
Is this a female owned business?  ○ Yes  ● No
Is this a minority owned business?  ○ Yes  ● No   If yes, please specify: Select/Type the race of the owner here

Mailing/Faxing Information: www.corporations.utah.gov/contactus.html    Division's Website: www.corporations.utah.gov

01/14


9637579

Date: 12/17/2015
Receipt Number: 6256664
Amount Paid: $130.00

State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed and approved on this 17th day of Dec, 2015. In this office of this Division and hereby issued This Certificate thereof.

Examiner: SMP    Date: 12-29-15
Kathy Berg
Division Director