# Exhibit 0010

**Enrolled Copy**                                                                              **S.B. 54**

| | |
|---|---|
| 1 | ## ELECTIONS AMENDMENTS |
| 2 | 2014 GENERAL SESSION |
| 3 | STATE OF UTAH |
| 4 | **Chief Sponsor:  Curtis S. Bramble** |
| 5 | House Sponsor:  Daniel  McCay |
| 6 | |

7    **LONG TITLE**

8    **General Description:**

9          This bill amends provisions of the Election Code relating to nomination of candidates,

10   primary and general elections, and ballots.

11   **Highlighted Provisions:**

12         This bill:

13         ▸   defines terms and modifies defined terms;

14         ▸   enacts a severability clause;

15         ▸   modifies dates and other provisions relating to a notice of election;

16         ▸   except as it relates to presidential candidates, prohibits a ballot or ballot sheet from

17   indicating that a candidate is associated with a political party unless the candidate is

18   nominated by petition or nominated by a qualified political party;

19         ▸   changes dates relating to the establishment and publication of the master ballot

20   position list;

21         ▸   defines a qualified political party as a registered political party that:

22              •   permits voters who are unaffiliated with any political party to vote for the

23                   registered political party's candidates in a primary election;

24              •   permits a delegate for the registered political party to vote on a candidate

25   nomination in the registered political party's convention remotely or permits the

26   designation of an alternate delegate;

27              •   does not hold the registered political party's convention before April 1 of an

28   even-numbered year; and

29              •   permits a member of the registered political party to seek the registered political

**S.B. 54**                                                                **Enrolled Copy**

30  party's nomination for any elective office by seeking the nomination through the registered

31  political party's convention process, seeking the nomination by collecting signatures, or both;

32          ▸  modifies provisions and dates relating to a declaration of candidacy;

33          ▸  provides that candidates for elective office shall be nominated in direct primary

34  elections, unless the candidates are listed on the ballot as unaffiliated or are

35  nominated by a qualified political party;

36          ▸  modifies provisions relating to the conduct of a primary election;

37          ▸  describes petition requirements for appearing on a primary election ballot for

38  nomination as a candidate for an identified political party;

39          ▸  grants rulemaking authority;

40          ▸  describes duties of the lieutenant governor and county clerks in relation to the

41  provisions of this bill;

42          ▸  describes requirements and exceptions for a qualified political party;

43          ▸  describes two alternate nomination procedures for a qualified political party; and

44          ▸  makes technical and conforming changes.

45  **Money Appropriated in this Bill:**

46          None

47  **Other Special Clauses:**

48          This bill takes effect on January 1, 2015.

49  **Utah Code Sections Affected:**

50  AMENDS:

51          **20A-1-102**, as last amended by Laws of Utah 2013, Chapter 320

52          **20A-1-501**, as last amended by Laws of Utah 2013, Chapter 317

53          **20A-5-101**, as last amended by Laws of Utah 2011, Chapters 291 and 292

54          **20A-6-301**, as last amended by Laws of Utah 2012, Chapter 68

55          **20A-6-302**, as last amended by Laws of Utah 2013, Chapter 317

56          **20A-6-303**, as last amended by Laws of Utah 2011, Chapter 292

57          **20A-6-304**, as last amended by Laws of Utah 2011, Chapter 292

Enrolled Copy                                                                S.B. 54

58      **20A-6-305**, as enacted by Laws of Utah 2011, Chapter 292

59      **20A-9-101**, as last amended by Laws of Utah 2007, Chapter 329

60      **20A-9-201**, as last amended by Laws of Utah 2013, Chapters 145 and 317

61      **20A-9-202**, as last amended by Laws of Utah 2013, Chapter 317

62      **20A-9-403**, as last amended by Laws of Utah 2013, Chapter 317

63      **20A-9-701**, as last amended by Laws of Utah 2011, Chapter 327

64   ENACTS:

65      **20A-1-103**, Utah Code Annotated 1953

66      **20A-9-405**, Utah Code Annotated 1953

67      **20A-9-406**, Utah Code Annotated 1953

68      **20A-9-407**, Utah Code Annotated 1953

69      **20A-9-408**, Utah Code Annotated 1953

70      **20A-9-409**, Utah Code Annotated 1953

71      **20A-9-410**, Utah Code Annotated 1953

72   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

73   *Be it enacted by the Legislature of the state of Utah:*

74      Section 1.  Section **20A-1-102** is amended to read:

75      **20A-1-102.   Definitions.**

76      As used in this title:

77      (1)  "Active voter" means a registered voter who has not been classified as an inactive

78   voter by the county clerk.

79      (2)  "Automatic tabulating equipment" means apparatus that automatically examines

80   and counts votes recorded on paper ballots or ballot sheets and tabulates the results.

81      (3) (a)  "Ballot" means the storage medium, whether paper, mechanical, or electronic,

82   upon which a voter records the voter's votes.

83      (b)  "Ballot" includes ballot sheets, paper ballots, electronic ballots, and secrecy

84   envelopes.

85      [(5)] (4)  "Ballot label" means the cards, papers, booklet, pages, or other materials that:

**S.B. 54**                                                                 **Enrolled Copy**

86          (a)  contain the names of offices and candidates and statements of ballot propositions to

87   be voted on; and

88          (b)  are used in conjunction with ballot sheets that do not display that information.

89          [(6)] (5)  "Ballot proposition" means a question, issue, or proposal that is submitted to

90   voters on the ballot for their approval or rejection including:

91          (a)  an opinion question specifically authorized by the Legislature;

92          (b)  a constitutional amendment;

93          (c)  an initiative;

94          (d)  a referendum;

95          (e)  a bond proposition;

96          (f)  a judicial retention question;

97          (g)  an incorporation of a city or town; or

98          (h)  any other ballot question specifically authorized by the Legislature.

99          [(4)] (6)  "Ballot sheet":

100         (a)  means a ballot that:

101         (i)  consists of paper or a card where the voter's votes are marked or recorded; and

102         (ii)  can be counted using automatic tabulating equipment; and

103         (b)  includes punch card ballots and other ballots that are machine-countable.

104         (7)  "Bind," "binding," or "bound" means securing more than one piece of paper

105  together with a staple or stitch in at least three places across the top of the paper in the blank

106  space reserved for securing the paper.

107         (8)  "Board of canvassers" means the entities established by Sections 20A-4-301 and

108  20A-4-306 to canvass election returns.

109         (9)  "Bond election" means an election held for the purpose of approving or rejecting

110  the proposed issuance of bonds by a government entity.

111         (10)  "Book voter registration form" means voter registration forms contained in a

112  bound book that are used by election officers and registration agents to register persons to vote.

113         (11)  "Business reply mail envelope" means an envelope that may be mailed free of

**Enrolled Copy**                                                                    **S.B. 54**

114  charge by the sender.

115       (12)  "By-mail voter registration form" means a voter registration form designed to be

116  completed by the voter and mailed to the election officer.

117       (13)  "Canvass" means the review of election returns and the official declaration of

118  election results by the board of canvassers.

119       (14)  "Canvassing judge" means a poll worker designated to assist in counting ballots at

120  the canvass.

121       (15)  "Contracting election officer" means an election officer who enters into a contract

122  or interlocal agreement with a provider election officer.

123       (16)  "Convention" means the political party convention at which party officers and

124  delegates are selected.

125       (17)  "Counting center" means one or more locations selected by the election officer in

126  charge of the election for the automatic counting of ballots.

127       (18)  "Counting judge" means a poll worker designated to count the ballots during

128  election day.

129       (19)  "Counting poll watcher" means a person selected as provided in Section

130  20A-3-201 to witness the counting of ballots.

131       (20)  "Counting room" means a suitable and convenient private place or room,

132  immediately adjoining the place where the election is being held, for use by the poll workers

133  and counting judges to count ballots during election day.

134       (21)  "County officers" means those county officers that are required by law to be

135  elected.

136       (22)  "Date of the election" or "election day" or "day of the election":

137       (a)  means the day that is specified in the calendar year as the day that the election

138  occurs; and

139       (b)  does not include:

140       (i)  deadlines established for absentee voting; or

141       (ii)  any early voting or early voting period as provided under Chapter 3, Part 6, Early

S.B. 54                                                            **Enrolled Copy**

142    Voting.

143            (23)  "Elected official" means:

144            (a)  a person elected to an office under Section 20A-1-303;

145            (b)  a person who is considered to be elected to a municipal office in accordance with

146    Subsection 20A-1-206(1)(c)(ii); or

147            (c)  a person who is considered to be elected to a local district office in accordance with

148    Subsection 20A-1-206(3)(c)(ii).

149            (24)  "Election" means a regular general election, a municipal general election, a

150    statewide special election, a local special election, a regular primary election, a municipal

151    primary election, and a local district election.

152            (25)  "Election Assistance Commission" means the commission established by Public

153    Law 107-252, the Help America Vote Act of 2002.

154            (26)  "Election cycle" means the period beginning on the first day persons are eligible to

155    file declarations of candidacy and ending when the canvass is completed.

156            (27)  "Election judge" means a poll worker that is assigned to:

157            (a)  preside over other poll workers at a polling place;

158            (b)  act as the presiding election judge; or

159            (c)  serve as a canvassing judge, counting judge, or receiving judge.

160            (28)  "Election officer" means:

161            (a)  the lieutenant governor, for all statewide ballots and elections;

162            (b)  the county clerk for:

163            (i)  a county ballot and election; and

164            (ii)  a ballot and election as a provider election officer as provided in Section

165    20A-5-400.1 or 20A-5-400.5;

166            (c)  the municipal clerk for:

167            (i)  a municipal ballot and election; and

168            (ii)  a ballot and election as a provider election officer as provided in Section

169    20A-5-400.1 or 20A-5-400.5;

Enrolled Copy                                                               S.B. 54

170     (d)  the local district clerk or chief executive officer for:

171     (i)  a local district ballot and election; and

172     (ii)  a ballot and election as a provider election officer as provided in Section

173     20A-5-400.1 or 20A-5-400.5; or

174     (e)  the business administrator or superintendent of a school district for:

175     (i)  a school district ballot and election; and

176     (ii)  a ballot and election as a provider election officer as provided in Section

177     20A-5-400.1 or 20A-5-400.5.

178     (29)  "Election official" means any election officer, election judge, or poll worker.

179     (30)  "Election results" means:

180     (a)  for an election other than a bond election, the count of votes cast in the election and

181     the election returns requested by the board of canvassers; or

182     (b)  for bond elections, the count of those votes cast for and against the bond

183     proposition plus any or all of the election returns that the board of canvassers may request.

184     (31)  "Election returns" includes the pollbook, the military and overseas absentee voter

185     registration and voting certificates, one of the tally sheets, any unprocessed absentee ballots, all

186     counted ballots, all excess ballots, all unused ballots, all spoiled ballots, the ballot disposition

187     form, and the total votes cast form.

188     (32)  "Electronic ballot" means a ballot that is recorded using a direct electronic voting

189     device or other voting device that records and stores ballot information by electronic means.

190     (33)  "Electronic signature" means an electronic sound, symbol, or process attached to

191     or logically associated with a record and executed or adopted by a person with the intent to sign

192     the record.

193     (34) (a)  "Electronic voting device" means a voting device that uses electronic ballots.

194     (b)  "Electronic voting device" includes a direct recording electronic voting device.

195     (35)  "Inactive voter" means a registered voter who has:

196     (a)  been sent the notice required by Section 20A-2-306; and

197     (b)  failed to respond to that notice.

S.B. 54                                                                    Enrolled Copy

198    (36)  "Inspecting poll watcher" means a person selected as provided in this title to

199  witness the receipt and safe deposit of voted and counted ballots.

200    (37)  "Judicial office" means the office filled by any judicial officer.

201    (38)  "Judicial officer" means any justice or judge of a court of record or any county

202  court judge.

203    (39)  "Local district" means a local government entity under Title 17B, Limited Purpose

204  Local Government Entities - Local Districts, and includes a special service district under Title

205  17D, Chapter 1, Special Service District Act.

206    (40)  "Local district officers" means those local district officers that are required by law

207  to be elected.

208    (41)  "Local election" means a regular municipal election, a local special election, a

209  local district election, and a bond election.

210    (42)  "Local political subdivision" means a county, a municipality, a local district, or a

211  local school district.

212    (43)  "Local special election" means a special election called by the governing body of a

213  local political subdivision in which all registered voters of the local political subdivision may

214  vote.

