# Exhibit 0011

## Audio file

[_MP4Audio_16644.mp4](_MP4Audio_16644.mp4)

# Transcript Senate Business and Labor Committee – February 14, 2014 – S.B. 54 Elections Amendments

00:00:00 Curt Bramble

Approval of the minutes. Any discussion, all in favor, say.

00:00:04 Curt Bramble

Aye.

00:00:05 Curt Bramble

Any opposed that motion carries unanimously.

00:00:09 Curt Bramble

Ladies and gentlemen, we have a full agenda today. We have several, we have 5 bills.

00:00:18 Curt Bramble

And one of them, well, two of them will probably take a little bit of time. I've asked Senator Henderson if she would chair the the Committee for the first item. Well, the first two items.

00:00:32 Curt Bramble

Senate Bill 54 and Senate Bill 56, since I'm the sponsor of those.

00:00:37 Curt Bramble

We will be using a shot clock and we will be managing the time appropriately so that we can get through the agenda in a timely fashion. We do need to adjourn no later than just after about 9915 today for some other commitments that committee members have. So with that, I'd like to turn the.

00:00:57 Curt Bramble

The gavel over to Senator Henderson.

00:01:26 Deidre Henderson

First item on the agenda, SB 54 elections amendments.

00:01:33 Curt Bramble

Senator Bramble. Thank you, Madam Chair. The first thing I'd like to do with the committees approval is adopt Amendment 1, dated February 13th at 3:59 PM. Let me explain what this amendment does.

00:01:35

Thanks.

00:01:52 Curt Bramble

In the original draft of Senate Bill 54, we didn't have an effective date.

00:01:57 Curt Bramble

And now this Senate Bill 54 has been out. There's been some concern about.

00:02:03 Curt Bramble

Bills up here that don't have time for the public to weigh in. There's been representations of past bills that were brought up late in the session. This bill, Senate Bill 54, was published on February 4th.

00:02:16 Curt Bramble

Today's February 14th, that's a that's an eternity in a 45 day session. But when the bill was originally drafted, it didn't have an effective date and there was a a technical error on line eight O 6 where the bill deals with the provisions that a qualified political party would have to.

00:02:36 Curt Bramble

To.

00:02:38 Curt Bramble

Meet to be a qualified political party and the the language said must receive 65% of the caucus that should have read convention. It was just an oversight and drafting. So this does two things. It sets up an effective date and it corrects changes where caucus to convention.

00:02:56 Curt Bramble

So I'd like to move the amendment.

00:02:58 Deidre Henderson

Discussion of that motion.

00:03:02 Deidre Henderson

Senator Maine.

00:03:02 Karen Mayne

Make a motion to move.

00:03:03 Speaker 4

OK.

00:03:05 Deidre Henderson

Motion is we move any discussion seeing none all in favor say aye.

00:03:11 Deidre Henderson

Any opposed the bill is amended.

00:03:14 Curt Bramble

What this bill does it addresses a growing problem with our electoral process. There has been widespread sentiment that our nominating process needs to to be improved, that citizen participation.

00:03:29 Curt Bramble

Action should be the the goal of the electoral process. Now we've done that with absentee voting. We've done it with early voting, but there's been some concern about the nominating process. And so historically, over the last year, bunch of folks got together and it's maybe it's longer than a year.

00:03:51 Curt Bramble

And they came up with an an initiative.

00:03:55 Curt Bramble

And they said if the parties of the political parties are unwilling to change their nominating process, then they would move forward with an initiative and early in in the spring of 2013 or early summer.

00:04:12 Curt Bramble

There were a couple of provisions that folks with that were.

00:04:17 Curt Bramble

Saying that they would go forward with an initiative if the parties didn't negotiate in good faith. There are a couple of provisions, absentee voting at the the the caucus and changing increase in the threshold at the Convention to avoid a primary.

00:04:32 Curt Bramble

By the way, Madam Chair, let's make certain that the occupancy of the room isn't exceeded if if we.

00:04:38 Curt Bramble

Could.

00:04:41 Deidre Henderson

We can have our security.

00:04:45 Deidre Henderson

OK, our Sergeant of our Sergeant at arms is informed.

00:04:49 Deidre Henderson

Has been informed that that's the wish of the chair.

00:04:51 Curt Bramble

OK. Thank you. The bottom line is that the Republican Party refused to change any of its internal processes and that there was this, this standoff.

00:05:03 Curt Bramble

When I looked at it, it's incumbent upon the legislature to deal with policy. Now. There's been some allegations that legislators shouldn't set the policies for their own elections. All of election law currently resides in statute, and the legislature is responsible for amending our statutes.

00:05:24 Curt Bramble

There's been some claim that that if we come forward with a bill, that this will take away the voice of the people.

00:05:30 Curt Bramble

I guess what they're saying is that anytime some folks get together and say we're going to run an initiative that the legislature should no longer do its job in a particular area, I reject

that. That notion we're elected to to do the job. And if you have two parties that say there's a problem and they can't come to terms with how.

00:05:49 Curt Bramble

To solve that problem.

00:05:50 Curt Bramble

Then it is incumbent upon the legislature to to weigh in.

00:05:55 Curt Bramble

So I put forward an idea and met with the folks from count my vote clear back in October. And I said, OK, there are certain provisions that you were willing to accept in exchange essentially in the negotiation that if the parties would have made these couple of changes, then the initiative won't go forward because you're getting significant reforms, Senate Bill 54.

00:06:15 Curt Bramble

Evolved out of those discussions, I presented the conceptual framework what Senate Bill 54 does. It takes the language from count. My vote puts it in statute and said this is the default.

00:06:28 Curt Bramble

If a political party isn't willing to voluntarily comply with certain standards to increase citizen participation, then the direct primary is the default. That would be embodied in the the statutes of of.

00:06:41 Curt Bramble

Utah.

00:06:43 Curt Bramble

So whether the citizens initiative could actually pass or not.

00:06:47 Curt Bramble

The direct primary would would if the legislature approves it, the direct primary, the very language of count my vote would be.

00:06:57 Curt Bramble

Put into statute the qualified political party would be a party that has to meet 4 criteria.

