# Exhibit 0012

# March 3 2014 House Gov Ops Committee

[Speaker 2] (0:00 - 0:17)

Sponsors and the public. First order of business would be to consider the approval of the minutes from February 27th. Is there a motion from the committee?

Representative Perry.

[Speaker 19] (0:17 - 0:20)

Thank you Mr. Chairman. I'll make a motion we accept the minutes for February 27th.

[Speaker 2] (0:21 - 0:38)

Motion to adopt the minutes of February 27th. All in favor say aye. Aye.

Are there any opposed? Those minutes are approved. First on the agenda today is first substitute Senate Bill 54.

Senator Bramble, welcome.

[Speaker 1] (0:44 - 1:27)

It is there you go. Good morning Mr. Chair, members of the committee. The first order of business I would request that the committee consider adopting the second substitute of Senate Bill 54.

I can present it as part of the motion to the request for the motion to substitute or I could present it as the during the course of presenting the bill and questions but it's the second

1

26    substitute that represents the information that was presented to both the House and the

27    Senate. It's the the provisions that both majority caucuses have taken positions on.

28

29    [Speaker 2] (1:27 - 1:34)

30    Thank you. I think it would be proper to adopt the substitute and then discuss the bill.

31    Representative Chavez-Howk.

32

33    [Speaker 6] (1:35 - 1:47)

34    Thank you Mr. Chair. I make a motion that we remove a title and body first substitute

35    Senate Bill 54 and replace it with second substitute Senate Bill 54.

36

37    [Speaker 2] (1:48 - 1:51)

38    Thank you. Would you like to speak to the motion at all?

39

40    [Speaker 6] (1:51 - 1:51)

41    No thank you.

42

43    [Speaker 2] (1:51 - 2:17)

44    Any discussion to the motion? We have that second substitute in our possession. All in favor

45    of the motion to adopt second substitute Senate Bill 54 in the place of the first substitute

46    please say aye.

47

48    Aye. Are there any opposed? Senator we'd like to hear your discussion of the bill then.

49

50    [Speaker 1] (2:17 - 8:04)

51  Thank you Mr. Chair. The second substitute Senate Bill 54 is the culmination of literally

52  hundreds of hours and months of negotiating with both the sponsors of the count my vote

53  initiative, members of the legislature, the caucuses, and others and what this bill represents

54  is a two-pronged approach to our electoral process. Probably one of the most important

55  propositions that this legislature will deal with this session.

56

57  How citizens voices are heard in the electoral process. To many it's important to continue

58  with our caucus convention system. That system that gives accountability allows the

59  average person to step up and run for office that doesn't have very deep pockets.

60

61  They can't go out and hire and spend millions of dollars gathering signatures. That citizen

62  under this bill would still have the right to to receive a party's nomination and be placed on

63  the primary ballot or the general election ballot based on the actions in the caucus

64  convention system depending on how many candidates and other circumstances. At the

65  same time this bill provides a mechanism for those who would prefer to get signatures

66  rather than going through the caucus convention system to achieve a spot on the primary

67  ballot if they get a certain number of signatures.

68

69  So the mechanics of the bill are this. This bill includes the language of the direct primary

70  embodied in the the initiative referred to as count my vote. That becomes the default

71  standard for elections and should this bill pass the default would be that we have a direct

72  primary system.

73

74  If a political party chooses to become a qualified political party and the qualified political

75  party the definitions begin on line 805 of the bill a party would have to essentially include

3

76    three provisions in their nominating process to become a qualified political party. First they

77    would have to have a provision, an opportunity for delegates that can't attend a convention

78    either to vote absentee in the convention and arguably for multi-ballot rounds in

79    convention that could cause a problem. So either an absentee ballot for those that couldn't

80    attend convention or an alternate delegate process and both major political parties already

81    have that for their national conventions.

82

83    Second a party would have to allow unaffiliated voters to vote in their primary. There are

84    the largest number of voters in the state of Utah today the single largest block of voters are

85    those who are unaffiliated. 665,000 registered voters as of the most recent data from

86    lieutenant governor's office are unaffiliated.

87

88    There's 656,000 that are registered Republican and there's approximately 27,800 that are

89    registered Democrat and then under 2,000 are registered with other parties. So and by the

90    way on this unaffiliated voter today a voter that goes to a primary if they're not registered

91    as a Republican they can request a Republican primary ballot. The election judge would

92    hand them a voter registration form they would check the box to say that they would that

93    they would affiliate with the Republican Party and they're handed a ballot on the same day.

94

95    This bill this unaffiliated voter provision would simply eliminate that that step of dictating

96    that they have to check that box before they could get a ballot. The third provision to

97    become a qualified party a party would have to adopt the provisions of second substitute

98    Senate Bill 54 that a candidate could if they chose pursue securing signatures from those

99    qualified to vote in the primary and for statewide races it would be 28,000 signatures for US

100    Congress the House of Representatives the four districts it would be 7,000 signatures for the

101    state Senate it would be 2,000 signatures the state house 1,000 signatures and then for all

102    the party the partisan county seats it would be 3% of the signatures equal to 3% of those

103    qualified to participate in a primary and the reason for that 3% at the county level you can

104    go from Daggett County that has a very small population to Salt Lake County the the most

105    populous in the state and it would be very difficult to set one threshold one numeric

106    number of signatures at the county level. The House Senate Congressional and statewide it's

107    a little bit different because through redistricting one man one vote we all of our districts

108    have effectively equal numbers of citizens and while there may be different levels of

109    registered voters the population is the same so what this does it provides a mechanism to

110    preserve the caucus convention system it provides an alternate path for the to the ballot if a

111    party chooses to become a qualified political party and if a party chooses to not do that then

112    the direct primary of the count my vote initiative would be the default in negotiations with

113    count my vote should this bill pass and be signed by the governor they will not pursue the

114    initiative. That Mr. Chair is the presentation I'd be happy to respond to questions.

115

116    [Speaker 2] (8:04 - 8:12)

117    Thank you senator we'll go to the committee for some clarifying questions. Representative

118    Powell.

119

120    [Speaker 5] (8:16 - 8:52)

121    Got it thank you Mr. Chair I want to thank Senator Bramble for his work on this bill over the

122    months and also over the past few days and Senator Bramble one question that I have is the

123    difference between first substitute and second substitute in specifically the suggested

124  changes to a qualified political party specifically I think the first substitute there were a few

125  different provisions on what the party would do.

126

127  [Speaker 1] (8:52 - 10:28)

128  Let me explain that the first substitute that passed out of the Senate committee

129  unanimously and passed with a overwhelming majority in the Senate there were only four

130  dissenting votes on final passage included four provisions those four provisions were

131  number one parties would have to be a qualified party parties would have to allow a longer

132  window of opportunity for registered party members to cast a vote absentee or online

133  electronically for delegates the party would at the caucus at the caucus yeah that's not

134  included in the second substitute the other provision that's not included in the second

135  substitute is a party would have had to have changed the threshold to avoid a primary to

136  65% some parties in the state are at 70% Cache County is an example right Utah County is at

137  60% the those two provisions are where the bill really began or this concept of 54 began

138  because count my vote had been negotiating with the Republican Party and the two

139  requests from count my vote in exchange for not pushing forward with the initiative was if a

140  party would adopt absentee balloting for caucus night and ultimately if they would move

141  their threshold to 65% then the initiative would not go forward but the Republican Party

142  and count my vote the negotiations broke down and there was no agreement so the

143  starting point for 54 were those two items those two have been replaced with the signature

144  the

145

146  [Speaker 5] (10:28 - 11:19)

147    alternate path to the ballot and if I could follow up mr. chair thank you for that explanation

148    senator so I am wondering because I understand that second substitute is a product of

149    negotiations with count my vote and possibly someone from that organization will speak

150    today but could you tell me in your view or in your discussions since the publicity

151    surrounding count my vote had to do with the alleged inadequacies of the caucus system of

152    the caucus night in fact the first press conference that they held specifically referred to the

153    fact that people are not able to attend the caucus it's inconvenient it excludes people and

154    yet those specific provisions that would make the caucus more you know attendable or

155    more open are not actually going to be included in the second substitute in the negotiated

156    compromise here why do you

157

158    [Speaker 1] (11:19 - 12:12)

159    think that is for count my vote well I can't answer for count my vote I can tell you that the

160    Republican Party had serious concerns about the logistics of that two-day window that was

161    the two things that were most difficult to the Republican Party were the absentee balloting

162    and the threshold that's why they couldn't come to an agreement I see and so those the

163    trade-off here and look this bill is not perfect it's not presented as a as a perfect bill this is a

164    compromise this is a nobody's getting everything they want and yet everyone gets

165    something that they want that's that's the nature of what this bill is I mean the reality is

166    those two positions are those two requests from count my vote were specifically what the

167    Republican Party rejected so they're not

168

169    [Speaker 5] (12:12 - 12:24)

170  in here I see okay mr. I think it's think sponsor again appreciate that answering those

171  questions thank you representative representative Chavez help Thank You mr.

172

173  [Speaker 6] (12:24 - 13:13)

174  chair senator thank you for bringing this for our consideration I have a question related to

175  lines 430 493 through 499 and those relate to the symbols and markings that can be placed

176  next to a person's name if the person is not the individual that was the the party's selection

177  through the convention caucus system and they're a candidate that's placed on the ballot

178  through the signature process are they not allowed to put their party affiliation on the ballot

179  I'm trying to understand that a little bit more clearly how that the marking and the

180  delineation on that I'm reading from the second substitute line 430 refers or 93 I'm sorry

181  493 I may have flipped my

182

183  [Speaker 1] (13:13 - 13:19)

184  numbers 493 that language came from the count my vote at the initiative and

185

186  [Speaker 6] (13:19 - 13:22)

187  that's what I wanted to double-check with is that was something that was

188

189  [Speaker 1] (13:22 - 13:54)

190  originally inside the initiative what it says is on 493 no symbols markings or other

191  descriptions of a political party or group except for a registered political party that has

192  chosen to nominate its candidates in accordance with these provisions so a political party

193  that doesn't become a qualified political party they would still be able if they're a registered

194  political party and they go forward with the direct primary then their party designation

195  would still be on the ballot that's what that's what this says okay the other

196

197  [Speaker 6] (13:54 - 14:24)

198  question that I had related to it's a follow-up from a representative house so just so that I

199  understand this clearly I know that I felt very strongly about this new and I've had this

200  conversation about individuals being able to participate in the process if they don't aren't

201  able to attend on caucus night so there is no provision in the bill now at present that allows

202  for the online or the the voting in that regard or am I missing that actually there is okay from

203

204  [Speaker 1] (14:24 - 16:55)

205  this bill and let me let me go through the dates if I may the mechanic of the dates because it

206  addresses that question in in sort of a roundabout way okay in count my vote the initiative

