# Exhibit 0020



# Contributions and Expenditures For Political Action Committee
## 2016 Convention Report
(Utah Code Section 20A-11)

Contributions and Expenditures For Political Action Committee

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2016 Convention Report | 1/1/2016 | 4/13/2016 | 4/18/2016 | 4/18/2016 | ☐ |

## Balance Summary

|  |  | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $30,019.12 | $30,019.12 |
| 3 | Subtotal (Add lines 1 & 2) | $30,019.12 | |
| 4 | Total Expenditures Made | $19,504.00 | $19,504.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $10,515.12 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 1/22/2016 | Mike Leavitt | 299 South Main Street, Suite 2300, Salt Lake City, UT 84111 | | | | $3,000.00 |
| 1/22/2016 | Rich McKeown | 299 South Main Street, Suite 2300, Salt Lake City, UT 84111 | | | | $7,000.00 |
| 1/22/2016 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $10,000.00 |
| 1/22/2016 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $10,000.00 |
| 3/21/2016 | Charlene Russell | 4435 Juniper Dr., Moab, UT 84532 | | | | $19.12 |
| Total Contributions Received | | | | | | **$30,019.12** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|-------------------:|
| 1/22/2016 | Todd Weiler for Senate | Campaign contribution | | | | $2,500.00 |
| 1/22/2016 | Ralph Okerlund | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Allen Christensen | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Lincoln Fillmore | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Jake Anderegg | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Lyle Hillyard | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | David Hinkins | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Brian Shiozawa for Senate | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Holly Richardson for Senate | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | David Burton | Campaign contribution | | | | $1,500.00 |
| 1/22/2016 | Curtis Bramble | Campaign contribution | | | | $2,500.00 |
| 2/22/2016 | Xani Haynie for House | Campaign contribution | | | | $1,000.00 |
| 2/29/2016 | Zions Bank | Bank fee | | | | $2.00 |
| 3/31/2016 | Zions Bank | Bank fee | | | | $2.00 |
| Total Expenditures Made | | | | | | **$19,504.00** |



# Contributions and Expenditures For Political Action Committee
# 2016 Primary Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2016 Primary Report | 4/14/2016 | 6/16/2016 | 6/21/2016 | 6/21/2016 | ☑ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $10,515.12 | |
| 2 | Total Contributions Received | $152,902.95 | $182,922.07 |
| 3 | Subtotal (Add lines 1 & 2) | $163,418.07 | |
| 4 | Total Expenditures Made | $66,208.57 | $85,712.57 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $97,209.50 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 5/24/2016 | Dell Loy Hansen | 595 South Riverwoods Pkwy, Suite 400, Logan, UT 84321 | | | | $50,000.00 |
| 6/8/2016 | Crystal Maggelet | 4 Dartmoor Lane, Salt Lake City, UT 84103 | | | | $12,500.00 |
| 6/8/2016 | R&S Boyer Family LC | 1110 Crestview Circle, Salt Lake City, UT 84108 | | | | $10,000.00 |
| 6/8/2016 | Key Property Management LLC | 215 South State Street, Suite 100, Salt Lake City, UT 84111 | | | | $5,000.00 |
| 6/8/2016 | JLS Holdings LLC | 299 South Main Street, Suite 2200, Salt Lake City, UT 84111 | | | | $10,000.00 |
| 6/8/2016 | Clint Ensign | 550 East South Temple, Salt Lake City, UT 84130 | | | | $3,000.00 |
| 6/8/2016 | Khosrow B. Semnani | PO Box 11623, Salt Lake City, UT 84147 | | | | $12,500.00 |
| 6/8/2016 | Rachael Woolsey | 399 Sunnyhill Circle, Payson, UT 84651 | | | | $48.25 |
| 6/11/2016 | David Simmons | 515 South 700 East, Suite 2F, Salt Lake City, UT 84102 | | | [A1] | $10,000.00 |
| 6/16/2016 | S. F. Eccles | PO Box 3028, Salt Lake City, UT 84110 | | | | $10,000.00 |
| 6/16/2016 | Kem Gardner | 1510 Canterbury Dr., Salt Lake City, UT 84108 | | | | $25,000.00 |
| 6/16/2016 | John R. Miller | 299 South Main Street, Suite 2450, Salt Lake City, UT 84111 | | | [A2] | $4,854.70 |
| | [DELETED] | | | | [A3] | $0.00 |
| Total Contributions Received | | | | | | **$152,902.95** |

