# Exhibit 0023



# Contributions and Expenditures For Candidates & Office Holders
# 2016 Convention Report

(Utah Code Section 20A-11)

## Candidates & Office Holders Information

| | | | |
|---|---|---|---|
| **Name** Bramble, Curtis | | | **Phone** (801) 226-3663 |
| **Street Address** 3663 North 870 East | **Suite PO Box** | **City** Provo | **State** UT  **Zip** 84604 |
| **Office** Senate | **District** 16 | **County** Multi-County | **Party** Republican |

## Reporting Period Details

| Report Name | Begin Date | End Date | Due Date | SubmitDate | Is this report an amendment? |
|---|---|---|---|---|---|
| 2016 Convention Report | 1/1/2016 | 4/13/2016 | 4/18/2016 | 4/17/2016 | ☑ |

## Primary Decision Making Authority For

- Utah County Legislative PAC

# Balance Summary

| | | Balance | Year to Date |
|---|---|---|---|
| 1 | Balance at Beginning of Reporting Period (Refer to line 5 of last report) | $0.00 | |
| 2 | Total Contributions Received | $53,786.98 | $53,786.98 |
| 3 | Subtotal (Add lines 1 & 2) | $53,786.98 | |
| 4 | Total Expenditures Made | $16,662.45 | $16,662.45 |
| 5 | Ending Balance (Subtract Line 4 from Line 3) | $37,124.53 | |

## For More Information

Contact the Lieutenant Governor's Office  
Email: disclosure@utah.gov

Phone: (801) 538-1041  
Toll Free: 1-800-995-VOTE (8683)

## Itemized Contributions Received

I = In-kind, P = Public Service Assistance, L = Loan, A = Amendment

| Date Received | Name of Contributor | Complete Mailing Address | I | P | L | A | Contribution Amount |
|---|---|---|---|---|---|---|---|
| 1/1/2016 | Bramble, Curtis - 2012 Senate-16 - Balance Transfer | 3663 North 870 East, Provo, UT 84604 | | | | | $15,686.98 |
| 1/11/2016 | Maverik, Inc | 880 West Center Street, North Salt Lake, UT 84054 | | | | | $1,000.00 |
| 1/11/2016 | Association of Utah nurse Practitioners | PO Box 581084, Salt Lake City, UT 84108 | | | | | $1,000.00 |
| 1/11/2016 | Cambia | PO Box 1271, Portland, OR 97207-1271 | | | | | $500.00 |
| 1/11/2016 | Express Scripts, Inc. | One Express Way, St. Louis, MO 63121 | | | | | $500.00 |
| 1/11/2016 | Utah Healthcare Association Pac Fund Account | 2180 South 1300 East, Ste 445, Salt Lake City, UT 84106 | | | | | $500.00 |
| 1/11/2016 | Home Builders Association of Utah | 9069 S 1300 W, West Jordn, UT 84088-6713 | | | | | $750.00 |
| 1/11/2016 | Utah Association of Professional Bondsmen and Agents | 2632 S 2975 W, West Haven, UT 84401-5009 | | | | | $300.00 |
| 1/11/2016 | Phrma | 950 F Street NW, Suite 300, Washington, DC 20004 | | | | | $1,500.00 |
| 1/11/2016 | Utah Medical Political Action Committee | 310 E 4500 S, Suite 500, Salt Lake City, UT 84107-4250 | | | | | $700.00 |
| 1/11/2016 | Utah Mechanical Contractor Assoc. | 669 South 200 East, Salt Lake City, UT 84111-3824 | | | | | $500.00 |
| 1/11/2016 | AT&T | 5841 Bridge St., Syracuse, NY 13057 | | | | | $300.00 |
| 1/21/2016 | Wells Fargo & Co. Elmployee PAC | 90 S 7th Street - 8th floor, Minneapolis, MN 55402-3903 | | | | | $1,000.00 |
| 1/21/2016 | Sinclair Companies | 550 E South Temple, Salt Lake City, UT 84130 | | | | | $1,000.00 |
| 1/21/2016 | David Spatafore | 1122 Gilmer Drive, Salt Lake City, UT 84105 | | | | | $150.00 |
| 1/21/2016 | Doterra International LLC | 389 South 1300 West, Pleasant Grove, UT 84062 | | | | | $500.00 |
| 1/21/2016 | 1-800 Contacts, Inc. | 261 West Data Drive, Draper, UT 84020 | | | | | $5,000.00 |
| 1/21/2016 | Tosh, Inc. | 2474 No. University Ave., Provo, UT 84604 | | | | | $2,000.00 |
| 1/21/2016 | Insure-Rite, Inc. | 230 So. 500 E., Ste 580, Salt Lake City, UT 84102 | | | | | $1,000.00 |

