# Exhibit 0025

LEGISLATIVE GENERAL COUNSEL
₵ Approved for Filing: T.R. Vaughn ₵
₵   03-07-18  8:06 AM   ₵

**H.B. 338**
**2nd Sub. (Gray)**

Representative **Justin L. Fawson** proposes the following substitute bill:

1      # ELECTION AMENDMENTS

2      ## 2018 GENERAL SESSION

3      ## STATE OF UTAH

4      **Chief Sponsor:  Daniel McCay**

5      Senate Sponsor:   Lincoln Fillmore

6

7      **LONG TITLE**

8      **General Description:**

9      　This bill amends provisions of the Election Code.

10     **Highlighted Provisions:**

11     　This bill:

12     ▸   modifies and makes the following deadlines, for a registered political party that is

13     not a qualified political party, consistent with deadlines for a qualified political

14     party:

15     •   the deadline for filing a declaration of candidacy;

16     •   the deadline for submitting signature sheets to secure a nomination; and

17     •   the deadline for a filing officer to verify signatures and issue certifications;

18     ▸   removes an unnecessary provision of law relating to the duty of a registered political

19     party;

20     ▸   provides that a candidate who is selected at convention may not be kept from the

21     ballot based on an action by a qualified political party to prevent an individual from

22     seeking nomination by gathering signatures;

23     ▸   shortens the period of time for filing a notice of intent to gather signatures to qualify

24     for placement on the regular primary election ballot;

25     ▸   if the Count My Vote citizen's initiative petition fails to become law, reinstates the



26  election system in effect before passage of 2014 General Session, S.B. 54, Elections

27  Amendments, as follows:

28          •   modifies dates and other provisions relating to a notice of election;

29          •   repeals provisions relating to obtaining the nomination of a registered political

30  party by petition;

31          •   repeals certain limitations relating to when a ballot or ballot sheet may indicate

32  that a candidate is associated with a particular political party;

33          •   repeals all provisions relating to a qualified political party;

34          •   modifies provisions and dates relating to a declaration of candidacy; and

35          •   modifies provisions relating to the conduct of a primary election; and

36      ▸  makes technical and conforming changes.

37  **Money Appropriated in this Bill:**

38          None

39  **Other Special Clauses:**

40          This bill provides a special effective date.

41          This bill provides revisor instructions.

42  **Utah Code Sections Affected:**

43  AMENDS:

44          **20A-1-102**, as last amended by Laws of Utah 2017, Chapter 52

45          **20A-1-201.5**, as last amended by Laws of Utah 2015, Chapters 296 and 352

46          **20A-1-501**, as last amended by Laws of Utah 2016, Chapter 16

47          **20A-3-106**, as last amended by Laws of Utah 2015, Chapter 296

48          **20A-5-101**, as last amended by Laws of Utah 2017, Chapters 251, 267 and last

49  amended by Coordination Clause, Laws of Utah 2017, Chapter 267

50          **20A-6-301**, as last amended by Laws of Utah 2016, Chapter 66

51          **20A-6-302**, as last amended by Laws of Utah 2014, Chapter 17

52          **20A-6-303**, as last amended by Laws of Utah 2016, Chapter 66

53          **20A-6-304**, as last amended by Laws of Utah 2016, Chapter 66

54          **20A-8-103**, as last amended by Laws of Utah 2017, Chapter 91

55          **20A-9-101**, as last amended by Laws of Utah 2016, Chapter 16

56          **20A-9-201**, as last amended by Laws of Utah 2017, Chapter 63

03-07-18  8:06 AM                                    2nd Sub. (Gray) H.B. 338

| | |
|---|---|
| 57 | **20A-9-202**, as last amended by Laws of Utah 2017, Chapter 63 |
| 58 | **20A-9-203**, as last amended by Laws of Utah 2017, Chapter 91 |
| 59 | **20A-9-403**, as last amended by Laws of Utah 2017, Chapter 91 |
| 60 | **20A-9-404**, as last amended by Laws of Utah 2017, Chapter 91 |
| 61 | **20A-9-408**, as last amended by Laws of Utah 2017, Chapter 91 |
| 62 | **20A-9-409**, as last amended by Laws of Utah 2017, Chapters 54 and 91 |
| 63 | **20A-9-701**, as last amended by Laws of Utah 2015, Chapter 296 |
| 64 | ENACTS: |
| 65 | **20A-9-406.5**, Utah Code Annotated 1953 |
| 66 | REPEALS: |
| 67 | **20A-1-103**, as last amended by Laws of Utah 2015, Chapter 258 |
| 68 | **20A-9-405**, as enacted by Laws of Utah 2014, Chapter 17 |
| 69 | **20A-9-406**, as last amended by Laws of Utah 2017, Chapter 91 |
| 70 | **20A-9-407**, as last amended by Laws of Utah 2017, Chapter 91 |
| 71 | **20A-9-408.5**, as enacted by Laws of Utah 2015, Chapter 296 |
| 72 | **20A-9-410**, as enacted by Laws of Utah 2014, Chapter 17 |
| 73 | **20A-9-411**, as enacted by Laws of Utah 2015, Chapter 296 |
| 74 | **Utah Code Sections Affected by Revisor Instructions:** |
| 75 | **20A-9-202**, as last amended by Laws of Utah 2017, Chapter 63 |
| 76 | **20A-9-403**, as last amended by Laws of Utah 2017, Chapter 91 |
| 77 | **20A-9-408**, as last amended by Laws of Utah 2017, Chapter 91 |
| 78 | **20A-9-409**, as last amended by Laws of Utah 2017, Chapters 54 and 91 |
| 79 | |
| 80 | *Be it enacted by the Legislature of the state of Utah:* |
| 81 | Section 1.  Section **20A-1-102** is amended to read: |
| 82 | **20A-1-102.   Definitions.** |
| 83 | As used in this title: |
| 84 | (1)  "Active voter" means a registered voter who has not been classified as an inactive |
| 85 | voter by the county clerk. |
| 86 | (2)  "Automatic tabulating equipment" means apparatus that automatically examines |
| 87 | and counts votes recorded on paper ballots or ballot sheets and tabulates the results. |

88          (3) (a)  "Ballot" means the storage medium, whether paper, mechanical, or electronic,
89    upon which a voter records the voter's votes.
90          (b)  "Ballot" includes ballot sheets, paper ballots, electronic ballots, and secrecy
91    envelopes.
92          (4)  "Ballot label" means the cards, papers, booklet, pages, or other materials that:
93          (a)  contain the names of offices and candidates and statements of ballot propositions to
94    be voted on; and
95          (b)  are used in conjunction with ballot sheets that do not display that information.
96          (5)  "Ballot proposition" means a question, issue, or proposal that is submitted to voters
97    on the ballot for their approval or rejection including:
98          (a)  an opinion question specifically authorized by the Legislature;
99          (b)  a constitutional amendment;
100          (c)  an initiative;
101          (d)  a referendum;
102          (e)  a bond proposition;
103          (f)  a judicial retention question;
104          (g)  an incorporation of a city or town; or
105          (h)  any other ballot question specifically authorized by the Legislature.
106          (6)  "Ballot sheet":
107          (a)  means a ballot that:
108          (i)  consists of paper or a card where the voter's votes are marked or recorded; and
109          (ii)  can be counted using automatic tabulating equipment; and
110          (b)  includes punch card ballots and other ballots that are machine-countable.
111          (7)  "Bind," "binding," or "bound" means securing more than one piece of paper
112    together with a staple or stitch in at least three places across the top of the paper in the blank
113    space reserved for securing the paper.
114          (8)  "Board of canvassers" means the entities established by Sections 20A-4-301 and
115    20A-4-306 to canvass election returns.
116          (9)  "Bond election" means an election held for the purpose of approving or rejecting
117    the proposed issuance of bonds by a government entity.
118          (10)  "Book voter registration form" means voter registration forms contained in a

119  bound book that are used by election officers and registration agents to register persons to vote.

120      (11)  "Business reply mail envelope" means an envelope that may be mailed free of

121  charge by the sender.

122      (12)  "By-mail voter registration form" means a voter registration form designed to be

123  completed by the voter and mailed to the election officer.

124      (13)  "Canvass" means the review of election returns and the official declaration of

125  election results by the board of canvassers.

126      (14)  "Canvassing judge" means a poll worker designated to assist in counting ballots at

127  the canvass.

128      (15)  "Contracting election officer" means an election officer who enters into a contract

129  or interlocal agreement with a provider election officer.

130      (16)  "Convention" means the political party convention at which party officers and

131  delegates are selected.

132      (17)  "Counting center" means one or more locations selected by the election officer in

133  charge of the election for the automatic counting of ballots.

134      (18)  "Counting judge" means a poll worker designated to count the ballots during

135  election day.

136      (19)  "Counting poll watcher" means a person selected as provided in Section

137  20A-3-201 to witness the counting of ballots.

138      (20)  "Counting room" means a suitable and convenient private place or room,

139  immediately adjoining the place where the election is being held, for use by the poll workers

140  and counting judges to count ballots during election day.

141      (21)  "County officers" means those county officers that are required by law to be

142  elected.

143      (22)  "Date of the election" or "election day" or "day of the election":

144      (a)  means the day that is specified in the calendar year as the day that the election

145  occurs; and

146      (b)  does not include:

147      (i)  deadlines established for absentee voting; or

148      (ii)  any early voting or early voting period as provided under Chapter 3, Part 6, Early

149  Voting.

150    (23)  "Elected official" means:

151    (a)  a person elected to an office under Section 20A-1-303;

152    (b)  a person who is considered to be elected to a municipal office in accordance with

153    Subsection 20A-1-206(1)(c)(ii); or

154    (c)  a person who is considered to be elected to a local district office in accordance with

155    Subsection 20A-1-206(3)(c)(ii).

156    (24)  "Election" means a regular general election, a municipal general election, a

157    statewide special election, a local special election, a regular primary election, a municipal

158    primary election, and a local district election.

159    (25)  "Election Assistance Commission" means the commission established by the Help

160    America Vote Act of 2002, Pub. L. No. 107-252.

161    (26)  "Election cycle" means the period beginning on the first day persons are eligible to

162    file declarations of candidacy and ending when the canvass is completed.

163    (27)  "Election judge" means a poll worker that is assigned to:

164    (a)  preside over other poll workers at a polling place;

165    (b)  act as the presiding election judge; or

166    (c)  serve as a canvassing judge, counting judge, or receiving judge.

167    (28)  "Election officer" means:

168    (a)  the lieutenant governor, for all statewide ballots and elections;

169    (b)  the county clerk for:

170    (i)  a county ballot and election; and

171    (ii)  a ballot and election as a provider election officer as provided in Section

172    20A-5-400.1 or 20A-5-400.5;

173    (c)  the municipal clerk for:

174    (i)  a municipal ballot and election; and

175    (ii)  a ballot and election as a provider election officer as provided in Section

176    20A-5-400.1 or 20A-5-400.5;

177    (d)  the local district clerk or chief executive officer for:

178    (i)  a local district ballot and election; and

179    (ii)  a ballot and election as a provider election officer as provided in Section

180    20A-5-400.1 or 20A-5-400.5; or

**2nd Sub. (Gray) H.B. 338**

181     (e)  the business administrator or superintendent of a school district for:

182     (i)  a school district ballot and election; and

183     (ii)  a ballot and election as a provider election officer as provided in Section

184     20A-5-400.1 or 20A-5-400.5.

185     (29)  "Election official" means any election officer, election judge, or poll worker.

186     (30)  "Election results" means:

187     (a)  for an election other than a bond election, the count of votes cast in the election and

188     the election returns requested by the board of canvassers; or

189     (b)  for bond elections, the count of those votes cast for and against the bond

190     proposition plus any or all of the election returns that the board of canvassers may request.

191     (31)  "Election returns" includes the pollbook, the military and overseas absentee voter

192     registration and voting certificates, one of the tally sheets, any unprocessed absentee ballots, all

193     counted ballots, all excess ballots, all unused ballots, all spoiled ballots, the ballot disposition

194     form, and the total votes cast form.

195     (32)  "Electronic ballot" means a ballot that is recorded using a direct electronic voting

196     device or other voting device that records and stores ballot information by electronic means.

197     (33)  "Electronic signature" means an electronic sound, symbol, or process attached to

198     or logically associated with a record and executed or adopted by a person with the intent to sign

199     the record.

200     (34) (a)  "Electronic voting device" means a voting device that uses electronic ballots.

201     (b)  "Electronic voting device" includes a direct recording electronic voting device.

202     (35)  "Inactive voter" means a registered voter who is listed as inactive by a county

203     clerk under Subsection 20A-2-306(4)(c)(i) or (ii).

204     (36)  "Inspecting poll watcher" means a person selected as provided in this title to

205     witness the receipt and safe deposit of voted and counted ballots.

206     (37)  "Judicial office" means the office filled by any judicial officer.

207     (38)  "Judicial officer" means any justice or judge of a court of record or any county

208     court judge.

209     (39)  "Local district" means a local government entity under Title 17B, Limited Purpose

210     Local Government Entities - Local Districts, and includes a special service district under Title

211     17D, Chapter 1, Special Service District Act.

2nd Sub. (Gray) H.B. 338                    03-07-18  8:06 AM

212    (40)  "Local district officers" means those local district board members that are required
213    by law to be elected.
214    (41)  "Local election" means a regular county election, a regular municipal election, a
215    municipal primary election, a local special election, a local district election, and a bond
216    election.
217    (42)  "Local political subdivision" means a county, a municipality, a local district, or a
218    local school district.
219    (43)  "Local special election" means a special election called by the governing body of a
220    local political subdivision in which all registered voters of the local political subdivision may
221    vote.
222    (44)  "Municipal executive" means:
223    (a)  the mayor in the council-mayor form of government defined in Section 10-3b-102;
224    (b)  the mayor in the council-manager form of government defined in Subsection
225    10-3b-103(7); or
226    (c)  the chair of a metro township form of government defined in Section 10-3b-102.
227    (45)  "Municipal general election" means the election held in municipalities and, as
228    applicable, local districts on the first Tuesday after the first Monday in November of each
229    odd-numbered year for the purposes established in Section 20A-1-202.
230    (46)  "Municipal legislative body" means:
231    (a)  the council of the city or town in any form of municipal government; or
232    (b)  the council of a metro township.
233    (47)  "Municipal office" means an elective office in a municipality.
234    (48)  "Municipal officers" means those municipal officers that are required by law to be
235    elected.
236    (49)  "Municipal primary election" means an election held to nominate candidates for
237    municipal office.
238    (50)  "Municipality" means a city, town, or metro township.
239    (51)  "Official ballot" means the ballots distributed by the election officer to the poll
240    workers to be given to voters to record their votes.
241    (52)  "Official endorsement" means:
242    (a)  the information on the ballot that identifies:

03-07-18  8:06 AM                                      2nd Sub. (Gray) H.B. 338

243          (i)  the ballot as an official ballot;

244          (ii)  the date of the election; and

245          (iii) (A)  for a ballot prepared by an election officer other than a county clerk, the

246   facsimile signature required by Subsection 20A-6-401(1)(b)(iii); or

247          (B)  for a ballot prepared by a county clerk, the words required by Subsection

248   20A-6-301(1)(c)(iii); and

249          (b)  the information on the ballot stub that identifies:

250          (i)  the poll worker's initials; and

251          (ii)  the ballot number.

252          (53)  "Official register" means the official record furnished to election officials by the

253   election officer that contains the information required by Section 20A-5-401.

254          (54)  "Paper ballot" means a paper that contains:

255          (a)  the names of offices and candidates and statements of ballot propositions to be

256   voted on; and

257          (b)  spaces for the voter to record the voter's vote for each office and for or against each

258   ballot proposition.

259          (55)  "Political party" means an organization of registered voters that has qualified to

260   participate in an election by meeting the requirements of Chapter 8, Political Party Formation

261   and Procedures.

262          (56)  "Pollbook" means a record of the names of voters in the order that they appear to

263   cast votes.

264          (57)  "Polling place" means the building where voting is conducted.

265          (58) (a)  "Poll worker" means a person assigned by an election official to assist with an

266   election, voting, or counting votes.

267          (b)  "Poll worker" includes election judges.

268          (c)  "Poll worker" does not include a watcher.

269          (59)  "Position" means a square, circle, rectangle, or other geometric shape on a ballot

270   in which the voter marks the voter's choice.

271          (60)  "Primary convention" means [the] a political party [conventions held during the

272   year of] convention at which nominees for the regular [general] primary election are selected.

