IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TRACIE HALVORSEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SPENCER COX, et al., <br><br> Defendants. | ORDER OF RECUSAL <br><br><br> Case No. 2:25cv909 JNP |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __21st__ day of October, 2025.

BY THE COURT:

_____
Jill N. Parrish
United States District Judge