IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACIE HALVORSEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SPENCER COX, et al.,<br><br>    Defendants. | **ORDER OF RECUSAL**<br><br>Case No. 2:25-cv-00909-TC-JCB<br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

  I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

  DATED this 22nd day of October, 2025.

            BY THE COURT:

            _____
            Tena Campbell
            United States District Judge

\*\*Case has been randomly reassigned to District Judge Dale A. Kimball