IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Halvorsen et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>Cox et al,<br><br>    Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:25-cv-00909-DAK-JCB |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __22nd__ day of October, 2025.

BY THE COURT:

_____
Dale A. Kimball
United States District Judge