THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TRACIE HALVORSEN, SOPHIE ANDERSON, NANCY INMAN, STEVEN HUBER, WAYNE WICKIZER, and DANIEL NEWBY<br><br>        Plaintiff,<br><br>v.<br><br>SPENCER COX, as an individual and official capacity; DEIDRE HENDERSON, as an individual and official capacity; CURTIS BRAMBLE as an individual and in his capacity as Utah State Senator; DANIEL MCCAY as an individual and in his capacity as Utah State Senator; MIKE SCHULZ as an individual and in his capacity as a legislator in the House of Representatives and Speaker of the House; J. STUART ADAMS as an individual and in his official capacity as a legislator in the Senate and President of the Senate; BRIAN MCKENZIE as an individual and county clerk for Davis County; MATTHEW DURRANT as an individual and in his capacity as the Chief Justice of the Utah Supreme Court; ROBERT AXSON as an individual and state party official; KIM COLEMAN as an individual and state party official; CHRIS NULL as an individual and county party official; STATE OF UTAH, a governmental entity, the state and its political subdivisons as if a private person,<br><br>        Defendants. | **ORDER OF RECUSAL**<br><br>2:25-cv-00909<br><br>District Judge David Barlow |

I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

Dated October 22, 2025

BY THE COURT:

David Barlow
United States District Judge