FILED US District Court-UT
OCT 28 '25 PM03:29

Case No. 2:25-cv-00909-JCB

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DIVISION

TRACIE HALVORSEN; et. al.,

    Plaintiffs,

        v.

SPENCER COX as an individual and official capacity; et. al,

    Defendants

### MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to DUCivR 7-6(b), proposed amicus curiae Richard M. Fleming, PhD, MD, JD, respectfully moves for leave to file the attached amicus curiae memorandum in support of Plaintiffs. This motion is accompanied by the proposed memorandum and a proposed order.

### I.     Interest of Amicus

1.     Dr. Fleming is a physician, scientist, and attorney experienced in statutory interpretation, constitutional law, and procedural integrity. He has a demonstrable interest in the issues of election law, party autonomy, and constitutional guarantees raised by the Plaintiffs' claims, which challenge the structure and oversight of Utah's gubernatorial nomination and transparency processes.

### II.     Usefulness of the Amicus Memorandum

2.     The proposed memorandum addresses issues central to disposition, including analysis of RICO claims, constitutional and statutory violations, and the

impact on representative government and voter transparency. Amicus offers expertise relevant to federal statutory interpretation and constitutional considerations not fully addressed by the current parties.

### III.  Consent of Parties

3.  No inquiry was made to counsel for Plaintiffs or Defendants regarding their consent to the filing of this memorandum. The parties may indicate whether they consent or object to the Motion for Leave in their responses to the Motion.

### IV.  Attached Documents

4.  Pursuant to DUCivR 7-6(b)(2), Dr. Fleming attaches: 1) Proposed Order – granting this motion for leave; and 2) Amicus Memorandum – the proposed amicus curiae brief.

### V.  Certification

5.  The undersigned affirms that no party's counsel authored the memorandum in whole or in part, nor did any party or party's counsel contribute funds to its preparation. Dr. Fleming alone prepared and funded the Amicus Memorandum.

WHEREFORE, Dr. Fleming respectfully requests the Court grant leave to file the attached amicus brief in support of Plaintiffs.

Respectfully submitted,

/s/ Richard M. Fleming

Richard M. Fleming, PhD, MD, JD
Pearland, Texas

October 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I caused a true and correct copy of the foregoing Motion for Leave to File Amicus Curiae Memorandum, Proposed Order, and Proposed Amicus Memorandum to be served electronically via the Court's CM/ECF system on all counsel of record who are registered to receive electronic filings. For any parties or counsel not registered with CM/ECF, service was completed by U.S. Mail to their last known address, as set forth below:

Spencer Cox
350 North State Street
Salt Lake City, Utah 84114

Deidre Henderson
350 North State Street
Salt Lake City, Utah 84114

Curtis Bramble
3663 North 870 East
Provo, Utah 84604

Daniel McCay
13307 South Heritage Farm Cove
Riverton, Utah 84065

Mike Schultz
4904 West 5850 South
Hooper, Utah 84315

J. Stuart Adams
3271 East 1875 North
Layton, Utah 84040

Brian McKenzie
61 South Main Street
Farmington, Utah 84025

Matthew Durrant
450 South State Street
Salt Lake City, Utah 84111

Robert Axson
7323 Hickory Hill Circle
Cottonwood Heights, Utah 84121

Kim Coleman
8303 South 5260 West
West Jordan, Utah 84081

Chris Null
5147 West Gossamer Way
Riverton, Utah 84096

The State of Utah
350 North State Street
Salt Lake City, Utah 84114

Dated: October 28, 2025

/s/ Richard M. Fleming

Richard M. Fleming, PhD, MD, JD
Pearland, Texas