# Exhibit A

# Messages in GroupMe The Utah Republican SCC Chat on October 18, 2025


