# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| TRACIE HALVORSEN; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER COX as an individual and official capacity; et al.,<br><br>Defendants. | ORDER<br><br>Case No. 2:25-cv-00909-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

      This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Defendant Brian McKenzie's ("Mr. McKenzie") motion to extend his deadline to respond to Plaintiffs' Complaint and Plaintiffs' Motion for Preliminary Injunction ("Motion").[2] For the reasons stated in the Motion, and for good cause shown, the court GRANTS the Motion. Accordingly, the court HEREBY ORDERS: (1) the deadline for Mr. McKenzie to respond to Plaintiffs' Complaint[3] is extended to November 26, 2025; and (2) the deadline for Mr. McKenzie to respond to Plaintiffs' Motion for Preliminary Injunction[4] is extended to December 12, 2025.

---

[1] ECF No. 21.

[2] ECF No. 56.

[3] ECF No. 1.

[4] ECF No. 7.

IT IS SO ORDERED.

DATED this 12th day of November 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge