# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| TRACIE HALVORSEN; et al., **Plaintiffs,** v. SPENCER COX as an individual and official capacity; et al., **Defendants.** | **ORDER** Case No. 2:25-cv-00909-HCN-JCB District Judge Howard C. Nielson, Jr. Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Before the court is Defendants Spencer Cox, Deidre Henderson, the State of Utah, Curtis Bramble, Daniel McCay, Mike Schultz, J. Stuart Adams, and Matthew Durrant's (collectively, "State Defendants") motion to extend their deadline to respond to Plaintiffs' Complaint and Plaintiffs' Motion for Preliminary Injunction ("Motion").[2] For the reasons stated in the Motion, and over the objections of the Plaintiffs,[3] the State Defendants have shown good cause. Accordingly, the court GRANTS the Motion. The court HEREBY ORDERS: (1) the deadline for the State Defendants to respond to Plaintiffs' Complaint[4] is extended to November

---

[1] ECF No. 21.

[2] ECF No. 54.

[3] ECF No. 63.

[4] ECF No. 1.

26, 2025; and (2) the deadline for the State Defendants to respond to Plaintiffs' Motion for Preliminary Injunction[5] is extended to December 12, 2025.

    IT IS SO ORDERED.

    DATED this 12th day of November 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[5] ECF No. 7.