Case No. 2:25-cv-00909-JCB

FILED US District Court-UT
NOV 07 '25 PM 04:07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

HALVORSEN et al.,

        Plaintiffs

v.

COX et al.,

        Defendants

## MOTION FOR LEAVE TO FILE SECOND AMICUS CURIAE BRIEF

Dr. Richard M. Fleming, PhD, MD, JD, respectfully moves for leave to file the attached Amicus Curiae Brief in support of Plaintiff's claims pursuant to the inherent authority of this Court and applicable local rules.

Amicus has previously submitted a brief in related litigation concerning Utah's Elections Amendments Act of 2014 (SB54) and now seeks to supplement the record with additional constitutional analysis and precedent. This brief offers distinct legal arguments not duplicative of prior filings and addresses evolving concerns regarding viewpoint discrimination, associational rights, and the fair enforcement of SB54.

Multiple amicus submissions are permitted where they provide new insights or respond to developments in the case. See *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.) ("A court should welcome amicus briefs that bring relevant matter to its attention.").

Accordingly, Amicus respectfully requests that the Court grant leave to file the attached brief.

Respectfully submitted,

/s/ Richard M. Fleming

Richard M. Fleming, PhD, MD, JD

Pearland, Texas

November 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I caused a true and correct copy of the foregoing Motion for Leave to File Amicus Curiae Memorandum, Proposed Order, and Proposed Amicus Memorandum to be served electronically via the Court's CM/ECF system on all counsel of record who are registered to receive electronic filings. For any parties or counsel not registered with CM/ECF, service was completed by U.S. Mail to their last known address, as set forth below:

| | |
|---|---|
| Jason Dupree | Scott Cheney |
| Office of the Utah Attorney General | Office of the Utah Attorney General |
| PO Box 140856 | PO Box 140856 |
| Salt Lake City, Utah 84114-0856 | Salt Lake City, Utah 84114-0856 |
| (385) 977-8940 | (385) 977-4858 |
| jndupree@agutah.gov | scheney@agutah.gov |
| *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* | *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* |

| | |
|---|---|
| David Wolf | Anikka Hoidal |
| Office of the Utah Attorney General | Office of the Utah Attorney General |
| PO Box 140856 | PO Box 140856 |
| Salt Lake City, Utah 84114-0856 | Salt Lake City, Utah 84114-0856 |
| (385) 441-5084 | (385) 272-3951 |
| dnwolf@agutah.gov | ahoidal@agutah.gov |
| *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* | *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* |
| | |
| John R. Richardson | R. Blake Hamilton |
| 111 S. Main Street, Suite 2400 | 111 S. Main Street, Suite 2400 |
| Salt Lake City, Utah 84111 | Salt Lake City, Utah 84111 |
| Johnny.richardson@dentons.com | Blake.hamilton@detons.com |
| *Attorney for Brian McKenzie* | *Attorney for Brian McKenzie* |
| | |
| Janise K. Macanas | Robert Axson |
| 111 S. Main Street, Suite 2400 | 7323 Hickory Hill Circle |
| Salt Lake City, Utah 84111 | Cottonwood Heights, Utah 84121 |
| Janise.macanas@dentons.com | |
| *Attorney for Brian McKenzie* | |
| | Chris Null |
| Kim Coleman | 5147 W. Gossamer Way |
| 8303 South 5260 West | Riverton, Utah 84096 |
| West Jordan, Utah 84081 | |

/s/ Richard M. Fleming

Richard M. Fleming, PhD, MD, JD

Pearland, Texas

November 7, 2025