Case No. 2:25-cv-00909-JCB

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

TRACIE HALVORSEN; et. al.,

    Plaintiffs,

v.

SPENCER COX as an individual and official capacity; et. al,

    Defendants.

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMICUS CURIAE MEMORANDUM

On consideration of the Motion for Leave to File Amicus Curiae Memorandum filed by Richard M. Fleming, PhD, MD, JD, and good cause appearing, IT IS HEREBY ORDERED:

1. The motion is GRANTED.
2. Richard M. Fleming, PhD, MD, JD, is granted leave to file the amicus curiae memorandum in support of Plaintiffs.
3. The Clerk is directed to file the memorandum attached to the Motion as of the date of this Order.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

BY THE COURT:

United States District Judge