ANIKKA HOIDAL (16489)
DAVID N. WOLF (6688)
JASON DUPREE (17509)
SCOTT CHENEY (6198)
Assistant Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140874
Salt Lake City, Utah 84114
ahoidal@agutah.gov
dnwolf@agutah.gov
jndupree@agutah.gov
scheney@agutah.gov

*Attorneys for State, Legislative, and Judicial Defendants*

IN THE UNITED STATES DISTRICT COURT IN AND FOR

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACIE HALVORSEN, an individual; SOPHIE ANDERSON, an individual; NANCY INMAN, an individual; STEVEN HUBER, an individual; WAYNE WICKIZER, an individual; and DANIEL NEWBY, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER COX, as an individual and in official capacity; DEIDRE HENDERSON, as an individual and in official capacity, STATE OF UTAH, et al.<br><br>Defendants. | **DEFENDANTS' EXPEDITED MOTION FOR LEAVE TO FILE SEPARATE MOTIONS TO DISMISS**<br><br>Case No. 2:25-cv-00909-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

The State, Legislative, and Judicial Defendants submit this Expedited Motion for Leave to File Separate Motions to Dismiss.

Defendants acknowledge that this Court's Standing Order for All Civil Cases states that it does not apply to actions brought by *pro se* litigants, but, out of an abundance of caution, seek leave from the Court to file separate motions to dismiss. Defendants believe that no response is necessary to this Motion, similar to the requirements in Local Rule 6-2. In short, Defendants request leave to file a motion to dismiss on behalf of the State Defendants, Legislative Defendants, and Judicial Defendant, resulting in three separate motions to dismiss.

Good cause exists for granting this Motion. Plaintiffs filed a 91-page Complaint with 298 paragraphs and 92 exhibits. Plaintiffs name 12 defendants in their Complaint, with the State, Legislative, and Judicial Defendants making up 10 of those 12 defendants. In those 298 paragraphs, Plaintiffs make allegations unique to each set of Defendants and reference multiple exhibits unique to each set of Defendants. That necessitates a different factual and legal response for each set of Defendants. Plaintiffs will not be prejudiced by the three separate motions because each motion will respond to the unique allegations against the State, Legislative, and Judicial Defendants.

For these reasons, Defendants respectfully request to file three separate motions to dismiss.  This Motion is accompanied by a proposed order.

DATED: November 20, 2025

/s/ Anikka Hoidal
ANIKKA HOIDAL
Assistant Utah Attorney General
*Counsel for State, Legislative, and Judicial Defendants*