FILED
2025 NOV 24 PM 3:44
CLERK
U.S. DISTRICT COURT

# Exhibit A

Cox's foreign trade activities

**Governor Cox** ✔
@GovCox

While Washington fights, governors are solving problems. This week I joined Republican and Democratic governors in Arizona to align around the urgent need for more energy to power America's future and keep costs down for families.

By working together across party lines, we're building the shared prosperity America needs.

More here: deseret.com/politics/2025/...



Western Governors' Association

8:46 AM · Nov 21, 2025 · **4,934** Views

💬 38    🔁 9    ♡ 47    🔖 1

**Image 1**

**Governor Cox** ✔
@GovCox

I met with @AnikaWells, Australia's Minister for Communications, in Sydney to trade insights on social media policy and protecting kids online. Encouraged by Australia's leadership in this space and our shared priorities.



4:12 PM · Oct 24, 2025 · **14.4K** Views

**Image 2**



**Image 3**



**Governor Cox** ✔
@GovCox

The Utah delegation met with Mint Innovation at its Sydney biorefinery, a first-of-its-kind site recovering gold, copper, and other metals from e-waste.



World Trade Center Utah and Utah Governor's Office of Economic Opportunity

9:46 PM · Oct 23, 2025 · **3,715** Views

Image 4



**Governor Cox** ✓
@GovCox

Honored to meet Vice Admiral Jonathan Mead, Director-General of the Australian Submarine Agency, with leaders from Australian industry, defense, and academia. The focus of our meeting today was partnership on regulatory policy, test and sustainment, industrial support, and cyber intelligence.



9:02 AM · Oct 23, 2025 · **8,322** Views

Image 5

 Governor Cox ✔
@GovCox

Reliable critical mineral supply chains will shape the future of aerospace, defense, technology, energy, and more.

In Sydney, we outlined Utah's offer: proven resources, processing partners, and predictable timelines. This stop at the International Mining and Resources Conference (IMARC) is part of our state trade mission, with Utah companies exhibiting and meeting partners to move projects forward.

The opportunities are tremendous, and the United States–Australia Critical Minerals Framework signed this week will unlock new projects.

More here: miningweekly.com/article/utah-g...



2:14 PM · Oct 22, 2025 · 5,779 Views

Image 6

 **Governor Cox** ✅
@GovCox

At IMARC in Sydney, Utah companies are building on the U.S.–Australia Critical Minerals Framework announced yesterday by @POTUS and @AlboMP.

Utah is home to 40 of 50 U.S. critical minerals. We're ready to partner with Australia on mining and processing to advance this national security imperative across aerospace, defense, technology, energy, and beyond.



👤 World Trade Center Utah and 5 others

6:09 PM · Oct 21, 2025 · **7,493** Views

**Image 7**

**Governor Cox** ✔
@GovCox

Utah and New Zealand are joining together as pioneers in energy generation and diversification.

Today in Auckland, I signed a Letter of Intent with Hon. Simon Watts, New Zealand Minister for Energy, to expand our cooperation, including geothermal. This partnership will help advance Operation Gigawatt as we work to create energy abundance.



3:10 PM · Oct 18, 2025 · **14.1K** Views

Image 8

 Governor Cox 
@GovCox

Thank you, Prime Minister @chrisluxonmp, for a productive meeting and warm welcome.

With nearly 30 Utah businesses and organizations, our state trade mission to New Zealand and Australia is focused on opening markets and building partnerships in aerospace and defense, critical minerals, fintech, and other shared strengths.



7:27 PM · Oct 17, 2025 · 7,052 Views

Image 9