# EXHIBIT 2



**Tracie Halvorsen**
◆ Admin  🏆  56m · 🌐

When a representative doesn't listen to the people, there are heavy consequences. My favorite representative is my city councilman. He has been amazing. It shows that having a voice closest to the people is how we should be structured. That is why caucus and convention is so important and that is why we must fight for it.

**Tracie Halvorsen**
59m · 🌐

Can you imagine the amount of money each Defendant will have to spend in order to defend themselves. How much will an attorney cost to read a 20 pound Complaint?

Oh, and we filed a Preliminary Injunction that will prevent them from using any tax dollars or party funds to defend themselves. 😎

