FILED US District Court-UT
DEC 29 '25 AM11:39

Tracie Halvorsen
Petitioner Pro Se
138 E 12300 S
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF UTAH

| TRACIE HALVORSEN, et. al., | |
|---|---|
| Plaintiffs, | **PLAINTIFFS' MOTION TO EXPEDITE DECISION AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| SPENCER COX, et. al, | **[ORAL ARGUMENT REQUESTED]** |
| Defendants | Case No. 2:25-cv-00909-HCN-JCB |
| | Judge Howard C. Nielson, Jr. |

## I.     Introduction

**Note:** This Notice is publicly posted at utahcorruption.com and other community sites to ensure transparency and public awareness.

1.     Plaintiffs, proceeding pro se, move the Court to expedite its decision on, and set an emergency hearing for, Plaintiffs' pending Motion for Preliminary Injunction. Plaintiffs request that this dispositive motion be heard and decided by District Judge Nielson because Plaintiffs have not consented to disposition by a magistrate judge.

## II.     Relief requested

2.     Plaintiffs request that the Court:

(a) issue a ruling on Plaintiffs' Motion for Preliminary Injunction on an expedited basis, and

(b) in the alternative or in addition, set an emergency hearing on the Motion for Preliminary Injunction before the candidacy-filing period of January 2–8, 2026, closes.

(c) in the further alternative, and as an equal-protection remedy while this Court resolves Plaintiffs' claims, order that Plaintiffs and all candidates be afforded a filing period no less favorable than that provided to candidates for United States representative in 2026, whose declaration-of-candidacy window runs from March 9–13, 2026 under Utah Code § 20A-9-201.5(2)

### III. The motion is fully briefed and ready for decision

3. Plaintiffs filed Plaintiffs' Motion for Preliminary Injunction on **October 14, 2025**, (ECF 7).

4. Defendant Brian McKenzie filed Defendant Brian McKenzie's Opposition to Motion for Preliminary Injunction on **November 10, 2025**, (ECF 61).

5. Plaintiff filed Plaintiffs' Reply to Defendant Brian McKenzie's Opposition to Motion for Preliminary Injunction on **November 12, 2025**, (ECF 67).

6. Defendants Axson, Coleman, and Null filed Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction on **December 9, 2025**, (ECF 93).

7. The State Legislative and Judicial Defendants filed Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction on **December 12, 2025**, (ECF 96).

8. Plaintiff filed Plaintiffs' Reply in Support of the Motion for Preliminary Injunction and Response to Defendants' Opposition (State, Legislative, and Judicial Defendants) and (Axson, Coleman, and Null) on **December 16, 2025**, (ECF 98 and 99).

### IV. Imminent deadlines and irreparable harm

9. Under Utah's election laws, Plaintiffs must file candidacy papers for the office at issue during the filing window from January 2 through January 8, 2026. Missing this statutory window will preclude Plaintiffs from appearing on the ballot for the upcoming election. The January 2–8, 2026 filing window is the period established for qualified political party candidates seeking office at the 2026 regular general election under Utah Code § 20A-9-201.5(1), as implemented in official 2026 election notices.

10. The relief sought in the Motion for Preliminary Injunction goes directly to Plaintiffs' ability to qualify as candidates and to appear on the ballot; without a ruling before the close of the filing window, Plaintiffs will suffer irreparable harm in the form of loss of the opportunity to run for office and to receive votes in this election cycle. This loss cannot be remedied by money damages after the fact.

11. Earlier extensions of time granted to Defendants have pushed the completion of briefing close to the candidacy-filing window, leaving only a short period for the Court to act before Plaintiffs' rights are effectively extinguished for this election. Plaintiffs contend that the extensions were improper, because even Defendant McKenzie was able to file a response without the extension. Those extensions make expedited consideration now essential.

12. Utah's Election Code establishes the general declaration-of-candidacy filing period for candidates affiliated with a qualified political party at the next regular general election as beginning "at 8 a.m. on the first business day in January of an even-numbered year" and ending "at 5 p.m. on the fifth business day in January of an even-numbered year." Utah Code § 20A-9-201.5(1)(a)–(b).

