# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **TRACIE HALVORSEN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SPENCER COX as an individual and official capacity, et al.,** <br><br> Defendants. | ORDER <br><br> Case No. 2:25-cv-00909-HCN-JCB <br><br> District Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] Richard M. Fleming, Ph.D., M.D., J.D. ("Dr. Fleming") moves for leave to file two amicus curiae briefs in support of Plaintiffs Tracie Halvorsen, Nancy Inman, Steven Huber, Wayne Wickizer, and Daniel Newby's (collectively, "Plaintiffs")[2] complaint and motion for preliminary injunction.[3] Under DUCivR 7-6(f)(2), the court may deny a motion for leave to file an amicus curiae brief if the court determines that the proposed brief "merely restates the arguments of a party" or "is not useful in the determination of the case." After reviewing Dr. Fleming's proposed briefs, the court concludes that they fall squarely within those two categories. Dr. Fleming's proposed briefs do nothing more than restate the basis for Plaintiffs'

---

[1] ECF No. 21.

[2] Sophie Anderson was named as a plaintiff in the complaint, ECF No. 1, but was later voluntarily dismissed. ECF No. 80.

[3] ECF No. 27; ECF No. 70.

claims and reiterate Plaintiffs' arguments in their motion for preliminary injunction. Consequently, the proposed briefs provide no useful information to aid in resolving this case.

Therefore, Dr. Fleming's motions for leave to file amicus curiae briefs[4] are DENIED.

    IT IS SO ORDERED.

    DATED this 23rd day of January 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[4] ECF No. 27; ECF No. 70.