# United States District Court

District of Utah

| | |
|---|---|
| TRACIE HALVORSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER COX, et al.<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:25-cv-909-HCN |

IT IS ORDERED AND ADJUDGED

1. That Plaintiffs' claims under the Guaranty Clause are dismissed as nonjusticiable.
2. That this action is otherwise DISMISSED for failure to state a claim upon which relief can be granted.

February 17, 2026
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge