# EXHIBIT 2

**Tuesday, February 24, 2026 at 10:16:39 AM Mountain Standard Time**

| | |
|---|---|
| **Subject:** | Re: [EXTERNAL] Motion for Additional Time |
| **Date:** | Tuesday, November 18, 2025 at 4:05:23 PM Mountain Standard Time |
| **From:** | Tracie Halvorsen |
| **To:** | Loren Washburn |
| **CC:** | Cliff Parkinson, Shule Washburn |

==[CAUTION EXTERNAL EMAIL: Keep PBP safe. Think before you click!]==

Ms. Washburn:

Let us set the record straight: The Defendants you represent are "elected" members of the Utah Republican Party, a qualified political party expressly vested by the State with the authority to conduct its primary nominating conventions for the general election. Any suggestion to the contrary muddies the waters, does a disservice to the record, and, more importantly, risks running afoul of the ethical duties of candor owed to both the Court and opposing parties. Knowingly misrepresenting such a material fact can subject an attorney to professional discipline under the Utah Rules of Professional Conduct, including Rules 4.1 and 8.4, which prohibit making, endorsing, or failing to correct statements that are false or materially misleading regarding the status of a party.

Turning to your Motion for Extension of Time, Plaintiffs object to any further delay in Defendants' obligation to respond to the Complaint and the Motion for Preliminary Injunction. Notably, Robert Axson and Kim Coleman have already sailed past their respective deadlines, and it bears reminding that courts have yet to recognize "ignorance" as a successful defense to missing court deadlines or violating procedural requirements. While we're not blind to the well-worn courtroom ritual—such requests are often swiftly rubber-stamped—no legal sleight of hand with a scheduling order will undo the injury Plaintiffs are suffering, nor does it inspire confidence in the integrity of these proceedings.

Moreover, your accusation that the Plaintiffs' Rule 19 Motion for Joinder is "frivolous," or reflects a deliberate strategy of inundating the Court, needlessly disparages the seriousness with which Plaintiffs approach these proceedings. The size and complexity of our Complaint are a direct response to the magnitude of Defendants' conduct—including the receipt of a notice of intent (removing all immunity) and subsequent retaliatory efforts, such as the attempted arrest of Plaintiff Halvorsen. Plaintiffs were thorough because the facts, statutory violations, and actions at issue demand precision and completeness.

If your clients had simply followed the law and done what was right in the first place, they would not be in their present predicament.

Contrary to granting the extension for the other Defendants, Plaintiffs never consented to any extension granted, and we will be formally objecting in Court. A preliminary injunction remains critical to prevent further harm and preserve the integrity of upcoming

proceedings.

Thank you for your attention to this matter.

Tracie Halvorsen, et. al.

---

**From:** Loren Washburn <loren@pbp.law>
**Sent:** Tuesday, November 18, 2025 3:03 PM
**To:** traciehalvorsen@outlook.com <traciehalvorsen@outlook.com>
**Cc:** Cliff Parkinson <cliff@pbp.law>; Shule Washburn <shule@pbp.law>
**Subject:** Motion for Additional Time

Ms. Halvorsen,

Our firm has been retained to represent three of the Defendants in your recently filed lawsuit. Attached is a draft of a motion we will be filing later today. We would like to represent to the Court what your position is on the relief we are seeking. Can you please let me know if you will stipulate to the relief we are seeking. I would note it is the same relief the Court already granted to other Defendants.

Thank you for your prompt attention to this matter.

Best,

Loren Washburn


**D. Loren Washburn**
loren@pbp.law
**cell: 801-643-1420**
**Parkinson | Benson | Potter**
an association of independent trial lawyers

*San Francisco*: 100 Pine St., Suite 1250 **|** San Francisco, CA 94111
*Friendswood (mailing)*: 1410 E. Winding Way, Suite B **|** Friendswood, TX 77546
*Park City*: 2750 Rasmussen Rd., Suite H-107 **|** Park City, UT 84098
*Office*: 415-534-7970

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized.
If you are not an intended recipient, please delete this e-mail from the computer on which you received it.