215    (44)  "Municipal executive" means:

216    (a)  the mayor in the council-mayor form of government defined in Section 10-3b-102;

217  or

218    (b)  the mayor in the council-manager form of government defined in Subsection

219  10-3b-103(6).

220    (45)  "Municipal general election" means the election held in municipalities and local

221  districts on the first Tuesday after the first Monday in November of each odd-numbered year

222  for the purposes established in Section 20A-1-202.

223    (46)  "Municipal legislative body" means the council of the city or town in any form of

224  municipal government.

225    (47)  "Municipal office" means an elective office in a municipality.

**Enrolled Copy**                                                                 **S.B. 54**

226        (48) "Municipal officers" means those municipal officers that are required by law to be

227    elected.

228        (49) "Municipal primary election" means an election held to nominate candidates for

229    municipal office.

230        (50) "Official ballot" means the ballots distributed by the election officer to the poll

231    workers to be given to voters to record their votes.

232        (51) "Official endorsement" means:

233        (a)  the information on the ballot that identifies:

234        (i)  the ballot as an official ballot;

235        (ii)  the date of the election; and

236        (iii)  the facsimile signature of the election officer; and

237        (b)  the information on the ballot stub that identifies:

238        (i)  the poll worker's initials; and

239        (ii)  the ballot number.

240        (52) "Official register" means the official record furnished to election officials by the

241    election officer that contains the information required by Section 20A-5-401.

242        (53) "Paper ballot" means a paper that contains:

243        (a)  the names of offices and candidates and statements of ballot propositions to be

244    voted on; and

245        (b)  spaces for the voter to record the voter's vote for each office and for or against each

246    ballot proposition.

247        (54) "Political party" means an organization of registered voters that has qualified to

248    participate in an election by meeting the requirements of Chapter 8, Political Party Formation

249    and Procedures.

250        (55) (a) "Poll worker" means a person assigned by an election official to assist with an

251    election, voting, or counting votes.

252        (b)  "Poll worker" includes election judges.

253        (c)  "Poll worker" does not include a watcher.

**S.B. 54**                                                                                           **Enrolled Copy**

254    (56)  "Pollbook" means a record of the names of voters in the order that they appear to

255    cast votes.

256    (57)  "Polling place" means the building where voting is conducted.

257    (58)  "Position" means a square, circle, rectangle, or other geometric shape on a ballot

258    in which the voter marks the voter's choice.

259    [(62)] (59)  "Primary convention" means the political party conventions [at which

260    nominees for] held during the year of the regular [primary] general election [are selected].

261    [(63)] (60)  "Protective counter" means a separate counter, which cannot be reset, that:

262    (a)  is built into a voting machine; and

263    (b)  records the total number of movements of the operating lever.

264    [(59)] (61)  "Provider election officer" means an election officer who enters into a

265    contract or interlocal agreement with a contracting election officer to conduct an election for

266    the contracting election officer's local political subdivision in accordance with Section

267    20A-5-400.1.

268    [(60)] (62)  "Provisional ballot" means a ballot voted provisionally by a person:

269    (a)  whose name is not listed on the official register at the polling place;

270    (b)  whose legal right to vote is challenged as provided in this title; or

271    (c)  whose identity was not sufficiently established by a poll worker.

272    [(61)] (63)  "Provisional ballot envelope" means an envelope printed in the form

273    required by Section 20A-6-105 that is used to identify provisional ballots and to provide

274    information to verify a person's legal right to vote.

275    (64)  "Qualify" or "qualified" means to take the oath of office and begin performing the

276    duties of the position for which the person was elected.

277    (65)  "Receiving judge" means the poll worker that checks the voter's name in the

278    official register, provides the voter with a ballot, and removes the ballot stub from the ballot

279    after the voter has voted.

280    (66)  "Registration form" means a book voter registration form and a by-mail voter

281    registration form.

Enrolled Copy                                                          S.B. 54

282      (67)  "Regular ballot" means a ballot that is not a provisional ballot.

283      (68)  "Regular general election" means the election held throughout the state on the first

284  Tuesday after the first Monday in November of each even-numbered year for the purposes

285  established in Section 20A-1-201.

286      (69)  "Regular primary election" means the election on the fourth Tuesday of June of

287  each even-numbered year, to nominate candidates of political parties and [nonpolitical groups]

288  candidates for nonpartisan local school board positions to advance to the regular general

289  election.

290      (70)  "Resident" means a person who resides within a specific voting precinct in Utah.

291      (71)  "Sample ballot" means a mock ballot similar in form to the official ballot printed

292  and distributed as provided in Section 20A-5-405.

293      (72)  "Scratch vote" means to mark or punch the straight party ticket and then mark or

294  punch the ballot for one or more candidates who are members of different political parties.

295      (73)  "Secrecy envelope" means the envelope given to a voter along with the ballot into

296  which the voter places the ballot after the voter has voted it in order to preserve the secrecy of

297  the voter's vote.

298      (74)  "Special election" means an election held as authorized by Section 20A-1-203.

299      (75)  "Spoiled ballot" means each ballot that:

300      (a)  is spoiled by the voter;

301      (b)  is unable to be voted because it was spoiled by the printer or a poll worker; or

302      (c)  lacks the official endorsement.

303      (76)  "Statewide special election" means a special election called by the governor or the

304  Legislature in which all registered voters in Utah may vote.

305      (77)  "Stub" means the detachable part of each ballot.

306      (78)  "Substitute ballots" means replacement ballots provided by an election officer to

307  the poll workers when the official ballots are lost or stolen.

308      (79)  "Ticket" means each list of candidates for each political party or for each group of

309  petitioners.

S.B. 54                                                                    Enrolled Copy

310     (80)  "Transfer case" means the sealed box used to transport voted ballots to the
311  counting center.
312     (81)  "Vacancy" means the absence of a person to serve in any position created by
313  statute, whether that absence occurs because of death, disability, disqualification, resignation,
314  or other cause.
315     (82)  "Valid voter identification" means:
316     (a)  a form of identification that bears the name and photograph of the voter which may
317  include:
318     (i)  a currently valid Utah driver license;
319     (ii)  a currently valid identification card that is issued by:
320     (A)  the state; or
321     (B)  a branch, department, or agency of the United States;
322     (iii)  a currently valid Utah permit to carry a concealed weapon;
323     (iv)  a currently valid United States passport; or
324     (v)  a currently valid United States military identification card;
325     (b)  one of the following identification cards, whether or not the card includes a
326  photograph of the voter:
327     (i)  a valid tribal identification card;
328     (ii)  a Bureau of Indian Affairs card; or
329     (iii)  a tribal treaty card; or
330     (c)  two forms of identification not listed under Subsection (82)(a) or (b) but that bear
331  the name of the voter and provide evidence that the voter resides in the voting precinct, which
332  may include:
333     (i)  a current utility bill or a legible copy thereof, dated within the 90 days before the
334  election;
335     (ii)  a bank or other financial account statement, or a legible copy thereof;
336     (iii)  a certified birth certificate;
337     (iv)  a valid Social Security card;

Enrolled Copy                                                                                    S.B. 54

338        (v)  a check issued by the state or the federal government or a legible copy thereof;

339        (vi)  a paycheck from the voter's employer, or a legible copy thereof;

340        (vii)  a currently valid Utah hunting or fishing license;

341        (viii)  certified naturalization documentation;

342        (ix)  a currently valid license issued by an authorized agency of the United States;

343        (x)  a certified copy of court records showing the voter's adoption or name change;

344        (xi)  a valid Medicaid card, Medicare card, or Electronic Benefits Transfer Card;

345        (xii)  a currently valid identification card issued by:

346        (A)  a local government within the state;

347        (B)  an employer for an employee; or

348        (C)  a college, university, technical school, or professional school located within the

349  state; or

350        (xiii)  a current Utah vehicle registration.

351        (83)  "Valid write-in candidate" means a candidate who has qualified as a write-in

352  candidate by following the procedures and requirements of this title.

353        (84)  "Voter" means a person who:

354        (a)  meets the requirements for voting in an election;

355        (b)  meets the requirements of election registration;

356        (c)  is registered to vote; and

357        (d)  is listed in the official register book.

358        (85)  "Voter registration deadline" means the registration deadline provided in Section

359  20A-2-102.5.

360        (86)  "Voting area" means the area within six feet of the voting booths, voting

361  machines, and ballot box.

362        (87)  "Voting booth" means:

363        (a)  the space or compartment within a polling place that is provided for the preparation

364  of ballots, including the voting machine enclosure or curtain; or

365        (b)  a voting device that is free standing.

**S.B. 54**                                                     **Enrolled Copy**

366    (88)  "Voting device" means:

367    (a)  an apparatus in which ballot sheets are used in connection with a punch device for

368  piercing the ballots by the voter;

369    (b)  a device for marking the ballots with ink or another substance;

370    (c)  an electronic voting device or other device used to make selections and cast a ballot

371  electronically, or any component thereof;

372    (d)  an automated voting system under Section 20A-5-302; or

373    (e)  any other method for recording votes on ballots so that the ballot may be tabulated

374  by means of automatic tabulating equipment.

375    (89)  "Voting machine" means a machine designed for the sole purpose of recording

376  and tabulating votes cast by voters at an election.

377    (90)  "Voting poll watcher" means a person appointed as provided in this title to

378  witness the distribution of ballots and the voting process.

379    (91)  "Voting precinct" means the smallest voting unit established as provided by law

380  within which qualified voters vote at one polling place.

381    (92)  "Watcher" means a voting poll watcher, a counting poll watcher, an inspecting

382  poll watcher, and a testing watcher.

383    (93)  "Western States Presidential Primary" means the election established in Chapter 9,

384  Part 8, Western States Presidential Primary.

385    (94)  "Write-in ballot" means a ballot containing any write-in votes.

386    (95)  "Write-in vote" means a vote cast for a person whose name is not printed on the

387  ballot according to the procedures established in this title.

388    Section 2.  Section **20A-1-103** is enacted to read:

389    **20A-1-103.  Severability clause.**

390    If any provision of 2014 General Session S.B. 54 or the application of any provision of

391  2014 General Session S.B. 54 to any person or circumstance is held invalid by a final decision

392  of a court of competent jurisdiction, the remainder of 2014 General Session S.B. 54 shall be

393  given effect without the invalid provision or application.  The provisions of 2014 General

394      Session S.B. 54 are severable.

395             Section 3.  Section **20A-1-501** is amended to read:

396             **20A-1-501.   Candidate vacancies -- Procedure for filling.**

397             (1)  The state central committee of a political party, for candidates for United States

398      senator, United States representative, governor, lieutenant governor, attorney general, state

399      treasurer, and state auditor, and for legislative candidates whose legislative districts encompass

400      more than one county, and the county central committee of a political party, for all other party

401      candidates seeking an office elected at a regular general election, may certify the name of

402      another candidate to the appropriate election officer if:

403             (a)  for a registered political party that will have a candidate on a ballot in a primary

404      election, after the close of the period for filing a declaration of candidacy and continuing

405      through the day before the day on which the lieutenant governor [makes the certification]

406      provides the list described in Subsection 20A-9-403[(2)(c)](4)(a):

407             (i)  only one or two candidates from that party have filed a declaration of candidacy for

408      that office; and

409             (ii)  one or both:

410             (A)  dies;

411             (B)  resigns because of acquiring a physical or mental disability, certified by a

412      physician, that prevents the candidate from continuing the candidacy; or

413             (C)  is disqualified by an election officer for improper filing or nominating procedures;

414             (b)  for a registered political party that does not have a candidate on the ballot in a

415      primary, but that will have a candidate on the ballot for a general election, after the close of the

416      period for filing a declaration of candidacy and continuing through the day before the day on

417      which the lieutenant governor makes the certification described in Section 20A-5-409, the

418      party's candidate:

419             (i)  dies;

420             (ii)  resigns because of acquiring a physical or mental disability as certified by a

421      physician;

422    (iii)  is disqualified by an election officer for improper filing or nominating procedures;
423    or

424    (iv)  resigns to become a candidate for president or vice president of the United States;
425    or

426    (c)  for a registered political party with a candidate certified as winning a primary
427    election, after the deadline described in Subsection (1)(a) and continuing through the day
428    before that day on which the lieutenant governor makes the certification described in Section
429    20A-5-409, the party's candidate:

430    (i)  dies;

431    (ii)  resigns because of acquiring a physical or mental disability as certified by a
432    physician;

433    (iii)  is disqualified by an election officer for improper filing or nominating procedures;
434    or

435    (iv)  resigns to become a candidate for president or vice president of the United States.