00:07:04 Curt Bramble

If you think about citizen participation, the current process with the caucus begins with the caucus night, so this bill says, OK, citizens can't show up at caucus. Let's give them a longer window to vote for delegates of their choice. And the bill says that a party would have to to provide at least a A2 day window.

00:07:25 Curt Bramble

Once the the delegate nominees are are identified, the party would have to provide a 2 day window so that citizens could cast a vote for the delegates of their choice.

00:07:33

Yeah.

00:07:34 Curt Bramble

The second provision says a party would have to allow to strengthen the voice of the precinct would have to allow either a delegate that couldn't show up at convention, the right to cast a remote vote, whether you call it absentee or online or whatever, leave the let the parties decide, or the parties would have to provide a mechanism for an alternate delegate. So the voice of the precinct would be strengthened.

00:07:54 Curt Bramble

The third provision a party would have to allow unaffiliated voters to vote in their primary today, an unaffiliated voter can walk into the primary election, the polling place and request a Republican.

00:08:09 Curt Bramble

Want.

00:08:10 Curt Bramble

If they're not a registered Republican, the poll worker will ask them to check a box on a voter registration form to affiliate with the Republican Party. So an unaffiliated today can walk in same day and get a ballot if they're willing to check a box. This bill simply moves, removes the requirement to check a box, then the 4th requirement would be that the party would have to establish as a.

00:08:31 Curt Bramble

Threshold to avoid a primary a 65% delegate vote. If you look at those 4 standards.

00:08:39 Curt Bramble

Does increasing the window to vote for delegates at a a caucus, does that increase or decrease the opportunity for citizens to participate?

00:08:47 Curt Bramble

Does allowing A precinct to have a stronger voice by either allowing the delegates selected by the people right to vote if they can attend the convention, or having an alternate delegate to represent that precinct, does that increase or decrease citizen participation in citizen voice, allowing unaffiliated voters increases the the opportunity for citizens to participate in the electoral process.

00:09:09 Curt Bramble

And raising the threshold would suggest that that there may be more primaries. In my own case, I've been called the self-serving for bringing this legislation forward. The facts are.

00:09:20 Curt Bramble

We're all entitled to an opinion, but not our own facts. Three out of my 4 elections I came out of convention with under 65% of the delegate vote, I exceeded 60%, but it was somewhere in the 60 to 63% range. So if this bill would have been in the provisions of this bill would have been in force going back to 2004 in my own election, I would have been in a primary.

00:09:42 Curt Bramble

In each of the the last three cycles. Now what you have in front of you is a highlighted copy of Senate Bill 54 beginnings on. On line 791, you'll find the qualified party requirements.

00:09:56 Curt Bramble

Beginning on lines 1320, you'll find the requirement the the provisions that say a qualified party if they meet the qualifications aren't subject to count my vote, and then in the middle all of the green language is the count my vote language.

00:10:12 Curt Bramble

Now there are problems with the drafting of of count my vote if this. If the initiative itself were put before the legislature, we would not be able to pass it in its current form, because there are significant errors in the initiative itself, without regard to the policy questions of either a direct primary or modifying the the the parties provisions.

00:10:32 Curt Bramble

To meet qualified political party status.

00:10:35 Curt Bramble

I'll point out to the Committee, for example, on line 484.

00:10:41 Curt Bramble

And this the language in this bill is the exact language of the initiative, complete with the errors complete with the punctuation challenges and the reason for that.

00:10:50 Curt Bramble

If this bill passes and the initiative passes.

00:10:54 Curt Bramble

Then with the way this is structured, the the direct primary in count, my vote will be the default, but the other provisions would survive if we don't proceed this way, then there's there would be a legal challenge. But if you look on line.

00:11:10 Curt Bramble

484.

00:11:12 Curt Bramble

And I'll read here this is dealing with paper ballots in a regular general election, and it says each Election Officer shall ensure that in the dealing with the paper ballot feature, no. No indication that a candidate for elective office has been nominated by or has been endorsed by or in any way affiliated with a political party or group.

00:11:32 Curt Bramble

Unless the candidate has been nominated by registered political party in accordance with in accordance with.

00:11:39 Curt Bramble

That's that's a that language that is clearly an error, and you'll see all of the pink highlights throughout this marked up copy. I've had ledge research go through and there are challenges with dates. There's challenges with sections that should have been deleted as part of the initiative. In other words, the initiative itself.

00:11:59 Curt Bramble

Has significant errors, So what we're faced with as a legislature is we have competing views that we're unable to find common ground. They're unable to achieve consensus.

00:12:11 Curt Bramble

We have an initiative that has significant errors and so I felt it appropriate for the legislature to weigh in.

00:12:19 Curt Bramble

That is the presentation of the bill.

00:12:23 Deidre Henderson

Thank you, son.

00:12:24 Curt Bramble

I I have one one other point. Excuse me, Madam Chair, and that is this.

00:12:30 Curt Bramble

The people control the ballot, not the parties. And when you're talking about access to the ballot, anybody has access to the ballot today as an unaffiliated voter, anyone can sign up and and run in the general election. As an unaffiliated voter.

00:12:47 Curt Bramble

What this is dealing with is if an individual wants to run affiliated with a particular political party, what role should the party have in that candidate? That candidate being being able to claim that the right to run as a as a Republican or Democrat or whatever?

00:13:09 Curt Bramble

Count my vote has a different threshold for Republicans and Democrats. It has a 2% of the vote in the previous election, which means the practical impact of that is a Republican would have to get significantly more votes in a statewide race than a Democrat.

00:13:24 Curt Bramble

And depending on the race, whether it's a legislative race, a congressional or statewide, that differential could be several thousand votes difference. And so there's a much higher bar for Republicans to get on just to get to the the primary ballot. If they chose under the direct primary, they would have to get significantly more signatures.

00:13:44 Curt Bramble

Especially in the statewide races than any other political party. And there's something inherently wrong with that, because it's the people's ballot, and today anyone can get on that ballot by by filing as an unaffiliated. But if they want to file as a representative.

00:14:01 Curt Bramble

Of a party.