207  the signature a candidate would have to file for office on November 15 beginning November

208  15th and they would have till the first Monday following the third Saturday in April to gather

209  their signatures under the negotiated agreement signature gathering for either the direct

210  primary or the alternate ballot would begin no earlier than January 1st of the election year

211  under the qualified political party those signatures would be gathered could be gathered

212  beginning January 1st through two weeks before the relevant convention the convention

213  where the nomination would occur so if you're a multi county legislative district that would

214  be the state convention if you're a single county legislative district that would be the the

215  county convention to accommodate public disclosure if you choose to go the signature

216  route and this bill doesn't prohibit pursuing both concurrently you can be both a candidate

217  in the primary the caucus convention system and a candidate seeking signatures you have

9

218    to file a declaration of notice intent to gather signatures before you can begin gathering

219    signatures so the public is aware of that and by filing that notice you're subject to all of the

220    campaign disclosures of of any candidate even though you've not formally declared that's

221    very similar to the federal system where the exploratory phase of the testing the water

222    phase of a federal race a congressional race you're required to do that both signature

223    gathering and the filing for office would conclude with the closing of the the ability to file

224    that notice of intent to gather signatures goes from January 1st through the end of the filing

225    period the filing period will remain unchanged it begins the day after for example this year it

226    begins on March 14th and it goes to March 21st so for the individual that couldn't attend

227    their caucus they would have the opportunity to sign a petition for nomination between

228    January 1st and two weeks before the convention that's a trade-off okay because because

229    my

230

231    [Speaker 6] (16:55 - 17:08)

232    concern is was more with the individuals that come to the clock who cannot come to the

233    caucus meeting and a way for them to participate so that provision has been removed from

234    the second substitute they can participate

235

236    [Speaker 1] (17:08 - 17:13)

237    in the nominating process through a candidate requesting their signature on

238

239    [Speaker 6] (17:13 - 17:55)

240    a petition and that's a trade-off okay all right and just if I have one more question mr. chair

241    if I might thank you so I also understand that there is another bill that may be possibly

10

242  winding its way through the Senate at present SGR 50 that relates to prohibiting the state

243  from imposing regulations on parties by which they nominate their candidates and I was

244  wondering if if that bill passes if it supersedes this one if they or if the severability clauses

245  protect this particular legislation I don't know whether I don't know where the status is on

246  that I just know of it so I was

247

248  [Speaker 1] (17:55 - 18:53)

249  just curious as to with all due respect mr. chair that's not your main to this bill that's that's a

250  different bill I can't offer my opinion and my opinion is that we have an agreed-on position

251  between both caucuses I don't know if the minority caucuses have taken formal positions

252  but I think that it would be difficult to accept the compromise language and then do an end

253  run with a constitutional amendment I directly to the question I believe that a constitutional

254  amendment would trump any statutory change we would make not withstanding any

255  severability that that severability deals specifically with the provisions of Senate bill 54 it is

256  not germane to any other legislation but I think that that would be a difficult proposition

257  and I don't know the status of that bill that is not neither before us nor does it relate to the

258  provisions

259

260  [Speaker 6] (18:53 - 18:56)

261  of this bill correct you I appreciate the additional information though thank

262

263  [Speaker 2] (18:56 - 19:13)

264  you thank you and and senator in regard to her earlier questions the political the political

265  parties themselves could still address absentee ballots two-day window of voting yes

266  threshold percentages they obviously still have

267

268  [Speaker 1] (19:13 - 19:33)

269  the ability to address those as a party what this what this bill does it says a party must meet

270  these minimum standards to become a qualified political party but there is nothing that

271  prohibits a party from doing exactly what was requested it's not in the bill but nothing

272  precludes a party from doing that thank

273

274  [Speaker 7] (19:33 - 20:56)

275  you representative Mathis thank you I appreciate all the work you've done on this this has

276  been a very difficult issue to deal with this year my questions are focused around the low

277  threshold for the county offices particularly relating to smaller and mid-sized counties and

278  the likelihood that a candidate would be put on the ballot in November by a political party

279  that actually never had a signature from a registered member of that party and never

280  received a vote in the primary from a member of that party and I see that that being coming

281  pretty likely in some of our smaller counties the possibility of that happening why did we

282  what was why the 3% threshold you touched on it before but if I look at Bagot County I'm

283  looking at 10 or 12 signatures to be on the ballot and the primary of 70 or 80 voters and the

284  likelihood of a candidate being on November that never even received a vote anywhere

285  from a member of that party seems pretty significant to me that's a concern well

286

287  [Speaker 1] (20:56 - 22:26)

288    it is a concern and yet in those counties if that's a concern you have that concern right now

289    because they can run as an unaffiliated candidate when you have a very small county with a

290    very small population the number of delegates in that county the number of total votes in

291    an election the entire magnitude of the political processes is dramatically different and if

292    you look at the percentages the percentages for congressional let's see if I have those here

293    there's a kind of a sliding scale the for a house seat the the number of the percentage

294    required would be about 5% of the Republican give or take but it's it hovers in about the 5%

295    range of registered Republicans that's under the agreed-on compromise that thousand

296    signatures for the statewide race you're looking at about 3% two-and-a-half to 3% and it's

297    higher the more intimate the district the the higher the percentage and I thought was

298    because counties are so diverse that percentage 3% was a mid-range between statewide

299    races and the higher percentage for legislative districts that's where it came from my

300

301    [Speaker 7] (22:26 - 23:25)

302    focus is more on the county race of the County Commission County Auditor County Assessor

303    County Sheriff particularly County Sheriff becomes a concern to me where you can have an

304    increased likelihood I understand that it's like it's possible now but I think under this

305    compromise that the likelihood of that happening is even higher than it has ever been and I

306    don't know what to do about it but it's I think I think the effect of this will be to essentially

307    do away with parties in some of these counties because there will be no reason to have a

308    convention they don't have they don't have much influence on any kind of a multi-county

309    race they don't have much influence within the county because it's all going to be on a

310    petition and as I said representative

311

13

312    [Speaker 1] (23:25 - 25:06)

313    this is not perfect the thought on and this is true statewide the thought is that if the political

314    parties have the kind of influence that they should have or that they believe they have and if

315    you have the convention caucus delegate system intact from the smallest County to the

316    largest County that there's a building infrastructure during the campaign cycle that would be

317    utilized to get out the vote to be utilized to promote the party's platform that would be

318    utilized in the electoral process now if that isn't the case then you're maybe you're

319    suggesting that it is only by policy fiat the work that Republicans are maintaining that

320    control where the general public would not otherwise have supported it but for that

321    restriction on participation so if those party infrastructure if they are in place in from the

322    smallest of the largest County that I believe that the influence of those delegates the

323    influence of those folks that are engaged in the process would still be a factor during the

324    election cycle whether someone got signatures or not I mean I look at Utah County and and

325    I mean we all look at our own races and my plan is to go through the caucus convention

326    system and I will likely get signatures as well pursuing both and I fully expect to utilize all of

327    the resources available through the caucus convention system as the Republican nominee

328    should I be so fortunate so I think that would be true whether it's a Daggett County or Salt

329    Lake County from the smallest to the largest thank you representative ivory

330

331    [Speaker 3] (25:06 - 25:47)

332    thank you mr. chair senator you've done a tremendous amount of work on this and there's a

333    very much good in this I really like the unaffiliated participation and the delegate the

334    alternate delegates the remote voting for delegates I think those are all really really

335    commendable I've got some mechanics questions if you could help me with these going

14

336  back to this qualified political party beginning in line 805 I think my first question is what

337  happens if a party in a Republican or Democrat party chooses not to become a qualified

338  political party what are the practical legal consequences of a party choosing

339

340  [Speaker 1] (25:47 - 26:24)

341  not to do that they would be the same consequences if the initiative went forward and

342  passed without regard to 54 their candidates from that county would be subject to a direct

343  primary or when I say subject to subject to the the governance of the convention that would

344  preside over the nominating process so if it's a if you're going to a state convention the state

345  party would have to adopt that as a qualified political party if you're going to a county

346  convention the county party would have to adopt that because I mean I guess I

347

348  [Speaker 3] (26:24 - 26:35)

349  don't understand that if this passes does a Republican or a Democratic party have to choose

350  to be a qualified political party or can they choose no

351

352  [Speaker 1] (26:35 - 27:12)

353  no what this bill entails is a party would have to to decide by September 30th of the odd-

354  numbered year in other words the non-general election year the party would have to decide

355  whether they wanted to they would have to have submitted their their election procedures

356  to the lieutenant governor's office to qualify as a qualified political party should they choose

357  not to do that then they would simply be a registered party and they would be subject to

358  the default provisions of a direct primary under the the count my

359

360  [Speaker 3] (27:12 - 27:52)

15

361 vote process okay and but then if the bill passes we don't know if that those petitions aren't

362 going forward and then that that there wouldn't be anything binding on them at that point

363 is that is that fair to say binding upon whom well so what you were saying was that with a

364 compromise that that the petitions are going to stop there they're not going to move

365 forward on that and so if this passes and then by September 30th the party says well yet SB

366 54 substitute passed and the count my vote petitions didn't go forward they can simply

367 choose to not be a qualified party is that you have a couple of

368

369 [Speaker 1] (27:52 - 30:01)

370 embedded questions there so let me see if I can try for division and answer each part

371 individually under Senate bill 54 the second substitute a party has the option there is

372 nothing mandated on a party should they choose to meet the quality of the provisions to

373 become a qualified party they would be they would have a they would maintain their caucus

374 convention nominating system subject to the provisions other provisions of the party has

375 should they not become a qualified party by September 30th of the the odd-numbered year

376 or should they not they choose not to do that and the reason for the September 30th is to

377 allow the conventions and central committee the executive committees depending on

378 where the governing authority of the particular party rests give them opportunity to do that

379 now to your other question I don't play poker but in the game of poker there's what's called

380 a bluff and if you fold before the hand is completed the other party wins and you don't

381 know what was in that the losing party doesn't know no one shows their cards and I'm not a

382 poker player but I have watched it on TV a time or two we won't know nor has there been

383 disclosure count my vote has said they have over a hundred thousand signatures have they

384 got the geographic distribution required 26 out of 29 counties I don't know they still have a

16

385  month and a half to gather their signatures my own personal belief through observation is

386  that they if the initiative goes forward I have no doubt individually personally that they will

387  get the signatures and that the initiative would be on the ballot and then it would pass and

388  because of that 54 came forward as a reasoned compromise and should 54 pass the

389  initiative will not and be signed by the governor they've indicated publicly that they would

390  withdraw the initiative

391

392  [Speaker 3] (30:01 - 30:45)

393  couple more questions Mr. chair if I may so on line 833 actually starting back before that the

394  whole section of 20 a 9201 the requirements on a declaration of candidacy says that