**Amendment Details**

1 - Amendment
**Amount :** "$9,709.70" ⇒ "$10,000.00" **on 9/30/2016**
Amendment
**Amount :** "$10,000.00" ⇒ "$9,709.70" **on 9/30/2016**

2 - Amendment
**Amount :** "$5,000.00" ⇒ "$4,854.70" **on 9/30/2016**

3 - Amendment
**Date :** "6/15/2016" ⇒ "[DELETED]" **on 9/30/2016**
**Name :** "Kirk Jowers" ⇒ "[DELETED]" **on 9/30/2016**
**Address :** "629 Skyview Circle North Salt Lake UT 84054" ⇒ " " **on 9/30/2016**
**Amount :** "$500.00" ⇒ "[DELETED]" **on 9/30/2016** Amendment
**New transaction added to filed report** on 6/22/2016

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 4/29/2016 | Zions Bank | Bank fee | | | | $2.00 |
| 5/31/2016 | Zions Bank | Paper statement fee | | | | $2.00 |
| 5/31/2016 | David Owen Communications | Operations | | | | $5,000.00 |
| 6/1/2016 | Broadway Media | Communications | | | | $800.00 |
| 6/1/2016 | David Owen Communications | Communications | | | | $5,000.00 |
| 6/1/2016 | David Owen Communications | Direct mail | | | | $20,344.22 |
| 6/13/2016 | R&R Partners | Media | | | [A1] | $12,500.00 |
| 6/15/2016 | David Owen Communications | Advertising | | | | $22,245.05 |
| 6/15/2016 | Zions Bank | Bank fee | | | | $25.00 |
| 6/16/2016 | Zions Bank | Merchant services fee | | | | $290.30 |
| Total Expenditures Made | | | | | | **$66,208.57** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 9/30/2016



# Contributions and Expenditures For Political Action Committee
## 2016 September 30th Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2016 September 30th Report

**Begin Date**
6/17/2016

**End Date**
9/25/2016

**Due Date**
9/30/2016

**SubmitDate**
9/30/2016

**Is this report an amendment?**
☑

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $97,209.50 | |
| 2 | Total Contributions Received | $151,655.60 | $334,577.67 |
| 3 | Subtotal (Add lines 1 & 2) | $248,865.10 | |
| 4 | Total Expenditures Made | $253,849.95 | $339,562.52 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,984.85) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 6/20/2016 | Kirk Jowers | 629 Skyview Circle, North Salt Lake, UT 84054 | | | | $485.20 |
| 6/22/2016 | Corey Lindley | 263 South Royal Ann Circle, Orem, UT 84058 | | | | $5,000.00 |
| 6/22/2016 | Leavitt Group Enterprises | 465 400 E, #300, Salt Lake City, UT 84111 | | | | $10,000.00 |
| 6/23/2016 | Hatch Election Committee | PO Box 3986, Washington, DC 20027 | | | | $50,000.00 |
| 6/23/2016 | Christopher Robinson | PO Box 540478, North Salt Lake, UT 84054 | | | | $485.20 |
| 6/24/2016 | Sandy Area Chamber of Commerce | 9350 S. 150 E. STE 580, Sandy, UT 84070 | | | | $32,000.00 |
| 6/24/2016 | Bryson Garbett | 273 N East Capitol Street, Salt Lake City, UT 84103 | | | | $10,000.00 |
| 6/24/2016 | Steve Simonson | PO Box 507, Draper, UT 84020 | | | | $485.20 |
| 6/27/2016 | Daniel England | 10051 Stone Mountain Cv, Sandy, UT 84092 | | | | $2,500.00 |
| 6/27/2016 | Utah HOSPAC | 2180 S. 1300 E., STE 440, Salt Lake City, UT 84106 | | | | $2,000.00 |
| 6/28/2016 | Dinesh Patel | PO Box 58887, Salt Lake City, UT 84158 | | | | $5,000.00 |
| 7/13/2016 | William Shiebler | 7905 Woodland View Dr , Park City, UT 84060 | | | | $5,000.00 |
| 8/30/2016 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $28,700.00 |
| Total Contributions Received | | | | | | **$151,655.60** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 6/20/2016 | Committee to Elect Rich Cunningham | Campaign donation | | | | $5,000.00 |
| 6/21/2016 | Producer | Advertising | | | | $400.00 |
| 6/21/2016 | Business Mail Specialists | Advertising | | | | $1,327.35 |
| 6/22/2016 | Zions Bank | Bank fee | | | | $25.00 |
| 6/22/2016 | Zions Bank | Bank fee | | | | $15.00 |
| 6/22/2016 | 360 Touch, LLC | Advertising | | | | $10,005.00 |
| 6/23/2016 | Owen Communications | Advertising | | | | $5,000.00 |
| 6/24/2016 | Zions Bank | Bank fee | | | | $25.00 |
| 6/24/2016 | Owen Communications | Advertising | | | | $1,399.00 |
| 6/24/2016 | Zions Bank | Bank fee | | | | $25.00 |
| 6/24/2016 | Owen Communications | Advertising | | | | $22,245.05 |
| 6/28/2016 | The Committee to Re-elect Curt Bramble | Campaign contribution | | | [A1] | $5,000.00 |
| 6/30/2016 | Friends of Count My Vote | Operations | | | | $106,686.21 |
| 7/6/2016 | Friends of Count My Vote | Operations | | | | $50,000.00 |
| 8/24/2016 | Owen Communications | Advertising | | | | $6,600.00 |
| 8/30/2016 | Friends of Count My Vote | Operations | | | | $10,487.11 |
| 8/30/2016 | Friends of Count My Vote | Operations | | | | $29,610.23 |
| Total Expenditures Made | | | | | | **$253,849.95** |