## Itemized Contributions Received

I = In-kind, P = Public Service Assistance, L = Loan, A = Amendment

| Date Received | Name of Contributor | Complete Mailing Address | I | P | L | A | Contribution Amount |
|---|---|---|---|---|---|---|---|
| 1/21/2016 | Utah Credit Union PAC | 1805 South Redwood Road, Salt Lake City, UT 84104 | | | | | $1,000.00 |
| 1/21/2016 | Molina | 200 Oceangate, 6th Floor, Long Beach, CA 90802 | | | | | $500.00 |
| 1/21/2016 | FMR LLC PAC State/Federal-Fidelity PAC | 245 Summer St. V5A, Boston, MA 02210 | | | | | $1,000.00 |
| 1/22/2016 | Siegfried & Jensen | 5664 So. Green Street, Murray, UT 84123 | | | | | $500.00 |
| 1/22/2016 | Craig Swapp & Associates | PO Box 709390, Sandy, UT 84070-9390 | | | | | $500.00 |
| 1/22/2016 | Driggs, Bills & Day, PC | 331 S 600 E, Salt Lake City, UT 84102 | | | | | $500.00 |
| 1/22/2016 | Robert J Debry & Associates | 4251 S 700 E, Salt Lake City, UT 84107 | | | | | $500.00 |
| 1/22/2016 | Utah Rural Telecom Association | 257 E 200 S Ste 800, Salt Lake City, UT 84111 | | | | | $1,000.00 |
| 1/22/2016 | Tourism Works PAC | 175 S West Temple, STE 140, Salt Lake City, UT 84101 | | | | | $400.00 |
| 1/22/2016 | Webb Consulting LLC | 44 West Broadway #2502, Salt Lake City, UT 84101 | | | | | $500.00 |
| 1/22/2016 | Workers Compensation Fund | 100 West Towne Ridge Parkway, Sandy, UT 84070 | | | | | $1,000.00 |
| 1/22/2016 | Revere Health | 1055 N 500 W, Provo, UT 84604 | | | | | $500.00 |
| 1/22/2016 | Blue Castle Holdings, Inc. | 1145 S 800 E, Ste 117, Orem, UT 84097 | | | | | $1,000.00 |
| 1/22/2016 | Imagine Learning incorporated | 191 River Park Drive, Provo, UT 84604 | | | | | $1,000.00 |
| 1/22/2016 | Education First | 500 N Marketplace Drive, Centerville, UT 84014-1708 | | | | | $1,000.00 |
| 1/22/2016 | LKQ Corporation Employee Good Government Fund | 500 West Madison Street, Ste 2800, Chicago, IL 60661 | | | | | $500.00 |
| 1/22/2016 | Rob Jolley | 13941 Corner Ridge Ct, Draper, UT 84020-9087 | | | | | $1,000.00 |
| 1/22/2016 | Utah Bankers Association State PAC | 175 S Main, Ste 1420, Salt Lake City, UT 84111 | | | | | $1,000.00 |
| 1/22/2016 | CMV PAC | 299 S Main St, Ste 2300, Salt Lake City, UT 84111-2299 | | | | | $2,500.00 |
| 1/22/2016 | Energy Soultions | 299 S Main Suite 1700, Salt Lake City, UT 84111 | [I] | | | | $4,000.00 |