273          (61)  "Protective counter" means a separate counter, which cannot be reset, that:

274    (a)  is built into a voting machine; and

275    (b)  records the total number of movements of the operating lever.

276    (62)  "Provider election officer" means an election officer who enters into a contract or

277  interlocal agreement with a contracting election officer to conduct an election for the

278  contracting election officer's local political subdivision in accordance with Section

279  20A-5-400.1.

280    (63)  "Provisional ballot" means a ballot voted provisionally by a person:

281    (a)  whose name is not listed on the official register at the polling place;

282    (b)  whose legal right to vote is challenged as provided in this title; or

283    (c)  whose identity was not sufficiently established by a poll worker.

284    (64)  "Provisional ballot envelope" means an envelope printed in the form required by

285  Section 20A-6-105 that is used to identify provisional ballots and to provide information to

286  verify a person's legal right to vote.

287    (65)  "Qualify" or "qualified" means to take the oath of office and begin performing the

288  duties of the position for which the person was elected.

289    (66)  "Receiving judge" means the poll worker that checks the voter's name in the

290  official register, provides the voter with a ballot, and removes the ballot stub from the ballot

291  after the voter has voted.

292    (67)  "Registration form" means a book voter registration form and a by-mail voter

293  registration form.

294    (68)  "Regular ballot" means a ballot that is not a provisional ballot.

295    (69)  "Regular general election" means the election held throughout the state on the first

296  Tuesday after the first Monday in November of each even-numbered year for the purposes

297  established in Section 20A-1-201.

298    (70)  "Regular primary election" means the election on the fourth Tuesday of June of

299  each even-numbered year, to nominate candidates of political parties and [candidates for

300  nonpartisan local school board positions] nonpolitical groups to advance to the regular general

301  election.

302    (71)  "Resident" means a person who resides within a specific voting precinct in Utah.

303    (72)  "Sample ballot" means a mock ballot similar in form to the official ballot printed

304  and distributed as provided in Section 20A-5-405.

305    (73)  "Scratch vote" means to mark or punch the straight party ticket and then mark or

306    punch the ballot for one or more candidates who are members of different political parties [or

307    who are unaffiliated].

308    (74)  "Secrecy envelope" means the envelope given to a voter along with the ballot into

309    which the voter places the ballot after the voter has voted it in order to preserve the secrecy of

310    the voter's vote.

311    (75)  "Special election" means an election held as authorized by Section 20A-1-203.

312    (76)  "Spoiled ballot" means each ballot that:

313    (a)  is spoiled by the voter;

314    (b)  is unable to be voted because it was spoiled by the printer or a poll worker; or

315    (c)  lacks the official endorsement.

316    (77)  "Statewide special election" means a special election called by the governor or the

317    Legislature in which all registered voters in Utah may vote.

318    (78)  "Stub" means the detachable part of each ballot.

319    (79)  "Substitute ballots" means replacement ballots provided by an election officer to

320    the poll workers when the official ballots are lost or stolen.

321    (80)  "Ticket" means a list of:

322    (a)  political parties;

323    (b)  candidates for an office; or

324    (c)  ballot propositions.

325    (81)  "Transfer case" means the sealed box used to transport voted ballots to the

326    counting center.

327    (82)  "Vacancy" means the absence of a person to serve in any position created by

328    statute, whether that absence occurs because of death, disability, disqualification, resignation,

329    or other cause.

330    (83)  "Valid voter identification" means:

331    (a)  a form of identification that bears the name and photograph of the voter which may

332    include:

333    (i)  a currently valid Utah driver license;

334    (ii)  a currently valid identification card that is issued by:

335    (A)  the state; or

336    (B)  a branch, department, or agency of the United States;

337    (iii)  a currently valid Utah permit to carry a concealed weapon;

338    (iv)  a currently valid United States passport; or

339    (v)  a currently valid United States military identification card;

340    (b)  one of the following identification cards, whether or not the card includes a

341  photograph of the voter:

342    (i)  a valid tribal identification card;

343    (ii)  a Bureau of Indian Affairs card; or

344    (iii)  a tribal treaty card; or

345    (c)  two forms of identification not listed under Subsection (83)(a) or (b) but that bear

346  the name of the voter and provide evidence that the voter resides in the voting precinct, which

347  may include:

348    (i)  a current utility bill or a legible copy thereof, dated within the 90 days before the

349  election;

350    (ii)  a bank or other financial account statement, or a legible copy thereof;

351    (iii)  a certified birth certificate;

352    (iv)  a valid social security card;

353    (v)  a check issued by the state or the federal government or a legible copy thereof;

354    (vi)  a paycheck from the voter's employer, or a legible copy thereof;

355    (vii)  a currently valid Utah hunting or fishing license;

356    (viii)  certified naturalization documentation;

357    (ix)  a currently valid license issued by an authorized agency of the United States;

358    (x)  a certified copy of court records showing the voter's adoption or name change;

359    (xi)  a valid Medicaid card, Medicare card, or Electronic Benefits Transfer Card;

360    (xii)  a currently valid identification card issued by:

361    (A)  a local government within the state;

362    (B)  an employer for an employee; or

363    (C)  a college, university, technical school, or professional school located within the

364  state; or

365    (xiii)  a current Utah vehicle registration.

366    (84)  "Valid write-in candidate" means a candidate who has qualified as a write-in

367  candidate by following the procedures and requirements of this title.

368       (85)  "Voter" means a person who:

369       (a)  meets the requirements for voting in an election;

370       (b)  meets the requirements of election registration;

371       (c)  is registered to vote; and

372       (d)  is listed in the official register book.

373       (86)  "Voter registration deadline" means the registration deadline provided in Section

374  20A-2-102.5.

375       (87)  "Voting area" means the area within six feet of the voting booths, voting

376  machines, and ballot box.

377       (88)  "Voting booth" means:

378       (a)  the space or compartment within a polling place that is provided for the preparation

379  of ballots, including the voting machine enclosure or curtain; or

380       (b)  a voting device that is free standing.

381       (89)  "Voting device" means:

382       (a)  an apparatus in which ballot sheets are used in connection with a punch device for

383  piercing the ballots by the voter;

384       (b)  a device for marking the ballots with ink or another substance;

385       (c)  an electronic voting device or other device used to make selections and cast a ballot

386  electronically, or any component thereof;

387       (d)  an automated voting system under Section 20A-5-302; or

388       (e)  any other method for recording votes on ballots so that the ballot may be tabulated

389  by means of automatic tabulating equipment.

390       (90)  "Voting machine" means a machine designed for the sole purpose of recording

391  and tabulating votes cast by voters at an election.

392       (91)  "Voting poll watcher" means a person appointed as provided in this title to

393  witness the distribution of ballots and the voting process.

394       (92)  "Voting precinct" means the smallest voting unit established as provided by law

395  within which qualified voters vote at one polling place.

396       (93)  "Watcher" means a voting poll watcher, a counting poll watcher, an inspecting

397  poll watcher, and a testing watcher.

398  (94)  "Western States Presidential Primary" means the election established in Chapter 9,

399 Part 8, Western States Presidential Primary.

400  (95)  "Write-in ballot" means a ballot containing any write-in votes.

401  (96)  "Write-in vote" means a vote cast for a person whose name is not printed on the

402 ballot according to the procedures established in this title.

403  Section 2.  Section **20A-1-201.5** is amended to read:

404  **20A-1-201.5.  Primary election dates.**

405  (1)  A regular primary election shall be held throughout the state on the fourth Tuesday

406 of June of each even numbered year, as provided in Section 20A-9-403, [20A-9-407, or

407 20A-9-408, as applicable,] to nominate persons for:

408  (a)  national, state, school board, and county offices; and

409  (b)  offices for a metro township, city, or town incorporated under Section 10-2a-404.

410  (2)  A municipal primary election shall be held, if necessary, on the second Tuesday

411 following the first Monday in August before the regular municipal election to nominate persons

412 for municipal offices.

413  (3)  If the Legislature makes an appropriation for a Western States Presidential Primary

414 election, the Western States Presidential Primary election shall be held throughout the state on

415 the first Tuesday in February in the year in which a presidential election will be held.

416  Section 3.  Section **20A-1-501** is amended to read:

417  **20A-1-501.  Candidate vacancies -- Procedure for filling.**

418  (1)  The state central committee of a political party, for candidates for United States

419 senator, United States representative, governor, lieutenant governor, attorney general, state

420 treasurer, and state auditor, and for legislative candidates whose legislative districts encompass

421 more than one county, and the county central committee of a political party, for all other party

422 candidates seeking an office elected at a regular general election, may certify the name of

423 another candidate to the appropriate election officer if:

424  (a)  for a registered political party that will have a candidate on a ballot in a primary

425 election, after the close of the period for filing a declaration of candidacy and continuing

426 through the day before the day on which the lieutenant governor [provides the list] makes the

427 certification described in Subsection 20A-9-403[(4)(a)](2)(c):

428  (i)  only one or two candidates from that party have filed a declaration of candidacy for

03-07-18  8:06 AM                                             2nd Sub. (Gray) H.B. 338

429    that office; and

430           (ii)  one or both:

431           (A)  dies;

432           (B)  resigns because of acquiring a physical or mental disability, certified by a

433    physician, that prevents the candidate from continuing the candidacy; or

434           (C)  is disqualified by an election officer for improper filing or nominating procedures;

435           (b)  for a registered political party that does not have a candidate on the ballot in a

436    primary, but that will have a candidate on the ballot for a general election, after the close of the

437    period for filing a declaration of candidacy and continuing through the day before the day on

438    which the lieutenant governor makes the certification described in Section 20A-5-409, the

439    party's candidate:

440           (i)  dies;

441           (ii)  resigns because of acquiring a physical or mental disability as certified by a

442    physician;

443           (iii)  is disqualified by an election officer for improper filing or nominating procedures;

444    or

445           (iv)  resigns to become a candidate for president or vice president of the United States;

446    or

447           (c)  for a registered political party with a candidate certified as winning a primary

448    election, after the deadline described in Subsection (1)(a) and continuing through the day

449    before that day on which the lieutenant governor makes the certification described in Section

450    20A-5-409, the party's candidate:

451           (i)  dies;

452           (ii)  resigns because of acquiring a physical or mental disability as certified by a

453    physician;

454           (iii)  is disqualified by an election officer for improper filing or nominating procedures;

455    or

456           (iv)  resigns to become a candidate for president or vice president of the United States.

457           (2)  If no more than two candidates from a political party have filed a declaration of

458    candidacy for an office elected at a regular general election and one resigns to become the party

459    candidate for another position, the state central committee of that political party, for candidates

**2nd Sub. (Gray) H.B. 338**                                          03-07-18  8:06 AM

460    for governor, lieutenant governor, attorney general, state treasurer, and state auditor, and for

461    legislative candidates whose legislative districts encompass more than one county, and the

462    county central committee of that political party, for all other party candidates, may certify the

463    name of another candidate to the appropriate election officer.

464          (3)  Each replacement candidate shall file a declaration of candidacy as required by

465    Title 20A, Chapter 9, Part 2, Candidate Qualifications and Declarations of Candidacy.

466          (4) (a)  The name of a candidate who is certified under Subsection (1)(a) after the

467    deadline described in Subsection (1)(a) may not appear on the primary election ballot.

468          (b)  The name of a candidate who is certified under Subsection (1)(b) after the deadline

469    described in Subsection (1)(b) may not appear on the general election ballot.

470          (c)  The name of a candidate who is certified under Subsection (1)(c) after the deadline

471    described in Subsection (1)(c) may not appear on the general election ballot.

472          (5)  A political party may not replace a candidate who is disqualified for failure to

473    timely file a campaign disclosure financial report under Title 20A, Chapter 11, Campaign and

474    Financial Reporting Requirements, or Section 17-16-6.5.

475          Section 4.  Section **20A-3-106** is amended to read:

476          **20A-3-106.   Voting straight ticket -- Splitting ballot -- Writing in names -- Effect**

477    **of unnecessary marking of cross.**

478          (1)  When voting a paper ballot, any voter desiring to vote for all the candidates [who

479    are listed on the ballot as being] from any one registered political party may:

480          (a)  mark in the circle or position above that political party;

481          (b)  mark in the squares or position opposite the names of all candidates for that party

482    ticket; or

483          (c)  make both markings.

484          (2) (a)  When voting a ballot sheet, any voter desiring to vote for all the candidates

485    [who are listed on the ballot as being] from any one registered political party may:

486          (i)  mark the selected party on the straight party page or section; or

487          (ii)  mark the name of each candidate from that party.

488          (b)  To vote for candidates from two or more political parties, the voter may:

489          (i)  mark in the squares or positions opposite the names of the candidates for whom the

490    voter wishes to vote without marking in any circle; or

491    (ii)  indicate the voter's choice by:

492    (A)  marking in the circle or position above one political party; and

493    (B)  marking in the squares or positions opposite the names of desired candidates [~~who~~

494    ~~are members of any party, are unaffiliated, or are listed without party name~~].

495    (3) (a)  When voting an electronic ballot, any voter desiring to vote for all the

496    candidates [~~who are listed on the ballot as being~~] from any one registered political party may:

497    (i)  select that party on the straight party selection area; or

498    (ii)  select the name of each candidate from that party.

499    (b)  To vote for candidates from two or more political parties, the voter may:

500    (i)  select the names of the candidates for whom the voter wishes to vote without

501    selecting a political party in the straight party selection area; or

502    (ii) (A)  select a political party in the straight party selection area; and

503    (B)  select the names of the candidates for whom the voter wishes to vote [~~who are~~

504    ~~members of any party, are unaffiliated, or are listed without party name~~].

505    (4)  In any election other than a primary election, if a voter voting a ballot has selected

506    or placed a mark next to a party name in order to vote a straight party ticket and wishes to vote

507    for a person on another party ticket for an office, [~~or for an unaffiliated candidate,~~] the voter

508    shall select or mark the ballot next to the name of the candidate for whom the voter wishes to

509    vote.

510    (5) (a)  The voter may cast a write-in vote on a paper ballot or ballot sheet:

511    (i)  by entering the name of a valid write-in candidate:

512    (A)  by writing the name of a valid write-in candidate in the blank write-in section of

513    the ballot; or

514    (B)  by affixing a sticker with the office and name of the valid write-in name printed on

515    it in the blank write-in part of the ballot; and

516    (ii)  by placing a mark opposite the name of the write-in candidate to indicate the voter's

517    vote.

518    (b)  On a paper ballot or ballot sheet, a voter is considered to have voted for the person

519    whose name is written or whose sticker appears in the blank write-in part of the ballot, if a

520    mark is made opposite that name.

521    (c)  On a paper ballot or ballot sheet, the unnecessary marking of a mark in a square on

2nd Sub. (Gray) H.B. 338                                        03-07-18  8:06 AM

522    the ticket below the marked circle does not affect the validity of the vote.

523         (6)  The voter may cast a write-in vote on an electronic ballot by:

524         (a)  marking the appropriate position opposite the area for entering a write-in candidate

525    for the office sought by the candidate for whom the voter wishes to vote; and

526         (b)  entering the name of a valid write-in candidate in the write-in selection area.

527         Section 5.  Section **20A-5-101** is amended to read:

528         **20A-5-101.   Notice of election.**

529         (1)  On or before [November 15 in the year before] February 1 in each regular general

530    election year, the lieutenant governor shall prepare and transmit a written notice to each county

531    clerk that:

532         (a)  designates the offices to be filled at the [next year's] regular general election;

533         (b)  identifies the dates for filing a declaration of candidacy[, and for submitting and

534    certifying nomination petition signatures, as applicable, under Sections 20A-9-403, 20A-9-407,

535    and 20A-9-408] for those offices;

536         (c)  includes the master ballot position list for the current year and the next year [and

537    the year following] as established under Section 20A-6-305; and

538         (d)  contains a description of any ballot propositions to be decided by the voters that

539    have qualified for the ballot as of that date.

540         (2) (a)  No later than [seven business days after the day on which the lieutenant

541    governor transmits the written notice described in Subsection (1)] February 15, each county

542    clerk shall:

543         (i)  publish a notice:

544         (A)  once in a newspaper published in that county; and

545         (B)  as required in Section 45-1-101; or

546         (ii) (A)  cause a copy of the notice to be posted in a conspicuous place most likely to

547    give notice of the election to the voters in each voting precinct within the county; and

548         (B)  prepare an affidavit of that posting, showing a copy of the notice and the places

549    where the notice was posted.