13. In the same statute, however, the Legislature expressly created a special exception "for the 2026 election year only" for candidates for the office of United States representative, providing that their declaration-of-candidacy filing period "begins at 8 a.m. on March 9, 2026" and "ends at 5 p.m. on March 13, 2026." Utah Code § 20A-9-201.5(2)(a)–(b).

14. This 2026-only exception reflects the Legislature's recognition that, where election-related legal and boundary issues are unresolved, strict adherence to the ordinary early-January filing window would be inappropriate, and that affected candidates require a later filing period to preserve their ability to qualify for the ballot.

15. Plaintiffs are similarly situated to those 2026 United States House candidates in that Plaintiffs'—and others—ability to qualify for the ballot is being materially affected by unresolved election-related legal issues that are presently before this Court, including the Court's decision on Plaintiffs' Motion for Preliminary Injunction. Forcing Plaintiffs to comply with the earlier January 2–8, 2026 filing period, while candidates for United States representative may wait until March 9–13, 2026 to declare their candidacy, treats similarly situated candidates differently during the same 2026 election cycle.

16. Plaintiffs submit that, at minimum, this disparate treatment lacks a rational basis in light of the Legislature's own acknowledgment that unresolved election-related disputes justify adjusting filing deadlines for 2026 candidates. Where, as here, the rights at stake include ballot access and political association, the unequal treatment also implicates heightened scrutiny under the Equal Protection Clause.

17. As part of the relief in this expedited posture, Plaintiffs therefore request that, if the Court is unable to decide the Motion for Preliminary Injunction before the close of the January 2–8, 2026 filing period, the Court grant interim relief ensuring that Plaintiffs are

afforded a filing opportunity no less favorable than that granted to 2026 candidates for United States representative under Utah Code § 20A-9-201.5(2), including, if necessary, by extending or preserving Plaintiffs' ability to file until at least March 13, 2026, while this Court adjudicates the merits of Plaintiffs' claims.

### V.     Good cause to expedite decision and hearing

18. In deciding whether to grant a preliminary injunction, courts consider factors including likelihood of success on the merits, irreparable harm, the balance of equities, and the public interest. Election cases often turn on timing, because once filing periods and ballot-printing deadlines pass, the court can no longer grant meaningful injunctive relief, effectively mooting the case.

19. Federal Rule of Civil Procedure 1 directs that the Rules "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action." Applying this principle here supports expedited treatment of a fully briefed motion where statutory election deadlines are imminent.

20. Federal Rule of Civil Procedure 65 authorizes preliminary injunctive relief, and courts regularly consider election-related injunctions on an expedited basis because delays can moot the requested relief once ballot and filing deadlines pass.

21. The District of Utah's local civil rules governing motions contemplate that motions may be decided on the papers, with or without oral argument, and allow the Court to set hearings where good cause exists. The combination of (a) a completed briefing record and (b) a fixed, imminent statutory deadline constitutes good cause for expedited decision and, if the Court deems it helpful, an emergency hearing.

### VI.     Requested schedule

22. Plaintiffs request that the Court:

23. Enter an order expediting decision on Plaintiffs' Motion for Preliminary Injunction so that a ruling issues on or before [choose a date just before January 2, 2026], or as soon thereafter as the Court is able, and

24. In the alternative or in addition, set an emergency hearing on the Motion for Preliminary Injunction during the period before January 2–8, 2026, at the earliest date and time the Court's schedule permits.

25. Plaintiffs stand ready to appear for a hearing on short notice, including by video conference if that is more convenient for the Court.

26. WHEREFORE, Plaintiffs request that the Court grant this Motion to Expedite Decision and Hearing, and grant such other and further relief as is just and proper.

### VII. REPRESENATIONS TO THE COURT (Rule 11)

27. WE HEREBY CERTIFY that, under Federal Rule of Civil Procedure 11 and applicable local rules, the foregoing PLAINTIFFS' MOTION TO EXPEDITE DECISION AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION complies with DUCivR7-1, is presented in good faith, for proper purposes, and based on existing law and factual support, and that to the best of our knowledge, information, and belief, formed after reasonable inquiry, the statements contained herein are true and correct.