436    (2)  If no more than two candidates from a political party have filed a declaration of
437    candidacy for an office elected at a regular general election and one resigns to become the party
438    candidate for another position, the state central committee of that political party, for candidates
439    for governor, lieutenant governor, attorney general, state treasurer, and state auditor, and for
440    legislative candidates whose legislative districts encompass more than one county, and the
441    county central committee of that political party, for all other party candidates, may certify the
442    name of another candidate to the appropriate election officer.

443    (3)  Each replacement candidate shall file a declaration of candidacy as required by
444    Title 20A, Chapter 9, Part 2, Candidate Qualifications and Declarations of Candidacy.

445    (4) (a)  The name of a candidate who is certified under Subsection (1)(a) after the
446    deadline described in Subsection (1)(a) may not appear on the primary election ballot.

447    (b)  The name of a candidate who is certified under Subsection (1)(b) after the deadline
448    described in Subsection (1)(b) may not appear on the general election ballot.

449    (c)  The name of a candidate who is certified under Subsection (1)(c) after the deadline

Enrolled Copy                                                                                    S.B. 54

450    described in Subsection (1)(c) may not appear on the general election ballot.

451        Section 4.  Section **20A-5-101** is amended to read:

452        **20A-5-101.   Notice of election.**

453        (1)  On or before [February 1 in] <u>November 15 in the year before</u> each regular general

454    election year, the lieutenant governor shall prepare and transmit a written notice to each county

455    clerk that:

456        (a)  designates the offices to be filled at the <u>next year's</u> regular general election;

457        (b)  identifies the dates for filing a declaration of candidacy<u>, and for submitting and</u>

458    <u>certifying nomination petition signatures under Section 20A-9-403,</u> for those offices;

459        (c)  includes the master ballot position list for [the current year and] the next year <u>and</u>

460    <u>the year following</u> as established under Section 20A-6-305; and

461        (d)  contains a description of any ballot propositions to be decided by the voters that

462    have qualified for the ballot as of that date.

463        (2) (a)  No later than [February 15] <u>November 15 in the year before the regular general</u>

464    <u>election year</u>, each county clerk shall:

465        (i)  publish a notice:

466        (A)  once in a newspaper published in that county; and

467        (B)  as required in Section 45-1-101; or

468        (ii) (A)  cause a copy of the notice to be posted in a conspicuous place most likely to

469    give notice of the election to the voters in each voting precinct within the county; and

470        (B)  prepare an affidavit of that posting, showing a copy of the notice and the places

471    where the notice was posted.

472        (b)  The notice required by Subsection (2)(a) shall:

473        (i)  designate the offices to be voted on in that election in that county, other than local

474    district offices; and

475        (ii)  identify the dates for filing a declaration of candidacy for those offices.

476        (3)  Before each election, the election officer shall give written or printed notice of:

477        (a)  the date and place of election;

S.B. 54                                                              **Enrolled Copy**

478  (b)  the hours during which the polls will be open;

479  (c)  the polling places for each voting precinct;

480  (d)  an election day voting center designated under Section 20A-3-703; and

481  (e)  the qualifications for persons to vote in the election.

482  (4)  To provide the notice required by Subsection (3), the election officer shall publish

483  the notice at least two days before the election:

484  (a)  in a newspaper of general circulation common to the area or in which the election is

485  being held; and

486  (b)  as required in Section 45-1-101.

487  Section 5.  Section **20A-6-301** is amended to read:

488  **20A-6-301.  Paper ballots -- Regular general election.**

489  (1)  Each election officer shall ensure that:

490  (a)  all paper ballots furnished for use at the regular general election contain:

491  (i)  no captions or other endorsements except as provided in this section;

492  (ii)  no symbols, markings, or other descriptions of a political party or group, except for

493  a registered political party that has chosen to nominate its candidates in accordance with

494  Section 20A-9-403; and

495  (iii)  no indication that a candidate for elective office has been nominated by, or has

496  been endorsed by, or is in any way affiliated with a political party or group, unless the

497  candidate has been nominated by a registered political party in accordance with Subsection

498  20A-9-202(4) or Subsection 20A-9-403(5).

499  (b) (i)  the paper ballot contains a ballot stub at least one inch wide, placed across the

500  top of the ballot, and divided from the rest of ballot by a perforated line;

501  (ii)  the ballot number and the words "Poll Worker's Initial ____" are printed on the

502  stub; and

503  (iii)  ballot stubs are numbered consecutively;

504  (c)  immediately below the perforated ballot stub, the following endorsements are

505  printed in 18 point bold type:

506    (i)  "Official Ballot for _____ County, Utah";

507    (ii)  the date of the election; and

508    (iii)  a facsimile of the signature of the county clerk and the words "county clerk";

509    (d)  each ticket is placed in a separate column on the ballot in the order specified under

510    Section 20A-6-305 with the party emblem, followed by the party name, at the head of the

511    column;

512    (e)  the party name or title is printed in capital letters not less than one-fourth of an inch

513    high;

514    (f)  a circle one-half inch in diameter is printed immediately below the party name or

515    title, and the top of the circle is placed not less than two inches below the perforated line;

516    (g)  unaffiliated candidates [and], candidates not affiliated with a registered political

517    party, and all other candidates for elective office who were not nominated by a registered

518    political party in accordance with Subsection 20A-9-202(4) or Subsection 20A-9-403(5), are

519    listed in one column in the order specified under Section 20A-6-305, without a party circle,

520    with the following instructions printed at the head of the column: "All candidates not affiliated

521    with a political party are listed below.  They are to be considered with all offices and

522    candidates listed to the left.  Only one vote is allowed for each office.";

523    (h)  the columns containing the lists of candidates, including the party name and device,

524    are separated by heavy parallel lines;

525    (i)  the offices to be filled are plainly printed immediately above the names of the

526    candidates for those offices;

527    (j)  the names of candidates are printed in capital letters, not less than one-eighth nor

528    more than one-fourth of an inch high in heavy-faced type not smaller than 10 point, between

529    lines or rules three-eighths of an inch apart;

530    (k)  a square with sides measuring not less than one-fourth of an inch in length is

531    printed immediately adjacent to the name of each candidate;

532    (l)  for the offices of president and vice president and governor and lieutenant governor,

533    one square with sides measuring not less than one-fourth of an inch in length is printed on the

S.B. 54                                                                    **Enrolled Copy**

534    same side as but opposite a double bracket enclosing the names of the two candidates;

535         (m)  immediately adjacent to the unaffiliated ticket on the ballot, the ballot contains a

536    write-in column long enough to contain as many written names of candidates as there are

537    persons to be elected with:

538         (i)  for each office on the ballot, the office to be filled plainly printed immediately

539    above:

540         (A)  a blank, horizontal line to enable the entry of a valid write-in candidate and a

541    square with sides measuring not less than one-fourth of an inch in length printed immediately

542    adjacent to the blank horizontal line; or

543         (B)  for the offices of president and vice president and governor and lieutenant

544    governor, two blank horizontal lines, one placed above the other, to enable the entry of two

545    valid write-in candidates, and one square with sides measuring not less than one-fourth of an

546    inch in length printed on the same side as but opposite a double bracket enclosing the two

547    blank horizontal lines; and

548         (ii)  the words "Write-In Voting Column" printed at the head of the column without a

549    one-half inch circle;

550         (n)  when required, the ballot includes a nonpartisan ticket placed immediately adjacent

551    to the write-in ticket with the word "NONPARTISAN" in reverse type in an 18 point solid rule

552    running vertically the full length of the nonpartisan ballot copy; and

553         (o)  constitutional amendments or other questions submitted to the vote of the people,

554    are printed on the ballot after the list of candidates.

555         (2)  Each election officer shall ensure that:

556         (a)  each person nominated by any <u>registered</u> political party [or group of petitioners]

557    <u>under Subsection 20A-9-202(4) or Subsection 20A-9-403(5), and no other person,</u> is placed on

558    the ballot:

559         (i)  under the [party] <u>registered political party's</u> name and emblem, if any; or

560         (ii)  under the title of the <u>registered political</u> party [or group] as designated by them in

561    their certificates of nomination or petition, or, if none is designated, then under some suitable

562    title;

563         (b)  the names of all unaffiliated candidates that qualify as required in Title 20A,

564    Chapter 9, Part 5, Candidates not Affiliated with a Party, are placed on the ballot;

565         (c)  the names of the candidates for president and vice president are used on the ballot

566    instead of the names of the presidential electors; and

567         (d)  the ballots contain no other names.

568         (3)  When the ballot contains a nonpartisan section, the election officer shall ensure

569    that:

570         (a)  the designation of the office to be filled in the election and the number of

571    candidates to be elected are printed in type not smaller than eight point;

572         (b)  the words designating the office are printed flush with the left-hand margin;

573         (c)  the words, "Vote for one" or "Vote for up to _____ (the number of candidates for

574    which the voter may vote)" extend to the extreme right of the column;

575         (d)  the nonpartisan candidates are grouped according to the office for which they are

576    candidates;

577         (e)  the names in each group are placed in the order specified under Section 20A-6-305

578    with the surnames last; and

579         (f)  each group is preceded by the designation of the office for which the candidates

580    seek election, and the words, "Vote for one" or "Vote for up to _____ (the number of

581    candidates for which the voter may vote)," according to the number to be elected.

582         (4)  Each election officer shall ensure that:

583         (a)  proposed amendments to the Utah Constitution are listed on the ballot in

584    accordance with Section 20A-6-107;

585         (b)  ballot propositions submitted to the voters are listed on the ballot in accordance

586    with Section 20A-6-107; and

587         (c)  bond propositions that have qualified for the ballot are listed on the ballot under the

588    title assigned to each bond proposition under Section 11-14-206.

589         Section 6.  Section **20A-6-302** is amended to read:

S.B. 54                                                                          Enrolled Copy

590        **20A-6-302.  Paper ballots -- Placement of candidates' names.**

591        (1)  Each election officer shall ensure, for paper ballots in regular general elections,

592    that:

593        (a)  each candidate is listed by party, if nominated by a registered political party under

594    Subsection 20A-9-202(4) or Subsection 20A-9-403(5);

595        (b)  candidates' surnames are listed in alphabetical order on the ballots when two or

596    more candidates' names are required to be listed on a ticket under the title of an office; and

597        (c)  the names of candidates are placed on the ballot in the order specified under Section

598    20A-6-305.

599        (2) (a)  When there is only one candidate for county attorney at the regular general

600    election in counties that have three or fewer registered voters of the county who are licensed

601    active members in good standing of the Utah State Bar, the county clerk shall cause that

602    candidate's name and party affiliation, if any, to be placed on a separate section of the ballot

603    with the following question: "Shall (name of candidate) be elected to the office of county

604    attorney? Yes _____ No _____."

605        (b)  If the number of "Yes" votes exceeds the number of "No" votes, the candidate is

606    elected to the office of county attorney.

607        (c)  If the number of "No" votes exceeds the number of "Yes" votes, the candidate is not

608    elected and may not take office, nor may the candidate continue in the office past the end of the

609    term resulting from any prior election or appointment.

610        (d)  When the name of only one candidate for county attorney is printed on the ballot

611    under authority of this Subsection (2), the county clerk may not count any write-in votes

612    received for the office of county attorney.

613        (e)  If no qualified person files for the office of county attorney or if the candidate is not

614    elected by the voters, the county legislative body shall appoint the county attorney as provided

615    in Section 20A-1-509.2.

616        (f)  If the candidate whose name would, except for this Subsection (2)(f), be placed on

617    the ballot under Subsection (2)(a) has been elected on a ballot under Subsection (2)(a) to the

618    two consecutive terms immediately preceding the term for which the candidate is seeking

619    election, Subsection (2)(a) does not apply and that candidate shall be considered to be an

620    unopposed candidate the same as any other unopposed candidate for another office, unless a

621    petition is filed with the county clerk before the date of that year's primary election that:

622    (i)  requests the procedure set forth in Subsection (2)(a) to be followed; and

623    (ii)  contains the signatures of registered voters in the county representing in number at

624    least 25% of all votes cast in the county for all candidates for governor at the last election at

625    which a governor was elected.

626    (3) (a)  When there is only one candidate for district attorney at the regular general

627    election in a prosecution district that has three or fewer registered voters of the district who are

628    licensed active members in good standing of the Utah State Bar, the county clerk shall cause

629    that candidate's name and party affiliation, if any, to be placed on a separate section of the

630    ballot with the following question: "Shall (name of candidate) be elected to the office of district

631    attorney? Yes _____ No _____."