00:14:02 Curt Bramble

The party should have. They should have to meet at least some of the criteria from that party. This direct initiative would take that not only take that away completely, but it would establish a a differentially, much higher standard for Republicans than Democrats. And for that reason.

00:14:19 Curt Bramble

Understanding that this will be potentially controversial. For that reason, it is absolutely incumbent upon this legislature to weigh in on what these statutes should be. So with that, let's open it to the public.

00:14:33 Deidre Henderson

Thank you, Senator Bramble. First, we'll go to the committee and see if the committee has any questions or comments. I'd like to discuss seeing none who here in the audience would like to.

00:14:45 Deidre Henderson

Speak.

00:14:46 Deidre Henderson

For this bill.

00:14:50

OK.

00:14:51 Deidre Henderson

For OK is who would like to speak against this bill?

00:14:57 Deidre Henderson

OK. We'll give everybody 2 minutes. We've got a clock here. We'll set the timer and we'll stick to it. So if we can have a first.

00:15:07 Deidre Henderson

First individual just.

00:15:10 Deidre Henderson

Come on, James.

00:15:15 Deidre Henderson

Please state your name for the record.

00:15:19 Deidre Henderson

And sign the the roll.

00:15:29

OK.

00:15:33 James Humphries

Thank you, Madam Chair. My name is James Humphries. I'm the media and PR director for protect our neighborhood elections, which has been working to defend the current convention primary system. We already have a couple of things to take note on that we think are important are.

00:15:47 James Humphries

The disparity and fiscal notes between the CMV petition as it was currently drafted and the one that was listed in Senator Bramble's bill, naturally, in both cases, the idea of an additional primary places additional cost on rural counties with no provision in the current initiative process.

00:16:02 James Humphries

That senator Bramble cannot address in his existing standard to ensure that those counties can afford that in places like San Juan and Payu, which have far less economic activity than a county like you went to or Weber or Salt Lake additionally.

00:16:18 James Humphries

We have seen a number of errors handled by the count. My vote initiative folks in the 1st place and find it rather interesting how the legislature is intervening in this particular case to look at what's happening, which is very important.

00:16:30 James Humphries

To us, they have been asked to leave campuses on multiple occasions for not having an opportunity to work. There have been emails that have been sent from school district officials on school district time using school district resources to all school District employees, which is the violation of the law. In addition to initiative packets that have been left at public schools for pickup and to be signed.

00:16:50 James Humphries

Which is also a violation of the law. We have seen packets that have been left, businesses that are fully unattended, without witnesses for all the signatures that have to be gathered throughout the entire state.

00:17:02 James Humphries

And while we understand the intent of their particular idea, which Senator Bramble has worked very hard to what we have seen is the net effect of the ideas in front of us today provide us a window to work with this parties. However, it's clear given the number of disparities we have seen that the Lieutenant governor's office, the legislature.

00:17:22 James Humphries

The political parties themselves and others have a very serious reason to be concerned about this. The initiative in and of itself, at the end of the day passed without legislative modification in the next two years, limits our options to participating process. Thank you.

00:17:35 Deidre Henderson

Time time is up.

00:17:37 Deidre Henderson

You, Mr. Humphries.

00:17:39 James Humphries

Sign in.

00:17:39 Karen Mayne

Right.

00:17:47 Laura Lynn Aberdeen

Madam Chair, my name is Laura Lynn Ebertin and my purpose in speaking here today. I appreciate the opportunity. I think this is such an important issue. My purpose in speaking

today is a concern that I have with a particular part of the bill that I believe limits participation as delegates.

00:18:02 Laura Lynn Aberdeen

It's it's the lines that define what a qualified political party is in allowing for the two day window for absentee balloting. I have. I think that, you know, there's no problem with that. As a practical matter, the parties will will adopt it so that they are using the two day window prior to the neighborhood election night.

00:18:21 Laura Lynn Aberdeen

Just so that candidates running for public office have a larger window of time, it's already a short window as it stands. So as a result, it limits the opportunity for your average citizen.

00:18:34 Laura Lynn Aberdeen

Your new moms, going as a young mom, I I first went to my first Precinct caucus meeting and had an aha moment. We have grassroots government. Oh, my goodness. I had no idea. And I've been a convert ever since because I've seen the value in neighbors getting together. And in discussing and and the effect of the two day window.

00:18:54 Laura Lynn Aberdeen

As it stands right now, is to limit the ability of people who show up at the meeting to run as delegates. They're not allowed to be nominated from the floor, and so often in. In the case of people who are not political operatives, who are your average.

00:19:08 Laura Lynn Aberdeen

Citizen, they're not going to ahead of time. Say I want to run for office. These aren't people that will run for public office, but if you have neighbors talking to you and you have a group encouraging you to run, that's what happened to me. That's the only reason I ran in the 1st place. I wasn't interested in public office and as a result.

00:19:29 Laura Lynn Aberdeen

By by requiring all that delegate candidate slots to be set in stone two days ahead of time, you're limiting the opportunity of your average citizen to from the floor run as a delegate.

00:19:42 Curt Bramble

Madam Chair, may I ask Lauren a question? Certainly.

00:19:48 Curt Bramble

Given that that we're willing to as a sponsor, I'm willing to engage with both sides on this and see if it's possible to find common ground.

00:19:56 Curt Bramble

Do you support Senate Bill 54 or because if we don't pass Senate Bill 54, the very opportunity, whether it's declaring your candidacy for delegate prior to the caucus night or not, if that in fact is the the effective impact should count my vote pass without this bill, then those.

00:20:16 Curt Bramble

The stay at Home Moms would have no opportunity at all to engage in the in the in the process.

00:20:23 Curt Bramble

Yes.

00:20:24 Curt Bramble

Without regard to that issue and and assuming we're willing to continue working and as this passes through the the legislative process, amendments are certainly a part of our our process. Do you support the basic concepts of 50?

00:20:38 Laura Lynn Aberdeen

4 Bringing it forward, I do have other concerns, but that was my primary.

00:20:45 Deidre Henderson

Thank you, Miss Aberdeen.

00:21:07 Dan Lillianquist

Sorry, I'll take me a minute to write.

00:21:08 Dan Lillianquist

My name.