395  someone going on the signature route to declare their candidacy they could in effect

396  designate a party that they may never have been a member of a particular party but they

397  can designate the party on the day of declaring their candidacy and then gather signatures

398  and be on the ballot without ever having been involved or in any way being part of that

399  party but they can simply declare on that day is that do I read that correctly you do and

400

401  [Speaker 1] (30:45 - 31:10)

402  if I may Mr. chair perhaps represent Ivory would describe how that is different than today I

403  could be a Democrat I could walk in change my party affiliation and both register as a

404  Republican and file as a Republican today with never having had any involvement in a

405  political party so the relevancy of the question how does that differ from the provisions

406  today yeah

407

408  [Speaker 3] (31:10 - 31:39)

17

409  well I think I'm just just personally right if if I'm declaring for example under today's system

410  if I declare having never been a member of a particular party and then I declare for that

411  party the day before the convention or or the day be the day of the filing well then I go

412  through a vetting process where I have to at least get 40% of the delegates of that party to

413  be on the ballot so I've got party people that have vetted whether and I get whether or not I

414  get the brand of that party and not just getting signatures I mean I

415

416  [Speaker 1] (31:39 - 32:12)

417  think that's kind of the the question I would I would think that goes back to my my previous

418  comments that the party infrastructure is still in place and should someone do that

419  completely circumventing the party process can completely circumventing the vetting of

420  that process I suspect that you still have the infrastructure of the the the product of the caucus

421  convention system the caucus attendees the delegates you have a built-in army of

422  campaigners whether Democrat or Republican that would be weighing in in that

423

424  [Speaker 3] (32:12 - 32:55)

425  circumstance in a general primary certainly I have a question from line 117 1179 as it relates

426  to lines 1514 to 1544 so on 1179 it says that the the petitions are circulated and signed by at

427  least 2% of the registered political parties members who reside in the in the area but then

428  back on 1514 to 1544 it goes to specific numbers and then a 3% number I'm just wondering

429  if there's a conflict or or if you can help me understand how those work together the

430

431  [Speaker 1] (32:56 - 33:40)

432    if you begin on line 1337 you'll find actually let me refer you to lines 1345 through 1347 I

433    believe that answers your question because 1345 to 1347 says a qualified political party are

434    not subject to those provisions of count my vote that you just described that 2% if they

435    become a qualified political party there is no conflict because you either go through door a

436    or door B door a is the default the 2% or door B is a qualified political party but there is no

437    conflict between the two because it's if you're a qualified political party the

438

439    [Speaker 3] (33:40 - 33:49)

440    first part of the question doesn't apply so so if you're going qualified political party the 2%

441    on 1179 is a different provision that's what it says

442

443    [Speaker 1] (33:49 - 33:54)

444    on lines 1345 to 1347 and pretty plain language okay thank you for pointing that

445

446    [Speaker 3] (33:54 - 33:58)

447    out mr. chair if I may ask a couple more questions I mean very important issue

448

449    [Speaker 2] (33:58 - 35:05)

450    obviously and let me just say to the to the group gathered here we will continue with

451    clarifying questions from the committee then we will go to public comment depending on

452    how many folks want to comment we may or may not be able to accommodate everyone

453    but we would hope to to accommodate a representative sample of both those who would

454    be in favor of the bill or oppose the bill then it would return back to the committee for

455    potential action also in regard to the agenda as a whole we have a lot of items on the

456    agenda it may or may not be that we will get to all those items this committee has a whole

457    bunch of bills to address this week so we have purposely loaded up the agenda and if if

458    items toward the end of the agenda aren't discussed today they will be moved to the top of

459    the next agenda at our next meeting just so everyone who's here for whatever reason may

460    understand that so a couple more questions from representative Ivory then it looks like

461    we'll be able to go to the public after the chair has a couple of questions thank you mr.

462

463    [Speaker 3] (35:05 - 35:27)

464    chair appreciate your indulgence so as I understand this a person signing the petition has to

465    verify that they will register as a member of that particular party prior to the closing of the

466    signature period which petition the the petition to get

467

468    [Speaker 1] (35:27 - 35:31)

469    on the ballot which petition under the count my vote direct primary or under

470

471    [Speaker 3] (35:31 - 35:38)

472    the provisions of maybe you can help me with the difference I mean I was just looking at the

473    substitute since yesterday so I'm trying to get through

474

475    [Speaker 1] (35:38 - 35:41)

476    but well it referred to the line numbers and I'll be happy to respond to the

477

478    [Speaker 3] (35:41 - 36:19)

479    question well yeah I'm trying to go through this as best I can and having looked at this from

480    yesterday but my understanding was that that a person on a petition and perhaps you can

481    help me on which petition but that a person could sign the petition register as a party to get

482    that candidate on the ballot and then my question is could they not then change their party

483    affiliation before the primary and so someone's on the ballot that had signatures of people

484    that registered but then they could change their registration before the

485

486    [Speaker 1] (36:19 - 37:14)

487    primary and I have one final question I don't believe that that's a that's a hypothetic I'm not

488    sure where that would apply in the in the real world but the bill I don't believe addresses

489    that specific I'm not sure that statutorily you could require someone to do or refrain from

490    doing I mean look when I ran in 2000 I had a Democrat opponent his name was John Curtis

491    four years later a Republican candidate by the name of John Curtis was one of two names

492    submitted to the governor to serve in House District 62 Chris Herod was elected by the

493    governor but nonetheless he changed parties between 2000 when he ran as a Democrat in

494    2004 now the timing on when someone does that I've got to believe that that plays into the

495    political fabric of a race as much as

496

497    [Speaker 3] (37:14 - 37:39)

498    anything in this bill doesn't address that I think it was a good choice to pick representative

499    Herod but over whoever else was in the race I don't know who that person is but yeah these

500    particular people would not be running though they would just be the the signers of the

501    petition final question and I don't see anything in the bill that that addresses 28 8401 that if

502    I may you have to

503

504    [Speaker 1] (37:39 - 38:24)

21

505    submit the signatures two weeks before the convention and the individual has to be a

506    qualified signer so I think the bill does address that I think if you had someone who signed as

507    a Republican or signed as an unaffiliated and then registered as a Democrat when it comes

508    time to certify those signatures if that individual is registered as a Democrat that signature

509    would be thrown out because it's the certification of are that is it a qualified signature and

510    that qualification comes two weeks before convention by the county clerk or the lieutenant

511    governor's office so if the if the hypothetic that I understand you're asking is that a someone

512    signs a petition as a Republican and then changes their affiliation to a Democrat prior two

513    weeks prior to the convention

514

515    [Speaker 3] (38:25 - 38:36)

516    you know a little bit different though it's someone changes their affiliation just to sign the

517    petition and then once they're certified before the convention they do or don't change their

518    affiliation I suspect they could do that

519

520    [Speaker 1] (38:36 - 38:46)

521    after the certification but there's nothing I think you'd run into a constitutional prohibition

522    to to say that that someone would be barred yeah

523

524    [Speaker 3] (38:46 - 38:52)

525    and so that gets to my final question the constitutional prohibitions vice

526

527    [Speaker 2] (38:52 - 39:24)

528    chair could I respond quickly to your question I think we come back to the situation of how

529    things are today and even today people can jump parties at essentially any time that they

22

530  wish and so I don't I don't mean to respond in behalf of the sponsor but it looks to me like

531  the situation is the same today and that is you can you can change your party affiliation

532  whenever you decide you'd like to do that you know mr.

533

534  [Speaker 1] (39:24 - 39:50)

535  chair today someone could relinquish their party affiliation be unaffiliated go to the poll get

536  a Republican ballot register Republican cast their about their ballot and then turn around

537  and re-register as a Democrat I mean that that exists in today's political scenario right and

538  so that gets to my final question I appreciate your indulgence mr.

539

540  [Speaker 3] (39:50 - 41:17)

541  chair and good sponsor in 20 a 8401 of the code registered political parties we've we've

542  codified that the selection process the qualifications the duties are internal mechanics of a

543  party and so that kind of goes back to the heart of this last dialogue that we were having

544  that that it seems that in some of the case I was able to look at over the weekend is the first

545  time I've had a chance to really drill into this that the internal party mechanics of how they

546  choose candidates which goes to a right of association who we get to associate with and

547  who gets the brand of a particular party the Supreme Court has said that that is something

548  that falls under strict scrutiny that is that is narrowly tailored to serve a compelling state

549  interest and so I guess the question is how how do we get into the internal mechanics of a

550  party where our code already recognizes what seems to be the case law as I as I can see it

551  going through this that that the internal mechanics of a party who gets their brand is

552  something that the parties internally choose and deal with and if I could just declare I guess

23

553   I guess my question let me see if I can compelling state interest to get involved with that let

554   me see if I can respond to

555

556   [Speaker 1] (41:17 - 44:07)

557   it this way the provisions beginning in 1337 that say that a political party should they meet

558   the qualifications of a qualified political party that the provisions of the direct primary don't

559   apply that's voluntary on the party's party is not compelled to meet those qualifying

560   components there is no mandate there is no coercion there is no dictate that a party

561   become a qualified political party so the part of the question that says how can the state

562   dictate in the free association this bill does not violate that on the 54 side of the equation

563   what this bill provides is if a party chooses to reconsider its policies to comply with this then

564   they are granted the right to put their candidates directly on the ballot keep in mind that

565   Supreme Court decision doesn't negate the notion that the people own the ballot not the

566   parties it's state statute that dictates how someone gets on a ballot it's internal party

567   politics that determines who is the chosen candidate from the parties perspective so under

568   the direct primary the someone that gets 2% of the registered voters in that particular party

569   would qualify that's the direct primary so with a in the case of a statewide race a Republican

570   under the count my vote provisions would be required to get 13,000 124 signatures if the

571   registered voters were the same at the time of the signature gathering as they are based on

572   the most current statistics from lieutenant governor's office a Democrat would only need

573   2798 so on one hand a Republican would need over 13,000 undercount my vote the

574   Democrat would be less than 3,000 that's the initiative that would be the default but this bill

575   doesn't dictate and that's under the default provisions let's assume we pull Senate Bill 54

576   that we don't pass it and the initiative passes if you believe there's a case for litigation based

577  on on free association and based on the direct primary you'd have the right to make the

578  case if 54 passes and you believe that there's a case about association you can go to court

579  and make the case both scenarios you'd be able to make that case in one scenario you're

580  preserving the caucus convention system outright if a party voluntarily chooses to change its

581  process and if they choose not to you have the direct primary under the other case you have

582  no hope of retaining the caucus convention system and you still

583

584  [Speaker 2] (44:07 - 44:29)

585  have the litigation thank you representative and you've essentially answered the first

586  question I was going to ask senator had numerous citizens come to me as chair of this

587  committee and ask a very fundamental question and as I say I think you've answered it but