**Amendment Details**

1 -  Amendment
  **New transaction added to filed report** on 3/13/2017



# Contributions and Expenditures For Political Action Committee
# 2016 General Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2016 General Report

**Begin Date**
9/26/2016

**End Date**
10/27/2016

**Due Date**
11/1/2016

**SubmitDate**
10/24/2016

**Is this report an amendment?**
☐

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,984.85) | |
| 2 | Total Contributions Received | $0.00 | $334,577.67 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,984.85) | |
| 4 | Total Expenditures Made | $0.00 | $339,562.52 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,984.85) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
# 2016 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2016 Year End Report | 10/28/2016 | 12/31/2016 | 1/10/2017 | 1/9/2017 | ☑ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,984.85) | |
| 2 | Total Contributions Received | $0.00 | $334,577.67 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,984.85) | |
| 4 | Total Expenditures Made | $10.00 | $339,572.52 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,994.85) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 12/1/2016 | Google | Google apps/email | | | [A1] | $10.00 |
| Total Expenditures Made | | | | | | **$10.00** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 1/10/2017



# Contributions and Expenditures For Political Action Committee
## 2017 September 30th Report

(Utah Code Section 20A-11)

---

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

---

### Reporting Period Details

**Report Name**
2017 September 30th Report

**Begin Date**
1/1/2017

**End Date**
9/27/2017

**Due Date**
10/2/2017

**SubmitDate**
9/26/2017

**Is this report an amendment?**
☑

---

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,994.85) | |
| 2 | Total Contributions Received | $25.00 | $25.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,969.85) | |
| 4 | Total Expenditures Made | $1.53 | $1.53 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

---

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

### I = In-kind, L = Loan, A = Amendment

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 9/18/2017 | John Harrington | 9076 North Mount Airey Drive, Eagle Mountain, UT 84005 | | | [A1] | $25.00 |
| Total Contributions Received | | | | | | **$25.00** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 10/1/2017

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 9/18/2017 | Stripe | Merchant services fee | | | [A1] | $1.53 |
| Total Expenditures Made | | | | | | **$1.53** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 10/1/2017



# Contributions and Expenditures For Political Action Committee
## 2017 General Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2017 General Report | 9/28/2017 | 10/26/2017 | 10/31/2017 | 12/13/2017 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $25.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $1.53 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

## Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2017 Year End Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2017 Year End Report | 10/27/2017 | 12/31/2017 | 1/10/2018 | 1/3/2018 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $25.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $1.53 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2018 Convention Report Due 4/16/18 Report