## Itemized Contributions Received

I = In-kind, P = Public Service Assistance, L = Loan, A = Amendment

| Date Received | Name of Contributor | Complete Mailing Address | I | P | L | A | Contribution Amount |
|---|---|---|---|---|---|---|---|
| 1/22/2016 | Education First | 500 N Marketplace Dr, Centerville, UT 84014 | [I2] | | | | $2,000.00 |
| 1/23/2016 | TAC Air | 300 North 2370 West, Salt Lake City, UT 84116 | | | | | $2,000.00 |
| 1/23/2016 | Mijoy LLC | 3910 Saddleback Rd, Park City, UT 84098 | | | | | $1,000.00 |
| 1/23/2016 | RAI Services, Inc. | PO Box 464, Winston-Salem, NC 27102 | | | | | $1,000.00 |
| Total Contributions Received (In-kind amounts do not affect totals.) | | | | | | | **$53,786.98** |

**In-kind Comments**

1 - Signature gathering by Gather, Inc.

2 - Signature gathering - Gather, Inc.

# Itemized Expenditures Made

I = In-kind, P = Public Service Assistance, L = Loan, A = Amendment

| Exp. Date | Name of Recipient | Purpose | I | P | L | A | Expenditure Amount |
|---|---|---|---|---|---|---|---|
| 1/21/2016 | Zions Bank Visa | NCSL travel, taxi, hotel - DC meetings, NPV meetings | | | | | $258.17 |
| 1/23/2016 | AT&T | cell phone expenses, data plan | | | | | $449.47 |
| 2/1/2016 | UHP Honoarary Colonel | contribution / dues | | | | | $200.00 |
| 2/8/2016 | Wasatch County Republican Party | Lincoln Day Breakfast Gold Table | | | | | $500.00 |
| 2/10/2016 | Provo Library | Town Hall meeting rental fee | | | | | $20.00 |
| 2/10/2016 | American Express | Lincoln Day Dinner UCRP, NCSL travel, meals, hotels, airfare | | | | | $4,833.69 |
| 2/13/2016 | Utah County Republican Women | Annual dinner - Gold Table | | | | | $300.00 |
| 2/25/2016 | AT&T | cell phone expense, data | | | | | $412.04 |
| 2/25/2016 | Provo Firefighters Assoc. | contribution and Provo comorative badge | | | | | $85.00 |
| 2/29/2016 | American Express | Session meals and NCSL meals Washington, DC | | | | | $356.22 |
| 3/1/2016 | Daryl Acumen | campaign data, surveying, IT consulting | | | | | $1,750.00 |
| 3/1/2016 | Campaign Elect | polling, get to caucus phone calls, surveys | | | | | $2,000.00 |
| 3/11/2016 | Utah County Clerk | Filing fee - 2016 election | | | | | $111.43 |
| 3/25/2016 | Leo Lines | 2016 Legislative General Session mileage reimbursement | | | | | $1,526.56 |
| 3/25/2016 | Creative Stream | campaign literature, website, consulting, design, postage, mailings | | | | [A1] | $3,000.00 |
| 3/29/2016 | Zach Fender | general session intern gift | | | | | $200.00 |
| 4/4/2016 | AT&T | cell phone expenses and data | | | | | $412.96 |
| 4/6/2016 | Leo Lines | reimburse for refreshments for town hall meetings | | | | | $96.91 |
| 4/13/2016 | Diane Christensen | campaign ad for state convention | | | | | $150.00 |
| Total Expenditures Made | | | | | | | **$16,662.45** |

### Amendment Details

1 -  Amendment
**Purpose :** "campaign literature, website, consulting, design"  ⇒  "campaign literature, website, consulting, design, postage, mailings" **on 4/17/2016**