550         (b)  The notice required by Subsection (2)(a) shall:

551         (i)  designate the offices to be voted on in that election; and

552         (ii)  identify the dates for filing a declaration of candidacy for those offices.

553    (3)  Before each election, the election officer shall give printed notice of the following

554    information, or printed notice of a website where the following information can be obtained:

555    (a)  the date of election;

556    (b)  the hours during which the polls will be open;

557    (c)  the polling places for each voting precinct, early voting polling place, and election

558    day voting center;

559    (d)  the address of the Statewide Electronic Voter Information Website and, if available,

560    the address of the election officer's website, with a statement indicating that the election officer

561    will post on the website any changes to the location of a polling place and the location of any

562    additional polling place;

563    (e)  a phone number that a voter may call to obtain information regarding the location of

564    a polling place; and

565    (f) the qualifications for persons to vote in the election.

566    (4)  To provide the printed notice described in Subsection (3), the election officer shall:

567    (a)  publish the notice at least two days before election day:

568    (i)  in a newspaper of general circulation common to the area to which the election

569    pertains; and

570    (ii)  as required in Section 45-1-101; or

571    (b)  mail the notice to each registered voter who resides in the area to which the election

572    pertains at least five days before election day.

573    Section 6.  Section **20A-6-301** is amended to read:

574    **20A-6-301.   Paper ballots -- Regular general election.**

575    (1)  Each election officer shall ensure that:

576    (a)  all paper ballots furnished for use at the regular general election contain[: (i)] no

577    captions or other endorsements except as provided in this section;

578    [(ii)  no symbols, markings, or other descriptions of a political party or group, except

579    for a registered political party that has chosen to nominate its candidates in accordance with

580    Section 20A-9-403; and]

581    [(iii)  no indication that a candidate for elective office has been nominated by, or has

582    been endorsed by, or is in any way affiliated with a political party or group, unless the

583    candidate has been nominated by a registered political party in accordance with Subsection

584   ~~20A-9-202~~(4) or Subsection ~~20A-9-403~~(5).]

585         (b) (i)  the paper ballot contains a ballot stub at least one inch wide, placed across the

586   top of the ballot, and divided from the rest of ballot by a perforated line;

587         (ii)  the ballot number and the words "Poll Worker's Initial _____" are printed on the

588   stub; and

589         (iii)  ballot stubs are numbered consecutively;

590         (c)  immediately below the perforated ballot stub, the following endorsements are

591   printed in 18 point bold type:

592         (i)  "Official Ballot for _____ County, Utah";

593         (ii)  the date of the election; and

594         (iii)  the words "Clerk of _____ County" or, as applicable, the name of a

595   combined office that includes the duties of a county clerk;

596         (d)  the party name or title is printed in capital letters not less than one-fourth of an inch

597   high;

598         (e)  unaffiliated candidates[,] and candidates not affiliated with a registered political

599   party[, and all other candidates for elective office who were not nominated by a registered

600   ~~political party in accordance with Subsection 20A-9-202(4) or Subsection 20A-9-403(5),~~] are

601   listed with the other candidates for the same office in accordance with Section 20A-6-305,

602   without a party name or title, and with a mark referencing the following statement at the

603   bottom of the ticket: "This candidate is not affiliated with[, or does not qualify to be listed on

604   the ballot as affiliated with,] a political party.";

605         (f)  each ticket containing the lists of candidates, including the party name and device,

606   are separated by heavy parallel lines;

607         (g)  the offices to be filled are plainly printed immediately above the names of the

608   candidates for those offices;

609         (h)  the names of candidates are printed in capital letters, not less than one-eighth nor

610   more than one-fourth of an inch high in heavy-faced type not smaller than 10 point, between

611   lines or rules three-eighths of an inch apart; and

612         (i)  on a ticket for a race in which a voter is authorized to cast a write-in vote and in

613   which a write-in candidate is qualified under Section 20A-9-601:

614         (i)  the ballot includes a space for a write-in candidate immediately following the last

615  candidate listed on that ticket; or

616        (ii)  for the offices of president and vice president and governor and lieutenant

617  governor, the ballot includes two spaces for write-in candidates immediately following the last

618  candidates on that ticket, one placed above the other, to enable the entry of two valid write-in

619  candidates.

620        (2)  Each election officer shall ensure that:

621        (a)  each person nominated by any registered political party [under Subsection

622  20A-9-202(4) or Subsection 20A-9-403(5), and no other person,] or group of petitioners is

623  placed on the ballot:

624        (i)  under the registered political party's name, if any; or

625        (ii)  under the title of the registered political party or group as designated by them in

626  their certificates of nomination or petition, or, if none is designated, then under some suitable

627  title;

628        (b)  the names of all unaffiliated candidates that qualify as required in Title 20A,

629  Chapter 9, Part 5, Candidates not Affiliated with a Party, are placed on the ballot;

630        (c)  the names of the candidates for president and vice president are used on the ballot

631  instead of the names of the presidential electors; and

632        (d)  the ballots contain no other names.

633        (3)  When the ballot contains a nonpartisan section, the election officer shall ensure

634  that:

635        (a)  the designation of the office to be filled in the election and the number of

636  candidates to be elected are printed in type not smaller than eight point;

637        (b)  the words designating the office are printed flush with the left-hand margin;

638        (c)  the words, "Vote for one" or "Vote for up to _____ (the number of candidates for

639  which the voter may vote)" extend to the extreme right of the column;

640        (d)  the nonpartisan candidates are grouped according to the office for which they are

641  candidates;

642        (e)  the names in each group are placed in the order specified under Section 20A-6-305

643  with the surnames last; and

644        (f)  each group is preceded by the designation of the office for which the candidates

645  seek election, and the words, "Vote for one" or "Vote for up to _____ (the number of

646  candidates for which the voter may vote)," according to the number to be elected.

647      (4)  Each election officer shall ensure that:

648      (a)  proposed amendments to the Utah Constitution are listed on the ballot in

649  accordance with Section 20A-6-107;

650      (b)  ballot propositions submitted to the voters are listed on the ballot in accordance

651  with Section 20A-6-107; and

652      (c)  bond propositions that have qualified for the ballot are listed on the ballot under the

653  title assigned to each bond proposition under Section 11-14-206.

654      Section 7.  Section **20A-6-302** is amended to read:

655      **20A-6-302.   Paper ballots -- Placement of candidates' names.**

656      (1)  Each election officer shall ensure, for paper ballots in regular general elections,

657  that:

658      (a)  each candidate is listed by party[, if nominated by a registered political party under

659  Subsection 20A-9-202(4) or Subsection 20A-9-403(5)];

660      (b)  candidates' surnames are listed in alphabetical order on the ballots when two or

661  more candidates' names are required to be listed on a ticket under the title of an office; and

662      (c)  the names of candidates are placed on the ballot in the order specified under Section

663  20A-6-305.

664      (2) (a)  When there is only one candidate for county attorney at the regular general

665  election in counties that have three or fewer registered voters of the county who are licensed

666  active members in good standing of the Utah State Bar, the county clerk shall cause that

667  candidate's name and party affiliation, if any, to be placed on a separate section of the ballot

668  with the following question: "Shall (name of candidate) be elected to the office of county

669  attorney? Yes ____ No ____."

670      (b)  If the number of "Yes" votes exceeds the number of "No" votes, the candidate is

671  elected to the office of county attorney.

672      (c)  If the number of "No" votes exceeds the number of "Yes" votes, the candidate is not

673  elected and may not take office, nor may the candidate continue in the office past the end of the

674  term resulting from any prior election or appointment.

675      (d)  When the name of only one candidate for county attorney is printed on the ballot

676  under authority of this Subsection (2), the county clerk may not count any write-in votes

03-07-18  8:06 AM                                          2nd Sub. (Gray) H.B. 338

677    received for the office of county attorney.

678         (e)  If no qualified person files for the office of county attorney or if the candidate is not

679    elected by the voters, the county legislative body shall appoint the county attorney as provided

680    in Section 20A-1-509.2.

681         (f)  If the candidate whose name would, except for this Subsection (2)(f), be placed on

682    the ballot under Subsection (2)(a) has been elected on a ballot under Subsection (2)(a) to the

683    two consecutive terms immediately preceding the term for which the candidate is seeking

684    election, Subsection (2)(a) does not apply and that candidate shall be considered to be an

685    unopposed candidate the same as any other unopposed candidate for another office, unless a

686    petition is filed with the county clerk before the date of that year's primary election that:

687         (i)  requests the procedure set forth in Subsection (2)(a) to be followed; and

688         (ii)  contains the signatures of registered voters in the county representing in number at

689    least 25% of all votes cast in the county for all candidates for governor at the last election at

690    which a governor was elected.

691         (3) (a)  When there is only one candidate for district attorney at the regular general

692    election in a prosecution district that has three or fewer registered voters of the district who are

693    licensed active members in good standing of the Utah State Bar, the county clerk shall cause

694    that candidate's name and party affiliation, if any, to be placed on a separate section of the

695    ballot with the following question: "Shall (name of candidate) be elected to the office of district

696    attorney? Yes _____ No _____."

697         (b)  If the number of "Yes" votes exceeds the number of "No" votes, the candidate is

698    elected to the office of district attorney.

699         (c)  If the number of "No" votes exceeds the number of "Yes" votes, the candidate is not

700    elected and may not take office, nor may the candidate continue in the office past the end of the

701    term resulting from any prior election or appointment.

702         (d)  When the name of only one candidate for district attorney is printed on the ballot

703    under authority of this Subsection (3), the county clerk may not count any write-in votes

704    received for the office of district attorney.

705         (e)  If no qualified person files for the office of district attorney, or if the only candidate

706    is not elected by the voters under this subsection, the county legislative body shall appoint a

707    new district attorney for a four-year term as provided in Section 20A-1-509.2.

708    (f)  If the candidate whose name would, except for this Subsection (3)(f), be placed on

709    the ballot under Subsection (3)(a) has been elected on a ballot under Subsection (3)(a) to the

710    two consecutive terms immediately preceding the term for which the candidate is seeking

711    election, Subsection (3)(a) does not apply and that candidate shall be considered to be an

712    unopposed candidate the same as any other unopposed candidate for another office, unless a

713    petition is filed with the county clerk before the date of that year's primary election that:

714    (i)  requests the procedure set forth in Subsection (3)(a) to be followed; and

715    (ii)  contains the signatures of registered voters in the county representing in number at

716    least 25% of all votes cast in the county for all candidates for governor at the last election at

717    which a governor was elected.

718    Section 8.  Section **20A-6-303** is amended to read:

719    **20A-6-303.   Regular general election -- Ballot sheets.**

720    (1)  Each election officer shall ensure that:

721    (a)  copy on the ballot sheets or ballot labels, as applicable, are arranged in

722    approximately the same order as paper ballots;

723    (b)  the ballot sheet or any pages used for the ballot label are of sufficient number to

724    include, after the list of candidates:

725    (i)  the names of candidates for judicial offices and any other nonpartisan offices; and

726    (ii)  any ballot propositions submitted to the voters for their approval or rejection;

727    (c)  the office titles are printed immediately adjacent to the names of candidates so as to

728    indicate clearly the candidates for each office and the number to be elected;

729    (d)  the party designation of each candidate [who has been nominated by a registered

730    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5)] is printed

731    immediately adjacent to the candidate's name; and

732    (e) (i)  if possible, all candidates for one office are grouped in one column or upon one

733    page;

734    (ii)  if all candidates for one office cannot be listed in one column or grouped on one

735    page:

736    (A)  the ballot sheet or ballot label shall be clearly marked to indicate that the list of

737    candidates is continued on the following column or page; and

738    (B)  approximately the same number of names shall be printed in each column or on

03-07-18  8:06 AM                                                2nd Sub. (Gray) H.B. 338

739    each page.

740           (2)  Each election officer shall ensure that:

741           (a)  proposed amendments to the Utah Constitution are listed in accordance with

742    Section 20A-6-107;

743           (b)  ballot propositions submitted to the voters are listed in accordance with Section

744    20A-6-107; and

745           (c)  bond propositions that have qualified for the ballot are listed under the title

746    assigned to each bond proposition under Section 11-14-206.

747           Section 9.  Section **20A-6-304** is amended to read:

748           **20A-6-304.   Regular general election -- Electronic ballots.**

749           (1)  Each election officer shall ensure that:

750           (a)  the format and content of the electronic ballot is arranged in approximately the

751    same order as paper ballots;

752           (b)  the titles of offices and the names of candidates are displayed in vertical columns or

753    in a series of separate display screens;

754           (c)  the electronic ballot is of sufficient length to include, after the list of candidates:

755           (i)  the names of candidates for judicial offices and any other nonpartisan offices; and

756           (ii)  any ballot propositions submitted to the voters for their approval or rejection;

757           (d)  the office titles are displayed above or at the side of the names of candidates so as

758    to indicate clearly the candidates for each office and the number to be elected;

759           (e)  the party designation of each candidate [who has been nominated by a registered

760    political party under Subsection 20A-9-202(4) or Subsection 20A-9-403(5)] is displayed

761    adjacent to the candidate's name; and

762           (f)  if possible, all candidates for one office are grouped in one column or upon one

763    display screen.

764           (2)  Each election officer shall ensure that:

765           (a)  proposed amendments to the Utah Constitution are displayed in accordance with

766    Section 20A-6-107;

767           (b)  ballot propositions submitted to the voters are displayed in accordance with Section

768    20A-6-107; and

769           (c)  bond propositions that have qualified for the ballot are displayed under the title

2nd Sub. (Gray) H.B. 338                                03-07-18  8:06 AM

770    assigned to each bond proposition under Section 11-14-206.

771        Section 10.  Section **20A-8-103** is amended to read:

772        **20A-8-103.   Petition procedures -- Criminal penalty.**

773        (1)  As used in this section, the proposed name or emblem of a registered political party

774    is "distinguishable" if a reasonable person of average intelligence will be able to perceive a

775    difference between the proposed name or emblem and any name or emblem currently being

776    used by another registered political party.

777        (2)  To become a registered political party, an organization of registered voters that is

778    not a continuing political party shall:

779        (a)  circulate a petition seeking registered political party status beginning no earlier than

780    the date of the statewide canvass held after the last regular general election and ending no later

781    than [November 30] February 15 of the year [before the year] in which the next regular general

782    election will be held;

783        (b)  file a petition with the lieutenant governor that is signed, with a holographic

784    signature, by at least 2,000 registered voters on or before [November 30] February 15 of the

785    year in which a regular general election will be held; and

786        (c)  file, with the petition described in Subsection (2)(b), a document certifying:

787        (i)  the identity of one or more registered political parties whose members may vote for

788    the organization's candidates; and

789        (ii)  whether unaffiliated voters may vote for the organization's candidates[; and].

790        [(iii)  whether, for the next election, the organization intends to nominate the

791    organization's candidates in accordance with the provisions of Section 20A-9-406.]

792        (3)  The petition shall:

793        (a)  be on sheets of paper 8-1/2 inches long and 11 inches wide;

794        (b)  be ruled with a horizontal line 3/4 inch from the top, with the space above that line

795    blank for the purpose of binding;

796        (c)  contain the name of the political party and the words "Political Party Registration

797    Petition" printed directly below the horizontal line;

798        (d)  contain the word "Warning" printed directly under the words described in

799    Subsection (3)(c);

800        (e)  contain, to the right of the word "Warning," the following statement printed in not

03-07-18  8:06 AM                                          2nd Sub. (Gray) H.B. 338

801    less than eight-point, single leaded type:

802        "It is a class A misdemeanor for anyone to knowingly sign a political party registration

803    petition signature sheet with any name other than the individual's own name or more than once

804    for the same party or if the individual is not registered to vote in this state and does not intend

805    to become registered to vote in this state before the petition is submitted to the lieutenant

806    governor.";

807        (f)  contain the following statement directly under the statement described in Subsection

808    (3)(e):

809        "POLITICAL PARTY REGISTRATION PETITION To the Honorable ____,

810    Lieutenant Governor:

811        We, the undersigned citizens of Utah, seek registered political party status for ____

812    (name);

813        Each signer says:

814        I have personally signed this petition with a holographic signature;

815        I am registered to vote in Utah or will register to vote in Utah before the petition is

816    submitted to the lieutenant governor;

817        I am or desire to become a member of the political party; and

818        My street address is written correctly after my name."; and

819        (g)  be vertically divided into columns as follows:

820        (i)  the first column shall appear at the extreme left of the sheet, be 5/8 inch wide, be

821    headed with "For Office Use Only," and be subdivided with a light vertical line down the

822    middle;

823        (ii)  the next column shall be 2-1/2 inches wide, headed "Registered Voter's Printed

824    Name (must be legible to be counted)";

825        (iii)  the next column shall be 2-1/2 inches wide, headed "Holographic Signature of

826    Registered Voter";

827        (iv)  the next column shall be one inch wide, headed "Birth Date or Age (Optional)";

828        (v)  the final column shall be 4-3/8 inches wide, headed "Street Address, City, Zip

829    Code"; and

830        (vi)  at the bottom of the sheet, contain the following statement: "Birth date or age

831    information is not required, but it may be used to verify your identity with voter registration

832   records.  If you choose not to provide it, your signature may not be certified as a valid signature

833   if you change your address before petition signatures are certified or if the information you

834   provide does not match your voter registration records.";

835         (h)  have a final page bound to one or more signature sheets that are bound together that

836   contains the following printed statement:

837         "Verification

838         State of Utah, County of _____

839         I, _____, of _____, hereby state that:

840         I am a Utah resident and am at least 18 years old;

841         All the names that appear on the signature sheets bound to this page were signed by

842   individuals who professed to be the individuals whose names appear on the signature sheets,

843   and each individual signed the individual's name on the signature sheets in my presence;

844         I believe that each individual has printed and signed the individual's name and written

845   the individual's street address correctly, and that each individual is registered to vote in Utah or

846   will register to vote in Utah before the petition is submitted to the lieutenant governor.