Dated: December 29, 2025

/s/ Tracie Halvorsen

TRACIE HALVORSEN
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com

/s/ NANCY INMAN

NANCY INMAN
138 East 12300 South
C275
Draper, Utah 84020
916-396-4395
Nancyjinman@gmail.com

6

Plaintiff Pro Se                                          Plaintiff Pro Se


/s/ STEVEN HUBER                                          /s/ DANIEL NEWBY

STEVEN HUBER                                              DANIEL NEWBY
138 East 12300 South                                      138 East 12300 South
C275                                                      C275
Draper, Utah 84020                                        Draper, Utah 84020
801-688-3594                                              801-949-3360
traciehalvorsen@outlook.com                               danieltrouble@protonmail.com
Plaintiff Pro Se                                          Plaintiff Pro Se

/s/ WAYNE WICKIZER

WAYNE WICKIZER
138 East 12300 South
C275
Draper, Utah 84020
385-239-8326
justice@utahwtp.com
Plaintiff Pro Se

**Certificate of Service**

We hereby certify that on this 29th day of December, 2025, we filed the PLAINTIFFS' MOTION TO EXPEDITE DECISION AND HEARING ON MOTION FOR PRELIMINARY INJUNCTION with the Clerk of the Court under the filing and electronic notification procedures outlined under DUCivR 5-1, which will send notification of such filings to all registered participants in this case.

| | |
|---|---|
| Jason Dupree | Scott *Cheney* |
| Office of the Utah Attorney General | *Office of the Utah Attorney General* |
| PO Box 140856 | *PO Box 140856* |
| Salt Lake City, Utah 84114-0856 | *Salt Lake City, Utah 84114-0856* |
| (385) 977-8940 | *(385) 977-4858* |
| jndupree@agutah.gov | scheney@agutah.gov |
| *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* | *Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams* |

David Wolf
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 441-5084
dnwolf@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Anikka Hoidal
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 272-3951
ahoidal@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Stacy R. Haacke
Office of General Counsel
Administrative Office of the Courts
PO Box 140241
Salt Lake City, Utah 84114-0241
(801) 214-5805
stacyh@utcourts.gov
*Attorney for Chief Justice Matthew Durrant*

John R. Richardson
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Johnny.richardson@dentons.com
*Attorney for Brian McKenzie*

R. Blake Hamilton
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Blake.hamilton@detons.com
*Attorney for Brian McKenzie*

Janise K. Macanas
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Janise.macanas@dentons.com
*Attorney for Brian McKenzie*

Alan R. Houston
Office of Legislative Research and General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
ahouston@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz, and Adams*

Christine R. Gilbert
Office of Legislative Research and General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
cgilbert@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz, and Adams*

Victoria S. Ashby
Office of Legislative Research and General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
vashby@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz, and Adams*

D. Loren Washburn
2750 Rasmussen Rd., Suite H-107
Park city, Utah 84098
loren@pbp.law
*Attorney for Axson, Coleman, and Null.*

Cliff Parkinson

2750 Rasmussen Rd.
Suite H-107
Park City,. Utah 84098
cliff@pbp.law
*Attorney for Axson, Coleman, and Null*

Executed on this 29th day of December 2025.

/s/ Tracie Halvorsen
TRACIE HALVORSEN
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

/s/ NANCY INMAN
NANCY INMAN
138 East 12300 South
C275
Draper, Utah 84020
916-396-4395
Nancyjinman@gmail.com
Plaintiff Pro Se

/s/ STEVEN HUBER
STEVEN HUBER
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

/s/ DANIEL NEWBY
DANIEL NEWBY
138 East 12300 South
C275
Draper, Utah 84020
801-949-3360
danieltrouble@protonmail.com
Plaintiff Pro Se

/s/ WAYNE WICKIZER
WAYNE WICKIZER
138 East 12300 South
C275
Draper, Utah 84020
385-239-8326
justice@utahwtp.com
Plaintiff Pro Se