632    (b)  If the number of "Yes" votes exceeds the number of "No" votes, the candidate is

633    elected to the office of district attorney.

634    (c)  If the number of "No" votes exceeds the number of "Yes" votes, the candidate is not

635    elected and may not take office, nor may the candidate continue in the office past the end of the

636    term resulting from any prior election or appointment.

637    (d)  When the name of only one candidate for district attorney is printed on the ballot

638    under authority of this Subsection (3), the county clerk may not count any write-in votes

639    received for the office of district attorney.

640    (e)  If no qualified person files for the office of district attorney, or if the only candidate

641    is not elected by the voters under this subsection, the county legislative body shall appoint a

642    new district attorney for a four-year term as provided in Section 20A-1-509.2.

643    (f)  If the candidate whose name would, except for this Subsection (3)(f), be placed on

644    the ballot under Subsection (3)(a) has been elected on a ballot under Subsection (3)(a) to the

645    two consecutive terms immediately preceding the term for which the candidate is seeking

646    election, Subsection (3)(a) does not apply and that candidate shall be considered to be an

647    unopposed candidate the same as any other unopposed candidate for another office, unless a

648    petition is filed with the county clerk before the date of that year's primary election that:

649        (i)  requests the procedure set forth in Subsection (3)(a) to be followed; and

650        (ii)  contains the signatures of registered voters in the county representing in number at

651    least 25% of all votes cast in the county for all candidates for governor at the last election at

652    which a governor was elected.

653        Section 7.  Section **20A-6-303** is amended to read:

654        **20A-6-303.   Regular general election -- Ballot sheets.**

655        (1)  Each election officer shall ensure that:

656        (a)  copy on the ballot sheets or ballot labels, as applicable, are arranged in

657    approximately the same order as paper ballots;

658        (b)  the titles of offices and the names of candidates are printed in vertical columns or in

659    a series of separate pages;

660        (c)  the ballot sheet or any pages used for the ballot label are of sufficient number to

661    include, after the list of candidates:

662        (i)  the names of candidates for judicial offices and any other nonpartisan offices; and

663        (ii)  any ballot propositions submitted to the voters for their approval or rejection;

664        (d) (i)  a voting square or position is included where the voter may record a straight

665    party ticket vote for all the candidates of one party by one mark or punch; and

666        (ii)  the name of each political party listed in the straight party selection area includes

667    the word "party" at the end of the party's name;

668        (e)  the tickets are printed in the order specified under Section 20A-6-305;

669        (f)  the office titles are printed immediately adjacent to the names of candidates so as to

670    indicate clearly the candidates for each office and the number to be elected;

671        (g)  the party designation of each candidate who has been nominated by a registered

672    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5) is printed

673    immediately adjacent to the candidate's name; and

674    (h) (i)  if possible, all candidates for one office are grouped in one column or upon one

675    page;

676    (ii)  if all candidates for one office cannot be listed in one column or grouped on one

677    page:

678    (A)  the ballot sheet or ballot label shall be clearly marked to indicate that the list of

679    candidates is continued on the following column or page; and

680    (B)  approximately the same number of names shall be printed in each column or on

681    each page.

682    (2)  Each election officer shall ensure that:

683    (a)  proposed amendments to the Utah Constitution are listed in accordance with

684    Section 20A-6-107;

685    (b)  ballot propositions submitted to the voters are listed in accordance with Section

686    20A-6-107; and

687    (c)  bond propositions that have qualified for the ballot are listed under the title

688    assigned to each bond proposition under Section 11-14-206.

689    Section 8.  Section **20A-6-304** is amended to read:

690    **20A-6-304.   Regular general election -- Electronic ballots.**

691    (1)  Each election officer shall ensure that:

692    (a)  the format and content of the electronic ballot is arranged in approximately the

693    same order as paper ballots;

694    (b)  the titles of offices and the names of candidates are displayed in vertical columns or

695    in a series of separate display screens;

696    (c)  the electronic ballot is of sufficient length to include, after the list of candidates:

697    (i)  the names of candidates for judicial offices and any other nonpartisan offices; and

698    (ii)  any ballot propositions submitted to the voters for their approval or rejection;

699    (d) (i)  a voting square or position is included where the voter may record a straight

700    party ticket vote for all the candidates of one party by making a single selection; and

701    (ii)  the name of each political party listed in the straight party selection area includes

S.B. 54                                                                    Enrolled Copy

702    the word "party" at the end of the party's name;

703            (e)  the tickets are displayed in the order specified under Section 20A-6-305;

704            (f)  the office titles are displayed above or at the side of the names of candidates so as to

705    indicate clearly the candidates for each office and the number to be elected;

706            (g)  the party designation of each candidate who has been nominated by a registered

707    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5) is displayed

708    adjacent to the candidate's name; and

709            (h)  if possible, all candidates for one office are grouped in one column or upon one

710    display screen.

711            (2)  Each election officer shall ensure that:

712            (a)  proposed amendments to the Utah Constitution are displayed in accordance with

713    Section 20A-6-107;

714            (b)  ballot propositions submitted to the voters are displayed in accordance with Section

715    20A-6-107; and

716            (c)  bond propositions that have qualified for the ballot are displayed under the title

717    assigned to each bond proposition under Section 11-14-206.

718            Section 9.  Section **20A-6-305** is amended to read:

719            **20A-6-305.   Master ballot position list -- Random selection -- Procedures --**

720    **Publication -- Surname -- Exemptions.**

721            (1)  As used in this section, "master ballot position list" means an official list of the 26

722    characters in the alphabet listed in random order and numbered from one to 26 as provided

723    under Subsection (2).

724            (2)  The lieutenant governor shall:

725            (a)  [at the beginning of each general election year] by November 15 in the year before

726    each regular general election, conduct a random selection to establish the master ballot position

727    list for the [current year and the] next year and the year following in accordance with

728    procedures established under Subsection (2)(c);

729            (b)  publish the master ballot position lists on the lieutenant governor's election website

- 26 -

**Enrolled Copy**                                                                **S.B. 54**

730    on or before [February 1 in] <u>November 15 in the year before</u> each regular general election

731    [year]; and

732            (c)  establish written procedures for:

733            (i)  the election official to use the master ballot position list; and

734            (ii)  the lieutenant governor in:

735            (A)  conducting the random selection in a fair manner; and

736            (B)  providing a record of the random selection process used.

737            (3)  In accordance with the written procedures established under Subsection (2)(c)(i), an

738    election officer shall use the master ballot position list for the current year to determine the

739    order in which to list candidates on the ballot for an election held during the year.

740            (4)  To determine the order in which to list candidates on the ballot required under

741    Subsection (3), the election officer shall apply the randomized alphabet using:

742            (a)  the candidate's surname;

743            (b)  for candidates with a surname that has the same spelling, the candidate's given

744    name;

745            (c)  the surname of the president and the surname of the governor for an election for the

746    offices of president and vice president and governor and lieutenant governor; and

747            (d)  if the ballot provides for a ticket or a straight party ticket, the registered political

748    party name.

749            (5)  This section does not apply to:

750            (a)  an election for an office for which only one candidate is listed on the ballot; or

751            (b)  a judicial retention election under Section 20A-12-201.

752            Section 10.  Section **20A-9-101** is amended to read:

753            **20A-9-101.   Definitions.**

754            As used in this chapter:

755            (1) (a)  "Candidates for elective office" means persons [selected by a registered political

756    party as party candidates] <u>who file a declaration of candidacy under Section 20A-9-202</u> to run

757    in a regular general election <u>for a federal office, constitutional office, multicounty office, or</u>

**S.B. 54**                                                               **Enrolled Copy**

758    county office.

759            (b)  "Candidates for elective office" does not mean candidates for:

760            (i)  justice or judge of court of record or not of record;

761            (ii)  presidential elector;

762            (iii)  any political party offices; and

763            (iv)  municipal or local district offices.

764            (2)  "Constitutional office" means the state offices of governor, lieutenant governor,

765    attorney general, state auditor, and state treasurer.

766            (3)  "Continuing political party" is as defined in Section 20A-8-101.

767            [(3)] (4) (a)  "County office" means an elective office where the office holder is selected

768    by voters entirely within one county.

769            (b)  "County office" does not mean:

770            (i)  the office of justice or judge of any court of record or not of record;

771            (ii)  the office of presidential elector;

772            (iii)  any political party offices;

773            (iv)  any municipal or local district offices; and

774            (v)  the office of United States Senator and United States Representative.

775            [(4)] (5)  "Federal office" means an elective office for United States Senator and United

776    States Representative.

777            [(5)] (6)  "Filing officer" means:

778            (a)  the lieutenant governor, for:

779            [(i)  offices whose political division contains territory in two or more counties;]

780            [(ii)] (i)  the office of United States Senator and United States Representative; and

781            [(iii)] (ii)  all constitutional offices;

782            (b)  the county clerk, for county offices and local school district offices, and the county

783    clerk in the filer's county of residence, for multicounty offices;

784            (c)  the city or town clerk, for municipal offices; and

785            (d)  the local district clerk, for local district offices.

786          [(6)] (7)  "Local district office" means an elected office in a local district.

787          [(7)] (8)  "Local government office" includes county offices, municipal offices, and

788    local district offices and other elective offices selected by the voters from a political division

789    entirely within one county.

790          [(8)] (9) (a)  "Multicounty office" means an elective office where the office holder is

791    selected by the voters from more than one county.

792          (b)  "Multicounty office" does not mean:

793          (i)  a county office;

794          (ii)  a federal office;

795          (iii)  the office of justice or judge of any court of record or not of record;

796          (iv)  the office of presidential elector;

797          (v)  any political party offices; and

798          (vi)  any municipal or local district offices.

799          [(9)] (10)  "Municipal office" means an elective office in a municipality.

800          [(10)] (11) (a)  "Political division" means a geographic unit from which an office holder

801    is elected and that an office holder represents.

802          (b)  "Political division" includes a county, a city, a town, a local district, a school

803    district, a legislative district, and a county prosecution district.

804          (12)  "Qualified political party" means a registered political party that:

805          (a)  permits voters who are unaffiliated with any political party to vote for the registered

806    political party's candidates in a primary election;

807          (b) (i)  permits a delegate for the registered political party to vote on a candidate

808    nomination in the registered political party's convention remotely; or

809          (ii)  provides a procedure for designating an alternate delegate if a delegate is not

810    present at the registered political party's convention;

811          (c)  does not hold the registered political party's convention before April 1 of an

812    even-numbered year;

813          (d)  permits a member of the registered political party to seek the registered political

S.B. 54                                                                    **Enrolled Copy**

814    party's nomination for any elective office by the member choosing to seek the nomination by

815    either or both of the following methods:

816           (i)  seeking the nomination through the registered political party's convention process,

817    in accordance with the provisions of Section 20A-9-407; or

818           (ii)  seeking the nomination by collecting signatures, in accordance with the provisions

819    of Section 20A-9-408; and

820           (e)  no later than 5 p.m. on September 30 of an odd-numbered year, certifies to the

821    lieutenant governor that, for the election in the following year, the registered political party

822    intends to nominate the registered political party's candidates in accordance with the provisions

823    of Sections 20A-9-407 and 20A-9-408.

824           Section 11.  Section **20A-9-201** is amended to read:

825           **20A-9-201.   Declarations of candidacy -- Candidacy for more than one office or of**

826    **more than one political party prohibited with exceptions -- General filing and form**

827    **requirements -- Affidavit of impecuniosity.**

828           (1)  Before filing a declaration of candidacy for election to any office, a person shall:

829           (a)  be a United States citizen; [and]

830           (b)  meet the legal requirements of that office[.]; and

831           (c)  if seeking a registered political party's nomination as a candidate for elective office,

832    designate that registered political party as their preferred party affiliation on their declaration of

833    candidacy.

834           (2) (a)  Except as provided in Subsection (2)(b), a person may not:

835           (i)  file a declaration of candidacy for, or be a candidate for, more than one office in

836    Utah during any election year; or

837           (ii)  appear on the ballot as the candidate of more than one political party.

838           (b) (i)  A person may file a declaration of candidacy for, or be a candidate for, president

839    or vice president of the United States and another office, if the person resigns the person's

840    candidacy for the other office after the person is officially nominated for president or vice

841    president of the United States.