00:21:11 Deidre Henderson

Just put, Lil, we'll know who you are.

00:21:12 Dan Lillianquist

OK.

00:21:17 Dan Lillianquist

It's good to be with you. I'm Dan. Lillianquist. I'm an interested citizen. It's nice to see some former colleagues and and new. My my own senator.

00:21:26 Dan Lillianquist

Senator wyler.

00:21:29 Dan Lillianquist

Hi I'm here to support this bill. You know, when I first moved to to Utah, I think one of my biggest concerns coming from Idaho was that I could never be involved in the political process because I have a really difficult last name and nobody knew who I was and and would confuse me with the with the Mortuary company and instead of.

00:21:49 Dan Lillianquist

For myself and I participated in a process allowed me to sit down with 256 county delegates, 1 by 1 and expressed to them what I believed, and I'm grateful for that process. There's a reason that Utah is the number one best managed state in the country.

00:22:07 Dan Lillianquist

And in my work on pension reform around the country, I've been to a lot of other places that have systems that are quite in my mind, cynically driven by money that make awfully, awfully bad policy. So I I support this bill, I recognize as you many that participation in our caucus system has been difficult.

00:22:27 Dan Lillianquist

And I think that this brings forward reasonable compromise on how to participate.

00:22:32 Dan Lillianquist

Move forward, but that said, this is a system worth preserving, and I think what Senator Bramble has done here extends what what the caucus system is meant to do, and that is be inclusive. But at the same time provide a substantial vetting for candidates. If we expect our party.

00:22:53 Dan Lillianquist

System to remain.

00:22:56 Dan Lillianquist

Significant in the in the process there has to be a process through which the party controls whether or not somebody can put an R or a D behind their name, and that to allow an end run around that in my mind is bad policy and long term will be bad for the state.

00:23:14 Dan Lillianquist

Thank you. Thank you, Mr.

00:23:15 Deidre Henderson

Chris, I believe there is a question for you, Senator Valentine.

00:23:18 John L. Valentine

Thank you very much, Madam.

00:23:19 John L. Valentine

Chair. You think you have a bad name? Have a Valentine on February 14th.

00:23:25 Dan Lillianquist

But John.

00:23:26 Deidre Henderson

It's not that that's great.

00:23:27 Dan Lillianquist

Everybody loves our senator. Excuse me. Everybody loves to get a Valentine.

00:23:32 Dan Lillianquist

I I I.

00:23:32 Curt Bramble

I would like the record to note that the pink shirt I'm wearing is not due to Senator Valentine, but a sweetheart down in.

00:23:38 Dan Lillianquist

Provo, I I would argue with Senator Bramble on that. Thank you very much.

00:23:39 Deidre Henderson

I'm certain I'm certain that's the case. Thank you very.

00:23:47 Karen Mayne

Thank you.

00:23:49 Deidre Henderson

Oh.

00:23:54 Lane Beck

Madam Chairman, my name is Lane Beck. I'm just a concerned citizen. I don't have any particular representative group that I'm representing.

00:24:02 Lane Beck

I've been involved in local politics and was a county Councilman in Cache County for two terms and familiar with the Utah election system.

00:24:13 Lane Beck

My concern has to do with the legality of of this legislation and also the initial.

00:24:21 Lane Beck

The First Amendment to the US Constitution guarantees political parties, the 1st Amendment rights of Freedom of association. Based on that guarantee, political parties are entitled to determine how their nominees are selected for political office.

00:24:37 Lane Beck

State party regulation of political parties is strictly limited.

00:24:43 Lane Beck

If regulation severely burdens a party's freedom of association, it must be a compelling state interest and be narrowly tailored to meet that interest.

00:24:51 Lane Beck

By eliminating the parties chosen methods of selecting their nominees, the caucus convention system and replacing that system against the party's will with a mandatory direct primary or dictates from this body.

00:25:06 Lane Beck

By the force of state law, the proposed legislation severely burdens the political parties in the state by taking away their autonomy and their choice in a way that, in the way that they select their nominees.

00:25:20 Lane Beck

Have the sponsors of this legislation shown a compelling state interest to justify forcing Utah's political parties to make radical changes to their candidate selection processes against their will?

00:25:32 Lane Beck

What is that compelling state interest?

00:25:34 Lane Beck

Utahs political parties are not subdivisions of the state. They are private associations of citizens.

00:25:41 Lane Beck

For whom? The parties purpose in selecting candidates is to represent the core political philosophies of the parties general for the candidate on in the party's general ballot or the states general ballot. The purpose of legislation. This legislation violates the party's most basic First Amendment right to for the associate.

00:25:59 Deidre Henderson

Thank you, Mr. Beck. Time is up. Appreciate it. So are you speaking for or against the?

00:26:03 Deidre Henderson

Bill.

00:26:04 Lane Beck

Well, I don't. I don't believe that this bill should pass because I don't believe that the dictates of the state should be determining what the parties use. The methods the party use to determine who their candidates are.

00:26:15 Lane Beck

And so whether it's by this legislation or whether it's by initiative petition, I don't believe that there is legal standing for the state to dictate to the party how they determine who their candidates are. Now. I do have written testimony that I would be willing to submit.

00:26:26 Deidre Henderson

Thank you, Mr. Beck.

00:26:28 Deidre Henderson

Your time is up. Thank you. And we've got actually a couple of questions, Senator Wyler.

00:26:33 Todd Weiler

Have you read the bill?

00:26:35 Lane Beck

I have read this bill.

00:26:37 Todd Weiler

Yes. So you understand that any political party is free to assemble and do whatever they want. The bill only deals with whether they want to be recognized as a qualified political party for the purposes of a state primary.

00:26:53 Lane Beck

Well, that may be true, but the freedom of association not only is guaranteed to associate, but also to not associate. But but.

00:27:02 Lane Beck

Parties rules the party's current rules.

00:27:08 Lane Beck

Dictate their processes and this bill passes and then look at your legislative history.

00:27:15 Lane Beck

Why did Utah repeal its election statutes that had this caucus system in statute in the 90s?

00:27:22 Todd Weiler

Do you know who pays?

00:27:23 Lane Beck

It was because of Supreme Court cases.