588  the question is can the state of Utah

589

590  [Speaker 1] (44:29 - 45:18)

591  regulate political parties the answer is no I don't believe that they can but what they can do

592  the state of Utah does have a compelling interest through state statute to determine the

593  process to get on a ballot not the process to get a party nomination but the process to

594  access the ballot that's why I would suggest that it's the people not the parties that control

595  access to the ballot that's through state statute we're not that not the case I suspect you'd

596  have parties across the country that would say we're going to be the sole arbiter of who

597  gets on that ballot but it's statute that determines that and whether that statute comes

598  through initiative or through the legislature it is still statute that dictates the access to the

599  ballot it is the parties

600

601    [Speaker 2] (45:18 - 45:39)

602    that determine who is the chosen parties nominee thank you finally we go back to 1994 and

603    I'm not sure if anybody has the institutional memory here to to specifically address this but

604    why did Utah repeal the primary election

605

606    [Speaker 1] (45:40 - 46:26)

607    statutes in 1994 because of a Supreme Court decision that said statute couldn't direct

608    internal party affairs and so this bill I don't believe it is in contravention of that Supreme

609    Court decision and the reason I don't think it is is because it doesn't mandate the primary

610    process but it allows a party to continue to have the prerogative call it a for lack of better

611    term a metaphor would be licensing under this if a party becomes a qualified political party

612    the state is still granting them a license to put their the candidates that come through their

613    process on the ballot but that's a prerogative of state statute to whether delegate that to

614    the parties or not so that there's a difference and that's why the why we change the statute

615    94 is my understanding thank you very

616

617    [Speaker 2] (46:26 - 47:22)

618    much seeing no further questions from the committee we'd like to go to public comment

619    like to see how many would like to speak in favor of the bill and how many would like to

620    speak against the bill I see one two three four five six seven hands we'll probably have time

621    for maybe four or five of those hopefully there's overlap and if you hear someone say what

622    you plan to say you won't need to to stand but let's go ahead and open it to public comment

623    sir if you'd like to you raised your hand if you'd like to step forward please state your name

624   and who you represent please be seated at the table make sure the microphone is pulled

625   down close to you and and tell us who you are and who you represent what's

626

627   [Speaker 13] (47:22 - 49:19)

628   that yeah you can sign after you you make your comment my name is Blake Cousins I

629   represent the Iron County Republican Party first I want to thank you guys for taking the

630   letting me speak on this behalf on this issue the caucus system allowed me at age 23 to be

631   elected as vice chair for the Iron County Republican Party and subsequently be elected chair

632   at 24 I appreciate this system it allows anyone to be involved whether you're you know

633   young not rich anyone can participate and get involved in politics I think it would be a sad

634   thing if this bill passed because it essentially destroys the system creating an alternate path

635   to the ballot enables a rich candidate to skip the grassroots and use money to use TV ads

636   radio to skip the skip over the delegates and just get on the ballot anyways using the

637   Republican brand and I think that brand belongs to the Republican Party and they should be

638   able to decide how their brand is used I don't think that should be something that is state

639   law I think that should be the party's decision on how that brand is used also the Republican

640   Party hired attorney Chris tropas from Idaho and he has found that this type of thing would

641   be clearly unconstitutional I would just urge the committee to please vote against this bill

642   we have seen no evidence that the count my vote has their signatures in the 26 to 29 Senate

643   districts until we see any sort of compelling evidence I don't see why this kind of a bill would

644   be worthy of support neither this body nor count my vote has the right to tell a political

645   party how they do internal nomination process thank you thank you

646

647   [Speaker 2] (49:19 - 49:40)

648  mr. Cousins I neglected to mention we're going to request that your comments and you

649  have done that keep it to two minutes our our analyst will raise his hand after two minutes

650  which will signal you that your time is up let's go to mr. Herod will go front to back and front

651  to back if that's okay welcome

652

653  [Speaker 9] (49:40 - 51:44)

654  thank you Chris Herod former representative and I appreciate the kind words by can I and

655  actually John is a great man as well you know I'm kind of a simple man on certain issues and

656  for me I think a lot of this discussion is that we've kind of missed the boat of what's the core

657  principle that we're talking about I believe in the caucus system but I didn't get up this

658  morning because I believe in the caucus system I believe in the First Amendment and as you

659  look what's happening around the world you look what's happening in Russia and Ukraine

660  right now as we speak as First Amendment rights have been taken away right to association

661  I feel like the same thing is happening here because the question goes I've heard a lot about

662  compromise but let me tell you give an example of how maybe a served compromises

663  sometimes I understand that compromise is sometimes the most difficult and frankly it's

664  some of the votes that I regret the most of my compromise votes but if the ACL why should

665  the ACLU have to involve compromise with the Eagle Forum to determine who its director is

666  or vice versa this is basically what we're talking about compromise the party gets to decide

667  the way that it wants and you look at who this negotiation the compromises between is

668  between the count my vote people and the state legislature it's not with the parties and so

669  we're taking away that fundamental right a free association and we can say it's it's sophistry

670  to say that we're not opposing the will by the government on the political party they can't

671  have a convention system unless they go this qualified option the blessing of the state that's

28

672    not how our form of government works one of my favorite pieces of the Utah Constitution is

673    article 127 it says frequent reoccurrence to fundamental principles is essential to the

674    security of individual rights and the perpetuality of free government mr.

675

676    [Speaker 1] (51:44 - 52:12)

677    chair I have a point of order this bill does not prohibit the parties from continuing to main

678    maintain their convention system what this bill does I've been clear it addresses whether

679    that party has the right solely and exclusively to put their candidates on the ballot but this

680    bill there's been a misstatement for the committee that this would force the parties to do

681    away with their their convention system nothing in this bill would do what mr. Herod has

682    represented and senator in

683

684    [Speaker 2] (52:12 - 52:19)

685    your summation will let you address that issue if you choose to further but we'll

686

687    [Speaker 9] (52:19 - 53:14)

688    give you another half a minute thank you thank you and for me that's the problem that we

689    have with comfort so it really is sophistry you look at HB 359 that was done in 1984 Rob

690    Bishop was the house sponsor Lane Beatty was the Senate sponsor and the governor signed

691    that bill and if you listen to that debate it was all about this state did not have the right to

692    interfere with the process and we can argue I argue the very fact that I argue as a party

693    member that it's interfering it is in interfering with the process I would ask that you side on

694    the side of the right to freely association because that is the civil rights debate of this

695    decade First Amendment whether it's political rights or religious rights and by a positive

29

696    vote for this you are basically saying that you believe it is government's role to interfere

697    with party business thank

698

699    [Speaker 2] (53:14 - 53:38)

700    you thank you next individual this lady in front Thank You mr.

701

702    [Speaker 12] (53:38 - 54:53)

703    chairman my name is Sherrilyn eager and I am a member of the Utah Republican State

704    Central Committee from Salt Lake County I speak today to a couple of specific points that I

705    think I have a unique experience and distinction with and that is that I have lived in the state

706    of Connecticut and this the CMV proposal and this supposed compromise are both part and

707    parcel of what I experienced in Connecticut I also have the unique distinction of having been

708    a part of the petition process as a placeholder for vice president of the United States on a

709    petition and I do understand totally the corruption and the fraud that comes from the

710    petition process also the plurality that it promotes in the election process and the infighting

711    that increases in the political parties wrapping themselves around a candidate that did not

712    receive a majority vote and I have spoken to members of the Republican Party in

713    Connecticut they're wondering why in heaven's name would Utah want to become

714    Connecticut when Connecticut is trying to become more like Utah mrs.

715

716    [Speaker 2] (54:53 - 55:00)

717    eager could I request that you keep your comments germane to this bill that is this is

718    germane to this bill mr.

719

720    [Speaker 12] (55:00 - 56:09)

721  chairman because this is the Connecticut proposal and so I'm going to explain why that is on

722  the eve of our state central committee that's correct and I will abide by that the state

723  central committee received this 26 page brief from Kaplan and Drysdale they are to see a DC

724  lobbying firm and it is the proposal that has been presented to you in this form of a piece of

725  legislation let me tell you who they are the picture is here they represent the Democratic

726  National Committee they created McCain Feingold which by the way is an incumbent

727  protection plan for the wealthy to protect people such as John McCain who have their own

728  wealth while the rest of us who run for federal office are limited to 2600 by 2600 by 2600

729  they also created Stephen Colbert's super PAC specifically to mock Republican candidates in

730  the 2012 election including Mitt Romney and so for that reason my friends I would like to

731  ask you to please vote against this proposed piece of legislation thank you

732

733  [Speaker 2] (56:09 - 56:14)

734  there I have one question from a member of the committee representative Powell I

735

736  [Speaker 5] (56:14 - 56:30)

737  have a very quick question misery it's my opinion that the reason that we're in this position

738  is because the Republican State Central Committee refused to compromise about a year ago

739  and change its caucus and convention process to the demands of what many people in

740  society were asking I'm just wondering did you

741

742  [Speaker 12] (56:30 - 56:42)

743  vote for those changes at that convention actually Mr. Powell we did serve and worked very

744  hard to make some changes that would significantly improve

745

746  [Speaker 5] (56:42 - 56:46)

747  the caucus convention system and did you vote for those changes in the summer of

748

749  [Speaker 12] (56:46 - 56:52)

750  2013 I did vote for the changes that in fact I helped participate on that

751

752  [Speaker 2] (56:52 - 57:16)

753  committee thank you thank you next comment there are we've been an hour on the bill I

754  am going to take no more than two more comments so that we can return to the committee

755  for potential action yes ma'am my name is Wendy Bagley

756

757  [Speaker 10] (57:16 - 58:57)

758  I come from Eagle Mountain and Legislative District 2 I'm representing myself recently I or a

759  couple months ago I attended a count my count my vote presentation and I did not agree

760  with many of the things that they presented I have been involved in the caucus system for

761  over 20 years I've had the privilege of being able to train multiple delegates hundreds of

762  delegates and prepare training materials for them as part of the Utah County Republican

763  Party I've loved the kept the caucus system I truly believe that is the best way to get people

764  involved and educated about the political environment that we live in my concern and this is

765  what gives me that I cautiously support senator Bramble's bill I have talked since that time

766  I've talked with many of my neighbors many of my family members who cannot stand the

767  caucus system they've had very difficult experiences with it and I believe it comes down to

768  human nature it is a fabulous system when it works great unfortunately the education has

769  not been there in many individuals game the system and it leaves a bad taste in people's

770   mouths I think that the system should be kept but I also believe that a vast majority of

771   Utahns are in favor of tossing that system out completely and going to a direct primary

772   system which I oppose I believe a direct primary system would be worse for our state I'd like

773   to briefly read and I will pass around an op-ed piece that I wrote for the Crossroads Journal

774   out in Eagle Mountain just the two paragraphs unlike a director of you need to have had the

775

776   [Speaker 2] (58:57 - 59:05)

777   chair's approval before you pass that out so if you could bring it up after your testimony

778   we'll review it and then distribute it if we approve it thank you

779

780   [Speaker 10] (59:05 - 1:00:12)

781   I just the procedures thank you thank you unlike a direct primary where the vast majority of

782   voters study candidates and issues on their own and then show up individually to cast their

783   ballots on Election Day the caucus system involves neighbors in a political dialogue that

784   accomplishes so much more than merely casting a vote I know of no other nominating

785   system that has a greater potential to educate everyone who wants to learn create a

786   consistent two-way face-to-face communication between ordinary citizens and their elected

787   leaders teach principles of representative government a majority rule checked by law

788   increase voter turnout and citizen political involvement and hold candidates and elected

789   officials personally accountable for their words and actions Utah's neighborhood Kafka

790   system is a pretty awesome way to govern ourselves let's be wary of any alternative that

791   would dilute or eventually replace it I cautiously believe that this bill should be passed I

792   would like the legislature to make sure that it does not go further as a way of completely

793 diluting the caucus convention system but if this is a way that we can save our caucus

794 convention system I'm completely for it

795

796 [Speaker 2] (1:00:12 - 1:00:25)

797 thank you thank you for your testimony we'll take one more comment that's what we have

798 time for folks one more and and then we'll return to the committee mr.