(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2018 Convention Report Due 4/16/18 Report | 1/1/2018 | 4/11/2018 | 4/16/2018 | 4/6/2018 | ☐ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| | Total Expenditures Made | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2018 Convention Report Due 4/23/18 Report

(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2018 Convention Report Due 4/23/18 Report | 4/12/2018 | 4/18/2018 | 4/23/2018 | 6/19/2018 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2018 Primary Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2018 Primary Report | 4/19/2018 | 6/14/2018 | 6/19/2018 | 6/19/2018 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | $0.00 |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2018 September 30th Report
### (Utah Code Section 20A-11)

---

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

---

### Reporting Period Details

**Report Name**
2018 September 30th Report

**Begin Date**
6/15/2018

**End Date**
9/26/2018

**Due Date**
10/1/2018

**SubmitDate**
10/1/2018

**Is this report an amendment?**
☐

---

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

---

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | $0.00 |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2018 General Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2018 General Report | 9/27/2018 | 10/25/2018 | 10/30/2018 | 10/30/2018 | ☐ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

## Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
# 2018 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2018 Year End Report

**Begin Date**
10/26/2018

**End Date**
12/31/2018

**Due Date**
1/10/2019

**SubmitDate**
1/3/2019

**Is this report an amendment?**
☐

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

8/27/25, 11:58 AM     Financial Disclosures | Government Officer Contributions and Expenditures For Political Action Committee

Case 2:25-cv-00909-HCN-JCB   Document 2-9   Filed 10/14/25   PageID.623   Page 42 of 116

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2019 September 30th Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2019 September 30th Report

**Begin Date**
1/1/2019

**End Date**
9/25/2019

**Due Date**
9/30/2019

**SubmitDate**
9/30/2019

**Is this report an amendment?**
☐

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
# 2019 General Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2019 General Report | 9/26/2019 | 10/24/2019 | 10/29/2019 | 1/2/2020 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2019 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2019 Year End Report | 10/25/2019 | 12/31/2019 | 1/10/2020 | 1/2/2020 | ☐ |

# Balance Summary

|  |  | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | ($4,971.38) | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | ($4,971.38) | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

## Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2020 Convention Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2020 Convention Report | 1/1/2020 | 4/15/2020 | 4/20/2020 | 4/17/2020 | ☑ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | ($4,971.38) | |
| 2 | Total Contributions Received | $5,000.00 | $5,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $28.62 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $28.62 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

### I = In-kind, L = Loan, A = Amendment

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 1/1/2020 | CMV PAC | 299 South Main Street, Suite 2300, Salt Lake City, UT 84111<br>**Comments:** Correction to 2020 beginning balance | | | [A1] | $5,000.00 |
| Total Contributions Received | | | | | | **$5,000.00** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 10/8/2020

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2020 Primary Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2020 Primary Report

**Begin Date**
4/16/2020

**End Date**
6/18/2020

**Due Date**
6/23/2020

**SubmitDate**
6/24/2020

**Is this report an amendment?**
☐

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $28.62 | |
| 2 | Total Contributions Received | $0.00 | $5,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $28.62 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $28.62 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

Disclosure of Government Officer Contributions and Expenditures For Political Action Committee

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2020 September 30th Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2020 September 30th Report

**Begin Date**
6/19/2020

**End Date**
9/25/2020

**Due Date**
9/30/2020

**SubmitDate**
6/24/2020

**Is this report an amendment?**
☐

## Balance Summary

|  |  | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $28.62 | |
| 2 | Total Contributions Received | $0.00 | $5,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $28.62 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $28.62 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

## Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2020 General Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2020 General Report

**Begin Date**
9/26/2020

**End Date**
10/22/2020

**Due Date**
10/27/2020

**SubmitDate**
10/8/2020

**Is this report an amendment?**
☐

# Balance Summary

|   |   | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $28.62 | |
| 2 | Total Contributions Received | $0.00 | $5,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $28.62 | |
| 4 | Total Expenditures Made | $28.62 | $28.62 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $0.00 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 10/8/2020 | Taylor Morgan | Google apps/email | | | | $28.62 |
| Total Expenditures Made | | | | | | **$28.62** |