847   _____

848         (Signature)                    (Residence Address)                    (Date)"; and

849         (i)  be bound to a cover sheet that:

850         (i)  identifies the political party's name, which may not exceed four words, and the

851   emblem of the party;

852         (ii)  states the process that the organization will follow to organize and adopt a

853   constitution and bylaws; and

854         (iii)  is signed by a filing officer, who agrees to receive communications on behalf of

855   the organization.

856         (4)  The filing officer described in Subsection (3)(i)(iii) shall ensure that the individual

857   in whose presence each signature sheet is signed:

858         (a)  is at least 18 years old;

859         (b)  meets the residency requirements of Section 20A-2-105; and

860         (c)  verifies each signature sheet by completing the verification bound to one or more

861   signature sheets that are bound together.

862         (5)  An individual may not sign the verification if the individual signed a signature

03-07-18  8:06 AM                                    2nd Sub. (Gray) H.B. 338

863    sheet bound to the verification.

864         (6)  The lieutenant governor shall:

865         (a)  determine whether the required number of voters appears on the petition;

866         (b)  review the proposed name and emblem to determine if they are "distinguishable"

867    from the names and emblems of other registered political parties; and

868         (c)  certify the lieutenant governor's findings to the filing officer described in

869    Subsection (3)(i)(iii) within 30 days of the filing of the petition.

870         (7) (a)  If the lieutenant governor determines that the petition meets the requirements of

871    this section, and that the proposed name and emblem are distinguishable, the lieutenant

872    governor shall authorize the filing officer described in Subsection (3)(i)(iii) to organize the

873    prospective political party.

874         (b)  If the lieutenant governor finds that the name, emblem, or both are not

875    distinguishable from the names and emblems of other registered political parties, the lieutenant

876    governor shall notify the filing officer that the filing officer has seven days to submit a new

877    name or emblem to the lieutenant governor.

878         (8)  A registered political party may not change its name or emblem during the regular

879    general election cycle.

880         (9) (a)  It is unlawful for an individual to:

881         (i)  knowingly sign a political party registration petition:

882         (A)  with any name other than the individual's own name;

883         (B)  more than once for the same political party; or

884         (C)  if the individual is not registered to vote in this state and does not intend to become

885    registered to vote in this state before the petition is submitted to the lieutenant governor; or

886         (ii)  sign the verification of a political party registration petition signature sheet if the

887    individual:

888         (A)  does not meet the residency requirements of Section 20A-2-105;

889         (B)  has not witnessed the signing by those individuals whose names appear on the

890    political party registration petition signature sheet; or

891         (C)  knows that an individual whose signature appears on the political party registration

892    petition signature sheet is not registered to vote in this state and does not intend to become

893    registered to vote in this state.

**2nd Sub. (Gray) H.B. 338**                                      03-07-18  8:06 AM

894          (b)  An individual who violates this Subsection (9) is guilty of a class A misdemeanor.

895          Section 11.  Section **20A-9-101** is amended to read:

896          **20A-9-101.   Definitions.**

897          As used in this chapter:

898          (1) (a)  "Candidates for elective office" means [persons who file a declaration of

899   candidacy under Section 20A-9-202] individuals selected by a registered political party as party

900   candidates to run in a regular general election [for a federal office, constitutional office,

901   multicounty office, or county office].

902          (b)  "Candidates for elective office" does not mean candidates for:

903          (i)  justice or judge of court of record or not of record;

904          (ii)  presidential elector;

905          (iii)  any political party offices; and

906          (iv)  municipal or local district offices.

907          (2)  "Constitutional office" means the state offices of governor, lieutenant governor,

908   attorney general, state auditor, and state treasurer.

909          [(3)  "Continuing political party" means the same as that term is defined in Section

910   20A-8-101.]

911          [(4)] (3) (a)  "County office" means an elective office where the officeholder is selected

912   by voters entirely within one county.

913          (b)  "County office" does not mean:

914          (i)  the office of justice or judge of any court of record or not of record;

915          (ii)  the office of presidential elector;

916          (iii)  any political party offices;

917          (iv)  any municipal or local district offices; and

918          (v)  the office of United States Senator and United States Representative.

919          [(5)] (4)  "Federal office" means an elective office for United States Senator and United

920   States Representative.

921          [(6)] (5)  "Filing officer" means:

922          (a)  the lieutenant governor, for:

923          (i)  an office representing a political division that contains territory

924   in two or more counties;

- 30 -

03-07-18  8:06 AM                                        2nd Sub. (Gray) H.B. 338

925        [(i)] (ii)  the office of United States Senator and United States Representative; and

926        [(ii)] (iii)  all constitutional offices;

927        (b)  the county clerk, for county offices and local school district offices[, and the county

928    clerk in the filer's county of residence, for multicounty offices];

929        (c)  the city or town clerk, for municipal offices; and

930        (d)  the local district clerk, for local district offices.

931        [(7)] (6)  "Local district office" means an elected office in a local district.

932        [(8)] (7)  "Local government office" includes county offices, municipal offices, and

933    local district offices and other elective offices selected by the voters from a political division

934    entirely within one county.

935        [(9)] (8) (a)  "Multicounty office" means an elective office where the officeholder is

936    selected by the voters from more than one county.

937        (b)  "Multicounty office" does not mean:

938        (i)  a county office;

939        (ii)  a federal office;

940        (iii)  the office of justice or judge of any court of record or not of record;

941        (iv)  the office of presidential elector;

942        (v)  any political party offices; and

943        (vi)  any municipal or local district offices.

944        [(10)] (9)  "Municipal office" means an elective office in a municipality.

945        [(11)] (10) (a)  "Political division" means a geographic unit from which an officeholder

946    is elected and that an officeholder represents.

947        (b)  "Political division" includes a county, a city, a town, a local district, a school

948    district, a legislative district, and a county prosecution district.

949        [(12)  "Qualified political party" means a registered political party that:]

950        [(a) (i)  permits a delegate for the registered political party to vote on a candidate

951    nomination in the registered political party's convention remotely; or]

952        [(ii)  provides a procedure for designating an alternate delegate if a delegate is not

953    present at the registered political party's convention;]

954        [(b)  does not hold the registered political party's convention before the fourth Saturday

955    in March of an even-numbered year;]

- 31 -

956          [(c)  permits a member of the registered political party to seek the registered political

957    party's nomination for any elective office by the member choosing to seek the nomination by

958    either or both of the following methods:]

959          [(i)  seeking the nomination through the registered political party's convention process,

960    in accordance with the provisions of Section 20A-9-407; or]

961          [(ii)  seeking the nomination by collecting signatures, in accordance with the provisions

962    of Section 20A-9-408; and]

963          [(d) (i)  if the registered political party is a continuing political party, no later than 5

964    p.m. on September 30 of an odd-numbered year, certifies to the lieutenant governor that, for the

965    election in the following year, the registered political party intends to nominate the registered

966    political party's candidates in accordance with the provisions of Section 20A-9-406; or]

967          [(ii)  if the registered political party is not a continuing political party, certifies at the

968    time that the registered political party files the petition described in Section 20A-8-103 that, for

969    the next election, the registered political party intends to nominate the registered political

970    party's candidates in accordance with the provisions of Section 20A-9-406.]

971          Section 12.  Section **20A-9-201** is amended to read:

972          **20A-9-201.   Declarations of candidacy -- Candidacy for more than one office or of**

973    **more than one political party prohibited with exceptions -- General filing and form**

974    **requirements -- Affidavit of impecuniosity.**

975          (1)  Before filing a declaration of candidacy for election to any office, a person shall:

976          (a)  be a United States citizen; and

977          (b)  meet the legal requirements of that office[; and].

978          [(c)  if seeking a registered political party's nomination as a candidate for elective

979    office, state:]

980          [(i)  the registered political party of which the person is a member; or]

981          [(ii)  that the person is not a member of a registered political party.]

982          (2) (a)  Except as provided in Subsection (2)(b), an individual may not:

983          (i)  file a declaration of candidacy for, or be a candidate for, more than one office in

984    Utah during any election year;

985          (ii)  appear on the ballot as the candidate of more than one political party; or

986          (iii)  file a declaration of candidacy for a registered political party of which the

03-07-18  8:06 AM                                                    2nd Sub. (Gray) H.B. 338

987   individual is not a member, except to the extent that the registered political party permits

988   otherwise in the registered political party's bylaws.

989          (b) (i)  A person may file a declaration of candidacy for, or be a candidate for, president

990   or vice president of the United States and another office, if the person resigns the person's

991   candidacy for the other office after the person is officially nominated for president or vice

992   president of the United States.

993          (ii)  A person may file a declaration of candidacy for, or be a candidate for, more than

994   one justice court judge office.

995          (iii)  A person may file a declaration of candidacy for lieutenant governor even if the

996   person filed a declaration of candidacy for another office in the same election year if the person

997   withdraws as a candidate for the other office in accordance with Subsection 20A-9-202(6)

998   before filing the declaration of candidacy for lieutenant governor.

999          (3) (a) (i)  Except for a candidate for president or vice president of the United States,

1000   before the filing officer may accept any declaration of candidacy, the filing officer shall:

1001          (A)  read to the prospective candidate the constitutional and statutory qualification

1002   requirements for the office that the candidate is seeking; and

1003          (B)  require the candidate to state whether the candidate meets those requirements.

1004          (ii)  Before accepting a declaration of candidacy for the office of county attorney, the

1005   county clerk shall ensure that the person filing that declaration of candidacy is:

1006          (A)  a United States citizen;

1007          (B)  an attorney licensed to practice law in Utah who is an active member in good

1008   standing of the Utah State Bar;

1009          (C)  a registered voter in the county in which the person is seeking office; and

1010          (D)  a current resident of the county in which the person is seeking office and either has

1011   been a resident of that county for at least one year or was appointed and is currently serving as

1012   county attorney and became a resident of the county within 30 days after appointment to the

1013   office.

1014          (iii)  Before accepting a declaration of candidacy for the office of district attorney, the

1015   county clerk shall ensure that, as of the date of the election, the person filing that declaration of

1016   candidacy is:

1017          (A)  a United States citizen;

**2nd Sub. (Gray) H.B. 338**                                    03-07-18  8:06 AM

1018        (B)  an attorney licensed to practice law in Utah who is an active member in good

1019   standing of the Utah State Bar;

1020        (C)  a registered voter in the prosecution district in which the person is seeking office;

1021   and

1022        (D)  a current resident of the prosecution district in which the person is seeking office

1023   and either will have been a resident of that prosecution district for at least one year as of the

1024   date of the election or was appointed and is currently serving as district attorney and became a

1025   resident of the prosecution district within 30 days after receiving appointment to the office.

1026        (iv)  Before accepting a declaration of candidacy for the office of county sheriff, the

1027   county clerk shall ensure that the person filing the declaration of candidacy:

1028        (A)  as of the date of filing:

1029        (I)  is a United States citizen;

1030        (II)  is a registered voter in the county in which the person seeks office;

1031        (III) (Aa)  has successfully met the standards and training requirements established for

1032   law enforcement officers under Title 53, Chapter 6, Part 2, Peace Officer Training and

1033   Certification Act; or

1034        (Bb)  has met the waiver requirements in Section 53-6-206; and

1035        (IV)  is qualified to be certified as a law enforcement officer, as defined in Section

1036   53-13-103; and

1037        (B)  as of the date of the election, shall have been a resident of the county in which the

1038   person seeks office for at least one year.

1039        (v)  Before accepting a declaration of candidacy for the office of governor, lieutenant

1040   governor, state auditor, state treasurer, attorney general, state legislator, or State Board of

1041   Education member, the filing officer shall ensure:

1042        (A)  that the person filing the declaration of candidacy also files the financial disclosure

1043   required by Section 20A-11-1603; and

1044        (B)  if the filing officer is not the lieutenant governor, that the financial disclosure is

1045   provided to the lieutenant governor according to the procedures and requirements of Section

1046   20A-11-1603.

1047        (b)  If the prospective candidate states that the qualification requirements for the office

1048   are not met, the filing officer may not accept the prospective candidate's declaration of

1049    candidacy.

1050        (c)  If the candidate meets the requirements of Subsection (3)(a) and states that the

1051    requirements of candidacy are met, the filing officer shall:

1052        (i)  inform the candidate that:

1053        (A)  the candidate's name will appear on the ballot as the candidate's name is written on

1054    the declaration of candidacy;

1055        (B)  the candidate may be required to comply with state or local campaign finance

1056    disclosure laws; and

1057        (C)  the candidate is required to file a financial statement before the candidate's political

1058    convention under:

1059        (I)  Section 20A-11-204 for a candidate for constitutional office;

1060        (II)  Section 20A-11-303 for a candidate for the Legislature; or

1061        (III)  local campaign finance disclosure laws, if applicable;

1062        (ii)  except for a presidential candidate, provide the candidate with a copy of the current

1063    campaign financial disclosure laws for the office the candidate is seeking and inform the

1064    candidate that failure to comply will result in disqualification as a candidate and removal of the

1065    candidate's name from the ballot;

1066        (iii)  provide the candidate with a copy of Section 20A-7-801 regarding the Statewide

1067    Electronic Voter Information Website Program and inform the candidate of the submission

1068    deadline under Subsection 20A-7-801(4)(a);

1069        (iv)  provide the candidate with a copy of the pledge of fair campaign practices

1070    described under Section 20A-9-206 and inform the candidate that:

1071        (A)  signing the pledge is voluntary; and

1072        (B)  signed pledges shall be filed with the filing officer;

1073        (v)  accept the candidate's declaration of candidacy; and

1074        (vi)  if the candidate has filed for a partisan office, provide a certified copy of the

1075    declaration of candidacy to the chair of the county or state political party of which the

1076    candidate is a member.

1077        (d)  If the candidate elects to sign the pledge of fair campaign practices, the filing

1078    officer shall:

1079        (i)  accept the candidate's pledge; and

**2nd Sub. (Gray) H.B. 338**                                    03-07-18  8:06 AM

1080          (ii)  if the candidate has filed for a partisan office, provide a certified copy of the

1081    candidate's pledge to the chair of the county or state political party of which the candidate is a

1082    member.

1083          (4) (a)  Except for a candidate for president or vice president of the United States, the

1084    form of the declaration of candidacy shall[. (i)] be substantially as follows:

1085          "State of Utah, County of _____

1086                   I, _____, declare my [candidacy] intention of becoming a candidate

1087    for the office of _____, [seeking the nomination of] as a candidate for the _____ party.  I

1088    do solemnly swear that: I will meet the qualifications to hold the office, both legally and

1089    constitutionally, if selected; I reside at _____ in the City or Town of _____,

1090    Utah, Zip Code _____ Phone No. _____; I will not knowingly violate any law governing

1091    campaigns and elections; I will file all campaign financial disclosure reports as required

1092    by law; and I understand that failure to do so will result in my disqualification as a

1093    candidate for this office and removal of my name from the ballot.  The mailing address

1094    that I designate for receiving official election notices is

1095    _____.