**Enrolled Copy**                                                                                    **S.B. 54**

842    (ii)  A person may file a declaration of candidacy for, or be a candidate for, more than

843    one justice court judge office.

844    (iii)  A person may file a declaration of candidacy for lieutenant governor even if the

845    person filed a declaration of candidacy for another office in the same election year if the person

846    withdraws as a candidate for the other office in accordance with Subsection 20A-9-202(6)

847    before filing the declaration of candidacy for lieutenant governor.

848    (3) (a) (i)  Except for presidential candidates, before the filing officer may accept any

849    declaration of candidacy, the filing officer shall:

850    (A)  read to the prospective candidate the constitutional and statutory qualification

851    requirements for the office that the candidate is seeking; and

852    (B)  require the candidate to state whether or not the candidate meets those

853    requirements.

854    (ii)  Before accepting a declaration of candidacy for the office of county attorney, the

855    county clerk shall ensure that the person filing that declaration of candidacy is:

856    (A)  a United States citizen;

857    (B)  an attorney licensed to practice law in Utah who is an active member in good

858    standing of the Utah State Bar;

859    (C)  a registered voter in the county in which the person is seeking office; and

860    (D)  a current resident of the county in which the person is seeking office and either has

861    been a resident of that county for at least one year or was appointed and is currently serving as

862    county attorney and became a resident of the county within 30 days after appointment to the

863    office.

864    (iii)  Before accepting a declaration of candidacy for the office of district attorney, the

865    county clerk shall ensure that, as of the date of the election, the person filing that declaration of

866    candidacy is:

867    (A)  a United States citizen;

868    (B)  an attorney licensed to practice law in Utah who is an active member in good

869    standing of the Utah State Bar;

S.B. 54                                                              **Enrolled Copy**

870          (C)  a registered voter in the prosecution district in which the person is seeking office;

871   and

872          (D)  a current resident of the prosecution district in which the person is seeking office

873   and either will have been a resident of that prosecution district for at least one year as of the

874   date of the election or was appointed and is currently serving as district attorney and became a

875   resident of the prosecution district within 30 days after receiving appointment to the office.

876          (iv)  Before accepting a declaration of candidacy for the office of county sheriff, the

877   county clerk shall ensure that the person filing the declaration of candidacy:

878          (A)  as of the date of filing:

879          (I)  is a United States citizen;

880          (II)  is a registered voter in the county in which the person seeks office;

881          (III) (Aa)  has successfully met the standards and training requirements established for

882   law enforcement officers under Title 53, Chapter 6, Part 2, Peace Officer Training and

883   Certification Act; or

884          (Bb)  has met the waiver requirements in Section 53-6-206; and

885          (IV)  is qualified to be certified as a law enforcement officer, as defined in Section

886   53-13-103; and

887          (B)  as of the date of the election, shall have been a resident of the county in which the

888   person seeks office for at least one year.

889          (v)  Before accepting a declaration of candidacy for the office of governor, lieutenant

890   governor, state auditor, state treasurer, attorney general, state legislator, or State Board of

891   Education member, the filing officer shall ensure:

892          (A)  that the person filing the declaration of candidacy also files the financial disclosure

893   required by Section 20A-11-1603; and

894          (B)  if the filing officer is not the lieutenant governor, that the financial disclosure is

895   provided to the lieutenant governor according to the procedures and requirements of Section

896   20A-11-1603.

897          (b)  If the prospective candidate states that the qualification requirements for the office

Enrolled Copy                                                          S.B. 54

898    are not met, the filing officer may not accept the prospective candidate's declaration of

899    candidacy.

900        (c)  If the candidate meets the requirements of Subsection (3)(a) and states that the

901    requirements of candidacy are met, the filing officer shall:

902        (i)  inform the candidate that:

903        (A)  the candidate's name will appear on the ballot as it is written on the declaration of

904    candidacy;

905        (B)  the candidate may be required to comply with state or local campaign finance

906    disclosure laws; and

907        (C)  the candidate is required to file a financial statement before the candidate's political

908    convention under:

909        (I)  Section 20A-11-204 for a candidate for constitutional office;

910        (II)  Section 20A-11-303 for a candidate for the Legislature; or

911        (III)  local campaign finance disclosure laws, if applicable;

912        (ii)  except for a presidential candidate, provide the candidate with a copy of the current

913    campaign financial disclosure laws for the office the candidate is seeking and inform the

914    candidate that failure to comply will result in disqualification as a candidate and removal of the

915    candidate's name from the ballot;

916        (iii)  provide the candidate with a copy of Section 20A-7-801 regarding the Statewide

917    Electronic Voter Information Website Program and inform the candidate of the submission

918    deadline under Subsection 20A-7-801(4)(a);

919        (iv)  provide the candidate with a copy of the pledge of fair campaign practices

920    described under Section 20A-9-206 and inform the candidate that:

921        (A)  signing the pledge is voluntary; and

922        (B)  signed pledges shall be filed with the filing officer;

923        (v)  accept the candidate's declaration of candidacy; and

924        (vi)  if the candidate has filed for a partisan office, provide a certified copy of the

925    declaration of candidacy to the chair of the county or state political party of which the

S.B. 54                                                                    Enrolled Copy

926    candidate is a member.

927         (d)  If the candidate elects to sign the pledge of fair campaign practices, the filing

928    officer shall:

929         (i)  accept the candidate's pledge; and

930         (ii)  if the candidate has filed for a partisan office, provide a certified copy of the

931    candidate's pledge to the chair of the county or state political party of which the candidate is a

932    member.

933         (4) (a)  Except for presidential candidates, the form of the declaration of candidacy shall

934    be substantially as follows:

935         "State of Utah, County of ____

936              I, _____, declare my [intention of becoming a candidate] candidacy

937    for the office of ____ [as a candidate for], seeking the nomination of the ____ party,

938    which is my preferred political party affiliation.  I do solemnly swear that: I will meet

939    the qualifications to hold the office, both legally and constitutionally, if selected; I

940    reside at _____ in the City or Town of ____, Utah, Zip Code ____ Phone No.

941    ____; I will not knowingly violate any law governing campaigns and elections; I will

942    file all campaign financial disclosure reports as required by law; and I understand that

943    failure to do so will result in my disqualification as a candidate for this office and

944    removal of my name from the ballot.  The mailing address that I designate for receiving

945    official election notices is _____.

946    _____

947              Subscribed and sworn before me this _____(month\day\year).

948                             Notary Public (or other officer qualified to administer oath.)"

949         (b)  An agent designated to file a declaration of candidacy under Section 20A-9-202

950    may not sign the form described in Subsection (4)(a).

951         (5) (a)  Except for presidential candidates, the fee for filing a declaration of candidacy

952    is:

953         (i)  $50 for candidates for the local school district board; and

- 34 -

954    (ii) $50 plus 1/8 of 1% of the total salary for the full term of office legally paid to the

955    person holding the office for all other federal, state, and county offices.

956    (b) Except for presidential candidates, the filing officer shall refund the filing fee to

957    any candidate:

958    (i) who is disqualified; or

959    (ii) who the filing officer determines has filed improperly.

960    (c) (i) The county clerk shall immediately pay to the county treasurer all fees received

961    from candidates.

962    (ii) The lieutenant governor shall:

963    (A) apportion to and pay to the county treasurers of the various counties all fees

964    received for filing of nomination certificates or acceptances; and

965    (B) ensure that each county receives that proportion of the total amount paid to the

966    lieutenant governor from the congressional district that the total vote of that county for all

967    candidates for representative in Congress bears to the total vote of all counties within the

968    congressional district for all candidates for representative in Congress.

969    (d) (i) A person who is unable to pay the filing fee may file a declaration of candidacy

970    without payment of the filing fee upon a prima facie showing of impecuniosity as evidenced by

971    an affidavit of impecuniosity filed with the filing officer and, if requested by the filing officer,

972    a financial statement filed at the time the affidavit is submitted.

973    (ii) A person who is able to pay the filing fee may not claim impecuniosity.

974    (iii) (A) False statements made on an affidavit of impecuniosity or a financial

975    statement filed under this section shall be subject to the criminal penalties provided under

976    Sections 76-8-503 and 76-8-504 and any other applicable criminal provision.

977    (B) Conviction of a criminal offense under Subsection (5)(d)(iii)(A) shall be

978    considered an offense under this title for the purposes of assessing the penalties provided in

979    Subsection 20A-1-609(2).

980    (iv) The filing officer shall ensure that the affidavit of impecuniosity is printed in

981    substantially the following form:

S.B. 54                                                           **Enrolled Copy**

982        "Affidavit of Impecuniosity

983    Individual Name

984    _____Address_____

985    Phone Number _____

986    I,_____(name), do solemnly [swear] [affirm], under penalty of law

987    for false statements, that, owing to my poverty, I am unable to pay the filing fee required by

988    law.

989    Date _____ Signature_____

990    Affiant

991    Subscribed and sworn to before me on _____ (month\day\year)

992                                                                    _____

993                                                                          (signature)

994        Name and Title of Officer Authorized to Administer Oath    _____"

995        (v)  The filing officer shall provide to a person who requests an affidavit of

996    impecuniosity a statement printed in substantially the following form, which may be included

997    on the affidavit of impecuniosity:

998        "Filing a false statement is a criminal offense.  In accordance with Section 20A-1-609, a

999    candidate who is found guilty of filing a false statement, in addition to being subject to criminal

1000   penalties, will be removed from the ballot."

1001       (vi)  The filing officer may request that a person who makes a claim of impecuniosity

1002   under this Subsection (5)(d) file a financial statement on a form prepared by the election

1003   official.

1004       (6) (a)  If there is no legislative appropriation for the Western States Presidential

1005   Primary election, as provided in Part 8, Western States Presidential Primary, a candidate for

1006   president of the United States who is affiliated with a registered political party and chooses to

1007   participate in the regular primary election shall:

1008       (i)  file a declaration of candidacy, in person or via a designated agent, with the

1009   lieutenant governor:

**Enrolled Copy**                                                      **S.B. 54**

1010    (A)  on a form developed and provided by the lieutenant governor; and

1011    (B)  on or after the second Friday in March and before 5 p.m. on the third Thursday in

1012  March before the next regular primary election;

1013    (ii)  identify the registered political party whose nomination the candidate is seeking;

1014    (iii)  provide a letter from the registered political party certifying that the candidate may

1015  participate as a candidate for that party in that party's presidential primary election; and

1016    (iv)  pay the filing fee of $500.

1017    (b)  An agent designated to file a declaration of candidacy may not sign the form

1018  described in Subsection (6)(a)(i)(A).

1019    (7)  Any person who fails to file a declaration of candidacy or certificate of nomination

1020  within the time provided in this chapter is ineligible for nomination to office.

1021    (8)  A declaration of candidacy filed under this section may not be amended or

1022  modified after the final date established for filing a declaration of candidacy.

1023    Section 12.  Section **20A-9-202** is amended to read:

1024    **20A-9-202.  Declarations of candidacy for regular general elections.**

1025    (1) (a)  Each person seeking to become a candidate for an elective office [for any county

1026  office] that is to be filled at the next regular general election shall:

1027    (i)  file a declaration of candidacy in person with the [county clerk on or after the

1028  second Friday in March and before 5 p.m. on the third Thursday in March before the next

1029  regular general election] filing officer on or after January 1 of the regular general election year,

1030  and before the candidate circulates nomination petitions under Section 20A-9-405; and

1031    (ii)  pay the filing fee.

1032    [(b)  Each person intending to become a candidate for any legislative office or

1033  multicounty office that is to be filled at the next regular general election shall:]

1034    [(i)  file a declaration of candidacy in person with either the lieutenant governor or the

1035  county clerk in the candidate's county of residence on or after the second Friday in March and

1036  before 5 p.m. on the third Thursday in March before the next regular general election; and]

1037    [(ii)  pay the filing fee.]

S.B. 54                                                                **Enrolled Copy**

1038  [(c) (i)] (b)  Each county clerk who receives a declaration of candidacy from a candidate

1039  for multicounty office shall transmit the filing fee and a copy of the candidate's declaration of

1040  candidacy to the lieutenant governor within one working day after it is filed.

1041  [(ii)] (c)  Each day during the filing period, each county clerk shall notify the lieutenant

1042  governor electronically or by telephone of [legislative] candidates who have filed in their

1043  office.