00:27:25 Todd Weiler

Do you know who pays for the Republican primaries in the state?

00:27:28 Lane Beck

You know what? To me, it doesn't matter who.

00:27:29 Todd Weiler

Pays for it. The question is, do you know who pays for the public and primaries?

00:27:32 Lane Beck

I do the state of Utah pays for that primary.

00:27:34 Todd Weiler

OK. And do you know?

00:27:35 Deidre Henderson

Let's let's direct everything through the chair, please.

00:27:37 Todd Weiler

Madam Chair, I have one more question. Do you know I would like the witness to answer if he knows how much the state of Utah pays for each Republican primary every two years.

00:27:48 Lane Beck

I do not know what the what the total cost of the primaries are, but I do know this.

00:27:55 Lane Beck

The.

00:27:57 Lane Beck

Party has the right to determine its methods in choosing its candidates. Many in the Republican Party, many candidates in the Republican Party, are chosen at convention.

00:28:08 Lane Beck

In our last election.

00:28:11 Lane Beck

The governor's office was chosen at the convention.

00:28:12 Todd Weiler

Madam Chair, my my question was, does he know how much the state pays? He answers he didn't know.

00:28:19 Deidre Henderson

Thank you, Mr.

00:28:20 Deidre Henderson

Beck.

00:28:21 Deidre Henderson

'S next witness.

00:28:33 Roger Griffin

Good morning, Madam Chair. My name is Roger Griffin. I actually was coming to this meeting today to testify on another bill, but because of the significance of this, and I wanted to pop up, I am a precinct chair from Utah County. I've been 1A precinct chair for the last six years in a state delegate.

00:28:51 Roger Griffin

And I welcome the opportunity through this build to preserve the caucus system. I think one of the most.

00:28:56 Roger Griffin

Biggest advantages that we see through preserving of the caucus system is is the minimization of the billion dollar corporations and the big, big money that we see from outside the state coming in to influence our elections. The reason I say that is is 8 years ago was a state delegate when Senator Hatch was running for reelection. Rather than running glitzy.

00:29:16 Roger Griffin

Ads and using money from outside the state to put his message.

00:29:20 Roger Griffin

Across he had to go throughout the entire state, having meetings with all the state delegates, delegates of 20 to 30 people was able to answer all their questions and wasn't able to dodge around. And I've seen that process for the late at last eight years where our state representatives, international representatives, have had to be responsible.

00:29:40 Roger Griffin

Of the people through the elected representatives from our neighborhoods, and I think that is an extraordinarily valuable method of preserving democracy, and I'd like to commend Senator Bramble in this committee's efforts, hopefully to preserve the caucus system. Thank you.

00:29:55 Deidre Henderson

Thank you very much, Mr. Griffin, and thanks for your brevity.

00:30:03 Laura Warburton

Thank you, Madam Chair. My name is Laura Warburton. I appreciate your work, senators.

00:30:08 Deidre Henderson

I'm sorry if I may, please don't forget to sign in if if anybody has spoken and hasn't signed in, please do so.

00:30:14 Laura Warburton

OK. Do I get 6 seconds back?

00:30:15 Deidre Henderson

Yes.

00:30:18 Laura Warburton

Thank you. I I stand in support of this bill. I was on the state Central Committee and I also worked for the party and I also created a caucus program education program for that state. So for two years, we traveled and taught as many people I personally took on the schools.

00:30:34 Laura Warburton

Taught many of the high school seniors, none of which knew about the program. During this time, I learned that there was some problems with the with the caucus process. It wasn't that people weren't willing, they weren't aware. So I love this process. I can't think of any greater process on the face of the Earth to elect.

00:30:55 Laura Warburton

Officials. It gets us one of the greatest states in the country. OK, unfortunately, we've got a battle going on.

00:31:05 Laura Warburton

Wish this could have been worked out in the trenches because it couldn't be. We are threatened with something that we should not be threatened with and I love that Senator Bramble brought this forth. I applaud him. I support him. Thank you, chair, Madam.

00:31:20 Deidre Henderson

Chair, thank you, miss Warburton.

00:31:30 Kelly Atkiinson

My name is Kelly Atkinson. Usually you see me as representing some other business or company today. I'm representing myself because I feel so strongly about this legislation. I think you've heard from members of the majority party, but you haven't heard from members of the minority party how they feel about the caucus system.

00:31:49 Kelly Atkiinson

I've spent my whole entire adult life in the political arena, in and out of office. What I love about Utah system is it allows common.

00:32:00 Kelly Atkiinson

People, people like me to sit down with their neighbors and decide who's going to represent them. That before a political caucus and an electing candidate. That system allows for senators standing United States senators to sit in my home.

00:32:20 Kelly Atkiinson

And talk to me about what they're going to do to make a difference in this country. Standing governors have sat with delegates in Utah homes and done that. Where does that exist in the United States today? If we move away to a direct primary system?

00:32:35 Kelly Atkiinson

It will. It will do what I think is destroying the political system in America today, which is interject obscene amounts of money into the political system, removing the common person from aspiring to political office. That's why Utah's great, common people can sit down into their home.

00:32:55 Kelly Atkiinson

Oops.

00:32:56 Kelly Atkiinson

Talk to their elected officials. Seek office if they choose to seek office without having a big pocketbook. I support this legislation. Thank the Senator for rolling it forward. I believe the caucus system ought to be preserved with the tweaks that he's suggesting, and I urge his passage of it. Thank you.

00:33:16 Deidre Henderson

Thank you, Mr. Atkinson, is there anybody else who had raised their hand to come speak?

00:33:27 Dave Duncacn

Madam Chair, my name is Dave Duncan. I'm a member of the Republican Party state Central Committee, but I'm not here representing the party here, representing myself. I'm a grassroots advocate and often get myself in trouble for doing that. I applaud the effort of this bill to preserve the caucus system.

00:33:45 Dave Duncacn

I'm a big fan of it. However, this bill as it stands has a few fatal flaws that, instead of preserving the caucus system, will serve to undermine it materially.

00:33:55 Dave Duncacn

One of those flaws is that.