799

800 [Speaker 11] (1:00:25 - 1:03:07)

801 Cox welcome Thank You mr. chair my name is Fred Cox I am a former member of the house I

802 am a member of the state central committee I was one of the individuals that fought

803 dramatically to make sure that some of the demands were not met that count my vote

804 when they wanted a maid but I spent months trying to come up with same-day ballots so

805 that the firefighter and the mother could participate I believe that this substitute leaves the

806 same-day ballot system that we have created that we will find out how well it works in 2014

807 alone there were five lines that I did not like in the previous version they are not in this

808 version we will see how well it works if it allows the the doctors and the firefighters and the

809 mothers to participate like we would like obviously that increases participation I have

810 concerns on Saturday the state central committee passed a resolution with no one voting

811 against it declaring that count my vote initiative a violation of First Amendment freedoms

812 that's based on case law you have to decide whether the First Amendment applies to this or

813 not I do want to point out there's a lot of things but I realize on time I just want to focus on

814 one issue that you should be aware of whether you amended or not lines 812 and 813 refer

815 to an April 1st date you should be aware that in 2016 if this thing goes if this bill is signed

816 into law and SB 25 sunsets which is scheduled to do the parties will only have two weeks to

817    have all 29 county conventions and the state convention I believe that is not workable that

818    is something that this body can address in the future I believe that this bill overreaches so

819    I'm not in favor of it but I do appreciate some changes that were made over the weekend to

820    allow the meeting to happen and I am very concerned that this April 1st date needs to be

821    looked at or at least we need to fix it so SB 25 does not sunset thank you Thank You mr.

822

823    [Speaker 2] (1:03:07 - 1:03:15)

824    Cox we'll return now to the committee for potential action representing Powell yes mr.

825

826    [Speaker 5] (1:03:15 - 1:05:56)

827    chairman I would like to make a motion that we pass out second substitute Senate bill 54

828    with the favorable recommendation from this committee and I'd like to speak to that briefly

829    go ahead I really want to thank senator Bramble and also in our chamber representative

830    McKay the house sponsor of this bill for all of the effort that they've put into this most

831    momentous issue in a generation I believe for political activity in our state this has been a

832    very productive conversation I think over the past 12 to 18 months and I think that those

833    who have been supporting the count my vote initiative have very legitimate concerns and

834    an important interest at heart and I also think that those who have been attempting to

835    point out the advantages of the caucus and convention system and therefore who have

836    been opposing the count my vote initiative also have excellent points what that usually

837    means in a legislative process then is that we get a compromise and one of the things that

838    concerned me most about the count my vote initiative senator Bramble is that when the

839    voters use the initiative process it's a very valuable and ultimate important last resort but it

840    does not allow for amendments as the process goes along and so an initiative is pending for

35

841    months and months and months and it's gathering signatures and then you wait several

842    months for it to get on the ballot if someone says oh you know we ought to change this part

843    or we ought to change this part or we ought to get together with some people and have a

844    compromise unfortunately that is not possible in the initiative process and it's one of the

845    reasons that our founders of this country and of this state chose to have a republic form of

846    government where we have a legislature that governs most of the time rather than a direct

847    democracy by something like initiative and in this case we have seen the wisdom of that

848    choice what we have is parties who have now gotten together who have said well can you

849    accept this oh yes well can you accept that oh no probably not well can you accept this yeah

850    we can accept that and we've now come together with different people who had some

851    different views and said let's go forward with a strong Utah political system that is going to

852    be more inclusive that's going to be more representative and I think it's going to be more

853    effective and I think that this is just an excellent excellent piece of work and I want to once

854    again compliment all those have been involved and ask you

855

856    [Speaker 2] (1:05:56 - 1:06:02)

857    to please support this bill discussion to the motion representative Grover Thank

858

859    [Speaker 15] (1:06:04 - 1:07:29)

860    You mr. chair this kind of stinks I don't like this bill it's frustrating to me for lots of different

861    reasons I think the arguments been made very well for those that are opposed I just look

862    back to my own experience I had to go outside of the party almost to get elected when I

863    came in the party was working against me they did not really want me to be elected I did

864    have to go through the delegate process of most the delegates said and you know you don't

36

865  stand a chance you're not one of these party people but I worked really hard to get into a

866  primary which I embraced and I it was like a breath of fresh air I welcomed X I knew I could

867  get my message out to the people and not just 200 people that I felt were more or less in

868  lockstep with the party and so breaking free of the party for me personally was

869  emancipating was awesome because I could get my message out and talk about the issues I

870  thought were important at the same time I totally understand the argument that from the

871  good senator Bramble that he's making about the possible need for compromise I'm not

872  convinced personally that we've got the signatures on the referendum I really don't I think

873  we should call their bluff and really go for it and see what happens and so as far as my

874  decision here to vote I'm gonna vote in support of the motion to move it to the House floor

875  so we can have a vigorous debate but not in support of the bill thank you representative

876  representative

877

878  [Speaker 2] (1:07:29 - 1:07:31)

879  Noel thank you mr.

880

881  [Speaker 8] (1:07:32 - 1:09:58)

882  chairman well I really wrestled with this bill it's mainly because I think it hurts my rural area

883  more than it hurts the urban areas it's going to really hurt I appreciate the comments from

884  the young man from iron county I don't represent that area of the state but I know the

885  values and the and the issues that we're talking about here are the same in iron county as

886  there are in Kane Wayne Garfield Beaver all the counties I represent I do not like the

887  method that this process came forth I don't know that I could be more hurt when I heard

888  that Mitt Romney supported this all the hours when when Mitt Romney first announced

889  against John McCain myself and a couple others went out and got almost every single

890  member of the Republican Party in the house to support him on a petition we were hurt

891  that he didn't make it to the to the ballot and John McCain was in when he ran the second

892  time we thought it was a great chance to do that we did the same thing again we supported

893  him almost every single member of the house supported him and my children went out

894  across Nevada and into Colorado and went for him and supported him under the Republican

895  Party and the way that we that brand and that brand is important to me and I think that

896  dilutes the brand I think it takes away I think it hurts us I'm also thankful that the that they

897  hired a attorney to look at this because I think this is unconstitutional I don't think we have

898  the right to get into this however I am going to vote for this bill because we took a caucus

899  position a unanimous position last week to support this and as Senator Bramble said if

900  you're going to run you better have your thousand votes or whatever votes you need in

901  your pocket along with the convention votes so that you could stand up and be equal but I

902  hope we overturn this and I reserve the right to vote against this on the house floor I

903  haven't talked to my delegates the least I can go out and talk to people the most to me the

904  scariest voter is the uninformed voter or the low information voter and that's what we turn

905  this system over to as individuals that vote on one issue or they don't understand it or it's on

906  a TV soundbite or it's on a on a flyer that gets passed out so I will vote to pass this out but

907  I'm kind of like representative Grover here I think the whole thing stinks

908

909  [Speaker 7] (1:10:00 - 1:12:08)

910  representative Mathis thank you I like my good colleague from Kane County is very

911  concerned about what this will do with the smaller rural Utah's born raised and lived in rural

912  Utah for 60 years and I don't see this helping us politically in any way shape or form I think

38

913    that we're the ones that are going to really hurt in this whole process I've heard the good

914    senator from Utah County and I think I understand his position and he's correct it's going to

915    take motivation it's going to maybe strengthen parties in some cases I'm only going to

916    support this because of a caucus position we took I'm going to reserve the right to vote

917    against it on the floor after I visit with my folks in you in a county at more length I visited

918    with a significant number this weekend and almost to a person they were opposed to this

919    process and my voting for this today is going to be in opposition to the people that sent me

920    here which makes it very very difficult so I'm going to have to reserve that right with further

921    discussion from my folks in the county I'm also concerned that I heard the good senator say

922    that this will this the state has the right to put qualifications to become a party in the state

923    so what we are going to do is we're going to now establish a process that a party can

924    become a qualified party in the state of Utah which probably doesn't interfere with internal

925    workings of that party and so I think that it will probably make any challenge to this more

926    difficult down the road because the state has now exercised its option to set qualifications

927    to become a qualified party in the state without affecting internal politics but by default will

928    affect internal politics and make a challenge more difficult so I still have to visit with a lot of

929    folks from my county but I made a commitment and I will support the bill today

930    representing

931

932    [Speaker 3] (1:12:08 - 1:15:29)

933    bivari thank you Mr. chair senator thank you very much I appreciate the discussion this is

934    from a from a dispassionate legal standpoint is a great legal discussion and it matters

935    tremendously it's not just a legal discussion it's a constitutional discussion I think of the

936    highest order it's clear at least in the review that I've been able to do over the weekend it

39

937    seems clear that the Supreme Court has said the First Amendment protects the right of

938    citizens to band together in promoting among the electorate candidates who espouse their

939    political views the freedom of association protects the first and protected by the first and

940    14th Amendment includes partisan political organizations and so they say that that we can

941    only engage in interfering with the internal workings of a party if they're strict scrutiny with

942    a compelling state interest in the kinds of things I've been able to find that get to a

943    compelling state interest are are things for example race or gender where a party may try to

944    to exclude that that the state does have a compelling interest and so I haven't I haven't

945    found the compelling state interest in this and so the comment from the maker of the

946    motion was that the parties got together and worked on this but the parties were not

947    involved which seems to be strange because we're talking about the inner workings of the

948    parties not any parties not majority of Utahns but the parties who have decided to associate