# Contributions and Expenditures For Political Action Committee
## 2020 Year End Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2020 Year End Report | 10/23/2020 | 12/31/2020 | 1/11/2021 | 1/4/2021 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $0.00 | $5,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $0.00 | |
| 4 | Total Expenditures Made | $0.00 | $28.62 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $0.00 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2021 September 30th Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2021 September 30th Report

**Begin Date**
1/1/2021

**End Date**
9/25/2021

**Due Date**
9/30/2021

**SubmitDate**
10/1/2021

**Is this report an amendment?**
☐

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | $0.00 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $0.00 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2021 General Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2021 General Report | 9/26/2021 | 10/21/2021 | 10/26/2021 | 1/3/2022 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | $0.00 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $0.00 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | $0.00 |



# Contributions and Expenditures For Political Action Committee
# 2021 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2021 Year End Report

**Begin Date**
10/22/2021

**End Date**
12/31/2021

**Due Date**
1/10/2022

**SubmitDate**
1/3/2022

**Is this report an amendment?**
☐

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $0.00 | $0.00 |
| 3 | Subtotal (Add lines 1 & 2) | $0.00 | |
| 4 | Total Expenditures Made | $0.00 | $0.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $0.00 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
# 2022 Convention Report
### (Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2022 Convention Report | 1/1/2022 | 4/13/2022 | 4/18/2022 | 4/18/2022 | ☐ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $50,050.00 | $50,050.00 |
| 3 | Subtotal (Add lines 1 & 2) | $50,050.00 | |
| 4 | Total Expenditures Made | $31,314.02 | $31,314.02 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $18,735.98 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 2/17/2022 | Rich McKeown | 2750 E Cottonwood Parkway, 100, Cottonwood Heights, UT 84121 | | | | $50.00 |
| 2/24/2022 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $50,000.00 |
| Total Contributions Received | | | | | | **$50,050.00** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 2/28/2022 | Zions Bank | Other - Bank fee | | | | $3.00 |
| 3/10/2022 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 3/10/2022 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 3/10/2022 | Morgan May Public Affairs | Other - Reimbursement for administrative expenses | | | | $308.02 |
| 3/11/2022 | Nate Blouin for Utah Senate | Donations | | | | $2,500.00 |
| 3/14/2022 | Jerry Stevenson for Utah Senate | Donations | | | | $2,000.00 |
| 3/14/2022 | Keith Grover | Donations | | | | $5,000.00 |
| 3/14/2022 | Committee to Elect Evan Vickers | Donations | | | | $5,000.00 |
| 3/14/2022 | Committee to Elect Robert Spendlove | Donations | | | | $2,500.00 |
| 3/15/2022 | Campaign to Elect Stuart Adams | Donations | | | | $2,000.00 |
| 3/15/2022 | Committee to Elect Brad Wilson | Donations | | | | $2,000.00 |
| 3/31/2022 | Zions Bank | Other - Bank fee | | | | $3.00 |
| 3/31/2022 | Committee to Elect Ray Ward | Donations | | | | $2,500.00 |
| 4/10/2022 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| Total Expenditures Made | | | | | | **$31,314.02** |



# Contributions and Expenditures For Political Action Committee
# 2022 Primary Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2022 Primary Report | 4/14/2022 | 6/16/2022 | 6/21/2022 | 6/21/2022 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $18,735.98 | |
| 2 | Total Contributions Received | $0.00 | $50,050.00 |
| 3 | Subtotal (Add lines 1 & 2) | $18,735.98 | |
| 4 | Total Expenditures Made | $11,930.59 | $43,244.61 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $6,805.39 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

## Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|-------------------|
| 4/15/2022 | Morgan May Public Affairs | Other - Reimbursement for administrative expenses | | | | $78.43 |
| 5/12/2022 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,506.43 |
| 5/17/2022 | Keith Grover | Donations | | | | $3,000.00 |
| 5/18/2022 | Committee to Elect Ray Ward | Donations | | | | $2,000.00 |
| 5/20/2022 | Committee to Elect Nina Barnes | Donations | | | | $1,500.00 |
| 6/2/2022 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,506.43 |
| 6/16/2022 | Integrity Matters LLC | Advertising | | | | $339.30 |
| Total Expenditures Made | | | | | | **$11,930.59** |