1096    _____

1097          Subscribed and sworn before me this _____(month\day\year).

1098                             Notary Public (or other officer qualified to administer oath)."[; and]

1099          [(ii)  require the candidate to state, in the sworn statement described in Subsection

1100    (4)(a)(i):]

1101          [(A)  the registered political party of which the candidate is a member; or]

1102          [(B)  that the candidate is not a member of a registered political party.]

1103          (b)  An agent designated to file a declaration of candidacy under Section 20A-9-202

1104    may not sign the form described in Subsection (4)(a).

1105          (5) (a)  Except for presidential candidates, the fee for filing a declaration of candidacy

1106    is:

1107          (i)  $50 for candidates for the local school district board; and

1108          (ii)  $50 plus 1/8 of 1% of the total salary for the full term of office legally paid to the

1109    person holding the office for all other federal, state, and county offices.

1110          (b)  Except for presidential candidates, the filing officer shall refund the filing fee to

1111  any candidate:

1112        (i)  who is disqualified; or

1113        (ii)  who the filing officer determines has filed improperly.

1114        (c) (i)  The county clerk shall immediately pay to the county treasurer all fees received

1115  from candidates.

1116        (ii)  The lieutenant governor shall:

1117        (A)  apportion to and pay to the county treasurers of the various counties all fees

1118  received for filing of nomination certificates or acceptances; and

1119        (B)  ensure that each county receives that proportion of the total amount paid to the

1120  lieutenant governor from the congressional district that the total vote of that county for all

1121  candidates for representative in Congress bears to the total vote of all counties within the

1122  congressional district for all candidates for representative in Congress.

1123        (d) (i)  A person who is unable to pay the filing fee may file a declaration of candidacy

1124  without payment of the filing fee upon a prima facie showing of impecuniosity as evidenced by

1125  an affidavit of impecuniosity filed with the filing officer and, if requested by the filing officer,

1126  a financial statement filed at the time the affidavit is submitted.

1127        (ii)  A person who is able to pay the filing fee may not claim impecuniosity.

1128        (iii) (A)  False statements made on an affidavit of impecuniosity or a financial

1129  statement filed under this section shall be subject to the criminal penalties provided under

1130  Sections 76-8-503 and 76-8-504 and any other applicable criminal provision.

1131        (B)  Conviction of a criminal offense under Subsection (5)(d)(iii)(A) shall be

1132  considered an offense under this title for the purposes of assessing the penalties provided in

1133  Subsection 20A-1-609(2).

1134        (iv)  The filing officer shall ensure that the affidavit of impecuniosity is printed in

1135  substantially the following form:

1136        "Affidavit of Impecuniosity

1137  Individual Name

1138  _____Address_____

1139  Phone Number _____

1140  I,_____(name), do solemnly [swear] [affirm], under penalty of law

1141  for false statements, that, owing to my poverty, I am unable to pay the filing fee required by

**2nd Sub. (Gray) H.B. 338**                                    03-07-18  8:06 AM

1142  law.

1143  Date _____ Signature_____

1144  Affiant

1145  Subscribed and sworn to before me on _____ (month\day\year)

1146                                                     _____

1147                                                              (signature)

1148        Name and Title of Officer Authorized to Administer Oath    _____ "

1149        (v)  The filing officer shall provide to a person who requests an affidavit of

1150  impecuniosity a statement printed in substantially the following form, which may be included

1151  on the affidavit of impecuniosity:

1152        "Filing a false statement is a criminal offense.  In accordance with Section 20A-1-609, a

1153  candidate who is found guilty of filing a false statement, in addition to being subject to criminal

1154  penalties, will be removed from the ballot."

1155        (vi)  The filing officer may request that a person who makes a claim of impecuniosity

1156  under this Subsection (5)(d) file a financial statement on a form prepared by the election

1157  official.

1158        (6) (a)  If there is no legislative appropriation for the Western States Presidential

1159  Primary election, as provided in Part 8, Western States Presidential Primary, a candidate for

1160  president of the United States who is affiliated with a registered political party and chooses to

1161  participate in the regular primary election shall:

1162        (i)  file a declaration of candidacy, in person or via a designated agent, with the

1163  lieutenant governor:

1164        (A)  on a form developed and provided by the lieutenant governor; and

1165        (B)  on or after the second Friday in March and before 5 p.m. on the third Thursday in

1166  March before the next regular primary election;

1167        (ii)  identify the registered political party whose nomination the candidate is seeking;

1168        (iii)  provide a letter from the registered political party certifying that the candidate may

1169  participate as a candidate for that party in that party's presidential primary election; and

1170        (iv)  pay the filing fee of $500.

1171        (b)  An agent designated to file a declaration of candidacy may not sign the form

1172  described in Subsection (6)(a)(i)(A).

1173          (7)  Any person who fails to file a declaration of candidacy or certificate of nomination

1174   within the time provided in this chapter is ineligible for nomination to office.

1175          (8)  A declaration of candidacy filed under this section may not be amended or

1176   modified after the final date established for filing a declaration of candidacy.

1177          Section 13.  Section **20A-9-202** is amended to read:

1178          **20A-9-202.  Declarations of candidacy for regular general elections.**

1179          (1) (a)  Each person seeking to become a candidate for an elective office that is to be

1180   filled at the next regular general election shall:

1181          (i)  file a declaration of candidacy in person with the filing officer_:_

1182          (A)  on or after January 1 of the regular general election year[, and,]_;_

1183          (B)  if applicable, before the candidate circulates nomination petitions under Section

1184   20A-9-405_; and_

1185          (C)  before 5 p.m. on the third Thursday in March before the next regular general

1186   election; and

1187          (ii)  pay the filing fee.

1188          (b)  Each county clerk who receives a declaration of candidacy from a candidate for

1189   multicounty office shall transmit the filing fee and a copy of the candidate's declaration of

1190   candidacy to the lieutenant governor within one working day after it is filed.

1191          (c)  Each day during the filing period, each county clerk shall notify the lieutenant

1192   governor electronically or by telephone of candidates who have filed in their office.

1193          (d)  Each person seeking the office of lieutenant governor, the office of district attorney,

1194   or the office of president or vice president of the United States shall comply with the specific

1195   declaration of candidacy requirements established by this section.

1196          (2) (a)  Each person intending to become a candidate for the office of district attorney

1197   within a multicounty prosecution district that is to be filled at the next regular general election

1198   shall:

1199          (i)  file a declaration of candidacy with the clerk designated in the interlocal agreement

1200   creating the prosecution district on or after January 1 of the regular general election year, and

1201   before the candidate circulates nomination petitions under Section 20A-9-405; and

1202          (ii)  pay the filing fee.

1203          (b)  The designated clerk shall provide to the county clerk of each county in the

1204    prosecution district a certified copy of each declaration of candidacy filed for the office of

1205    district attorney.

1206         (3) (a)  On or before 5 p.m. on the first Monday after the third Saturday in April, each

1207    lieutenant governor candidate shall:

1208         (i)  file a declaration of candidacy with the lieutenant governor;

1209         (ii)  pay the filing fee; and

1210         (iii)  submit a letter from a candidate for governor who has received certification for the

1211    primary-election ballot under Section 20A-9-403 that names the lieutenant governor candidate

1212    as a joint-ticket running mate.

1213         (b)  Any candidate for lieutenant governor who fails to timely file is disqualified.  If a

1214    lieutenant governor is disqualified, another candidate shall file to replace the disqualified

1215    candidate.

1216         (4)  On or before August 31, each registered political party shall:

1217         (a)  certify the names of its candidates for president and vice president of the United

1218    States to the lieutenant governor; or

1219         (b)  provide written authorization for the lieutenant governor to accept the certification

1220    of candidates for president and vice president of the United States from the national office of

1221    the registered political party.

1222         (5) (a)  A declaration of candidacy filed under this section is valid unless a written

1223    objection is filed with the clerk or lieutenant governor within five days after the last day for

1224    filing.

1225         (b)  If an objection is made, the clerk or lieutenant governor shall:

1226         (i)  mail or personally deliver notice of the objection to the affected candidate

1227    immediately; and

1228         (ii)  decide any objection within 48 hours after it is filed.

1229         (c)  If the clerk or lieutenant governor sustains the objection, the candidate may cure the

1230    problem by amending the declaration or petition within three days after the objection is

1231    sustained or by filing a new declaration within three days after the objection is sustained.

1232         (d) (i)  The clerk's or lieutenant governor's decision upon objections to form is final.

1233         (ii)  The clerk's or lieutenant governor's decision upon substantive matters is reviewable

1234    by a district court if prompt application is made to the court.

1235          (iii)  The decision of the district court is final unless the Supreme Court, in the exercise

1236    of its discretion, agrees to review the lower court decision.

1237          (6)  Any person who filed a declaration of candidacy may withdraw as a candidate by

1238    filing a written affidavit with the clerk.

1239          (7)  Except as provided in Subsection 20A-9-201(4)(b), notwithstanding a requirement

1240    in this section to file a declaration of candidacy in person, a person may designate an agent to

1241    file the form described in Subsection 20A-9-201(4) in person with the filing officer if:

1242          (a)  the person is located outside the state during the filing period because:

1243          (i)  of employment with the state or the United States; or

1244          (ii)  the person is a member of:

1245          (A)  the active or reserve components of the Army, Navy, Air Force, Marine Corps, or

1246    Coast Guard of the United States who is on active duty;

1247          (B)  the Merchant Marine, the commissioned corps of the Public Health Service, or the

1248    commissioned corps of the National Oceanic and Atmospheric Administration of the United

1249    States; or

1250          (C)  the National Guard on activated status;

1251          (b)  the person communicates with the filing officer using an electronic device that

1252    allows the person and filing officer to see and hear each other; and

1253          (c)  the person provides the filing officer with an email address to which the filing

1254    officer may send the copies described in Subsection 20A-9-201(3).

1255          (8) (a)  Except for a candidate who is certified by a registered political party under

1256    Subsection (4), and except as provided in Section 20A-9-504, on or before August 31 of a

1257    general election year, each individual running as a candidate for vice president of the United

1258    States shall:

1259          (i)  file a declaration of candidacy, in person or via designated agent, on a form

1260    developed by the lieutenant governor, that:

1261          (A)  contains the individual's name, address, and telephone number;

1262          (B)  states that the individual meets the qualifications for the office of vice president of

1263    the United States;

1264          (C)  names the presidential candidate, who has qualified for the general election ballot,

1265    with which the individual is running as a joint-ticket running mate;

**2nd Sub. (Gray) H.B. 338**                                          03-07-18  8:06 AM

1266          (D)  states that the individual agrees to be the running mate of the presidential candidate

1267  described in Subsection (8)(a)(i)(C); and

1268          (E)  contains any other necessary information identified by the lieutenant governor;

1269          (ii)  pay the filing fee, if applicable; and

1270          (iii)  submit a letter from the presidential candidate described in Subsection (8)(a)(i)(C)

1271  that names the individual as a joint-ticket running mate as a vice presidential candidate.

1272          (b)  A designated agent described in Subsection (8)(a)(i) may not sign the declaration of

1273  candidacy.

1274          (c)  A vice presidential candidate who fails to meet the requirements described in this

1275  Subsection (8) may not appear on the general election ballot.

1276          Section 14.  Section **20A-9-203** is amended to read:

1277          **20A-9-203.   Declarations of candidacy -- Municipal general elections.**

1278          (1)  An individual may become a candidate for any municipal office if:

1279          (a)  the individual is a registered voter; and

1280          (b) (i)  the individual has resided within the municipality in which the individual seeks

1281  to hold elective office for the 12 consecutive months immediately before the date of the

1282  election; or

1283          (ii)  the territory in which the individual resides was annexed into the municipality, the

1284  individual has resided within the annexed territory or the municipality the 12 consecutive

1285  months immediately before the date of the election.

1286          (2) (a)  For purposes of determining whether an individual meets the residency

1287  requirement of Subsection (1)(b)(i) in a municipality that was incorporated less than 12 months

1288  before the election, the municipality is considered to have been incorporated 12 months before

1289  the date of the election.

1290          (b)  In addition to the requirements of Subsection (1), each candidate for a municipal

1291  council position shall, if elected from a district, be a resident of the council district from which

1292  the candidate is elected.

1293          (c)  In accordance with Utah Constitution, Article IV, Section 6, any mentally

1294  incompetent person, any person convicted of a felony, or any person convicted of treason or a

1295  crime against the elective franchise may not hold office in this state until the right to hold

1296  elective office is restored under Section 20A-2-101.3 or 20A-2-101.5.

03-07-18  8:06 AM                                      2nd Sub. (Gray) H.B. 338

1297          (3) (a)  An individual seeking to become a candidate for a municipal office shall[,

1298    ~~regardless of the nomination method by which the individual is seeking to become a~~

1299    ~~candidate~~]:

1300          (i)  file a declaration of candidacy, in person with the city recorder or town clerk, during

1301    the office hours described in Section 10-3-301 and not later than the close of those office

1302    hours, between June 1 and June 7 of any odd-numbered year; and

1303          (ii)  pay the filing fee, if one is required by municipal ordinance.

1304          (b)  Any resident of a municipality may nominate a candidate for a municipal office by:

1305          (i)  filing a nomination petition with the city recorder or town clerk during the office

1306    hours described in Section 10-3-301 and not later than the close of those office hours, between

1307    June 1 and June 7 of any odd-numbered year; and

1308          (ii)  paying the filing fee, if one is required by municipal ordinance.

1309          (4) (a)  Before the filing officer may accept any declaration of candidacy or nomination

1310    petition, the filing officer shall:

1311          (i)  read to the prospective candidate or individual filing the petition the constitutional

1312    and statutory qualification requirements for the office that the candidate is seeking; and

1313          (ii)  require the candidate or individual filing the petition to state whether the candidate

1314    meets those requirements.

1315          (b)  If the prospective candidate does not meet the qualification requirements for the

1316    office, the filing officer may not accept the declaration of candidacy or nomination petition.

1317          (c)  If it appears that the prospective candidate meets the requirements of candidacy, the

1318    filing officer shall:

1319          (i)  inform the candidate that the candidate's name will appear on the ballot as it is

1320    written on the declaration of candidacy;

1321          (ii)  provide the candidate with a copy of the current campaign financial disclosure laws

1322    for the office the candidate is seeking and inform the candidate that failure to comply will

1323    result in disqualification as a candidate and removal of the candidate's name from the ballot;

1324          (iii)  provide the candidate with a copy of Section 20A-7-801 regarding the Statewide

1325    Electronic Voter Information Website Program and inform the candidate of the submission

1326    deadline under Subsection 20A-7-801(4)(a);

1327          (iv)  provide the candidate with a copy of the pledge of fair campaign practices

**2nd Sub. (Gray) H.B. 338**                              03-07-18  8:06 AM

1328    described under Section 20A-9-206 and inform the candidate that:

1329            (A)  signing the pledge is voluntary; and

1330            (B)  signed pledges shall be filed with the filing officer; and

1331            (v)  accept the declaration of candidacy or nomination petition.

1332            (d)  If the candidate elects to sign the pledge of fair campaign practices, the filing

1333    officer shall:

1334            (i)  accept the candidate's pledge; and

1335            (ii)  if the candidate has filed for a partisan office, provide a certified copy of the

1336    candidate's pledge to the chair of the county or state political party of which the candidate is a

1337    member.

1338            (5)  Notwithstanding the requirement in Subsection (3)(a)(i) to file a declaration of

1339    candidacy in person, an individual may designate an agent to file the form described in

1340    Subsection (6) in person with the city recorder or town clerk if:

1341            (a)  the individual is located outside the state during the filing period because:

1342            (i)  of employment with the state or the United States; or

1343            (ii)  the individual is a member of:

1344            (A)  the active or reserve components of the Army, Navy, Air Force, Marine Corps, or

1345    Coast Guard of the United States who is on active duty;

1346            (B)  the Merchant Marine, the commissioned corps of the Public Health Service, or the

1347    commissioned corps of the National Oceanic and Atmospheric Administration of the United

1348    States; or

1349            (C)  the National Guard on activated status;

1350            (b)  the individual makes the declaration of candidacy described in Subsection (6) to an

1351    individual qualified to administer an oath;

1352            (c)  the individual communicates with the city recorder or town clerk using an

1353    electronic device that allows the individual and the city recorder or town clerk to see and hear

1354    each other; and

1355            (d)  the individual provides the city recorder or town clerk with an email address to

1356    which the filing officer may send the copies described in Subsection (4).