1044  [(d)  Each person seeking to become a candidate for elective office for any federal

1045  office or constitutional office that is to be filled at the next regular general election shall]:

1046  [(i)  file a declaration of candidacy in person with the lieutenant governor on or after the

1047  second Friday in March and before 5 p.m. on the third Thursday in March before the next

1048  regular general election; and]

1049  [(ii)  pay the filing fee.]

1050  [(e)] (d)  Each person seeking the office of lieutenant governor, the office of district

1051  attorney, or the office of president or vice president of the United States shall comply with the

1052  specific declaration of candidacy requirements established by this section.

1053  (2) (a)  Each person intending to become a candidate for the office of district attorney

1054  within a multicounty prosecution district that is to be filled at the next regular general election

1055  shall:

1056  (i)  file a declaration of candidacy with the clerk designated in the interlocal agreement

1057  creating the prosecution district on or after [the second Friday in March and before 5 p.m. on

1058  the third Thursday in March before the next regular general election] January 1 of the regular

1059  general election year, and before the candidate circulates nomination petitions under Section

1060  20A-9-405; and

1061  (ii)  pay the filing fee.

1062  (b)  The designated clerk shall provide to the county clerk of each county in the

1063  prosecution district a certified copy of each declaration of candidacy filed for the office of

1064  district attorney.

1065  (3) (a)  [Within five working days of nomination] On or before 5 p.m. on the first

**Enrolled Copy**                                                                **S.B. 54**

1066  Monday after the third Saturday in April, each lieutenant governor candidate shall:

1067  (i)  file a declaration of candidacy with the lieutenant governor; [and]

1068  (ii)  pay the filing fee[.]; and

1069  (iii)  submit a letter from a candidate for governor who has received certification for the

1070  primary-election ballot under Section 20A-9-403 that names the lieutenant governor candidate

1071  as a joint-ticket running mate.

1072  (b) [(i)]  Any candidate for lieutenant governor who fails to timely file [within five

1073  working days] is disqualified. [(ii)] If a lieutenant governor is disqualified, another candidate

1074  shall [be nominated] file to replace the disqualified candidate.

1075  (4)  Each registered political party shall:

1076  (a)  certify the names of its candidates for president and vice president of the United

1077  States to the lieutenant governor no later than August 31; or

1078  (b)  provide written authorization for the lieutenant governor to accept the certification

1079  of candidates for president and vice president of the United States from the national office of

1080  the registered political party.

1081  (5) (a)  A declaration of candidacy filed under this section is valid unless a written

1082  objection is filed with the clerk or lieutenant governor within five days after the last day for

1083  filing.

1084  (b)  If an objection is made, the clerk or lieutenant governor shall:

1085  (i)  mail or personally deliver notice of the objection to the affected candidate

1086  immediately; and

1087  (ii)  decide any objection within 48 hours after it is filed.

1088  (c)  If the clerk or lieutenant governor sustains the objection, the candidate may cure the

1089  problem by amending the declaration or petition within three days after the objection is

1090  sustained or by filing a new declaration within three days after the objection is sustained.

1091  (d) (i)  The clerk's or lieutenant governor's decision upon objections to form is final.

1092  (ii)  The clerk's or lieutenant governor's decision upon substantive matters is reviewable

1093  by a district court if prompt application is made to the court.

**S.B. 54**                                                          **Enrolled Copy**

1094        (iii)  The decision of the district court is final unless the Supreme Court, in the exercise

1095   of its discretion, agrees to review the lower court decision.

1096        (6)  Any person who filed a declaration of candidacy may withdraw as a candidate by

1097   filing a written affidavit with the clerk.

1098        (7)  Except as provided in Subsection 20A-9-201(4)(b), notwithstanding a requirement

1099   in this section to file a declaration of candidacy in person, a person may designate an agent to

1100   file the form described in Subsection 20A-9-201(4) in person with the filing officer if:

1101        (a)  the person is located outside the state during the filing period because:

1102        (i)  of employment with the state or the United States; or

1103        (ii)  the person is a member of:

1104        (A)  the active or reserve components of the Army, Navy, Air Force, Marine Corps, or

1105   Coast Guard of the United States who is on active duty;

1106        (B)  the Merchant Marine, the commissioned corps of the Public Health Service, or the

1107   commissioned corps of the National Oceanic and Atmospheric Administration of the United

1108   States; or

1109        (C)  the National Guard on activated status;

1110        (b)  the person communicates with the filing officer using an electronic device that

1111   allows the person and filing officer to see and hear each other; and

1112        (c)  the person provides the filing officer with an email address to which the filing

1113   officer may send the copies described in Subsection 20A-9-201(3).

1114        Section 13.  Section **20A-9-403** is amended to read:

1115        **20A-9-403.  Regular primary elections.**

1116        (1) (a)  Candidates for elective office that are to be filled at the next regular general

1117   election shall be nominated in a regular primary election by direct vote of the people in the

1118   manner prescribed in this section. The fourth Tuesday of June of each even-numbered year is

1119   designated as regular primary election day.  Nothing in this section shall affect a candidate's

1120   ability to qualify for a regular general election's ballot as an unaffiliated candidate under

1121   Section 20A-9-501 or to participate in a regular general election as a write-in candidate under

**Enrolled Copy**                                                                 **S.B. 54**

1122   Section 20A-9-601.

1123          (b)  Each registered political party that chooses to [use the primary election process to

1124   nominate some or all] have the names of its candidates for elective office featured with party

1125   affiliation on the ballot at a regular general election shall comply with the requirements of this

1126   section and shall nominate its candidates for elective office in the manner prescribed in this

1127   section.

1128          (c)  A filing officer may not permit an official ballot at a regular general election to be

1129   produced or used if the ballot denotes affiliation between a registered political party or any

1130   other political group and a candidate for elective office who was not nominated in the manner

1131   prescribed in this section or in Subsection 20A-9-202(4).

1132          (d)  Unless noted otherwise, the dates in this section refer to those that occur in each

1133   even-numbered year in which a regular general election will be held.

1134          (2) (a)  [As a condition for using the state's election system, each] Each registered

1135   political party [that wishes to participate in the primary election], in a statement filed with the

1136   lieutenant governor, shall:

1137          (i)  either declare their intent to participate in the next regular primary election or

1138   declare that the registered political party chooses not to have the names of its candidates for

1139   elective office featured on the ballot at the next regular general election;

1140          (ii)  if the registered political party participates in the upcoming regular primary

1141   election, identify one or more registered political parties whose members may vote for the

1142   registered political party's candidates and whether or not persons identified as unaffiliated with

1143   a political party may vote for the registered political party's candidates; and

1144          [(iii)  certify that information to the lieutenant governor no later than 5 p.m. on March 1

1145   of each even-numbered year.]

1146          [(b)  As a condition for using the state's election system, each registered political party

1147   that wishes to participate in the primary election shall:]

1148          [(i)  certify the name and office of all of the registered political party's candidates to the

1149   lieutenant governor no later than 5 p.m. on the first Monday after the third Saturday in April of

S.B. 54                                                                              **Enrolled Copy**

1150    each even-numbered year and indicate which of the candidates will be on the primary ballot;

1151    and]

1152    [(ii)  certify the name and office of each of its county candidates to the county clerks by

1153    5 p.m. on the first Monday after the third Saturday in April of each even-numbered year and

1154    indicate which of the candidates will be on the primary ballot.]

1155    [(c)  By 5 p.m. on the first Wednesday after the third Saturday in April of each

1156    even-numbered year, the lieutenant governor shall send the county clerks a certified list of the

1157    names of all statewide candidates, multicounty candidates, or single county candidates that

1158    shall be printed on the primary ballot and the order the candidates are to appear on the ballot in

1159    accordance with Section 20A-6-305.]

1160    [(d)  Except for presidential candidates, if a registered political party does not wish to

1161    participate in the primary election, it shall submit the names of its county candidates to the

1162    county clerks and the names of all of its candidates to the lieutenant governor by 5 p.m. on May

1163    30 of each even-numbered year.]

1164    (iii)  if the registered political party participates in the upcoming regular primary

1165    election, indicate whether it chooses to nominate unopposed candidates without their name

1166    appearing on the ballot, as described under Subsection (5)(c).

1167    (b)  A registered political party that is a continuing political party must file the

1168    statement described in Subsection (2)(a) with the lieutenant governor no later than 5 p.m. on

1169    November 15 of each odd-numbered year.  An organization that is seeking to become a

1170    registered political party under Section 20A-8-103 must file the statement described in

1171    Subsection (2)(b) no later than 5 p.m. on February 15.

1172    (3) (a)  Except as provided in Subsection (3)(e), a person who has submitted a

1173    declaration of candidacy under Section 20A-9-202 shall appear as a candidate for elective

1174    office on the regular primary ballot of the registered political party listed on the declaration of

1175    candidacy only if the person is certified by the appropriate filing officer as having submitted a

1176    set of nomination petitions that was:

1177    (i)  circulated and completed in accordance with Section 20A-9-405; and

**Enrolled Copy**                                                    **S.B. 54**

1178        (ii)  signed by at least two percent of the registered political party's members who reside

1179  in the political division of the office that the person seeks.

1180        (b)  A candidate for elective office shall submit nomination petitions to the appropriate

1181  filing officer for verification and certification no later than 5 p.m. on the final day in March.

1182  Candidates may supplement their submissions at any time on or before the filing deadline.

1183        (c)  The lieutenant governor shall determine for each elective office the total number of

1184  signatures that must be submitted under Subsection (3)(a)(ii) by counting the aggregate number

1185  of persons residing in each elective office's political division who have designated a particular

1186  registered political party on their voter registration forms as of November 1 of each

1187  odd-numbered year.  The lieutenant governor shall publish this determination for each elective

1188  office no later than November 15 of each odd-numbered year.

1189        (d)  The filing officer shall:

1190        (i)  verify signatures on nomination petitions in a transparent and orderly manner;

1191        (ii)  for all qualifying candidates for elective office who submitted nomination petitions

1192  to the filing officer, issue certifications referenced in Subsection (3)(a) no later than 5 p.m. on

1193  the first Monday after the third Saturday in April;

1194        (iii)  consider active and inactive voters eligible to sign nomination petitions;

1195        (iv)  consider a person who signs a nomination petition a member of a registered

1196  political party for purposes of Subsection (3)(a)(ii) if the person has designated that registered

1197  political party as their preferred party affiliation on their voter registration form prior to 5 p.m.

1198  on the final day in March; and

1199        (v)  utilize procedures described in Section 20A-7-206.3 to verify submitted nomination

1200  petition signatures, or use statistical sampling procedures to verify submitted nomination

1201  petition signatures pursuant to rules issued by the lieutenant governor under Subsection (3)(f).

1202        (e)  Notwithstanding any other provision in Subsection (3), a candidate for lieutenant

1203  governor may appear on the regular primary ballot of a registered political party without

1204  submitting nomination petitions if the candidate files a declaration of candidacy and complies

1205  with Subsection 20A-9-202(3).

**S.B. 54**                                                          **Enrolled Copy**

1206    (f)  The lieutenant governor shall issue rules that provide for the use of statistical

1207    sampling procedures for filing officers to verify signatures under Subsection (3)(d).  The

1208    statistical sampling procedures shall reflect a bona fide effort to determine the validity of a

1209    candidate's entire submission, using widely recognized statistical sampling techniques.  The

1210    lieutenant governor may also issue supplemental rules and guidance that provide for the

1211    transparent, orderly, and timely submission, verification, and certification of nomination

1212    petition signatures.

1213    [(3)] (g)  The county clerk shall:

1214    [(a)] (i)  review the declarations of candidacy filed by candidates for local boards of

1215    education to determine if more than two candidates have filed for the same seat;

1216    [(b)] (ii)  place the names of all candidates who have filed a declaration of candidacy

1217    for a local board of education seat on the nonpartisan section of the ballot if more than two

1218    candidates have filed for the same seat; and

1219    [(c)] (iii)  determine the order of the local board of education candidates' names on the

1220    ballot in accordance with Section 20A-6-305.

1221    (4) (a)  By 5 p.m. on the first Wednesday after the third Saturday in April, the lieutenant

1222    governor shall provide to the county clerks:

1223    (i)  a list of the names of all candidates for federal, constitutional, multi-county, and

1224    county offices who have received certifications under Subsection (3), along with instructions

1225    on how those names shall appear on the primary-election ballot in accordance with Section

1226    20A-6-305; and

1227    (ii)  a list of unopposed candidates for elective office who have been nominated by a

1228    registered political party under Subsection (5)(c) and instruct the county clerks to exclude such

1229    candidates from the primary-election ballot.