00:33:58 Dave Duncacn

It seeks to change the threshold for nomination out of convention, a threshold which has been fine-tuned over many years throughout through the policies of the party, the state Central Committee has voted on this several times in the past year and each time declined to change the threshold and there's reasons for that. It's a pretty balanced approach.

00:34:15 Dave Duncacn

Right now, when you look at the statewide elections and legislature elections of the the last cycle or two, it's a pretty even split between those races that were uncontested, those that went to a primary and those that were decided in convention. It's about a one third, one third 1/3 split on that. So it seems like it's a pretty balanced level right now at 60%.

00:34:37 Dave Duncacn

Umm.

00:34:39 Dave Duncacn

And right now in the last convention, the delegates voted overwhelmingly to not change that, that that threshold as well. So we'd be definitely overthrowing the will of the party. Also, there's another fatal flaw in here. And that's the the nomination process and allowing votes for two days after the nominations that would effectively.

00:34:59 Dave Duncacn

Either eliminate nominations for delegates from the floor of of the caucuses, or it would allow for voting for two days after the caucuses had been.

00:35:10 Dave Duncacn

Conducted and would allow the vote of that caucus to be overthrown by a well organized campaign that came in with absentee ballots after the fact. I think if we could fix those two fatal flaws in this bill, it would be great to move forward. I think they would be easy to fix. I suggest you fix them before you pass it. Thank you.

00:35:27 Deidre Henderson

We've got a question for you, Mr. Duncan. Senator wyler.

00:35:31 Todd Weiler

How how much does the Republican state Central Committee contribute towards the cost of the state holding Republican primaries?

00:35:40 Dave Duncacn

I assume it's zero. I don't know the answer to that. We could cost the party zero or the State 0 by just reducing the threshold to a simple majority and not having a primary. But I think that would be a disservice to the state. And so I think the state has an interest in maintaining the the primary system in the way that it is in its balance.

00:35:58 Dave Duncacn

Or.

00:35:59 Todd Weiler

How many political parties are there in Utah?

00:36:02 Dave Duncacn

There are several. Some of them. I think there's three or four that are registered, meet the criteria of being an official party in the state.

00:36:11 Todd Weiler

And you're here saying that this committee and the state legislature should be bound by what one of those political parties have has voted.

00:36:17 Dave Duncacn

Internally, no. I'm saying we could remove some of these constraints that would undermine the the effectiveness of the caucus convention system, and we could still allow this bill to go forward in a much improved.

00:36:31 Todd Weiler

What is the Convention primary threshold in in the cash County Republican Party?

00:36:39 Dave Duncacn

I'm in the Utah Republican Party county.

00:36:41 Todd Weiler

Right. Did you know? Did you know it was 70%?

00:36:44 Dave Duncacn

In the cash county Republican Party. Yeah. So that's a that's a county party rule, not a state party rule.

00:36:51 Todd Weiler

So we should ignore what the county.

00:36:52 Todd Weiler

Parties are doing.

00:36:54 Dave Duncacn

No, I think the county parties should be allowed to do what they their central committee decides they they need to.

00:36:59 Dave Duncacn

Do.

00:37:01 Dave Duncacn

And and I think we allow that right now.

00:37:03 Curt Bramble

Madam Chair, may I ask Mr. Duncan a question?

00:37:06 Deidre Henderson

Certainly, senator.

00:37:08 Curt Bramble

Given the landscape with the pending initiative, should that initiative pass and this bill be defeated, your arguments about 60 percent, 65% caucus night become irrelevant because there would be no.

00:37:28 Curt Bramble

The party would no longer have any ability to control access to the ballot through the party's provisions, so if the choice is and, and you can say it's a, it's a false choice. It's whatever. But if the choice is either the initiative passes.

00:37:47 Curt Bramble

Or this bill passes. Which would you prefer? An understanding that there's still the amendment process and the debate process both on the floor of the Senate and through the House Committee and and such, and the amendments may very likely be coming forward.

00:38:00 Curt Bramble

Would you prefer this bill to be defeated given the likelihood of count my vote? The initiative passing?

00:38:07 Dave Duncacn

You've pinned me in pretty well there, senator. I think there's a lot of other options, including fighting the count, my vote initiative.

00:38:14 Curt Bramble

But my question is specific Madam.

00:38:16 Curt Bramble

Sure. If the choice is either the initiative or Senate Bill 54, I'd like this witness to to tell the committee if he chooses and I understand it's putting in a box because that happens to be the gun to the the party, both Republican and Democrat. There's a gun to their head called the initiative.

00:38:36 Curt Bramble

And we may not have that luxury. So it's important for this committee to know.

00:38:40 Curt Bramble

Understanding this isn't perfect. This was intended to be a compromise, given what the party and count my vote we're trying to negotiate. That was when I elected to step forward as a duly elected representative of the people and put forward a compromise. So Dave, I'm not trying to to put words in your mouth, but I'm saying given given those.

00:39:00 Speaker 14

Go ahead, Sir.

00:39:01 Curt Bramble

Choices, which would you choose?

00:39:04 Dave Duncacn

Yeah. Well, I I would choose for you guys to fix these two fatal flaws in it. And if you don't, then I would. I would say it's a moot point because this under undermines the caucus convention system anyway, so I oppose it in its present form. I think it could easily be fixed by this committee and and put forward in a in a way that will accomplish its stated purpose.

00:39:24 Dave Duncacn

Thank.

00:39:24 Dave Duncacn

You thank.

00:39:25 Deidre Henderson

You thank you. And I think that was all of the hands I saw raised. So we will close public comment portion of this bill and bring it back to the Committee for further action or discussion. Senator Maine.

00:39:38 Karen Mayne

Thank you, Mr. Chairman. Madam chairman.

00:39:43 Karen Mayne

Because you have a red suit on. Very attractive. I have a comment and then Are you ready?

00:39:48 Karen Mayne

For a.

00:39:48 Karen Mayne

Motion. Yes, I've been listening today and I'm well aware of this. I've been following this bill from day one and I've been following all the initiatives and and how they process and I enjoyed the process.

00:40:04 Karen Mayne

When I've had the witnesses have come up, they've talked about my party and my party and my party and and I'm, you know, I don't go there.

00:40:13 Karen Mayne

This is our state.