949    in a particular manner that is protected by the first and the 14th Amendment and the

950    Supreme Court tells us there's a compelling there must be a compelling straight state

951    interest to do that and so the the kind of dispassionate geeky lawyer question if you will on

952    this is can a state under the guise of of of determining what is a qualified party what are the

953    qualifications for a party really deal with the internal candidate selection process of a party

954    is it a tax is it a fine is it a penalty well I don't care what you call it takes money out of my

955    pocket and so if we call it qualified party or we call it internal workings of candidate

956    selection you know if it walks like a duck maybe it's a duck but that that seems to be the the

957    fascinating legal question it's going to be interesting to see how this plays out as some of my

958    colleagues have said I I I think we move this to the floor I think we further the debate I I

959    have serious reservations about our constitutional power authority to to tell the party under

960    the name of what is a qualified party but that it really walks and quacks like a duck and in

961    the internal right the internal party workings of how they put the bank the brand the good

962    senator said the the people on the ballot and control access indeed but they don't control

963    who gets the brand of how people choose to associate amongst themselves and so yeah this

964    there's much good in the bill there's much good in the bill and I'm grateful for the work on

965    that but this is this is this is

966

967    [Speaker 2] (1:15:29 - 1:15:40)

968    troubling in many ways thank you finally representative Fisher and then representative

969    Chava Chavez help representative Fisher Thank You mr.

970

971    [Speaker 14] (1:15:40 - 1:17:15)

972    chair Thank You senator Bramble for your hard work on this compromise I supported count

973    my vote and when I saw these two bills it it was troubling to me like it like it has been too

974    many but I think it's a good compromise I think there's been a lot of hard work put in on it

975    but I want to say this I have great faith in the people in the state of Utah I think they're

976    pretty smart I think they can sort it out I think that they can that whether they choose to get

977    a person on the ballot with a petition or through the caucus I think the people of the state

978    of Utah are smart enough to get the people on the ballot that they want to send to the polls

979    on election day and but I do have one one brief question and that I maybe the sponsor can

980    answer this in his summary a summary I was when concerned about what mr. Cox

981    presented on line 812 about the April 1st date I don't know how that fits in and maybe it

982    wouldn't need a little tweeting but I would say that once again I have great faith in the

983    people in the state of Utah and I thank the people that that drafted this compromise thank

984

41

985    [Speaker 2] (1:17:15 - 1:17:33)

986    you thank you representative senator Brock Bravo would you prefer to answer that question

987    now or in your summation well I'll answer it now mr. chair that is an issue for another day

988    okay thank you finally representative Chavez Houck thank you mr.

989

990    [Speaker 6] (1:17:33 - 1:18:39)

991    chair I'll be brief but this is something that I do feel very strongly about and I know the

992    senator and I have had conversations about this you know I look at that 600,000 plus

993    members of our state who are unaffiliated folks and I heartily believe that they need to have

994    a voice in this process and in conversations that I have with a number of constituents

995    constituents of mine who are unaffiliated I've noticed very much a frustration with the

996    current process that we have in our caucus and convention system and they're whether it's

997    perceived or otherwise feeling that they are not part of this process and they're not

998    validated as voters and as part of our franchise so I do want to note that component of this

999    compromise the opportunity for unaffiliated voters to really feel that they're part of this

1000    process really means a lot to me and my constituents notably compromise legislation does

1001    present us with things that we're happy with and some some things what we wish that

1002    could have been improved upon but it's a wonderful start and I think that we should move it

1003    forward and I think the senator as well as his house sponsor for their work thank you thank

1004    you representative back

1005

1006    [Speaker 2] (1:18:39 - 1:18:41)

1007    to you senator for summation Thank You mr.

1008

1009    [Speaker 1] (1:18:42 - 1:24:06)

1010    chair you know I have a great deal of respect for the folks that have real concerns with this

1011    bill the chairman of the Iron County Republican Party involved with the protect our

1012    neighborhood caucuses I understand and I respect their point of view to all those

1013    committee members that are concerned about the right of association keep one thing in

1014    mind the count my vote initiative takes the parties completely out of the process because

1015    the the access to the ballot would be solely based on signatures there would be no party

1016    caucuses there would be no delegates there would be no convention that would have any

1017    say in that process and so there's a trade-off here on one hand we have a count my vote

1018    initiative that I believe will get the signatures and will pass and should that pass without any

1019    legislative action we would simply have direct primaries we would have a disproportionate

1020    and the number of signatures for a Republican in a race would be over 13,000 for a

1021    Democrat it would be under 3,000 in John Valentine Senate district under the count my vote

1022    provisions the Republican candidate would have to get over 15 times the number of

1023    signatures that a Democrat would 680 versus 40 and so there are some challenges with this

1024    initiative there are some challenges with the right of association there are some challenges

1025    with the voice of the the party so how do we then preserve that which is that that part of

1026    the process the caucus convention system well that's what 54 is all about to preserve the

1027    right of the parties to still have access to the ballot of a if a candidate meets the criteria of

1028    the party whatever the threshold is in all of the debate about the qualified political party the

1029    question about the state qualifying parties we're not talking about parties being able to

1030    register with the state of Utah we're not talking about parties being able to have their party

1031    members affiliated with a registered political party what this bill does it says if a party wants

1032    to maintain that exclusive delegation to the ballot through the caucus convention system or

43

1033    through signatures gathered they have that in a fairly high bar they have that opportunity

1034    through this legislation if the parties don't want to have that make those changes there's

1035    nothing compelling them to do that there's nothing that dictates to it so what here's what

1036    we're faced with at the end of the day we can do nothing and let the initiative go forward

1037    which it will and when it passes all of the debate about the qualified political party falls by

1038    the wayside and the political parties will not be involved in the process there will be no

1039    delegate convention system for the parties to at least preserve that opportunity to put their

1040    candidates on the ballot and a vote against this bill is really a vote against that now I heard

1041    from a very good friend of mine and neighbor Chris Herod saying there's a serious

1042    constitutional problem guess what that constitutional problem if in fact and this is an if if

1043    the provisions of count my vote fall under the Constitution than this bill would fall under the

1044    Constitution as well because it adopts the provisions of count my vote and so if you want

1045    the opportunity to preserve the caucus convention system albeit in an altered form because

1046    of the the alternative path with signatures as opposed to simply as the house sponsor

1047    representative McKay continues to say placing it all on black are we willing to take that risk

1048    with a process that has given us a pretty good outcome that's what a compromise is about

1049    now there are folks that say I will not compromise for me the principle here is how do we

1050    preserve the right of the people to gather together and place their chosen candidate on the

1051    ballot this preserves that absolutely it may not be exclusive but it is absolute if a party wants

1052    to maintain that this this bill allows them to do that it doesn't preclude any party from the

1053    count my vote side of the spectrum to the the folks that are wanting solely to have the

1054    caucus system it doesn't interfere with any of their legal rights to challenge this bill this is a

1055    compromise do we want to maintain the caucus convention system do we want to to

1056    abdicate our responsibility to set policy and and leave it solely to the initiative process that

44

1057    that's constitutional right of citizens bring the initiative forward but both the citizens

1058    initiative and the constitutional prerogatives of this body bear equal weight in a Supreme

1059    Court decision Carter v Lehigh both bodies that can create law both the voice of the citizen

1060    through the initiative and the voice of the legislature bear equal weight so the decision

1061    before us is very simple as mr.

1062

1063    Herod said I'm a pretty simple guy this is a pretty simple proposition do you want to

1064    preserve the caucus convention system then you'd vote for this bill if you want to risk that

1065    going away in its entirety then you would vote against this bill place it all on black and either

1066    work for or against the the initiative Thank You mr.

1067

1068    [Speaker 2] (1:24:06 - 1:24:12)

1069    chair Thank You senator back to the maker of the motion for summation representing pal

1070    Thank You mr.

1071

1072    [Speaker 5] (1:24:12 - 1:26:07)

1073    chairman I'll be brief I would just want to say as an overall statement on this entire issue I

1074    believe that the majority of the Republican State Central Committee caused this incident

1075    that we are now witnessing your chairman warned you a year ago that this exactly would

1076    happen that there was an iceberg dead ahead and it has come true now you're talking about

1077    interfering with the private political party well I would encourage those members of that

1078    Republican State Central Committee to read any political science 101 textbook there are

1079    three parts to a political party there's the party organization and those are the ones who are

1080    actually elected in party leadership there is also the party in government those are the

45

1081    elected public officials who hold that political party's office and importantly there is the

1082    party in the electorate those are the actual members of the political party who are citizens

1083    out of those three parts of the party I would say that what we are witnessing here now is

1084    the two-thirds outvoting the one third the party in government in the party in electorate

1085    outvoting the party organization who still seems to be opposed or at least many of them to

1086    this sort of a change there is now talk about lawsuits lawsuits by the state Republican Party

1087    against this compromise that has been so broadly supported I can say I dare you to try it the

1088    Republican voters of this state will oppose you and reject you this is a very productive bill it

1089    has been created through a healthy and very productive process a process that is set forth

1090    in our legislative procedures that we have followed here now and we have worked with

1091    members of the public to come to this point I urge you to support what is a very good bill

1092    and a very good compromise thank you the question before

1093

1094    [Speaker 2] (1:26:07 - 1:26:22)

1095    us is to pass out second substitute Senate bill 54 with a favorable recommendation we will

1096    take a roll call vote and our Becky would you go ahead

1097

1098    [Speaker 18] (1:26:22 - 1:26:50)

1099    yes representative Chavez help representative Fisher representative Grover representative

1100    Mathis representative Noel representative Perry representative Powell representative ivory

1101    representative Draxler yes we have nine yes votes Thank You mr.

1102

1103    [Speaker 2] (1:26:50 - 1:27:23)

1104  chair thank you for your time senator now we we have a half hour to address other items on

1105  our agenda is representative John Cox here welcome representative House bill 344

1106  incorporation election amendments yeah please pull that microphone closer to you there

1107  mr.

1108

1109  [Speaker 4] (1:27:24 - 1:27:45)

1110  chair I appear to have cleared the room here so this bill House bill 344 and I guess I should

1111  start by saying there is a substitute if I can have that adopted is there a committee member

1112  that would move a substitute bill representative Chavez how thank you mr.