# Contributions and Expenditures For Political Action Committee
## 2022 September 30th Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2022 September 30th Report

**Begin Date**
6/17/2022

**End Date**
9/25/2022

**Due Date**
9/30/2022

**SubmitDate**
9/29/2022

**Is this report an amendment?**
☐

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $6,805.39 | |
| 2 | Total Contributions Received | $0.00 | $50,050.00 |
| 3 | Subtotal (Add lines 1 & 2) | $6,805.39 | |
| 4 | Total Expenditures Made | $1,500.00 | $44,744.61 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $5,305.39 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

## Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | $0.00 |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 6/21/2022 | Jeff Stenquist Reelection Committee | Donations | | | | $1,500.00 |
| Total Expenditures Made | | | | | | **$1,500.00** |



# Contributions and Expenditures For Political Action Committee
## 2022 General Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2022 General Report | 9/26/2022 | 10/27/2022 | 11/1/2022 | 1/10/2023 | ☐ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $5,305.39 | |
| 2 | Total Contributions Received | $0.00 | $50,050.00 |
| 3 | Subtotal (Add lines 1 & 2) | $5,305.39 | |
| 4 | Total Expenditures Made | $0.00 | $44,744.61 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $5,305.39 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2022 Year End Report
### (Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2022 Year End Report

**Begin Date**
10/28/2022

**End Date**
12/31/2022

**Due Date**
1/10/2023

**SubmitDate**
1/10/2023

**Is this report an amendment?**
☐

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $5,305.39 | |
| 2 | Total Contributions Received | $0.00 | $50,050.00 |
| 3 | Subtotal (Add lines 1 & 2) | $5,305.39 | |
| 4 | Total Expenditures Made | $0.00 | $44,744.61 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $5,305.39 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
## 2023 September 30th Report
### (Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

**Report Name**
2023 September 30th Report

**Begin Date**
1/1/2023

**End Date**
9/25/2023

**Due Date**
10/2/2023

**Submit Date**
10/2/2023

**Is this report an amendment?**
☑

## Balance Summary

|   |   | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $5,305.39 | |
| 2 | Total Contributions Received | $50,000.00 | $50,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $55,305.39 | |
| 4 | Total Expenditures Made | $45,907.70 | $45,907.70 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $9,397.69 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

Itemized Contributions for Political Action Committee

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 2/8/2023 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $50,000.00 |
| Total Contributions Received | | | | | | **$50,000.00** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,505.72 |
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,507.72 |
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,507.72 |
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,507.72 |
| 2/14/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,506.43 |
| 3/3/2023 | Kunzler Bean & Adamson | Other - Legal services | | | | $1,000.00 |
| 3/10/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $5,000.00 |
| 3/14/2023 | Penna Powers | Advertising | | | | $2,188.75 |
| 3/23/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $5,000.00 |
| 4/10/2023 | W. Val Oveson | Supplies | | | | $281.64 |
| 4/10/2023 | Penna Powers | Advertising | | | | $250.00 |
| 4/18/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 5/11/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 6/13/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 6/21/2023 | Kunzler Bean & Adamson | Other - Legal services | | | | $1,082.00 |
| 7/17/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 8/11/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| 8/16/2023 | Kunzler Bean & Adamson | Other - Legal | | | [A1] | $535.00 |
| 8/21/2023 | Kunzler Bean & Adamson | Other - Legal services | | | | $535.00 |
| 9/11/2023 | Morgan May Public Affairs | Other - Management and consulting services | | | | $2,500.00 |
| Total Expenditures Made | | | | | | **$45,907.70** |

**Amendment Details**

1 -  Amendment
**New transaction added to filed report** on 1/9/2024



# Contributions and Expenditures For Political Action Committee
# 2023 General Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2023 General Report | 9/26/2023 | 11/9/2023 | 11/14/2023 | 11/14/2023 | ☑ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $9,397.69 | |
| 2 | Total Contributions Received | $0.00 | $50,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $9,397.69 | |
| 4 | Total Expenditures Made | $5,411.12 | $51,318.82 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $3,986.57 | |

# For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

Individual Governmental Officer Contributions and Expenditures For Political Action Committee

## Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | $0.00 |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 10/3/2023 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A1] | $2,500.00 |
| 10/15/2023 | W. Val Oveson | Office | | | [A2] | $135.12 |
| 11/1/2023 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A3] | $2,776.00 |
| Total Expenditures Made | | | | | | $5,411.12 |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 1/9/2024

2 - Amendment
**New transaction added to filed report** on 1/9/2024

3 - Amendment
**New transaction added to filed report** on 1/9/2024



# Contributions and Expenditures For Political Action Committee
## 2023 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2023 Year End Report | 11/10/2023 | 12/31/2023 | 1/10/2024 | 1/9/2024 | ☐ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $3,986.57 | |
| 2 | Total Contributions Received | $0.00 | $50,000.00 |
| 3 | Subtotal (Add lines 1 & 2) | $3,986.57 | |
| 4 | Total Expenditures Made | $0.00 | $51,318.82 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $3,986.57 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| Total Expenditures Made | | | | | | **$0.00** |



# Contributions and Expenditures For Political Action Committee
# 2024 Convention Report

(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2024 Convention Report

**Begin Date**
1/1/2024

**End Date**
4/17/2024

**Due Date**
4/22/2024

**SubmitDate**
4/22/2024

**Is this report an amendment?**
☑

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $3,986.57 | |
| 2 | Total Contributions Received | $60,500.00 | $60,500.00 |
| 3 | Subtotal (Add lines 1 & 2) | $64,486.57 | |
| 4 | Total Expenditures Made | $510.00 | $510.00 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $63,976.57 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

Lieutenant Governor's Office - Contributions and Expenditures for Political Action Committee

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 3/26/2024 | Gail Miller | 9350 South 150 East, #1000, Sandy, UT 84070 | | | | $40,500.00 |
| 4/16/2024 | Leavitt Land & Investment Inc | PO Box 1027, Cedar City, UT 84721 | | | | $20,000.00 |
| Total Contributions Received | | | | | | **$60,500.00** |

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 4/10/2024 | Morgan May Public Affairs | Advertising | | | [A1] | $510.00 |
| Total Expenditures Made | | | | | | **$510.00** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 9/30/2024



# Contributions and Expenditures For Political Action Committee 2024 Primary Report

(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2024 Primary Report | 4/18/2024 | 6/13/2024 | 6/18/2024 | 6/18/2024 | ☑ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $63,976.57 | |
| 2 | Total Contributions Received | $0.00 | $60,500.00 |
| 3 | Subtotal (Add lines 1 & 2) | $63,976.57 | |
| 4 | Total Expenditures Made | $22,555.45 | $23,065.45 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $41,421.12 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

Lieutenant Governor's Office - Contributions and Expenditures for Political Action Committee

# Itemized Expenditures Made

**I = In-kind, L = Loan, A = Amendment**

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|
| 4/18/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | | $5,000.00 |
| 4/25/2024 | Committee to Elect Ray Ward | Political Support | | | [A1] | $2,500.00 |
| 4/25/2024 | Committee to Elect Mike McKell | Political Support | | | [A2] | $2,500.00 |
| 4/25/2024 | Committee to Elect Scott Cuthbertson | Political Support | | | [A3] | $2,500.00 |
| 5/2/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A4] | $5,000.00 |
| 6/4/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A5] | $5,055.45 |
| Total Expenditures Made | | | | | | **$22,555.45** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 9/30/2024