1357            (6) (a)  The declaration of candidacy shall substantially comply with the following

1358    form:

- 44 -

03-07-18  8:06 AM                                                    2nd Sub. (Gray) H.B. 338

1359        "I, (print name) ____, being first sworn, say that I reside at ____ Street, City of ____,

1360    County of ____, state of Utah, Zip Code ____, Telephone Number (if any) ____; that I am a

1361    registered voter; and that I am a candidate for the office of ____ (stating the term).  I will meet

1362    the legal qualifications required of candidates for this office.  I will file all campaign financial

1363    disclosure reports as required by law and I understand that failure to do so will result in my

1364    disqualification as a candidate for this office and removal of my name from the ballot.  I

1365    request that my name be printed upon the applicable official ballots.  (Signed)

1366    _____

1367        Subscribed and sworn to (or affirmed) before me by ____ on this

1368    _____(month\day\year).

1369        (Signed) _____ (Clerk or other officer qualified to administer oath)".

1370        (b)  An agent designated to file a declaration of candidacy under Subsection (5) may not

1371    sign the form described in Subsection (6)(a).

1372        (7) (a)  A registered voter may be nominated for municipal office by submitting a

1373    petition signed, with a holographic signature, by:

1374        (i)  25 residents of the municipality who are at least 18 years old; or

1375        (ii)  20% of the residents of the municipality who are at least 18 years old.

1376        (b) (i)  The petition shall substantially conform to the following form:

1377                                "NOMINATION PETITION

1378        The undersigned residents of (name of municipality) being 18 years old or older

1379    nominate (name of nominee) to the office of ____ for the (two or four-year term, whichever is

1380    applicable)."

1381        (ii)  The remainder of the petition shall contain lines and columns for the signatures of

1382    individuals signing the petition and the individuals' addresses and telephone numbers.

1383        (8)  If the declaration of candidacy or nomination petition fails to state whether the

1384    nomination is for the two-year or four-year term, the clerk shall consider the nomination to be

1385    for the four-year term.

1386        (9) (a)  The clerk shall verify with the county clerk that all candidates are registered

1387    voters.

1388        (b)  Any candidate who is not registered to vote is disqualified and the clerk may not

1389    print the candidate's name on the ballot.

2nd Sub. (Gray) H.B. 338                                03-07-18  8:06 AM

1390        (10)  Immediately after expiration of the period for filing a declaration of candidacy, the

1391   clerk shall:

1392        (a)  cause the names of the candidates as they will appear on the ballot to be published:

1393        (i)  in at least two successive publications of a newspaper with general circulation in the

1394   municipality; and

1395        (ii)  as required in Section 45-1-101; and

1396        (b)  notify the lieutenant governor of the names of the candidates as they will appear on

1397   the ballot.

1398        (11)  A declaration of candidacy or nomination petition filed under this section may not

1399   be amended after the expiration of the period for filing a declaration of candidacy.

1400        (12) (a)  A declaration of candidacy or nomination petition filed under this section is

1401   valid unless a written objection is filed with the clerk within five days after the last day for

1402   filing.

1403        (b)  If an objection is made, the clerk shall:

1404        (i)  mail or personally deliver notice of the objection to the affected candidate

1405   immediately; and

1406        (ii)  decide any objection within 48 hours after the objection is filed.

1407        (c)  If the clerk sustains the objection, the candidate may correct the problem by

1408   amending the declaration or petition within three days after the objection is sustained or by

1409   filing a new declaration within three days after the objection is sustained.

1410        (d) (i)  The clerk's decision upon objections to form is final.

1411        (ii)  The clerk's decision upon substantive matters is reviewable by a district court if

1412   prompt application is made to the district court.

1413        (iii)  The decision of the district court is final unless the Supreme Court, in the exercise

1414   of its discretion, agrees to review the lower court decision.

1415        (13)  An individual who files a declaration of candidacy and is nominated, and an

1416   individual who is nominated by a nomination petition, may, any time up to 23 days before the

1417   election, withdraw the nomination by filing a written affidavit with the clerk.

1418        Section 15.  Section **20A-9-403** is amended to read:

1419        **20A-9-403.   Regular primary elections.**

1420        (1) (a)  Candidates for elective office that are to be filled at the next regular general

03-07-18  8:06 AM                                                    2nd Sub. (Gray) H.B. 338

1421    election shall be nominated in a regular primary election by direct vote of the people in the

1422    manner prescribed in this section.  The fourth Tuesday of June of each even-numbered year is

1423    designated as regular primary election day.  Nothing in this section shall affect a candidate's

1424    ability to qualify for a regular general election's ballot as an unaffiliated candidate under

1425    Section 20A-9-501 or to participate in a regular general election as a write-in candidate under

1426    Section 20A-9-601.

1427    [(b)  Each registered political party that chooses to have the names of the registered

1428    political party's candidates for elective office featured with party affiliation on the ballot at a

1429    regular general election shall comply with the requirements of this section and shall nominate

1430    the registered political party's candidates for elective office in the manner described in this

1431    section.]

1432    [(c)] (b)  A filing officer may not permit an official ballot at a regular general election

1433    to be produced or used if the ballot denotes affiliation between a registered political party or

1434    any other political group and a candidate for elective office who is not nominated in the manner

1435    prescribed in this section or in Subsection 20A-9-202(4).

1436    [(d)] (c)  Unless noted otherwise, the dates in this section refer to those that occur in

1437    each even-numbered year in which a regular general election will be held.

1438    (2) (a)  Each registered political party, in a statement filed with the lieutenant governor,

1439    shall:

1440    (i)  either declare the registered political party's intent to participate in the next regular

1441    primary election or declare that the registered political party chooses not to have the names of

1442    the registered political party's candidates for elective office featured on the ballot at the next

1443    regular general election; and

1444    (ii)  if the registered political party participates in the upcoming regular primary

1445    election, identify one or more registered political parties whose members may vote for the

1446    registered political party's candidates and whether individuals identified as unaffiliated with a

1447    political party may vote for the registered political party's candidates.

1448    (b) (i)  A registered political party that is a continuing political party shall file the

1449    statement described in Subsection (2)(a) with the lieutenant governor no later than 5 p.m. on

1450    November 30 of each odd-numbered year.

1451    (ii)  An organization that is seeking to become a registered political party under Section

1452    20A-8-103 shall file the statement described in Subsection (2)(a) at the time that the registered

1453    political party files the petition described in Section 20A-8-103.

1454        (3) (a)  Except as provided in Subsection (3)(e), an individual who submits a

1455    declaration of candidacy under Section 20A-9-202 shall appear as a candidate for elective

1456    office on the regular primary ballot of the registered political party listed on the declaration of

1457    candidacy only if the individual is certified by the appropriate filing officer as having submitted

1458    a set of nomination petitions that was:

1459        (i)  circulated and completed in accordance with Section 20A-9-405; and

1460        (ii)  signed by at least 2% of the registered political party's members who reside in the

1461    political division of the office that the individual seeks.

1462        (b) (i)  A candidate for elective office shall submit nomination petitions to the

1463    appropriate filing officer for verification and certification no later than 5 p.m. on the [final day

1464    in March] second Friday in April.

1465        (ii)  A candidate may supplement the candidate's submissions at any time on or before

1466    the filing deadline.

1467        (c) (i)  The lieutenant governor shall determine for each elective office the total number

1468    of signatures that must be submitted under Subsection (3)(a)(ii) by counting the aggregate

1469    number of individuals residing in each elective office's political division who have designated a

1470    particular registered political party on the individuals' voter registration forms on or before

1471    November 15 of each odd-numbered year.

1472        (ii)  The lieutenant governor shall publish the determination for each elective office no

1473    later than November 30 of each odd-numbered year.

1474        (d)  The filing officer shall:

1475        (i)  verify signatures on nomination petitions in a transparent and orderly manner;

1476        (ii)  for all qualifying candidates for elective office who submit nomination petitions to

1477    the filing officer, issue certifications referenced in Subsection (3)(a) no later than 5 p.m. on the

1478    [first Monday after the third Saturday] fourth Friday in April;

1479        (iii)  consider active and inactive voters eligible to sign nomination petitions;

1480        (iv)  consider an individual who signs a nomination petition a member of a registered

1481    political party for purposes of Subsection (3)(a)(ii) if the individual has designated that

1482    registered political party as the individual's party membership on the individual's voter

03-07-18  8:06 AM                                    2nd Sub. (Gray) H.B. 338

1483  registration form; and

1484        (v)  utilize procedures described in Section 20A-7-206.3 to verify submitted nomination

1485  petition signatures, or use statistical sampling procedures to verify submitted nomination

1486  petition signatures in accordance with rules made under Subsection (3)(f).

1487        (e)  Notwithstanding any other provision in this Subsection (3), a candidate for

1488  lieutenant governor may appear on the regular primary ballot of a registered political party

1489  without submitting nomination petitions if the candidate files a declaration of candidacy and

1490  complies with Subsection 20A-9-202(3).

1491        (f)  In accordance with Title 63G, Chapter 3, Utah Administrative Rulemaking Act, the

1492  director of elections, within the Office of the Lieutenant Governor, shall make rules that:

1493        (i)  provide for the use of statistical sampling procedures that:

1494        (A)  filing officers are required to use to verify signatures under Subsection (3)(d); and

1495        (B)  reflect a bona fide effort to determine the validity of a candidate's entire

1496  submission, using widely recognized statistical sampling techniques; and

1497        (ii)  provide for the transparent, orderly, and timely submission, verification, and

1498  certification of nomination petition signatures.

1499        (g)  The county clerk shall:

1500        (i)  review the declarations of candidacy filed by candidates for local boards of

1501  education to determine if more than two candidates have filed for the same seat;

1502        (ii)  place the names of all candidates who have filed a declaration of candidacy for a

1503  local board of education seat on the nonpartisan section of the ballot if more than two

1504  candidates have filed for the same seat; and

1505        (iii)  determine the order of the local board of education candidates' names on the ballot

1506  in accordance with Section 20A-6-305.

1507        (4) (a)  [By 5 p.m. on] On the first [Wednesday] Monday after the [third] fourth

1508  Saturday in April, the lieutenant governor shall provide to the county clerks:

1509        (i)  a list of the names of all candidates for federal, constitutional, multi-county, single

1510  county, and county offices who have received certifications under Subsection (3), along with

1511  instructions on how those names shall appear on the primary election ballot in accordance with

1512  Section 20A-6-305; and

1513        (ii)  a list of unopposed candidates for elective office who have been nominated by a

- 49 -

1514    registered political party under Subsection (5)(c) and instruct the county clerks to exclude the

1515    unopposed candidates from the primary election ballot.

1516         (b)  A candidate for lieutenant governor and a candidate for governor campaigning as

1517    joint-ticket running mates shall appear jointly on the primary election ballot.

1518         (c)  After the county clerk receives the certified list from the lieutenant governor under

1519    Subsection (4)(a), the county clerk shall post or publish a primary election notice in

1520    substantially the following form:

1521         "Notice is given that a primary election will be held Tuesday, June _____,

1522    _____(year), to nominate party candidates for the parties and candidates for nonpartisan

1523    local school board positions listed on the primary ballot.  The polling place for voting precinct

1524    _____ is _____.  The polls will open at 7 a.m. and continue open until 8 p.m. of the same day.

1525    Attest: county clerk."

1526         (5) (a)  A candidate, other than a presidential candidate, who, at the regular primary

1527    election, receives the highest number of votes cast for the office sought by the candidate is:

1528         (i)  nominated for that office by the candidate's registered political party; or

1529         (ii)  for a nonpartisan local school board position, nominated for that office.

1530         (b)  If two or more candidates, other than presidential candidates, are to be elected to

1531    the office at the regular general election, those party candidates equal in number to positions to

1532    be filled who receive the highest number of votes at the regular primary election are the

1533    nominees of the candidates' party for those positions.

1534         (c) (i)  As used in this Subsection (5)(c), a candidate is "unopposed" if:

1535         (A)  no individual other than the candidate receives a certification under Subsection (3)

1536    for the regular primary election ballot of the candidate's registered political party for a

1537    particular elective office; or

1538         (B)  for an office where more than one individual is to be elected or nominated, the

1539    number of candidates who receive certification under Subsection (3) for the regular primary

1540    election of the candidate's registered political party does not exceed the total number of

1541    candidates to be elected or nominated for that office.

1542         (ii)  A candidate who is unopposed for an elective office in the regular primary election

1543    of a registered political party is nominated by the party for that office without appearing on the

1544    primary election ballot.

1545      (6) (a)  When a tie vote occurs in any primary election for any national, state, or other

1546  office that represents more than one county, the governor, lieutenant governor, and attorney

1547  general shall, at a public meeting called by the governor and in the presence of the candidates

1548  involved, select the nominee by lot cast in whatever manner the governor determines.

1549      (b)  When a tie vote occurs in any primary election for any county office, the district

1550  court judges of the district in which the county is located shall, at a public meeting called by

1551  the judges and in the presence of the candidates involved, select the nominee by lot cast in

1552  whatever manner the judges determine.

1553      (7)  The expense of providing all ballots, blanks, or other supplies to be used at any

1554  primary election provided for by this section, and all expenses necessarily incurred in the

1555  preparation for or the conduct of that primary election shall be paid out of the treasury of the

1556  county or state, in the same manner as for the regular general elections.

1557      (8)  An individual may not file a declaration of candidacy for a registered political party

1558  of which the individual is not a member, except to the extent that the registered political party

1559  permits otherwise under the registered political party's bylaws.

1560      Section 16.  Section **20A-9-404** is amended to read:

1561      **20A-9-404.  Municipal primary elections.**

1562      (1) (a)  Except as otherwise provided in this section, candidates for municipal office in

1563  all municipalities shall be nominated at a municipal primary election.

1564      (b)  Municipal primary elections shall be held:

1565      (i)  consistent with Section 20A-1-201.5, on the second Tuesday following the first

1566  Monday in the August before the regular municipal election; and

1567      (ii)  whenever possible, at the same polling places as the regular municipal election.

1568      (2)  If the number of candidates for a particular municipal office does not exceed twice

1569  the number of individuals needed to fill that office, a primary election for that office may not

1570  be held and the candidates are considered nominated.

1571      (3) (a)  For purposes of this Subsection (3), "convention" means an organized assembly

1572  of voters or delegates.

1573      (b) (i)  By ordinance adopted before the May 1 that falls before a regular municipal

1574  election, any third, fourth, or fifth class city or town may exempt itself from a primary election

1575  by providing that the nomination of candidates for municipal office to be voted upon at a

1576    municipal election be nominated by a political party convention or committee.

1577         (ii)  Any primary election exemption ordinance adopted under the authority of this

1578    Subsection (3) remains in effect until repealed by ordinance.

1579         (c) (i)  A convention or committee may not nominate[. (A) an individual who has not

1580    submitted a declaration of candidacy, or has not been nominated by a nomination petition,

1581    under Section 20A-9-203; or (B)] more than one group of candidates, or have placed on the

1582    ballot more than one group of candidates, for the municipal offices to be voted upon at the

1583    municipal election.

1584         (ii)  A convention or committee may nominate an individual who has been nominated

1585    by a different convention or committee.

1586         (iii)  A political party may not have more than one group of candidates placed upon the

1587    ballot and may not group the same candidates on different tickets by the same party under a

1588    different name or emblem.

1589         (d) (i)  The convention or committee shall prepare a certificate of nomination for each

1590    individual nominated.

1591         (ii)  The certificate of nomination shall:

1592         (A)  contain the name of the office for which each individual is nominated, the name,

1593    post office address, and, if in a city, the street number of residence and place of business, if

1594    any, of each individual nominated;

1595         (B)  designate in not more than five words the political party that the convention or

1596    committee represents;

1597         (C)  contain a copy of the resolution passed at the convention that authorized the

1598    committee to make the nomination;

1599         (D)  contain a statement certifying that the name of the candidate nominated by the

1600    political party will not appear on the ballot as a candidate for any other political party;

1601         (E)  be signed by the presiding officer and secretary of the convention or committee;

1602    and

1603         (F)  contain a statement identifying the residence and post office address of the

1604    presiding officer and secretary and certifying that the presiding officer and secretary were

1605    officers of the convention or committee and that the certificates are true to the best of their

1606    knowledge and belief.

1607           (iii)  Certificates of nomination shall be filed with the clerk not later than 80 days

1608    before the municipal general election.

1609           (e)  A committee appointed at a convention, if authorized by an enabling resolution,

1610    may also make nominations or fill vacancies in nominations made at a convention.