1230    (b)  A candidate for lieutenant governor and a candidate for governor campaigning as

1231    joint-ticket running mates shall appear jointly on the primary-election ballot.

1232    [(4)] (c)  After the county clerk receives the certified list from [a registered political

1233    party] the lieutenant governor under Subsection (4)(a), the county clerk shall post or publish a

- 44 -

Enrolled Copy                                                                S.B. 54

1234  primary election notice in substantially the following form:

1235          "Notice is given that a primary election will be held Tuesday, June _____,

1236  _____(year), to nominate party candidates for the parties and [nonpartisan offices]

1237  candidates for nonpartisan local school board positions listed on the primary ballot.  The

1238  polling place for voting precinct _____ is _____.  The polls will open at 7 a.m. and continue open

1239  until 8 p.m. of the same day.  Attest: county clerk."

1240          (5) (a)  Candidates, other than presidential candidates, receiving the highest number of

1241  votes cast for each office at the regular primary election are nominated by their registered

1242  political party [or nonpartisan group] for that office or are nominated as a candidate for a

1243  nonpartisan local school board position.

1244          (b)  If two or more candidates, other than presidential candidates, are to be elected to

1245  the office at the regular general election, those party candidates equal in number to positions to

1246  be filled who receive the highest number of votes at the regular primary election are the

1247  nominees of their party for those positions.

1248          (c)  A candidate who is unopposed for an elective office in the regular primary election

1249  of a registered political party is nominated by the party for that office without appearing on the

1250  primary ballot, provided that the party has chosen to nominate unopposed candidates under

1251  Subsection (2)(a)(iii).  A candidate is "unopposed" if no person other than the candidate has

1252  received a certification under Subsection (3) for the regular primary election ballot of the

1253  candidate's registered political party for a particular elective office.

1254          (6) (a)  When a tie vote occurs in any primary election for any national, state, or other

1255  office that represents more than one county, the governor, lieutenant governor, and attorney

1256  general shall, at a public meeting called by the governor and in the presence of the candidates

1257  involved, select the nominee by lot cast in whatever manner the governor determines.

1258          (b)  When a tie vote occurs in any primary election for any county office, the district

1259  court judges of the district in which the county is located shall, at a public meeting called by

1260  the judges and in the presence of the candidates involved, select the nominee by lot cast in

1261  whatever manner the judges determine.

S.B. 54                                                                                    **Enrolled Copy**

1262          (7)  The expense of providing all ballots, blanks, or other supplies to be used at any

1263   primary election provided for by this section, and all expenses necessarily incurred in the

1264   preparation for or the conduct of that primary election shall be paid out of the treasury of the

1265   county or state, in the same manner as for the regular general elections.

1266          Section 14.  Section **20A-9-405** is enacted to read:

1267          **20A-9-405.  Nomination petitions for regular primary elections.**

1268          (1)  This section shall apply to the form and circulation of nomination petitions for

1269   regular primary elections described in Subsection 20A-9-403(3)(a).

1270          (2)  A candidate for elective office, and the agents of the candidate, may not circulate

1271   nomination petitions until the candidate has submitted a declaration of candidacy in accordance

1272   with Subsection 20A-9-202(1).

1273          (3)  The nomination petitions shall be in substantially the following form:

1274          (a)  the petition shall be printed on paper 8-1/2 inches long and 11 inches wide;

1275          (b)  the petition shall be ruled with a horizontal line 3/4 inch from the top, with the

1276   space above that line blank for purposes of binding;

1277          (c)  the petition shall be headed by a caption stating the purpose of the petition and the

1278   name of the proposed candidate;

1279          (d)  the petition shall feature the word "Warning" followed by the following statement

1280   in no less than eight-point, single leaded type: "It is a class A misdemeanor for anyone to

1281   knowingly sign a certificate of nomination signature sheet with any name other than the

1282   person's own name or more than once for the same candidate or if the person is not registered

1283   to vote in this state and does not intend to become registered to vote in this state before

1284   signatures are certified by a filing officer.";

1285          (e)  the petition shall feature 10 lines spaced one-half inch apart and consecutively

1286   numbered one through 10;

1287          (f)  the signature portion of the petition shall be divided into columns headed by the

1288   following titles:

1289          (i)  Registered Voter's Printed Name;

**Enrolled Copy**                                                                                      **S.B. 54**

1290        (ii)  Signature of Registered Voter;

1291        (iii)  Party Affiliation of Registered Voter;

1292        (iv)  Birth Date or Age (Optional);

1293        (v)  Street Address, City, Zip Code; and

1294        (vi)  Date of Signature; and

1295        (g)  a photograph of the candidate may appear on the nomination petition.

1296        (4)  If one or more nomination petitions are bound together, a page shall be bound to

1297   the nomination petition(s) that features the following printed verification statement to be signed

1298   and dated by the petition circulator:

1299        "Verification

1300        State of Utah, County of _____

1301        I, _____, of _____, hereby state under that:

1302        I am a Utah resident and am at least 18 years old;

1303        All the names that appear on the signature sheets bound to this page were, to the best of

1304   my knowledge, signed by the persons who professed to be the persons whose names appear on

1305   the signature sheets, and each of them signed the person's name on the signature sheets in my

1306   presence;

1307        I believe that each has printed and signed the person's name and written the person's

1308   street address correctly, and that each signer is registered to vote in Utah or will register to vote

1309   in Utah before the county clerk certifies the signatures on the signature sheet."

1310        (5)  The lieutenant governor shall prepare and make public model nomination petition

1311   forms and associated instructions.

1312        (6)  A nomination petition circulator must be at least18 years old and a resident of the

1313   state, but may affiliate with any political party.

1314        (7)  It is unlawful for any person to:

1315        (a)  knowingly sign the nomination petition sheet described in Subsection (3):

1316        (i)  with any name other than the person's own name;

1317        (ii)  more than once for the same candidate; or

1318        (iii)  if the person is not registered to vote in this state and does not intend to become

1319    registered to vote in this state prior to 5 p.m. on the final day in March;

1320        (b)  sign the verification of a certificate of nomination signature sheet described in

1321    Subsection (4) if the person:

1322        (i)  does not meet the residency requirements of Section 20A-2-105;

1323        (ii)  has not witnessed the signing by those persons whose names appear on the

1324    certificate of nomination signature sheet; or

1325        (iii)  knows that a person whose signature appears on the certificate of nomination

1326    signature sheet is not registered to vote in this state and does not intend to become registered to

1327    vote in this state;

1328        (c)  pay compensation to any person to sign a nomination petition; or

1329        (d)  pay compensation to any person to circulate a nomination petition, if the

1330    compensation is based directly on the number of signatures submitted to a filing officer rather

1331    than on the number of signatures verified or on some other basis.

1332        (8)  Any person violating Subsection (7) is guilty of a class A misdemeanor.

1333        (9)  Withdrawal of petition signatures shall not be permitted.

1334    Section 15.  Section **20A-9-406** is enacted to read:

1335    **20A-9-406.  Qualified political party -- Requirements and exemptions.**

1336    The following provisions apply to a qualified political party:

1337    (1)  the qualified political party shall certify to the lieutenant governor no later than 5

1338    p.m. on March 1 of each even-numbered year:

1339        (a)  the identity of one or more registered political parties whose members may vote for

1340    the qualified political party's candidates; and

1341        (b)  whether the qualified political party chooses to nominate unopposed candidates

1342    without the names of the candidates appearing on the ballot, as described in Subsection

1343    20A-9-403(5)(c);

1344        (2)  the provisions of Subsections 20A-9-403(1) through (4)(a), Subsection

1345    20A-9-403(5)(c), and Section 20A-9-405 do not apply to a nomination for the qualified

**Enrolled Copy**                                                    **S.B. 54**

1346   political party;

1347         (3)  an individual may only obtain a nomination for the qualified political party by using

1348   a method described in Section 20A-9-407, Section 20A-9-408, or both;

1349         (4)  the qualified political party shall comply with the provisions of Sections

1350   20A-9-407, 20A-9-408, and 20A-9-409;

1351         (5)  notwithstanding Subsection 20A-6-301(1)(a), (1)(g), or (2)(a), each election officer

1352   shall ensure that a ballot described in Section 20A-6-301 includes each person nominated by a

1353   qualified political party under Section 20A-9-407 or 20A-9-408:

1354         (a)  under the qualified political party's name and emblem, if any; or

1355         (b)  under the title of the qualified registered political party as designated by the

1356   qualified political party in the certification described in Subsection (1), or, if none is

1357   designated, then under some suitable title;

1358         (6)  notwithstanding Subsection 20A-6-302(1)(a), each election officer shall ensure, for

1359   paper ballots in regular general elections, that each candidate who is nominated by the qualified

1360   political party is listed by party;

1361         (7)  notwithstanding Subsection 20A-6-303(1)(g), each election officer shall ensure that

1362   the party designation of each candidate who is nominated by the qualified political party is

1363   printed immediately adjacent to the candidate's name on ballot sheets or ballot labels;

1364         (8)  notwithstanding Subsection 20A-6-304(1)(g), each election officer shall ensure that

1365   the party designation of each candidate who is nominated by the qualified political party is

1366   displayed adjacent to the candidate's name on an electronic ballot;

1367         (9)  "candidates for elective office," defined in Subsection 20A-9-101(1)(a), also

1368   includes an individual who files a declaration of candidacy under Section 20A-9-407 or

1369   20A-9-408 to run in a regular general election for a federal office, constitutional office,

1370   multicounty office, or county office;

1371         (10)  an individual who is nominated by, or seeking the nomination of, the qualified

1372   political party is not required to comply with Subsection 20A-9-201(1)(c);

1373         (11)  notwithstanding Subsection 20A-9-403(3), the qualified political party is entitled

1374  to have each of the qualified political party's candidates for elective office appear on the

1375  primary ballot of the qualified political party with an indication that each candidate is a

1376  candidate for the qualified political party;

1377      (12)  notwithstanding Subsection 20A-9-403(4)(a), the lieutenant governor shall include

1378  on the list provided by the lieutenant governor to the county clerks:

1379      (a)  the names of all candidates of the qualified political party for federal, constitutional,

1380  multicounty, and county offices; and

1381      (b)  the names of unopposed candidates for elective office who have been nominated by

1382  the qualified political party and instruct the county clerks to exclude such candidates from the

1383  primary-election ballot;

1384      (13)  notwithstanding Subsection 20A-9-403(5)(c), a candidate who is unopposed for an

1385  elective office in the regular primary election of the qualified political party is nominated by

1386  the party for that office without appearing on the primary ballot, provided that the party has

1387  chosen to nominate unopposed candidates under Subsection 20A-9-403(2)(a)(iii); and

1388      (14)  notwithstanding the provisions of Subsections 20A-9-403(1) and (2) and Section

1389  20A-9-405, the qualified political party is entitled to have the names of its candidates for

1390  elective office featured with party affiliation on the ballot at a regular general election.

1391      Section 16.  Section **20A-9-407** is enacted to read:

1392      **20A-9-407.  Convention nomination process for qualified political party.**

1393      (1)  This section describes the requirements for a member of a qualified political party

1394  who is seeking the nomination of a qualified political party for an elective office through the

1395  qualified political party's convention nomination process.

1396      (2)  Notwithstanding Subsection 20A-9-201(4)(a), the form of the declaration of

1397  candidacy for a member of a qualified political party who is nominated by, or who is seeking

1398  the nomination of, the qualified political party under this section shall be substantially as

1399  follows:

1400      "State of Utah, County of _____

1401      I, _____, declare my intention of becoming a candidate for the office of

**Enrolled Copy**                                                                                              **S.B. 54**

1402    as a candidate for the         party.  I do solemnly swear that: I will meet the qualifications

1403    to hold the office, both legally and constitutionally, if selected; I reside at                              in

1404    the City or Town of          , Utah, Zip Code        , Phone No.         ; I will not knowingly violate

1405    any law governing campaigns and elections; I will file all campaign financial disclosure reports

1406    as required by law; and I understand that failure to do so will result in my disqualification as a

1407    candidate for this office and removal of my name from the ballot.  The mailing address that I

1408    designate for receiving official election notices is

1409    _____

1410    _____ .

1411        Subscribed and sworn before me this                 (month\day\year).  Notary Public (or

1412    other officer qualified to administer oath)."