00:40:16 Karen Mayne

This is not a party issue we all have. We all come from different blends and that's great.

00:40:23 Karen Mayne

But I'm going to make the motion this comes to the floor of the Senate, and I'll tell you why. We have 29 senators. They all come from all over the state.

00:40:33 Karen Mayne

They all have opinions and this is a big deal.

00:40:36 Karen Mayne

So it needs to move forward. There needs to be discussion. Trust me, my colleagues will make sure that all happens, but it needs to be viewed and it needs to be aired. That's what good legislation is.

00:40:51 Karen Mayne

So whatever product we produce going to the floor of the Senate might be a different animal when it goes to the House. But that's called democracy. That's called process. And This is why you elect us. Madam Chairman, I make the motion that SB-45 moves to the floor of the.

00:41:09 Deidre Henderson

Senate would you like to restate your motion?

00:41:11 Deidre Henderson

SB54.

00:41:12 Karen Mayne

And yes, I would like to recreate my cause. I as a man then that's correct. Did I make up those numbers? SB54 moved to the floor of the Senate as amended. Thank you.

00:41:15 Curt Bramble

As amended.

00:41:16 Deidre Henderson

As amended.

00:41:24 Deidre Henderson

Discussion to the motion Senator Valentine.

00:41:27 John L. Valentine

Thank you to the motion.

00:41:30 John L. Valentine

I'm in a unique situation here, and many who recognize in the legal community I was the attorney who argued the case before the Supreme Court in Tyler Carter versus Lehigh, which preserves the right of referendum and initiative in the state.

00:41:48 John L. Valentine

Under the Utah constitution.

00:41:51 John L. Valentine

The option of referendum or initiative is equal to that of the legislature.

00:41:57 John L. Valentine

Both the citizens by that process and the legislature can pass laws.

00:42:04 John L. Valentine

The petition that is being circulated at this point time and time is part of that.

00:42:10 John L. Valentine

Constitutional process. But I think that the overriding provisions of the 1st amendment of Association, I think is a critical one that we cannot overlook under either process. I think that the petition was probably flawed under the association.

00:42:29 John L. Valentine

Goals.

00:42:31 John L. Valentine

I think that we may have some problems with Cinnabon 54.

00:42:35 John L. Valentine

I think the only two problems that I personally have are the two that some of the witnesses have universally identified, which is dictating to a political party the percentage that it has to have to put a name on the ballot.

00:42:49 John L. Valentine

And secondly, to dictate the amount of time that they have to have open in their process.

00:42:54

Yeah.

00:42:55 John L. Valentine

The rest of those provisions that are identified for a qualified political party, I think, make a rational basis test easily, perhaps could even hit a compelling state interest because they're talking about access to a very fundamental right, the right to vote, so.

00:43:15 John L. Valentine

I'm going to vote in favor of the motion.

00:43:19 John L. Valentine

With the strong caveat that I'm going to look for amendments on those two issues, I've tried to look how I would admit it on the fly today and I can't figure out a way to do that, so I'm not going to try.

00:43:31 John L. Valentine

But I'm going to be looking for those two issues when it comes to the debate on.

00:43:34 Deidre Henderson

The floor of the Senate. Thank you. Senator Valentine, senator Wyler.

00:43:39 Todd Weiler

Thank you.

00:43:42 Todd Weiler

I've been a delegate in the caucus system every election cycle since 1998. I know the caucus system well, and I've come to appreciate and respect the caucus system. I also, I also realize it's an imperfect system, and I think that some of the.

00:43:58 Todd Weiler

Dramatic swings that we've seen in the last couple election cycles demonstrate that as well as anything, I'm disappointed that the political parties in this state, all of them, were unable to address the needs and the concerns of a lot of citizens about the caucus process. I don't know how many signatures.

00:44:19 Todd Weiler

That count my vote is collected, but it's 10s of thousands and that tells me that there are people in this state that believe the status quo is problematic. I believe the count my vote petition if it goes into effect, will be disastrous for this state.

00:44:37 Todd Weiler

And I see Senate Bill 54 as a much better alternative than a direct primary. And I'll tell you why the last two cycles in which we have had an open Congressional seat, including last year, we have had 10 to 12 candidates in just one political party file for that.

00:44:56 Todd Weiler

Seat if you have an open primary with 10 or 12 candidates, you could conceivably have a winner with 15 to 20% of the vote, and that and and and if it's the Republican Party history shows that that person will win in November. I think that is a huge step backwards for this state and that's why I'm supporting.

00:45:17 Todd Weiler

I'll be voting yes on Senate Bill 54.

00:45:19 Deidre Henderson

Thank you, Senator Wyler, I'd like to make a comment.

00:45:24 Deidre Henderson

Six years ago.

00:45:26 Deidre Henderson

I had never been to a caucus before.

00:45:30 Deidre Henderson

Six years ago, I had no idea how to get involved in politics.

00:45:36 Deidre Henderson

And then.

00:45:39 Deidre Henderson

I met.

00:45:40 Deidre Henderson

A candidate who was running just on a fluke.

00:45:45 Deidre Henderson

And I said, I'll help you.

00:45:49 Deidre Henderson

That was Jason Chaffetz.

00:45:51 Deidre Henderson

And.

00:45:53 Deidre Henderson

Going from never having made a political phone call in my life.

00:45:59 Deidre Henderson

To organizing a campaign for congressional candidate and ultimately.

00:46:05 Deidre Henderson

Winning and not at and not at convention, but in a primary.

00:46:11 Deidre Henderson

Empowered me. Part of the argument against the caucus system. By the count, my vote, folks.

00:46:20 Deidre Henderson

Is that it suppresses women.

00:46:22 Deidre Henderson

And that they need more women to be involved in politics. I concur that we need more women to be involved in politics, but I completely disagree.

00:46:33 Deidre Henderson

With the notion and the premise that removing this grassroots system will somehow empower women.

00:46:42 Deidre Henderson

It will not.

00:46:44 Deidre Henderson

It will suppress women.

00:46:47 Deidre Henderson

I was able to run for.

00:46:50 Deidre Henderson

Utah State Senate because of the experiences that I gained.