1113

1114  [Speaker 6] (1:27:45 - 1:27:58)

1115  chair I make a motion that we delete entitlement body HB 30 344 and replace it with first

1116  substitute 344 motion is

1117

1118  [Speaker 2] (1:27:58 - 1:28:05)

1119  to substitute all in favor say aye aye are there any opposed the bill is

1120

1121  [Speaker 4] (1:28:05 - 1:30:32)

1122  substituted hey thank you this bill accomplishes two things as it relates to incorporation of a

1123  municipality when we deal with incorporation the incorporation can be viewed as either

1124  friendly or adversarial by the county legislative body and recently you know that the

1125  instance of incorporation that comes to mind for a lot of folks is Mill Creek which I think

1126  would be categorized more in the adversarial relationship there are instances though when

1127  the county would welcome incorporation of a municipality and so what this bill does first of

1128  all is allows a county legislative body a county council or a county commission to vote for

47

1129    incorporation and what that vote would do would then allow for a special election to take

1130    place where the voters would then decide on incorporation traditionally the way that you

1131    get to incorporation is by gathering signatures and then you're you're put on the ballot for a

1132    general election this would not do away with the signature requirement would but would

1133    instead allow this to take place in a special election if the county legislative body is

1134    amenable to that so that's the first thing this does the second thing that this this bill does is

1135    as you'll notice in the in the bottom of this this substitute bill we have a provision that

1136    prevents a public entity from expending public funds on on certain electoral matters but as

1137    you read sort of the caveats here that that say instances where that's not the case there's

1138    this provision here in number five that says nothing that's in this chapter prohibits a public

1139    entity from preparing information analyzing the pros and cons of a ballot proposition when

1140    requested to do so by the public entities governing body and so I'm striking that in this

1141    particular case if if you as a county legislative body were adversarial to this particular ballot

1142    initiative of incorporation or anything for that matter I personally believe that you shouldn't

1143    be expending public funds to to kind of weigh in on this and say this is the pro this is the con

1144    you'll notice there's other provisions here that that certainly still allow these these members

1145    of this legislative body to give their own personal opinions to still exercise that that First

1146    Amendment right that they have but not to not do so expending public funds so those are

1147    the two things that this bill seeks to accomplish thank

1148

1149    [Speaker 2] (1:30:32 - 1:30:42)

1150    you questions from the committee representative Chavez Houck thank you

1151

1152    [Speaker 6] (1:30:42 - 1:31:26)

1153    mr. chair okay representative um and I'm sorry that I'm not up to speed on this but I'm

1154    trying to recollect I know that we've passed some legislation within the last year dealing

1155    with incorporation amendments and you mentioned the beginning of your presentation

1156    concerns related to Mill Creek Township and some related challenges that they've had in

1157    terms of incorporation back and forth within Salt Lake County it's been pretty contentious

1158    over the last couple of years so I'm trying to understand how this overlays with some of the

1159    legislation we've passed related to incorporation and in Mill Creek for example and some of

1160    the challenges with allowing the county to hold these special elections and the bar that

1161    needs to be met in terms of participation by

1162

1163    [Speaker 4] (1:31:26 - 1:31:52)

1164    the citizens yeah this bill would not change that at all and and in fact you know if the county

1165    disagrees with this this townships desire to incorporate it would just fall under the

1166    traditional process of gathering signatures and holding an election in a general election in

1167    my district though we've had instances where a group of people want to incorporate and

1168    the county is agreeable to that and so this would just allow them to move that process

1169    forward

1170

1171    [Speaker 6] (1:31:52 - 1:32:09)

1172    quicker in that scenario okay so it's an expert it's to expedite the process a bit more versus

1173    running counter to what might be happening with any conflict that might occur between

1174    two two parties if there's there's agreement okay all right thank you for the clarification

1175    Thank You mr.

1176

1177    [Speaker 2] (1:32:09 - 1:32:12)

1178    chair thank you representative

1179

1180    [Speaker 8] (1:32:12 - 1:32:28)

1181    Noel just a quick question on the special elections as opposed to a general election what's

1182    the you know what the voting percentages are in my recollection special elections are very

1183    very low percentage voters voting yeah

1184

1185    [Speaker 4] (1:32:28 - 1:32:38)

1186    and I think that's the reason why we have this in a statute that it's held in a general election

1187    is because we would prefer that the most voters possible are there voting on this this

1188    election I don't know the specific numbers how that

1189

1190    [Speaker 8] (1:32:38 - 1:32:52)

1191    breaks down but but so again the representative what would be the reason that we want to

1192    move this forward and 60 or a special election as opposed to general election when you're

1193    gonna have less people participate what's the main

1194

1195    [Speaker 4] (1:32:52 - 1:33:18)

1196    reason for this the main reason would be in this case where there appears to be agreements

1197    that the county legislative body elected by the citizens of this county agrees that that

1198    incorporation makes sense there's there's still the petition requirement you've got to gather

1199    signatures and in that event there appears to be agreement so let's let's move this process

1200    forward as opposed to having to wait for that general election one more question I'm

1201

50

1202   [Speaker 8] (1:33:18 - 1:33:27)

1203   just what's the appears to be agreement is there a formal process that says that there is

1204   agreement between the county and and the citizens seeking to incorporate

1205

1206   [Speaker 4] (1:33:27 - 1:33:38)

1207   there's not a formal process but there would have to be action taken by the legislative body

1208   to indicate that they would like to hold a special elections we're granting that authority to

1209   that county legislative body all right

1210

1211   [Speaker 2] (1:33:41 - 1:33:44)

1212   representative Fisher Thank You mr.

1213

1214   [Speaker 14] (1:33:44 - 1:33:47)

1215   chair representative Cox what prompted

1216

1217   [Speaker 4] (1:33:47 - 1:34:16)

1218   you to bring forward this legislation yeah I like I said there there's in my district been an

1219   example of the county you know being in agreement with with a group of citizens that

1220   sought to incorporate there's the possibility of this taking place in my district in the future as

1221   well I've been in close contact with the representative from Colville in the house and this

1222   was a bill that he had been working on and and I agreed to run with that so I think it applies

1223   to my district but I think it applies to other places throughout the

1224

1225   [Speaker 2] (1:34:16 - 1:34:33)

1226   state as well thank you representative I'm trying to understand how this changes the

1227   situation in a real salient way yeah how does it change it from the

1228

1229   [Speaker 4] (1:34:33 - 1:34:54)

1230   current situation so the current situation is the way it would change it if if the county

1231   legislative body is in agreement with this incorporation it could make this process move

1232   more expeditiously in the event of the camera would yes in the event of the county

1233   legislative body is not in agreement with the incorporation it would proceed as is presently

1234

1235   [Speaker 2] (1:34:55 - 1:35:20)

1236   constituted that's that's great that's exactly what I was looking for was just a real salient

1237   description now are we talking about the county incorporating or an individual community

1238   within the county yes a municipality within the county and in order to do so under your bill

1239   they would have to have the approval of the legislative body they would not have to have

1240   the approval of

1241

1242   [Speaker 4] (1:35:20 - 1:35:39)

1243   the legislative body but they could hold a special election in the event that they did have the

1244   approval of the the county legislative body in the event they did not they would still go

1245   through the traditional process and hold that election at a general election I see

1246   representative pal yes just

1247

1248   [Speaker 5] (1:35:39 - 1:36:00)

1249   clarifying questions thank you I'll try to be brief the representative thank you for your

1250   explanation the distinction that you're raising between whether the county legislative body

1251  agrees or doesn't agree you've said that that determines whether there's new 65-day

1252  provision is going to be able to be

1253

1254  [Speaker 4] (1:36:00 - 1:36:08)

1255  used is that what you said no not not the 65-day provision it's whether or not a special

1256  election as opposed to just the general election could be sorry that's

1257

1258  [Speaker 5] (1:36:08 - 1:36:56)

1259  the special election that's right so I'm I'm guessing that that is hinges on a reference in line

1260  35 of the first substitute a reference to 20 a dash 1 dash 203 because it doesn't say in this

1261  bill it doesn't say specifically as long as the county legislative body is an agreement or as

1262  long as the county legislative body is is that right now there's already a one way in the law

1263  and that is it has to be done at a general election right correct and so you're saying that

1264  you're providing an exception but in this bill in the text that you're enacting it doesn't

1265  specifically say and I'm sorry I haven't had time to go look at the cross-references but it

1266  doesn't specifically say but as long as the county legislative body supports the incorporation

1267  then they can do it at a special election as well it does say

1268

1269  [Speaker 4] (1:36:56 - 1:37:13)

1270  that in the bill if you read line 118 it says the legislative body of a local political subdivision

1271  may call a local special election only for and it gives provisions that are already in place then

1272  my bill adds lines 139 140 a vote on the incorporation of a city in accordance with section 10

1273  dash 2 dash

1274

1275  [Speaker 5] (1:37:13 - 1:37:17)

53

1276    111 or an incorporation of a town okay so that's all that's if the county is

1277

1278    [Speaker 4] (1:37:17 - 1:37:24)

1279    placing it on the ballot correct so we're granting that authority to the county in that case

1280    and still that the other provisions apply for incorporation this

1281

1282    [Speaker 5] (1:37:24 - 1:38:10)

1283    is just to expedite the process right thank you that's very helpful clarification I'm glad you're

1284    very prepared on your bill I appreciate that my other question goes to the other provision

1285    that I think is just included in the substitute and that is the voter information pamphlet or

1286    I'm sorry the pros and cons of a ballot proposition this section of code actually applies to

1287    lots of things besides incorporation elections right a referendum I've seen this apply to

1288    school bond elections what is the policy reason that you want to change a provision on lines

1289    482 and 44 that right now says that a public entity is not prohibited from preparing

1290    information analyzing the pros and cons of a ballot proposition well why do you think we

1291    should make that change and

1292

1293    [Speaker 4] (1:38:10 - 1:39:42)

1294    take that line out of code yeah and you'll notice in the other provisions there through one

1295    one through seven there's there's other kind of caveats here that allow public funds to be

1296    expended and I guess my concern would be if you've got a dog in the fight here and in some

1297    cases these counties or municipalities do we shouldn't be expending public funds to make

1298    that argument and you'll notice you know line line 487 here it still indicates in the statute a

1299    violation of the section does not invalidate an otherwise valid election there's not much

1300  teeth to this provision but but if you read through here and you notice all of the sort of

1301  carve-outs that we have for expenditure of public funds it's really not much of anything that

1302  we don't allow public funds to be expended for on these these elections so I'm trying to

1303  tighten that up I don't pretend to assume that this is now a perfect provision or section of

1304  code but you know in this case if you're a county or you mentioned this applies to other

1305  things you know my county we had a county courthouse that the County Commission voted

1306  to approve the voters took that to referendum and it went to a ballot proposition and

1307  eventually was voted down you know that the County Commission in that case clearly has

1308  an incentive to see this this pass and so for them to suggest that we're going to prepare with

1309  public funds some list of pros and cons because the public entities governing body has

1310  requested them to do so that that seems somewhat problematic okay so and and that's a

1311

1312  [Speaker 5] (1:39:42 - 1:40:06)

1313  question I've heard debated hotly around the state so it's your position that the City Council

1314  the County Council the school board that has spent a year studying a proposition has been

1315  elected by the citizens and then has made a decision to go ahead with an issue and then