2 - Amendment
**New transaction added to filed report** on 9/30/2024

3 - Amendment
**New transaction added to filed report** on 9/30/2024

4 - Amendment
**New transaction added to filed report** on 9/30/2024

5 - Amendment
**New transaction added to filed report** on 9/30/2024



# Contributions and Expenditures For Political Action Committee
# 2024 September 30th Report

(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

**Report Name**
2024 September 30th Report

**Begin Date**
6/14/2024

**End Date**
9/25/2024

**Due Date**
9/30/2024

**SubmitDate**
9/30/2024

**Is this report an amendment?**
☐

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $41,421.12 | |
| 2 | Total Contributions Received | $20,000.00 | $80,500.00 |
| 3 | Subtotal (Add lines 1 & 2) | $61,421.12 | |
| 4 | Total Expenditures Made | $15,070.90 | $38,136.35 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $46,350.22 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| 9/18/2024 | Leavitt Land & Investment Inc | PO Box 1027, Cedar City, UT 84721 | | | | $20,000.00 |
| Total Contributions Received | | | | | | **$20,000.00** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 7/1/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | | $5,015.45 |
| 7/17/2024 | Derek Brown for Attorney General | Political Support | | | | $2,500.00 |
| 9/3/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | | $5,015.45 |
| 9/4/2024 | Committee to Elect Clint Okerlund | Political Support | | | | $2,500.00 |
| 9/13/2024 | Zions Bank | Other - Bank fee | | | | $25.00 |
| 9/18/2024 | Zions Bank | Other - Bank fee | | | | $15.00 |
| Total Expenditures Made | | | | | | **$15,070.90** |



# Contributions and Expenditures For Political Action Committee
## 2024 General Report
(Utah Code Section 20A-11)

### Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

### Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **Submit Date** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2024 General Report | 9/26/2024 | 10/24/2024 | 10/29/2024 | 12/23/2024 | ☑ |

## Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $46,350.22 | |
| 2 | Total Contributions Received | $0.00 | $80,500.00 |
| 3 | Subtotal (Add lines 1 & 2) | $46,350.22 | |
| 4 | Total Expenditures Made | $5,015.45 | $43,151.80 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $41,334.77 | |

### For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 10/4/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A1] | $5,015.45 |
| Total Expenditures Made | | | | | | **$5,015.45** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 2/22/2025



# Contributions and Expenditures For Political Action Committee
## 2024 Year End Report
(Utah Code Section 20A-11)

## Political Action Committee Information

**Name**
CMV PAC

**Phone**

**Street Address**
1311 E Maple Park Ct

**Suite PO Box**

**City**
Draper

**State**
UT

**Zip**
84020

**Also known as**
Count My Vote

## Reporting Period Details

| **Report Name** | **Begin Date** | **End Date** | **Due Date** | **SubmitDate** | **Is this report an amendment?** |
|---|---|---|---|---|---|
| 2024 Year End Report | 10/25/2024 | 12/31/2024 | 1/10/2025 | 12/23/2024 | ☑ |

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $41,334.77 | |
| 2 | Total Contributions Received | $0.00 | $80,500.00 |
| 3 | Subtotal (Add lines 1 & 2) | $41,334.77 | |
| 4 | Total Expenditures Made | $10,694.93 | $53,846.73 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $30,639.84 | |

## For More Information

Contact the Lieutenant Governor's Office
Email: disclosure@utah.gov

Phone: (801) 538-1041
Toll Free: 1-800-995-VOTE (8683)

Detailed Summary of Contributions and Expenditures for Political Action Committee

# Itemized Contributions Received

**I = In-kind, L = Loan, A = Amendment**

| Date Received | Name of Contributor | Complete Mailing Address | I | L | A | Contribution Amount |
|---|---|---|---|---|---|---|
| Total Contributions Received | | | | | | **$0.00** |

8/27/25, 12:20 PM    Candidate/Officeholder Financial Statement Lieutenant Governor's Office : Contributions and Expenditures for Political Action Committee

Case 2:25-cv-00909-HCN-JCB   Document 2-9   Filed 10/14/25   PageID.697   Page 116 of 116

# Itemized Expenditures Made

### I = In-kind, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | L | A | Expenditure Amount |
|-----------|-------------------|---------|---|---|---|--------------------|
| 10/25/2024 | Zions Bank | Other - Bank fee | | | [A1] | $27.00 |
| 11/12/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A2] | $5,311.46 |
| 12/2/2024 | Val Oveson | Office | | | [A3] | $341.02 |
| 12/4/2024 | Morgan May Public Affairs | Other - Management and Consulting Services | | | [A4] | $5,015.45 |
| Total Expenditures Made | | | | | | **$10,694.93** |

**Amendment Details**

1 - Amendment
**New transaction added to filed report** on 2/22/2025

2 - Amendment
**New transaction added to filed report** on 2/22/2025

3 - Amendment
**New transaction added to filed report** on 2/22/2025

4 - Amendment
**New transaction added to filed report** on 2/22/2025