1611           (f)  The election ballot shall substantially comply with the form prescribed in Title 20A,

1612    Chapter 6, Part 4, Ballot Form Requirements for Municipal Elections, but the party name shall

1613    be included with the candidate's name.

1614           (4) (a)  Any third, fourth, or fifth class city may adopt an ordinance before the May 1

1615    that falls before the regular municipal election that:

1616           (i)  exempts the city from the other methods of nominating candidates to municipal

1617    office provided in this section; and

1618           (ii)  provides for a partisan primary election method of nominating candidates as

1619    provided in this Subsection (4).

1620           (b) (i)  Any party that was a registered political party at the last regular general election

1621    or regular municipal election is a municipal political party under this section.

1622           (ii)  Any political party may qualify as a municipal political party by presenting a

1623    petition to the city recorder that:

1624           (A)  is signed, with a holographic signature, by registered voters within the municipality

1625    equal to at least 20% of the number of votes cast for all candidates for mayor in the last

1626    municipal election at which a mayor was elected;

1627           (B)  is filed with the city recorder by May 31 of any odd-numbered year;

1628           (C)  is substantially similar to the form of the signature sheets described in Section

1629    20A-7-303; and

1630           (D)  contains the name of the municipal political party using not more than five words.

1631           (c) (i)  If the number of candidates for a particular office does not exceed twice the

1632    number of offices to be filled at the regular municipal election, no partisan primary election for

1633    that office shall be held and the candidates are considered to be nominated.

1634           (ii)  If the number of candidates for a particular office exceeds twice the number of

1635    offices to be filled at the regular municipal election, those candidates for municipal office shall

1636    be nominated at a partisan primary election.

1637           (d)  The clerk shall ensure that:

1638        (i)  the partisan municipal primary ballot is similar to the ballot forms required by

1639   Sections 20A-6-401 and 20A-6-401.1;

1640        (ii)  the candidates for each municipal political party are listed in one or more columns

1641   under their party name and emblem;

1642        (iii)  the names of candidates of all parties are printed on the same ballot, but under

1643   their party designation;

1644        (iv)  every ballot is folded and perforated in a manner that separates the candidates of

1645   one party from those of the other parties and enables the voter to separate the part of the ballot

1646   containing the names of the party of the voter's choice from the remainder of the ballot; and

1647        (v)  the side edges of all ballots are perforated so that the outside sections of the ballots,

1648   when detached, are similar in appearance to inside sections when detached.

1649        (e)  After marking a municipal primary ballot, the voter shall:

1650        (i)  detach the part of the ballot containing the names of the candidates of the party the

1651   voter has voted from the rest of the ballot;

1652        (ii)  fold the detached part so that its face is concealed and deposit it in the ballot box;

1653   and

1654        (iii)  fold the remainder of the ballot containing the names of the candidates of the

1655   parties for whom the elector did not vote and deposit it in the blank ballot box.

1656        (f)  Immediately after the canvass, the election judges shall, without examination,

1657   destroy the tickets deposited in the blank ballot box.

1658        Section 17.  Section **20A-9-406.5** is enacted to read:

1659        **20A-9-406.5.  Candidate's right to placement on ballot.**

1660        (1)  As used in this section, "valid candidate" means a candidate who lawfully files a

1661   declaration of candidacy to seek nomination to run for office as a member of a political party

1662   that certifies as a qualified political party under Subsection 20A-9-101(12)(d).

1663        (2)  If a political party that provides the certification described in Subsection

1664   20A-9-101(12)(d) takes any action to prevent an individual from seeking nomination by

1665   gathering signatures under Section 20A-9-408, the lieutenant governor may not refuse to place

1666   a nominee of the political party, who is selected at the political party's convention, or who

1667   qualifies for the ballot by collecting signatures, on the primary election ballot or the general

1668   election ballot, as applicable.

03-07-18  8:06 AM                                      2nd Sub. (Gray) H.B. 338

1669          (3)  If a person brings a legal action claiming that a political party has taken the action

1670   described in Subsection (2), the legal action may not result in prohibiting placement of a

1671   nominee of the political party, who is selected at the political party's convention, or who

1672   qualifies for the ballot by collecting signatures, on the primary election ballot or the general

1673   election ballot, as applicable.

1674          Section 18.  Section **20A-9-408** is amended to read:

1675          **20A-9-408.   Signature-gathering process to seek the nomination of a qualified**

1676   **political party.**

1677          (1)  This section describes the requirements for a member of a qualified political party

1678   who is seeking the nomination of the qualified political party for an elective office through the

1679   signature-gathering process described in this section.

1680          (2)  Notwithstanding Subsection 20A-9-201(4)(a), the form of the declaration of

1681   candidacy for a member of a qualified political party who is nominated by, or who is seeking

1682   the nomination of, the qualified political party under this section shall be substantially as

1683   described in Section 20A-9-408.5.

1684          (3)  Notwithstanding Subsection 20A-9-202(1)(a), and except as provided in Subsection

1685   20A-9-202(4), a member of a qualified political party who, under this section, is seeking the

1686   nomination of the qualified political party for an elective office that is to be filled at the next

1687   general election shall:

1688          (a)  within the period beginning on [January 1 before the next regular general election

1689   and ending on the third Thursday in March] the first business day in January of an

1690   even-numbered year and ending at 5 p.m. on the fifth business day in January of the same year,

1691   and before gathering signatures under this section, file with the filing officer on a form

1692   approved by the lieutenant governor a notice of intent to gather signatures for candidacy that

1693   includes:

1694          (i)  the name of the member who will attempt to become a candidate for a registered

1695   political party under this section;

1696          (ii)  the name of the registered political party for which the member is seeking

1697   nomination;

1698          (iii)  the office for which the member is seeking to become a candidate;

1699          (iv)  the address and telephone number of the member; and

**2nd Sub. (Gray) H.B. 338**                                    03-07-18  8:06 AM

1700     (v)  other information required by the lieutenant governor;

1701     (b)  file a declaration of candidacy, in person, with the filing officer on or after the

1702  second Friday in March and before 5 p.m. on the third Thursday in March before the next

1703  regular general election; and

1704     (c)  pay the filing fee.

1705     (4)  Notwithstanding Subsection 20A-9-202(2)(a), a member of a qualified political

1706  party who, under this section, is seeking the nomination of the qualified political party for the

1707  office of district attorney within a multicounty prosecution district that is to be filled at the next

1708  general election shall:

1709     (a)  [on or after January 1 before the next regular general election, and before gathering

1710  signatures under this section] within the period beginning on the first business day in January

1711  of an even-numbered year and ending on the fifth business day in January of the same year, file

1712  with the filing officer on a form approved by the lieutenant governor a notice of intent to gather

1713  signatures for candidacy that includes:

1714     (i)  the name of the member who will attempt to become a candidate for a registered

1715  political party under this section;

1716     (ii)  the name of the registered political party for which the member is seeking

1717  nomination;

1718     (iii)  the office for which the member is seeking to become a candidate;

1719     (iv)  the address and telephone number of the member; and

1720     (v)  other information required by the lieutenant governor;

1721     (b)  file a declaration of candidacy, in person, with the filing officer on or after the

1722  second Friday in March and before 5 p.m. on the third Thursday in March before the next

1723  regular general election; and

1724     (c)  pay the filing fee.

1725     (5)  Notwithstanding Subsection 20A-9-202(3)(a)(iii), a lieutenant governor candidate

1726  who files as the joint-ticket running mate of an individual who is nominated by a qualified

1727  political party, under this section, for the office of governor shall, on or before 5 p.m. on the

1728  first Monday after the third Saturday in April, file a declaration of candidacy and submit a letter

1729  from the candidate for governor that names the lieutenant governor candidate as a joint-ticket

1730  running mate.

1731          (6)  The lieutenant governor shall ensure that the certification described in Subsection

1732    20A-9-701(1) also includes the name of each candidate nominated by a qualified political party

1733    under this section.

1734          (7)  Notwithstanding Subsection 20A-9-701(2), the ballot shall, for each candidate who

1735    is nominated by a qualified political party under this section, designate the qualified political

1736    party that nominated the candidate.

1737          (8)  A member of a qualified political party may seek the nomination of the qualified

1738    political party for an elective office by:

1739          (a)  complying with the requirements described in this section; and

1740          (b)  collecting signatures, on a form approved by the lieutenant governor, during the

1741    period beginning on [January 1] the first business day in January of an even-numbered year and

1742    ending [14 days before the day on which the qualified political party's convention for the office

1743    is held] at 5 p.m. on the second Friday in April, in the following amounts:

1744          (i)  for a statewide race, 28,000 signatures of registered voters in the state who are

1745    permitted by the qualified political party to vote for the qualified political party's candidates in

1746    a primary election;

1747          (ii)  for a congressional district race, 7,000 signatures of registered voters who are

1748    residents of the congressional district and are permitted by the qualified political party to vote

1749    for the qualified political party's candidates in a primary election;

1750          (iii)  for a state Senate district race, 2,000 signatures of registered voters who are

1751    residents of the state Senate district and are permitted by the qualified political party to vote for

1752    the qualified political party's candidates in a primary election;

1753          (iv)  for a state House district race, 1,000 signatures of registered voters who are

1754    residents of the state House district and are permitted by the qualified political party to vote for

1755    the qualified political party's candidates in a primary election;

1756          (v)  for a State Board of Education race, the lesser of:

1757          (A)  2,000 signatures of registered voters who are residents of the State Board of

1758    Education district and are permitted by the qualified political party to vote for the qualified

1759    political party's candidates in a primary election; or

1760          (B)  3% of the registered voters of the qualified political party who are residents of the

1761    applicable State Board of Education district; and

1762          (vi)  for a county office race, signatures of 3% of the registered voters who are residents

1763  of the area permitted to vote for the county office and are permitted by the qualified political

1764  party to vote for the qualified political party's candidates in a primary election.

1765          (9) (a)  In order for a member of the qualified political party to qualify as a candidate

1766  for the qualified political party's nomination for an elective office under this section, the

1767  member shall:

1768          (i)  collect the signatures on a form approved by the lieutenant governor, using the same

1769  circulation and verification requirements described in Sections 20A-7-204 and 20A-7-205; and

1770          (ii)  submit the signatures to the election officer no later than 14 days before the day on

1771  which the qualified political party holds its convention to select candidates, for the elective

1772  office, for the qualified political party's nomination.

1773          (b)  An individual may not gather signatures under this section until after the individual

1774  files a notice of intent to gather signatures for candidacy described in this section.

1775          (c)  An individual who files a notice of intent to gather signatures for candidacy,

1776  described in Subsection (3)(a) or (4)(a), is, beginning on the day on which the individual files

1777  the notice of intent to gather signatures for candidacy:

1778          (i)  required to comply with the reporting requirements that a candidate for office is

1779  required to comply with; and

1780          (ii)  subject to the same enforcement provisions, and civil and criminal penalties, that

1781  apply to a candidate for office in relation to the reporting requirements described in Subsection

1782  (9)(c)(i).

1783          (d)  Upon timely receipt of the signatures described in Subsections (8) and (9)(a), the

1784  election officer shall, no later than one day before the day on which the qualified political party

1785  holds the convention to select a nominee for the elective office to which the signature packets

1786  relate:

1787          (i)  check the name of each individual who completes the verification for a signature

1788  packet to determine whether each individual is a resident of Utah and is at least 18 years old;

1789          (ii)  submit the name of each individual described in Subsection (9)(d)(i) who is not a

1790  Utah resident or who is not at least 18 years old to the attorney general and the county attorney;

1791          (iii)  determine whether each signer is a registered voter who is qualified to sign the

1792  petition, using the same method, described in Section 20A-7-206.3, used to verify a signature

1793    on a petition;

1794       (iv)  certify whether each name is that of a registered voter who is qualified to sign the

1795    signature packet; and

1796       (v)  notify the qualified political party and the lieutenant governor of the name of each

1797    member of the qualified political party who qualifies as a nominee of the qualified political

1798    party, under this section, for the elective office to which the convention relates.

1799       (e)  Upon receipt of a notice of intent to gather signatures for candidacy described in

1800    this section, the lieutenant governor shall post the notice of intent to gather signatures for

1801    candidacy on the lieutenant governor's website in the same location that the lieutenant governor

1802    posts a declaration of candidacy.

1803       Section 19.  Section **20A-9-409** is amended to read:

1804       **20A-9-409.   Primary election provisions relating to qualified political party.**

1805       (1)  The fourth Tuesday of June of each even-numbered year is designated as a regular

1806    primary election day.

1807       (2) (a)  A qualified political party that nominates one or more candidates for an elective

1808    office under Section 20A-9-407 and does not have a candidate qualify as a candidate for that

1809    office under Section 20A-9-408, may, but is not required to, participate in the primary election

1810    for that office.

1811       (b)  A qualified political party that has only one candidate qualify as a candidate for an

1812    elective office under Section 20A-9-408 and does not nominate a candidate for that office

1813    under Section 20A-9-407, may, but is not required to, participate in the primary election for

1814    that office.

1815       (c)  A qualified political party that nominates one or more candidates for an elective

1816    office under Section 20A-9-407 and has one or more candidates qualify as a candidate for that

1817    office under Section 20A-9-408 shall participate in the primary election for that office.

1818       (d)  A qualified political party that has two or more candidates qualify as candidates for

1819    an elective office under Section 20A-9-408 and does not nominate a candidate for that office

1820    under Section 20A-9-407 shall participate in the primary election for that office.

1821       (3)  Notwithstanding Subsection (2), in an opt-in county, as defined in Section

1822    17-52-501 or Section 17-52-502, a qualified political party shall participate in the primary

1823    election for a county commission office if:

2nd Sub. (Gray) H.B. 338                                    03-07-18  8:06 AM

1824          (a)  there is more than one:

1825          (i)  open position as defined in Section 17-52-501; or

1826          (ii)  midterm vacancy as defined in Section 17-52-501; and

1827          (b)  the number of candidates nominated under Section 20A-9-407 or qualified under

1828    Section 20A-9-408 for the respective open positions or midterm vacancies exceeds the number

1829    of respective open positions or midterm vacancies.

1830          (4) (a)  As used in this Subsection (4), a candidate is "unopposed" if:

1831          (i)  no individual other than the candidate receives a certification, from the appropriate

1832    filing officer, for the regular primary election ballot of the candidate's registered political party

1833    for a particular elective office; or

1834          (ii)  for an office where more than one individual is to be elected or nominated, the

1835    number of candidates who receive certification, from the appropriate filing officer, for the

1836    regular primary election of the candidate's registered political party does not exceed the total

1837    number of candidates to be elected or nominated for that office.

1838          (b)  [By 5 p.m. on] On the first [Wednesday] Monday after the [third] fourth Saturday

1839    in April, the lieutenant governor shall:

1840          (i)  provide to the county clerks:

1841          (A)  a list of the names of all candidates for federal, constitutional, multi-county, single

1842    county, and county offices who have received certifications from the appropriate filing officer,

1843    along with instructions on how those names shall appear on the primary election ballot in

1844    accordance with Section 20A-6-305; and

1845          (B)  a list of unopposed candidates for elective office who have been nominated by a

1846    registered political party; and

1847          (ii)  instruct the county clerks to exclude unopposed candidates from the primary

1848    election ballot.

1849          Section 20.  Section **20A-9-701** is amended to read:

1850          **20A-9-701.   Certification of party candidates to county clerks -- Display on ballot.**

1851          (1)  No later than August 31 of each regular general election year, the lieutenant

1852    governor shall certify to each county clerk[, for offices to be voted upon at the regular general

1853    election in that county clerk's county: (a)] the names of each candidate [nominated under

1854    Subsection 20A-9-202(4) or Subsection 20A-9-403(5); and (b) the names of the], including

- 60 -

1855    candidates for president and vice president that are certified by the registered political party as

1856    the party's nominees, for offices to be voted upon at the regular general election in that county

1857    clerk's county.

1858        (2)  The names shall be certified by the lieutenant governor and shall be displayed on

1859    the ballot as they are provided on the candidate's declaration of candidacy. [No other names

1860    may appear on the ballot as affiliated with, endorsed by, or nominated by any other registered

1861    political party, political party, or other political group.]