1413        (3)  Notwithstanding Subsection 20A-9-202(1)(a), and except as provided in Subsection

1414    20A-9-202(4), a member of a qualified political party who, under this section, is seeking the

1415    nomination of the qualified political party for an elective office that is to be filled at the next

1416    general election, shall:

1417        (a)  file a declaration of candidacy in person with the filing officer on or after the

1418    second Friday in March and before 5 p.m. on the third Thursday in March before the next

1419    regular general election; and

1420        (b)  pay the filing fee.

1421        (4)  Notwithstanding Subsection 20A-9-202(2)(a), a member of a qualified political

1422    party who, under this section, is seeking the nomination of the qualified political party for the

1423    office of district attorney within a multicounty prosecution district that is to be filled at the next

1424    general election shall:

1425        (a)  file a declaration of candidacy with the county clerk designated in the interlocal

1426    agreement creating the prosecution district on or after the second Friday in March and before 5

1427    p.m. on the third Thursday in March before the next regular general election; and

1428        (b)  pay the filing fee.

1429        (5)  Notwithstanding Subsection 20A-9-202(3)(a)(iii), a lieutenant governor candidate

1430   who files as the joint-ticket running mate of an individual who is nominated by a qualified

1431   political party, under this section, for the office of governor shall submit a letter from the

1432   candidate for governor that names the lieutenant governor candidate as a joint-ticket running

1433   mate.

1434        (6)  The lieutenant governor shall ensure that the certification described in Subsection

1435   20A-9-701(1) also includes the name of each candidate nominated by a qualified political party

1436   under this section.

1437        (7)  Notwithstanding Subsection 20A-9-701(2), the ballot shall, for each candidate who

1438   is nominated by a qualified political party under this section, designate the qualified political

1439   party that nominated the candidate.

1440       Section 17.  Section **20A-9-408** is enacted to read:

1441       **20A-9-408.  Signature-gathering nomination process for qualified political party.**

1442        (1)  This section describes the requirements for a member of a qualified political party

1443   who is seeking the nomination of the qualified political party for an elective office through the

1444   signature-gathering nomination process described in this section.

1445        (2)  Notwithstanding Subsection 20A-9-201(4)(a), the form of the declaration of

1446   candidacy for a member of a qualified political party who is nominated by, or who is seeking

1447   the nomination of, the qualified political party under this section shall be substantially as

1448   follows:

1449       "State of Utah, County of _____

1450       I, _____, declare my intention of becoming a candidate for the office of

1451   \_\_\_\_\_ as a candidate for the \_\_\_\_\_ party.  I do solemnly swear that: I will meet the qualifications

1452   to hold the office, both legally and constitutionally, if selected; I reside at _____ in

1453   the City or Town of \_\_\_\_\_, Utah, Zip Code \_\_\_\_\_, Phone No. \_\_\_\_\_; I will not knowingly violate

1454   any law governing campaigns and elections; I will file all campaign financial disclosure reports

1455   as required by law; and I understand that failure to do so will result in my disqualification as a

1456   candidate for this office and removal of my name from the ballot.  The mailing address that I

1457   designate for receiving official election notices is

**Enrolled Copy**                                                    **S.B. 54**

1458      _____

1459      _____ .

1460      Subscribed and sworn before me this _____ (month\day\year).  Notary Public (or

1461 other officer qualified to administer oath)."

1462      (3)  Notwithstanding Subsection 20A-9-202(1)(a), and except as provided in Subsection

1463 20A-9-202(4), a member of a qualified political party who, under this section, is seeking the

1464 nomination of the qualified political party for an elective office that is to be filled at the next

1465 general election shall:

1466      (a)  within the period beginning on January 1 before the next regular general election

1467 and ending on the third Thursday in March of the same year, and before gathering signatures

1468 under this section, file with the filing officer on a form approved by the lieutenant governor a

1469 notice of intent to gather signatures for candidacy that includes:

1470      (i)  the name of the member who will attempt to become a candidate for a registered

1471 political party under this section;

1472      (ii)  the name of the registered political party for which the member is seeking

1473 nomination;

1474      (iii)  the office for which the member is seeking to become a candidate;

1475      (iv)  the address and telephone number of the member; and

1476      (v)  other information required by the lieutenant governor;

1477      (b)  file a declaration of candidacy, in person, with the filing officer on or after the

1478 second Friday in March and before 5 p.m. on the third Thursday in March before the next

1479 regular general election; and

1480      (c)  pay the filing fee.

1481      (4)  Notwithstanding Subsection 20A-9-202(2)(a), a member of a qualified political

1482 party who, under this section, is seeking the nomination of the qualified political party for the

1483 office of district attorney within a multicounty prosecution district that is to be filled at the next

1484 general election shall:

1485      (a)  on or after January 1 before the next regular general election, and before gathering

S.B. 54                                                              Enrolled Copy

1486  signatures under this section, file with the filing officer on a form approved by the lieutenant

1487  governor a notice of intent to gather signatures for candidacy that includes:

1488         (i)  the name of the member who will attempt to become a candidate for a registered

1489  political party under this section;

1490         (ii)  the name of the registered political party for which the member is seeking

1491  nomination;

1492         (iii)  the office for which the member is seeking to become a candidate;

1493         (iv)  the address and telephone number of the member; and

1494         (v)  other information required by the lieutenant governor;

1495         (b)  file a declaration of candidacy, in person, with the filing officer on or after the

1496  second Friday in March and before 5 p.m. on the third Thursday in March before the next

1497  regular general election; and

1498         (c)  pay the filing fee.

1499         (5)  Notwithstanding Subsection 20A-9-202(3)(a)(iii), a lieutenant governor candidate

1500  who files as the joint-ticket running mate of an individual who is nominated by a qualified

1501  political party, under this section, for the office of governor shall submit a letter from the

1502  candidate for governor that names the lieutenant governor candidate as a joint-ticket running

1503  mate.

1504         (6)  The lieutenant governor shall ensure that the certification described in Subsection

1505  20A-9-701(1) also includes the name of each candidate nominated by a qualified political party

1506  under this section.

1507         (7)  Notwithstanding Subsection 20A-9-701(2), the ballot shall, for each candidate who

1508  is nominated by a qualified political party under this section, designate the qualified political

1509  party that nominated the candidate.

1510         (8)  A member of a qualified political party may seek the nomination of the qualified

1511  political party for an elective office by:

1512         (a)  complying with the requirements described in this section; and

1513         (b)  collecting signatures, on a form approved by the lieutenant governor's office, during

1514 the period beginning on January 1 of an even-numbered year and ending 14 days before the day

1515 on which the qualified political party's convention for the office is held, in the following

1516 amounts:

1517    (i)  for a statewide race, 28,000 signatures of registered voters in the state who are

1518 permitted by the qualified political party to vote for the qualified political party's candidates in

1519 a primary election;

1520    (ii)  for a congressional district race, 7,000 signatures of registered voters who are

1521 residents of the congressional district and are permitted by the qualified political party to vote

1522 for the qualified political party's candidates in a primary election;

1523    (iii)  for a state Senate district race, 2,000 signatures of registered voters who are

1524 residents of the state Senate district and are permitted by the qualified political party to vote for

1525 the qualified political party's candidates in a primary election;

1526    (iv)  for a state House district race, 1,000 signatures of registered voters who are

1527 residents of the state House district and are permitted by the qualified political party to vote for

1528 the qualified political party's candidates in a primary election; and

1529    (v)  for a county office race, signatures of 3% of the registered voters who are residents

1530 of the area permitted to vote for the county office and are permitted by the qualified political

1531 party to vote for the qualified political party's candidates in a primary election.

1532    (9) (a)  In order for a member of the qualified political party to qualify as a candidate

1533 for the qualified political party's nomination for an elective office under this section, the

1534 member shall:

1535    (i)  collect the signatures on a form approved by the lieutenant governor's office, using

1536 the same circulation and verification requirements described in Sections 20A-7-304 and

1537 20A-7-305; and

1538    (ii)  submit the signatures to the election officer no later than 14 days before the day on

1539 which the qualified political party holds its convention to select candidates, for the elective

1540 office, for the qualified political party's nomination.

1541    (b)  An individual may not gather signatures under this section until after the individual

1542    files a notice of intent to gather signatures for candidacy described in this section.

1543        (c)  An individual who files a notice of intent to gather signatures for candidacy,

1544    described in Subsection (3)(a) or (4)(a), is, beginning on the day on which the individual files

1545    the notice of intent to gather signatures for candidacy:

1546        (i)  required to comply with the reporting requirements that a candidate for office is

1547    required to comply with; and

1548        (ii)  subject to the same enforcement provisions, and civil and criminal penalties, that

1549    apply to a candidate for office in relation to the reporting requirements described in Subsection

1550    (9)(c)(i).

1551        (d)  Upon timely receipt of the signatures described in Subsections (8) and (9)(a), the

1552    election officer shall, no later than one day before the day on which the qualified political party

1553    holds the convention to select a nominee for the elective office to which the signature packets

1554    relate:

1555        (i)  check the name of each individual who completes the verification for a signature

1556    packet to determine whether each individual is a resident of Utah and is at least 18 years old;

1557        (ii)  submit the name of each individual described in Subsection (9)(d)(i) who is not a

1558    Utah resident or who is not at least 18 years old to the attorney general and the county attorney;

1559        (iii)  determine whether each signer is a registered voter who is qualified to sign the

1560    petition, using the same method, described in Section 20A-7-206.3, used to verify a signature

1561    on a petition;

1562        (iv)  certify whether each name is that of a registered voter who is qualified to sign the

1563    signature packet; and

1564        (v)  notify the qualified political party and the lieutenant governor of the name of each

1565    member of the qualified political party who qualifies as a nominee of the qualified political

1566    party, under this section, for the elective office to which the convention relates.

1567        (e)  Upon receipt of a notice of intent to gather signatures for candidacy described in

1568    this section, the lieutenant governor shall post the notice of intent to gather signatures for

1569    candidacy on the lieutenant governor's website in the same location that the lieutenant governor

**Enrolled Copy** S.B. 54

1570  posts a declaration of candidacy.

1571      Section 18.  Section **20A-9-409** is enacted to read:

1572      **20A-9-409.  Primary election provisions relating to qualified political party.**

1573      (1)  The fourth Tuesday of June of each even-numbered year is designated as a regular

1574  primary election day.

1575      (2)  A qualified political party that nominates one or more candidates for an elective

1576  office under Section 20A-9-407 and does not have a candidate qualify as a candidate for that

1577  office under Section 20A-9-408, may, but is not required to, participate in the primary election

1578  for that office.

1579      (3)  A qualified political party that has only one candidate qualify as a candidate for an

1580  elective office under Section 20A-9-408 and does not nominate a candidate for that office

1581  under Section 20A-9-407, may, but is not required to, participate in the primary election for

1582  that office.

1583      (4)  A qualified political party that nominates one or more candidates for an elective

1584  office under Section 20A-9-407 and has one or more candidates qualify as a candidate for that

1585  office under Section 20A-9-408 shall participate in the primary election for that office.

1586      (5)  A qualified political party that has two or more candidates qualify as candidates for

1587  an elective office under Section 20A-9-408 and does not nominate a candidate for that office

1588  under Section 20A-9-407 shall participate in the primary election for that office.

1589      Section 19.  Section **20A-9-410** is enacted to read:

1590      **20A-9-410.  Rulemaking authority.**

1591      The director of elections, within the Office of the Lieutenant Governor, shall make

1592  rules, in accordance with the provisions of Title 63G, Chapter 3, Utah Administrative

1593  Rulemaking Act, relating to procedures for complying with, and verifying compliance with, the

1594  candidate nominating process described in this part.

1595      Section 20.  Section **20A-9-701** is amended to read:

1596      **20A-9-701.  Certification of party candidates to county clerks -- Display on ballot.**

1597      (1)  No later than August 31 of each regular general election year, the lieutenant

**S.B. 54**                                                      **Enrolled Copy**

1598    governor shall certify to each county clerk the names of each candidate[, including candidates

1599    for president and vice president, certified by each registered political party as that party's

1600    nominees] nominated under Subsection 20A-9-202(4) or Subsection 20A-9-403(5) for offices

1601    to be voted upon at the regular general election in that county clerk's county.

1602           (2)  The names shall be certified by the lieutenant governor and shall be displayed on

1603    the ballot as they are provided on the candidate's declaration of candidacy.  No other names

1604    may appear on the ballot as affiliated with, endorsed by, or nominated by any other registered

1605    political party, political party, or other political group.

1606           Section 21.  **Effective date.**

1607           This bill takes effect on January 1, 2015.