00:46:56 Deidre Henderson

Working in this grassroots system and then when the opportunity arose, I was prepared to step in and.

00:47:03 Deidre Henderson

Go for it.

00:47:05 Deidre Henderson

And I'm very grateful for those opportunities.

00:47:08 Deidre Henderson

And I would be devastated to have those opportunities taken away for other women who may, you know, our voice needs to be heard too. Yes, we need professionals up on the hill. We need business leaders. We need lawyers. We also need moms. We also need regular people.

00:47:30 Deidre Henderson

We all deserve to be represented and you take away.

00:47:35 Deidre Henderson

This grassroots process, this caucus process, this convention process, this one-on-one process.

00:47:44 Deidre Henderson

And you strip a whole group of people, their ability to compete in this arena. I am one of five women in the Utah Senate. Yeah, we need more.

00:47:57 Deidre Henderson

And this bill?

00:48:00 Deidre Henderson

Yes, there are some things I agree with Senator Valentine that that I would like to see maybe amended in this bill. I applaud senator Bramble.

00:48:09 Deidre Henderson

His his courage, his passion, his guts to bring this forward knowing.

00:48:15 Deidre Henderson

That there is opposition on both sides of this bill, but it's the right thing to do.

00:48:21 Deidre Henderson

We've got to, we've got to preserve.

00:48:25 Deidre Henderson

The wonderful, unique system that we have because it does empower regular people and I and I think that there are some who hate that they don't want regular people to be empowered, and that's a crying shame. And I will be very supportive of this.

00:48:43 Deidre Henderson

Seeing no other further comment from the committee, I will place the motion.

00:48:46 Curt Bramble

May I sum?

00:48:48 Deidre Henderson

I'm so sorry I did this to you yesterday too.

00:48:51 Curt Bramble

I think there's a couple of important points and.

00:48:55 Curt Bramble

I for those that are listening that have watched Utah County politics, I don't intend to cause them any cardiac problems, but I actually agree with Dave Duncan.

00:49:07 Curt Bramble

And for the insiders, I'll understand what that means. This bill was brought forward in the spirit of compromise that the provisions of this bill were crafted specifically in an attempt to find middle ground between count my vote.

00:49:22 Curt Bramble

And the majority political party, given the breakdown of the negotiations between the parties, but here's what's happened over the last six months.

00:49:31 Curt Bramble

I met with the folks from count my vote back in October. I advised them of call it the 30,000 foot view I outlined for them what this bill would include. I outlined for them why the bill would be coming forward, that it would be an attempt to find that middle ground. These provisions were not random provisions. These provisions were put in there.

00:49:51 Curt Bramble

In an attempt to find that middle ground where both sides in a negotiation would not get everything they want.

00:49:57 Curt Bramble

The best political compromise, the best principled political compromise, is where both sides can look and claim victory and say there's something in this that that we could embrace for count my vote. This bill includes everything that they asked of the political parties, plus some for the political parties. This bill preserves the caucus and the Convention.

00:50:18 Curt Bramble

System.

00:50:19 Curt Bramble

The difference in all of this testimony about dictating to the parties.

00:50:24 Curt Bramble

This bill doesn't dictate anything to any political party.

00:50:28 Curt Bramble

The people, it's the people's ballot, not the parties ballot. And what the parties want to do is maintain exclusive right to put their candidates on the ballot.

00:50:39 Curt Bramble

It's only we're only talking about access to the ballot, not the political parties ability to have their nominee, not the political parties ability to hold their conventions. But if those parties want to maintain the exclusive right of access for their candidate to the ballot based on solely their criteria.

00:50:57 Curt Bramble

They would have that option under this bill or under count my vote. They would have no such option. So this was put forward in the spirit of that compromise, that principled political compromise where both sides have stuff they don't.

00:51:08 Curt Bramble

Like.

00:51:09 Curt Bramble

But both sides have something that they can can grab hold of and say this is a compromise worthy of support. Now should count my vote.

00:51:16 Curt Bramble

Simply oppose us no matter what we put in this bill, they're opposing it. They've said it doesn't matter. We are going forward and we're going to take away the parties, right to have any influence on nominees to the ballot through a direct primary. If that's the landscape center.

00:51:31 Curt Bramble

There's then as as hard as I have personally tried to find that middle ground and to find that principle compromise, and if count my vote came on board and said we can embrace these principles, it's not everything we want, but it makes those they were willing to accept less than this a few months ago if they would embrace that.

00:51:52 Curt Bramble

Then then I would do everything within my power to hold to the provisions of this bill and encourage every legislator to to hold to the provisions of this bill, in the spirit of compromise. But if there is no compromise.

00:52:05 Curt Bramble

Then amendments are appropriate for this bill, and I agree with the the those that have voiced some concern about those two provisions, about the 65% and about the two day window. But those are in this bill because those go directly to increasing citizen participation in a way that we don't currently have.

00:52:25 Curt Bramble

The other two provisions also go directly to citizen participation, and if those two provisions were amended out of this bill.

00:52:32 Curt Bramble

This bill would still go forward with a strong provisions that would increase citizen participation, which was what the stated intent of count my vote was to begin.

00:52:42 Curt Bramble

With.

00:52:43 Curt Bramble

And so this will go through the process.

00:52:46 Curt Bramble

And I would encourage the folks from count my vote that are listening to come sit at the table with us and to continue dialogue. But what we have gotten thus far is you either do it our way or we're not going to to engage. And what we got from the political parties is you either do it our way or we're not going to engage.

00:53:05 Curt Bramble

Fellow senators, it's time for us to step up and be statesman and stateswoman and find a solution to this that that moves our state forward in a way that encourages and provides much greater opportunity for citizen participation. I'd encourage you to vote this bill out favorably. Thank.

00:53:20 Deidre Henderson

Thank you for your summation, senator. Senator Maine. Would you like to sum to waive summation? So I will place the motion motion. Is that Senate Bill 54 as amended. Pass all in favor, say aye. Aye. Any opposed that motion passes unanimously. Thank you, senator. Grumble.

00:53:35 Curt Bramble

You, Madam Chair.

00:53:38 Deidre Henderson

Next item on the agenda.