1316  there is a portion of the community that opposes that that the school board of the City

1317  Council or the County Council shouldn't be able to tell its side of the story using public funds

1318  is

1319

1320  [Speaker 4] (1:40:06 - 1:40:29)

1321  that your position I think that particular scenario would be brought about in subsection 3

1322  there so line 477 nothing in this chapter prohibits a public entity from providing factual

1323  information about a ballot proposition to the public so long as the information information

1324    grants equal access to both the opponents and proponents of the ballot proposition so in

1325    this case you can't present your side but you have to provide some sort of forum to your

1326

1327    [Speaker 5] (1:40:29 - 1:40:52)

1328    opponents I like your answer because that's exactly the conclusion that I've come to in

1329    many years as a city attorney on this and I was just going to point to that provision I just

1330    wanted to get this all on the record thanks an important discussion but I do not oppose the

1331    deletion that you've made there and I think that line 477 to 479 does provide the

1332    opportunity that you've just identified it so thanks a lot thank you thank you representative

1333    Fischer and

1334

1335    [Speaker 2] (1:40:52 - 1:40:55)

1336    then we'll try to preserve some time for some public comment on the bill

1337

1338    [Speaker 14] (1:40:55 - 1:41:02)

1339    very brief and I just want to understand is it called out in code who pays for

1340

1341    [Speaker 4] (1:41:02 - 1:41:09)

1342    the special election as President Constantine who pays for a special election I believe it

1343    would be the county would have to pay in that case

1344

1345    [Speaker 3] (1:41:11 - 1:41:51)

1346    thank you thank you representative ivory Thank You Mr. Chairman just briefly and you may

1347    have answered this we've been kind of dealing with a lot of other things going on and if you

1348    don't mind go slow walk slowly with me but representative Mel Brown has worked on issues

56

1349   similar to this for a number of years on preserving the right of the people to not be

1350   subsumed into something or carved out of something without having their ability to weigh

1351   in and having different majorities he has he's had bills the last couple of years up I guess I'm

1352   just curious how is this different and how does it does it relate to what he's been doing does

1353   it supersede that and and if so why is that

1354

1355   [Speaker 4] (1:41:51 - 1:42:17)

1356   a good thing I think this is a continued discussion that the good representative from Colville

1357   has initiated and this just continues that this actually is a bill that I've worked very closely

1358   with him on and I don't think this signifies a major shift whatsoever in the way we handle

1359   incorporation but I do think it allows for these situations again where both sides are

1360   agreeable to incorporation to move the process along a little faster where both sides are

1361

1362   [Speaker 2] (1:42:17 - 1:42:34)

1363   agreeable absolutely okay is there public comment to this bill seeing none we'll return to

1364   the committee for potential action representative Noel I'd

1365

1366   [Speaker 8] (1:42:34 - 1:42:43)

1367   move that we pass out first substitute house bill 344 incorporation election amendments

1368   with a favorable recommendation do you wish to speak to

1369

1370   [Speaker 2] (1:42:43 - 1:43:24)

1371   that motion no discussion from the committee on the motion to the sponsor then for

1372   summation I wave summation is waived to the way of the motion summation is waived the

1373   question is to pass out first substitute house bill 344 with a favorable recommendation all in

1374    favor say aye aye are there any opposed it passes out then thank you congratulations thank

1375    you I had one more bill to and we were told there would be a substitute on house bill 369

1376    correct

1377

1378    [Speaker 4] (1:43:24 - 1:43:31)

1379    yeah we've got that online yeah we talked about low information voters there's low

1380    information legislators too so I'm figuring this out as quickly as I

1381

1382    [Speaker 2] (1:43:31 - 1:43:35)

1383    okay is there a motion from the committee to adopt the substitute

1384

1385    [Speaker 5] (1:43:36 - 1:43:41)

1386    representative Powell I'd move we adopt first substitute house bill 369 any

1387

1388    [Speaker 2] (1:43:41 - 1:43:46)

1389    discussion to that motion all in favor say aye aye the substitute is adopted

1390

1391    [Speaker 4] (1:43:46 - 1:45:33)

1392    representative thank you this this bill attempts to correct the situation we have that we

1393    don't deal with very often but when we do I believe it's problematic and that's when there's

1394    there's an election that's missed recently in northern Utah we had a municipality that forgot

1395    to hold an election and and and in fact this was the second time that they'd forgotten to

1396    hold an election they've done this the previous election as well and the problem with that is

1397    that the remedy in this particular scenario when you forget to hold an election and as a

1398    municipality is the people in elected office just stay in elected office until the next municipal

1399    election when you could could hold an election and potentially they could be removed or

1400    someone else could run so there is sort of a perverse incentive here I think that again

1401    thankfully is it's very rare but when it happens I think it's problematic and my bill and the

1402    reason for the substitute is also to address the issue of special districts in the state when we

1403    have elections for those particular positions and to have the same sort of scenario that in

1404    the event that an election is missed rather than keeping that person in office for you know

1405    until the next election takes place that we set up some sort of remedy some sort of

1406    alternative where we hold an election and that the count or the the municipality or the

1407    special district that forgot to hold the election is on the hook for the cost but we're going to

1408    get the the county clerk involved and potentially the lieutenant governor if necessary to

1409    make sure that that election takes place to make sure that voters have an opportunity to

1410    weigh in and to have their voices heard so again this is this is a provision I hope that we

1411    don't use if ever but as we've seen in recent elections in Utah there is

1412

1413    [Speaker 2] (1:45:33 - 1:45:48)

1414    apparently a need for this thank you discussion or questions from the committee

1415    representative Grover I'm sorry there we go so representative Cox

1416

1417    [Speaker 15] (1:45:48 - 1:45:51)

1418    thanks for being this bill so what you're saying is that the voice of

1419

1420    [Speaker 4] (1:45:51 - 1:46:04)

1421  people is not heard in these elections yeah absolutely I mean if we could not hold an

1422  election that means we get to be reelected I mean that makes a lot of sense we should

1423  rethink that it's lower cost of the taxpayer not so much

1424

1425  [Speaker 15] (1:46:04 - 1:46:08)

1426  controversy after this morning I see so peel of that a little bit

1427

1428  [Speaker 5] (1:46:13 - 1:47:19)

1429  represent me pal just really briefly for the sponsor I have a question but just responded

1430  representative Grover you know I think actually what happens sometimes in these

1431  situations is it's actually the people in office who are mad that there are no election was

1432  held in some of these small cities it's like somebody forgot to tell them they weren't having

1433  the election they wanted somebody to run against them it was actually the joke by the

1434  citizens they were playing on the people in office to say haha we're gonna make you stay

1435  there so I'm not sure of that but I know in some of our smaller communities it really is

1436  difficult you know to get people to be able to serve in these jobs which obviously take a lot

1437  of time and volunteer effort as we all know representative there's not any penalty in here in

1438  terms of criminal penalty I mean obviously we can we can make all the rules that we want if

1439  they don't have the election will just simply have to tell them well now you really have to

1440  have a late election that they have to pay the cost and things but I do just want to make I

1441  don't know which way I would prefer but I haven't had time to read through it really closely

1442  we haven't made it for instance a crime for the local election clerk or anything to not hold

1443  the election or anything like

1444

[Speaker 4] (1:47:19 - 1:47:30)

that no and I don't think we would want to the penalty in this case is financial you'll have to

pay for the election and any additional costs incurred by the county clerk by the lieutenant

governor's office to fix the


[Speaker 2] (1:47:30 - 1:47:43)

situation okay you have one final question from the committee but I would ask that the

lieutenant governor's representative come forward and address this real quickly

representative ivory yeah that was my question mr.


[Speaker 3] (1:47:44 - 1:47:47)

chair I'm wondering if representative Cox might have any connection with a lieutenant


[Speaker 4] (1:47:47 - 1:47:56)

governor Cox to know where he stands on this I'm doing my best to increase the fiefdom of

the lieutenant governor's office any chance I can so my question


[Speaker 2] (1:47:56 - 1:48:03)

mark is is this an adequate solution to a problem Thank You Mark Thomas with the


[Speaker 16] (1:48:03 - 1:48:57)

lieutenant governor's office and as we worked with the representative Cox on this it has

happened from time to time where someone has missed an election I mean believe it or not

we worked hard to to train the count the the municipalities and unfortunately it does

happen this bill and the thing that the governor likes about it most it allows for flexibility we

1470    don't know under what circumstances this may happen and what candidates may be on the

1471    ballot and what issues may be on the ballot so it allows lieutenant governor to then dictate

1472    the schedule that that that we would then require of the municipality to follow and and that

1473    allows for flexibility to us to address these that come up in the different circumstances on

1474    how they come up so I I think we're just fine with it and hopefully we don't ever have to use

1475    it but in case we do or we'll be ready

1476

1477    [Speaker 2] (1:48:58 - 1:49:11)

1478    thank you seeing no further questions from the committee is their public comment please

1479    come forward the grand bidder representing the Association of

1480

1481    [Speaker 17] (1:49:11 - 1:49:49)

1482    Special Districts we appreciate representative Cox rain this bill he's been working with us

1483    the past two a week or so and over the weekend our attorneys were working with legendary

1484    research which is the substance of the substitute bill we appreciate that and we think this is

1485    a very good provision to have to address missed elections we actually have another bill

1486    coming from the Senate that kind of has a little bit different flavor of it and that is if a

1487    district which we've had one or two of them has gone several cycles and not had elections

1488    that allows the County Commission now to step in reconstitute the board we think that's a

1489    very positive thing this will be a very positive thing to have in addition to that to take care of

1490    missed elections we are comfortable working with representative Cox the bill moves to the

1491

1492    [Speaker 2] (1:49:49 - 1:49:55)

1493    floor thank you any other public comment we'll return to the committee

1494

1495    [Speaker 7] (1:49:55 - 1:50:11)

1496    for potential action representative Mathis we passed House bill 369 for substitute out with a

1497    favorable recommendation discussion to the motion

1498

1499    [Speaker 2] (1:50:12 - 1:51:32)

1500    to the sponsor for summation I wave summation is waved to the maker of the motion wave

1501    question is to pass House bill 369 for substitute out with a favorable recommendation all in

1502    favor say aye aye are there any opposed that bill passes unanimously out thank you

1503    representative thank you now next on the agenda is a senator cart I don't see senator cart

1504    here we'll have to move him to another agenda I also an item 5 is representative Wilson and

1505    I don't see representative Wilson that brings us to representative Chavez Houck on House

1506    bill 156 and my hunch is you might need a little more than five minutes so would you prefer

1507    to be moved to the our agenda for tomorrow okay seeing then that we don't have further

1508    business and house floor time starts in five minutes any questions committee is there a

1509    motion to adjourn move to adjourn all in favor say aye we are adjourned Thank You

1510    committee great work today