1862        Section 21. **Repealer.**

1863        This bill repeals:

1864        Section **20A-1-103, Severability clause.**

1865        Section **20A-9-405, Nomination petitions for regular primary elections.**

1866        Section **20A-9-406, Qualified political party -- Requirements and exemptions.**

1867        Section **20A-9-407, Convention process to seek the nomination of a qualified**

1868 **political party.**

1869        Section **20A-9-408.5, Declaration of candidacy form for qualified political party.**

1870        Section **20A-9-410, Rulemaking authority.**

1871        Section **20A-9-411, Signing multiple nomination petitions.**

1872        Section 22.  **Effective date.**

1873        (1)  Except as provided in Subsections (2) and (3), this bill takes effect on January 1,

1874    2019.

1875        (2) (a)  If this bill is approved by two-thirds of all the members elected to each house,

1876    the enactment of Sections 20A-9-202, 20A-9-403, and 20A-9-406.5 take effect upon approval

1877    by the governor, or the day following the constitutional time limit of Utah Constitution, Article

1878    VII, Section 8, without the governor's signature, or in the case of a veto, the date of veto

1879    override.

1880        (b)  If this bill is not approved by two-thirds of all the members elected to each house,

1881    the enactment of Sections 20A-9-202, 20A-9-403, and 20A-9-406.5 takes effect on May 8,

1882    2018, unless this bill is vetoed by the governor.

1883        (3) (a)  Except as provided in Subsection (3)(b), this bill does not take effect if the

1884    Count My Vote citizens' initiative petition, entitled "Direct Primary Election," filed with the

1885    lieutenant governor on September 27, 2017, becomes law.

1886    (b)  If approved by two-thirds vote of all the members elected to each house, the

1887    enactment of Section 20A-9-406.5 takes effect upon the governor's signature, or if not

1888    approved by two-thirds vote, on May 8, 2018, unless this bill is vetoed by the governor.

1889    Section 23.  **Revisor instructions.**

1890    If the Count My Vote citizen's initiative petition, entitled "Direct Primary Election,"

1891    filed with the lieutenant governor on September 27, 2017, does not become law, the Legislature

1892    intends that the Office of Legislative Research and General Counsel, in preparing the Utah

1893    Code database for publication on January 1, 2019, shall:

1894    (1)  reverse the changes made to Sections 20A-9-202 and 20A-9-403 in this bill;

1895    (2)  after complying with Subsection (1):

1896    (a)  amend Subsections 20A-9-202(1) through (3), as follows:

1897    "(1) (a)  Each person seeking to become a candidate for [an] elective office for a county

1898    office that is to be filled at the next regular general election shall:

1899    (i)  file a declaration of candidacy in person with the [filing officer on or after January 1

1900    of the regular general election year, and, if applicable, before the candidate circulates

1901    nomination petitions under Section 20A-9-405] county clerk on or after the second Friday in

1902    March and before 5 p.m. on the third Thursday in March before the next regular general

1903    election; and

1904    (ii)  pay the filing fee.

1905    (b)  Each person intending to become a candidate for a legislative office or multicounty

1906    office that is to be filled at the next regular general election shall:

1907    (i)  file a declaration of candidacy in person with either the lieutenant governor or the

1908    county clerk in the candidate's county of residence on or after the second Friday in March and

1909    before 5 p.m. on the third Thursday in March before the next regular general election; and

1910    (ii)  pay the filing fee.

1911    [(b)] (c) (i)  Each county clerk who receives a declaration of candidacy from a candidate

1912    for multicounty office shall transmit the filing fee and a copy of the candidate's declaration of

1913    candidacy to the lieutenant governor within one working day after it is filed.

1914    [(c)] (ii)  Each day during the filing period, each county clerk shall notify the lieutenant

1915    governor electronically or by telephone of legislative candidates who have filed in [their] the

1916    county clerk's office.

03-07-18  8:06 AM                                    2nd Sub. (Gray) H.B. 338

1917        (d)  Each person seeking to become a candidate for elective office for a federal office or
1918   constitutional office that is to be filled at the next regular general election shall:
1919        (i)  file a declaration of candidacy in person with the lieutenant governor on or after the
1920   second Friday in March and before 5 p.m. on the third Thursday in March before the next
1921   regular general election; and
1922        (ii)  pay the filing fee.
1923        [(d)] (e)  Each person seeking the office of lieutenant governor, the office of district
1924   attorney, or the office of president or vice president of the United States shall comply with the
1925   specific declaration of candidacy requirements established by this section.
1926        (2) (a)  Each person intending to become a candidate for the office of district attorney
1927   within a multicounty prosecution district that is to be filled at the next regular general election
1928   shall:
1929        (i)  file a declaration of candidacy with the clerk designated in the interlocal agreement
1930   creating the prosecution district on or after [January 1 of the regular general election year, and
1931   before the candidate circulates nomination petitions under Section 20A-9-405] the second
1932   Friday in March and before 5 p.m. on the third Thursday in March before the next regular
1933   general election; and
1934        (ii)  pay the filing fee.
1935        (b)  The designated clerk shall provide to the county clerk of each county in the
1936   prosecution district a certified copy of each declaration of candidacy filed for the office of
1937   district attorney.
1938        (3) (a)  [On or before 5 p.m. on the first Monday after the third Saturday in April]
1939   Within five working days of nomination, each lieutenant governor candidate shall:
1940        (i)  file a declaration of candidacy with the lieutenant governor;
1941        (ii)  pay the filing fee; and
1942        (iii)  submit a letter from a candidate for governor who has received certification for the
1943   [primary-election] primary election ballot under Section 20A-9-403 that names the lieutenant
1944   governor candidate as a joint-ticket running mate.
1945        (b)  Any candidate for lieutenant governor who fails to [timely file] within five working
1946   days is disqualified.  If a lieutenant governor is disqualified, another candidate shall [file] be
1947   nominated to replace the disqualified candidate."; and

- 63 -

**2nd Sub. (Gray) H.B. 338**                                    **03-07-18  8:06 AM**

1948          (b)  amend Subsections 20A-9-403(1) through (5) as follows:

1949          "(1) (a)  [Candidates for elective office that are to be filled at the next regular general

1950    election shall be nominated in a regular primary election by direct vote of the people in the

1951    manner prescribed in this section.]  The fourth Tuesday of June of each even-numbered year is

1952    designated as regular primary election day.  [Nothing in this section shall affect a candidate's

1953    ability to qualify for a regular general election's ballot as an unaffiliated candidate under

1954    Section 20A-9-501 or to participate in a regular general election as a write-in candidate under

1955    Section 20A-9-601.]

1956          (b)  Each registered political party that chooses to [have the names] use the primary

1957    election process to nominate some or all of the registered political party's candidates [for

1958    elective office featured with party affiliation on the ballot at a regular general election] shall

1959    comply with the requirements of this section [and shall nominate the registered political party's

1960    candidates for elective office in the manner described in this section].

1961          [(c)  A filing officer may not permit an official ballot at a regular general election to be

1962    produced or used if the ballot denotes affiliation between a registered political party or any

1963    other political group and a candidate for elective office who is not nominated in the manner

1964    prescribed in this section or in Subsection 20A-9-202(4).]

1965          [(d)  Unless noted otherwise, the dates in this section refer to those that occur in each

1966    even-numbered year in which a regular general election will be held.]

1967          (2) (a)  [Each] As a condition for using the state's election system, each registered

1968    political party[, in a statement filed with the lieutenant governor,] that wishes to participate in

1969    the primary election shall:

1970          (i)  [either] declare the registered political party's intent to participate in the [next

1971    regular] primary election [or declare that the registered political party chooses not to have the

1972    names of the registered political party's candidates for elective office featured on the ballot at

1973    the next regular general election; and]:

1974          (ii)  [if the registered political party participates in the upcoming regular primary

1975    election,] identify one or more registered political parties whose members may vote for the

1976    registered political party's candidates and whether individuals identified as unaffiliated with a

1977    political party may vote for the registered political party's candidates[.]; and

1978          [(b) (i)  A registered political party that is a continuing political party shall file the

03-07-18  8:06 AM                                          2nd Sub. (Gray) H.B. 338

1979   statement described in Subsection (2)(a) with the lieutenant governor no later than 5 p.m. on

1980   November 30 of each odd-numbered year.]

1981          [(ii)  An organization that is seeking to become a registered political party under

1982   Section 20A-8-103 shall file the statement described in Subsection (2)(a) at the time that the

1983   registered political party files the petition described in Section 20A-8-103.]

1984          [(3) (a)  Except as provided in Subsection (3)(e), an individual who submits a

1985   declaration of candidacy under Section 20A-9-202 shall appear as a candidate for elective

1986   office on the regular primary ballot of the registered political party listed on the declaration of

1987   candidacy only if the individual is certified by the appropriate filing officer as having submitted

1988   a set of nomination petitions that was:]

1989          [(i)  circulated and completed in accordance with Section 20A-9-405; and]

1990          [(ii)  signed by at least 2% of the registered political party's members who reside in the

1991   political division of the office that the individual seeks.]

1992          [(b) (i)  A candidate for elective office shall submit nomination petitions to the

1993   appropriate filing officer for verification and certification no later than 5 p.m. on the final day

1994   in March.]

1995          [(ii)  A candidate may supplement the candidate's submissions at any time on or before

1996   the filing deadline.]

1997          [(c) (i)  The lieutenant governor shall determine for each elective office the total

1998   number of signatures that must be submitted under Subsection (3)(a)(ii) by counting the

1999   aggregate number of individuals residing in each elective office's political division who have

2000   designated a particular registered political party on the individuals' voter registration forms on

2001   or before November 15 of each odd-numbered year.]

2002          [(ii)  The lieutenant governor shall publish the determination for each elective office no

2003   later than November 30 of each odd-numbered year.]

2004          [(d)  The filing officer shall:]

2005          [(i)  verify signatures on nomination petitions in a transparent and orderly manner;]

2006          [(ii)  for all qualifying candidates for elective office who submit nomination petitions to

2007   the filing officer, issue certifications referenced in Subsection (3)(a) no later than 5 p.m. on the

2008   first Monday after the third Saturday in April;]

2009          [(iii)  consider active and inactive voters eligible to sign nomination petitions;]

2nd Sub. (Gray) H.B. 338                                      03-07-18  8:06 AM

2010 ~~[(iv)  consider an individual who signs a nomination petition a member of a registered~~
2011 ~~political party for purposes of Subsection (3)(a)(ii) if the individual has designated that~~
2012 ~~registered political party as the individual's party membership on the individual's voter~~
2013 ~~registration form; and]~~
2014 ~~[(v)  utilize procedures described in Section 20A-7-206.3 to verify submitted~~
2015 ~~nomination petition signatures, or use statistical sampling procedures to verify submitted~~
2016 ~~nomination petition signatures in accordance with rules made under Subsection (3)(f).]~~
2017 ~~[(e)  Notwithstanding any other provision in this Subsection (3), a candidate for~~
2018 ~~lieutenant governor may appear on the regular primary ballot of a registered political party~~
2019 ~~without submitting nomination petitions if the candidate files a declaration of candidacy and~~
2020 ~~complies with Subsection 20A-9-202(3).]~~
2021 ~~[(f)  In accordance with Title 63G, Chapter 3, Utah Administrative Rulemaking Act, the~~
2022 ~~director of elections, within the Office of the Lieutenant Governor, shall make rules that:]~~
2023 ~~[(i)  provide for the use of statistical sampling procedures that:]~~
2024 ~~[(A)  filing officers are required to use to verify signatures under Subsection (3)(d);~~
2025 ~~and]~~
2026 ~~[(B)  reflect a bona fide effort to determine the validity of a candidate's entire~~
2027 ~~submission, using widely recognized statistical sampling techniques; and]~~
2028 ~~[(ii)  provide for the transparent, orderly, and timely submission, verification, and~~
2029 ~~certification of nomination petition signatures.]~~
2030 (iii)  certify the information described in this Subsection (2)(a) to the lieutenant
2031 governor no later than 5 p.m. on March 1 of each even-numbered year.
2032 (b)  As a condition for using the state's election system, each registered political party
2033 that wishes to participate in the primary election shall:
2034 (i)  certify the name and office of each of the registered political party's candidates to
2035 the lieutenant governor no later than 5 p.m. on the first Monday after the third Saturday in
2036 April of each even-numbered year and indicate which of the candidates will be on the primary
2037 ballot; and
2038 (ii)  certify the name and office of each of the registered political party's county
2039 candidates to the county clerks by 5 p.m. on the first Monday after the third Saturday in April
2040 of each even-numbered year and indicate which of the candidates will be on the primary ballot.

2041        (c)  By 5 p.m. on the first Wednesday after the third Saturday in April of each
2042   even-numbered year, the lieutenant governor shall send the county clerks a certified list of the
2043   names of all statewide candidates, multicounty candidates, or single county candidates that
2044   shall be printed on the primary ballot and the order the candidates are to appear on the ballot in
2045   accordance with Section 20A-6-305.
2046        (d)  Except for presidential candidates, if a registered political party does not wish to
2047   participate in the primary election, the registered political party shall submit the names of the
2048   registered political party's county candidates to the county clerks and the names of all of the
2049   registered political party's candidates to the lieutenant governor by 5 p.m. on May 30 of each
2050   even-numbered year.
2051        [(g)] (3)  The county clerk shall:
2052        [(i)] (a)  review the declarations of candidacy filed by candidates for local boards of
2053   education to determine if more than two candidates have filed for the same seat;
2054        [(ii)] (b)  place the names of all candidates who have filed a declaration of candidacy
2055   for a local board of education seat on the nonpartisan section of the ballot if more than two
2056   candidates have filed for the same seat; and
2057        [(iii)] (c)  determine the order of the [local board of education] candidates' names on the
2058   ballot in accordance with Section 20A-6-305.
2059        [(4) (a)  By 5 p.m. on the first Wednesday after the third Saturday in April, the
2060   lieutenant governor shall provide to the county clerks:]
2061        [(i)  a list of the names of all candidates for federal, constitutional, multi-county, single
2062   county, and county offices who have received certifications under Subsection (3), along with
2063   instructions on how those names shall appear on the primary election ballot in accordance with
2064   Section 20A-6-305; and]
2065        [(ii)  a list of unopposed candidates for elective office who have been nominated by a
2066   registered political party under Subsection (5)(c) and instruct the county clerks to exclude the
2067   unopposed candidates from the primary election ballot.]
2068        [(b)  A candidate for lieutenant governor and a candidate for governor campaigning as
2069   joint-ticket running mates shall appear jointly on the primary election ballot.]
2070        [(c)] (4)  After the county clerk receives the certified list from [the lieutenant governor
2071   under Subsection (4)(a)] a registered political party, the county clerk shall post or publish a

**2nd Sub. (Gray) H.B. 338**                                      03-07-18  8:06 AM

2072    primary election notice in substantially the following form:

2073            "Notice is given that a primary election will be held Tuesday, June _____,

2074    _____(year), to nominate party candidates for the parties and [~~candidates for~~] nonpartisan

2075    [~~local school board positions~~] <u>offices</u> listed on the primary ballot.  The polling place for voting

2076    precinct _____ is _____.  The polls will open at 7 a.m. and continue open until 8 p.m. of the same

2077    day.  Attest: county clerk."

2078            (5) (a)  A candidate, other than a presidential candidate, who, at the regular primary

2079    election, receives the highest number of votes cast for the office sought by the candidate is[:~~(i)~~]

2080    nominated for that office by the candidate's registered political party[~~,~~] <u>or nonpartisan group.</u>

2081            [~~(ii)  for a nonpartisan local school board position, nominated for that office.~~]

2082            (b)  If two or more candidates, other than presidential candidates, are to be elected to

2083    the office at the regular general election, those party candidates equal in number to positions to

2084    be filled who receive the highest number of votes at the regular primary election are the

2085    nominees of the candidates' party for those positions.

2086            (c) (i)  As used in this Subsection (5)(c), a candidate is "unopposed" if:

2087            (A)  no individual other than the candidate receives a certification under Subsection

2088    [~~(3)~~] <u>(2)</u> for the regular primary election ballot of the candidate's registered political party for a

2089    particular elective office; or

2090            (B)  for an office where more than one individual is to be elected or nominated, the

2091    number of candidates who receive certification under Subsection [~~(3)~~] <u>(2)</u> for the regular

2092    primary election of the candidate's registered political party does not exceed the total number of

2093    candidates to be elected or nominated for that office.

2094            (ii)  A candidate who is unopposed for an elective office in the regular primary election

2095    of a registered political party is nominated by the party for that office without appearing on the

2096    primary election ballot.<u>"; and</u>

2097            <u>(3)  repeal Sections 20A-9-408 and 20A-9-409.</u>