# EXHIBIT 3

D. Loren Washburn (10993)
Brennan H. Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Road, Ste. H-107
Park City, Utah 84098
Telephone: (415) 534-7970
Email:  loren@pbp.law
         brennan@pbp.law
         cliff@pbp.law

*Attorneys for Defendants Kim Coleman, Robert Axson, and Chris Null*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACEY HALVORSEN, an individual; SOPHIE ANDERSON, an individual; NANCY INMAN, an individual; STEVEN HUBER, an individual; WAYNE WICKIZER, an individual; and DANIEL NEWBY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>SPENCER COX, as an individual and in official capacity; DEIDRE HENDERSON, as an individual and in official capacity, STATE OF UTAH, et al.,<br><br>    Defendants. | **AFFIDAVIT OF D. LOREN WASHBURN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES UNDER 42 U.S.C. § 1988 AND FOR SANCTIONS**<br><br>Case No. 2:25-cv-00909-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

I, David Loren Washburn, being first duly sworn, declare as follows:

1. I am an attorney licensed to practice in Utah, Massachusetts, California, and Nevada and am counsel for Robert Axson, Kim Coleman, and Chris Null (collectively the "URP

Defendants") in the above-captioned matter.

2. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3. This affidavit is submitted in support of URP Defendants' Motion for Attorney's Fees Under 42 U.S.C. § 1988 and is filed pursuant to Local Rule 54-1 of the United States District Court for the District of Utah.

### I. SUMMARY OF FEES REQUESTED

4. The total amount of attorney's fees requested is $92,843.00.

5. The total number of hours reasonably expended is 151.6 hours.

6. These fees were necessarily incurred in connection with defending the URP Defendants against the claims made by the Plaintiffs. More specifically the fees were incurred in initial review of the Complaint and exhibits, drafting and filing URP Defendants' Motion to Dismiss and reply, responding to Plaintiffs' Motion for Preliminary Injunction, responding to Plaintiffs' motion seeking Rule 11 Sanctions, reviewing the Report and Recommendation and preparing a response to Plaintiffs' Objections to the Report and Recommendation and preparing this motion for fees and for sanctions.

7. As part of preparing this motion I also reviewed the dockets and some filings in Plaintiff Huber's two other pending actions in this Court. *Steven Huber v. United States Government, et al*. 2:25-cv-00592-TS-CMR; *Steven Huber v. Romero, et al.* 2:25-cv-01098-DBB

## II. IDENTIFICATION AND QUALIFICATIONS OF EACH PERSON FOR WHOM FEES ARE CLAIMED

### A. D. Loren Washburn

8. I am an attorney at Parkinson Benson and Potter.

9. I graduated from Havard Law School in 2002. After graduation I clerked for the Honorable Stephen Anderson on the Tenth Circuit Court of Appeals.

10. I have practiced law for more than 23 years, having first been admitted to the Massachusetts bar in January 2003 (I was admitted to the Utah bar in 2006).

11. My practice has been focused on white collar criminal law as well as commercial litigation. I have handled more than 10 cases or investigations involving civil or criminal RICO claims, including prosecuting RICO claims as an Assistant United States Attorney and defending against civil RICO claims. I am also experienced in handling civil rights litigation under Section 1983, including having been lead trial counsel in a multi-week trial conducted in this Court in 2020, *Gordon et al v. Jordan School District et al*, 2:17-cv-00677-HCN.

12. During my career I have tried more than 40 trials in federal court (both jury trials and bench trials) as well as more than 10 trials in state court, Tax Court, and administrative proceedings before federal government agencies, such as the Securities and Exchange Commission.

13. My hourly rate on matters I am currently handling range from a low of $550 per hour to a maximum of $1000 per hour. My billing rate on this matter is the average rate I charge for new matters, $650 per hour.

**B. Brennan H. Moss**

14. Brennan Moss is an attorney at Parkinson Benson and Potter.

15. Mr. Moss graduated from the George Washington University Law School in 2004, where he was a Writing Fellow. He received his undergraduate degree from the University of Utah in 2001.

16. Mr. Moss has practiced law for more than 21 years, having first been admitted to the Utah State Bar in October 2004.

17. Mr. Moss's practice has focused on complex commercial litigation, securities and other regulatory defense, real property matters, and white-collar defense. His clients have included Fortune 500 and Inc. 500 companies.

18. Prior to joining Parkinson Benson and Potter, Mr. Moss founded and led his own firm for approximately 10 years, serving as its managing partner. That firm grew to more than 20 attorneys and maintained offices in four states.

19. He subsequently served as the managing attorney of the Salt Lake City office of an international firm with nearly 500 attorneys.

20. Mr. Moss has practiced before federal and state trial courts in Utah and throughout the country, with substantial experience in the Intermountain West and numerous other jurisdictions including California, Nevada, Colorado, Washington, Alaska, Minnesota, Louisiana, New York, Washington D.C., South Carolina, and Florida.

21. Mr. Moss has appeared before the Utah Court of Appeals, the Utah Supreme Court, and the Tenth Circuit Court of Appeals.

22. As part of Mr. Moss's commercial practice, he has both pursued and defended

civil RICO claims.

23.     Mr. Moss has extensive experience with claims involving federal and state statutory construction.

24.     Mr. Moss's hourly rate ranges from $650 to $950 per hour depending on the complexity and demands of the matter. These billing rates are commensurate with those of attorneys of comparable experience and expertise in the Salt Lake City, Utah market.

### C. Cliff Parkinson

25.     Mr. Parkinson is an Attorney at Parkinson Benson and Potter.

26.     Mr. Parkinson graduated from Brigham Young University's J. Reuben Clark School of Law in 2010. After getting a Master's degree from Florida State University he clerked for the Honorable Dee V. Benson of United States District Court for the District of Utah from 2012-2013. Mr. Parkinson then clerked for the Honorable Monroe G. McKay who was a judge on the Tenth Circuit Court of Appeals from 2013-2014.

27.     Mr. Parkinson has practiced law for 12 years in Utah.

28.     Mr. Parkinson's practice has focused on civil litigation and administrative litigation, with 5 years serving as associate general counsel for a Utah State University, an R-1 Land Grant University. During his time at Utah State Mr. Parkinson dealt with numerous matters including administrative claims alleging civil rights and other violations.

### D. Shule Washburn

29.     Mr. Washburn is an Attorney at Parkinson Benson and Potter.

30.     Mr. Washburn graduated from Willamette Law School in 2016.

31.     Mr. Washburn was first admitted to the Oregon State Bar in September 2016 and

was recently admitted to practice in Arizona where he now lives.

32. Mr. Washburn was a sole practitioner focusing on civil litigation, family law and estate planning for the first eight years of his career. In 2024 he joined Parkinson Benson and Potter and has primarily focused on commercial civil litigation since that time.

33. Mr. Washburn's billing rate ranges from $350 per hour to $450

### III. DESCRIPTION OF SERVICES, HOURS, AND RATES

34. The legal services performed in this matter included, but were not limited to:

   a. Reviewing and evaluating Plaintiffs claims, including reviewing minutes of URP State Central Committee Meetings and interviewing witnesses including our clients and others named in the Complaint

   b. Reviewing exhibits to Plaintiffs' Complaint, especially those specifically related to claims against our clients

   c. Preparing the URP Defendants' Motion to Dismiss and a reply in support of that motion

   d. Reviewing Plaintiffs' Motion for Preliminary Injunction and preparing an Opposition to that motion for the URP Defendants, which included collecting additional information about the September 7, 2024 meeting and about Plaintiff Halvorsen's public statements about filing the case.

   e. Filing a Motion to Strike and an Opposition to Plaintiffs Motion for Attorney's Fees.

   f. Reviewing Magistrate Judge Bennett's Report and Recommendation and preparing a response to Plaintiffs' Objections to the Report and

Recommendation

g. Preparing the Motion for Attorney's Fees and Sanctions, which included reviewing the docket and filings in the two additional cases filed by Plaintiff Huber in the District of Utah, wherein he was assisted by his daughter, Plaintiff Halvorsen.

h. Communicating with clients and explaining the claims and procedural steps as well as reviewing comments made by clients on draft filings.

35. The hourly billing rates, total hours, and total amount billed for each of the lawyers who performed services on this matter are as follows:

| Name | Hourly Rate | Total Hours | Total Fees Billed |
|---|---|---|---|
| D. Loren Washburn | $650 | 109.9 | $71,435.00 |
| Brennan Moss | $650 | 9.3 | $6,045.00 |
| Cliff Parkinson | $490 | 26.7 | $13,083.00 |
| Shule Washburn | $400 | 5.7 | $2,280.00 |

36. Attached as Exhibit A to this Affidavit are true and correct copies of the contemporaneous billing records showing: the date of each task, the individual performing the task, the time spent, and a description of the services rendered.

37. The hours billed were reasonably necessary for the defense of this matter. The staffing of this matter was appropriate to ensure efficient handling of the litigation.

38. The hourly rates requested are consistent with prevailing market rates for attorneys and legal professionals of similar skill, experience, and reputation in the District of Utah and are typical of the rates charged for commercial clients in matters handled by Parkinson

Benson and Potter.

39.    The rates reflected on these bills are standard rates for the Parkinson Benson and Potter attorneys who have performed services and are the same as or lower than the rates customarily charged to clients for similar work. The requested rates are reasonable given: the complexity of the issues including federal RICO claims and Section 1983 civil rights matters, the skill and experience required, and the results obtained for the URP Defendants.

40.    Plaintiffs conduct increased the amount billed beyond what would have been required merely to respond to Plaintiffs' claims. Specifically, Plaintiffs filed a Motion for Sanctions without first engaging in a meet and confer process are required under Rule 11 and that also was frivolous, and Plaintiffs refused to stipulate to a motion for extension when an extension had already been granted to other defendants in the matter.

41.    Based on the foregoing, I respectfully submit that the requested attorney's fees of $92,843.00 are reasonable and should be awarded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 2nd day of March, 2026.

_____
D. Loren Washburn

# EXHIBIT A

# INVOICE

**PBP Law**
**Parkinson Benson Potter**
1410 E. Winding Way, Suite B
Friendswood, TX 77546

(415) 534-7970
info@pbp.law

**PARKINSON BENSON POTTER**
AN ASSOCIATION OF INDEPENDENT TRIAL LAWYERS

**BILL TO**

Kim Coleman

| | |
|---|---|
| Invoice Number: | 388 |
| Invoice Date: | 12/19/2025 |
| Terms: | 30 |

| | |
|---|---|
| Due Date: | **1/18/2026** |
| Amount Due: | **$42,208.00** |
| Invoice Start Date: | **11/1/2025** |
| Invoice End Date: | **11/30/2025** |

## TIME

| Date | Description | Team Member | Code | Code 2 | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| 11/17/25 | Meeting with K. Coleman, R. Axson, and C. Null. | Cliff Parkinson | | | 490.00 | 1.40 | 686.00 |
| 11/18/25 | Document Drafting; Document review and Case research;  emails with counsel; Call with counsel RE: case background | Shule Washburn | | | 400.00 | 3.80 | 1,520.00 |
| 11/18/25 | Prepare notice of appearance; prepare motion for extension; meet and confer with ms. Halvorsen; finalize filing; phone call with clients | Loren Washburn | | | 650.00 | 4.50 | 2,925.00 |
| 11/18/25 | Communicate with S. Washburn and L. Washburn regarding service. | Cliff Parkinson | | | 490.00 | 0.20 | 98.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/25 | Calls with counsel and Utah Counsel RE; responses and motions. | Shule Washburn | 400.00 | 0.60 | 240.00 |
| 11/19/25 | Review complaint and exhibits; phone call with clients | Loren Washburn | 650.00 | 4.00 | 2,600.00 |
| 11/19/25 | Review correspondence between counsel of co-defendants. | Cliff Parkinson | 490.00 | 0.10 | 49.00 |
| 11/19/25 | Analyze case issues; Conference with attorneys regarding the case. | Brennan Moss | 650.00 | 0.50 | 325.00 |
| 11/20/25 | Review Complaint and begin research on motion to dismiss | Loren Washburn | 650.00 | 7.50 | 4,875.00 |
| 11/21/25 | Research and draft motion to dismiss | Loren Washburn | 650.00 | 6.00 | 3,900.00 |
| 11/23/25 | Research and draft motion to dismiss | Loren Washburn | 650.00 | 6.00 | 3,900.00 |
| 11/24/25 | Finish first draft of Motion to Dismiss; send draft to colleagues for comment | Loren Washburn | 650.00 | 4.50 | 2,925.00 |
| 11/24/25 | Phone call with clients; review comments from clients and review copies of Roberts Rules of Order | Loren Washburn | 650.00 | 2.00 | 1,300.00 |
| 11/24/25 | Discuss and Review K. Motion to Dismiss; teleconference with K. Coleman, K. Null, and R. Axson. | Cliff Parkinson | 490.00 | 4.40 | 2,156.00 |
| 11/25/25 | Continue finalizing draft of Motion to Dismiss | Loren Washburn | 650.00 | 5.50 | 3,575.00 |
| 11/25/25 | Review docket with objection to referral to magistrate judge by plaintiffs. | Cliff Parkinson | 490.00 | 0.10 | 49.00 |
| 11/26/25 | Review and edit motion to dismiss; Conference regarding the case. | Brennan Moss | 650.00 | 1.00 | 650.00 |
| 11/26/25 | Final draft and review Motion to Dismiss; review filings by State Defendants to compare | Loren Washburn | 650.00 | 6.00 | 3,900.00 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | and incorporate by reference | | | | | | |
| 11/26/25 | Document review and emails with counsel RE: motion to dismiss. | Shule Washburn | | 400.00 | | 1.30 | 520.00 |
| 11/26/25 | Review Motion to Dismiss and file Notice of Appearance. | Cliff Parkinson | | 490.00 | | 1.00 | 490.00 |
| 11/28/25 | Research and begin writing Motion for Preliminary Injunction opposition. | Loren Washburn | | 650.00 | | 3.50 | 2,275.00 |
| 11/29/25 | Draft response to motion for Preliminary Injunction | Loren Washburn | | 650.00 | | 5.00 | 3,250.00 |
| | | | | | | | $42,208.00 |

## EXPENSES

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

## FLAT FEE

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

| | |
|---|---|
| Invoice Total: | $42,208.00 |
| Amount Paid: | ($0.00) |
| **Amount Due:** | **$42,208.00** |

# INVOICE

**PBP Law**
**Parkinson Benson Potter**
1410 E. Winding Way, Suite B
Friendswood, TX 77546

(415) 534-7970
info@pbp.law

**PARKINSON BENSON POTTER**
AN ASSOCIATION OF INDEPENDENT TRIAL LAWYERS

BILL TO
Kim Coleman

| | |
|---|---|
| Invoice Number: | 405 |
| Invoice Date: | 1/22/2026 |
| Terms: | 30 |
| Due Date: | **2/21/2026** |
| Amount Due: | **$25,441.00** |
| Invoice Start Date: | **12/1/2025** |
| Invoice End Date: | **12/31/2025** |

## TIME

| Date | Description | Team Member | Code | Code 2 | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| 12/01/25 | Continue revising response to Preliminary Injunction. | Loren Washburn | | | 650.00 | 2.00 | 1,300.00 |
| 12/01/25 | Strategize regarding the case; Discuss response to the preliminary injunction; Analyze filings regarding the same. | Brennan Moss | | | 650.00 | 0.80 | 520.00 |
| 12/01/25 | Draft opposition to preliminary objection | Loren Washburn | | | 650.00 | 4.50 | 2,925.00 |
| 12/02/25 | Complete draft of Preliminary Injunction opposition | Loren Washburn | | | 650.00 | 1.50 | 975.00 |
| 12/02/25 | Finalize draft of PI Opposition; emails with B. Moss and C. Parkinson | Loren Washburn | | | 650.00 | 5.00 | 3,250.00 |
| 12/03/25 | Review preliminary injunction and response thereto. | Cliff Parkinson | | | 490.00 | 0.70 | 343.00 |

| Date | Description | Attorney | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/03/25 | Work on opposition to motion for preliminary injunction. | Brennan Moss | 650.00 | 0.40 | 260.00 |
| 12/04/25 | Discussion regarding clients' position on response to Motion for Temporary Injunction. | Cliff Parkinson | 490.00 | 0.10 | 49.00 |
| 12/04/25 | Communication with clients; Work on opposition to motion for PI. | Brennan Moss | 650.00 | 0.40 | 260.00 |
| 12/06/25 | Prepare for and attend conference regarding response to pending motions; Strategize regarding the same. | Brennan Moss | 650.00 | 0.70 | 455.00 |
| 12/06/25 | Phone call with clients; incorporate input from clients on draft; finalize draft | Loren Washburn | 650.00 | 4.00 | 2,600.00 |
| 12/06/25 | Meeting with clients regarding strategy. | Cliff Parkinson | 490.00 | 0.80 | 392.00 |
| 12/08/25 | Look at edits to the response; Communication regarding the same. | Brennan Moss | 650.00 | 0.30 | 195.00 |
| 12/09/25 | Final review of response for filing. | Brennan Moss | 650.00 | 0.30 | 195.00 |
| 12/09/25 | Finalize and copy edit opposition to preliminary injunction and file the same. | Cliff Parkinson | 490.00 | 2.50 | 1,225.00 |
| 12/16/25 | Analyze response memorandum; Communication regarding the same. | Brennan Moss | 650.00 | 0.70 | 455.00 |
| 12/16/25 | Review reply in support preliminary injunction. | Cliff Parkinson | 490.00 | 0.50 | 245.00 |
| 12/17/25 | Review schedule and communicate regarding the same. | Cliff Parkinson | 490.00 | 0.40 | 196.00 |
| 12/23/25 | Research and draft Motion to Strike. | Cliff Parkinson | 490.00 | 1.50 | 735.00 |
| 12/26/25 | Prepare draft of reply to motion to dismiss | Loren Washburn | 650.00 | 2.50 | 1,625.00 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/25 | Analyze reply memorandum; Made edits regarding the same. | Brennan Moss | | | 650.00 | 1.00 | 650.00 |
| 12/29/25 | Finalize draft of reply to motion to dismiss | Loren Washburn | | | 650.00 | 2.50 | 1,625.00 |
| 12/29/25 | Copy edit and finalize reply in support of motion to dismiss. | Cliff Parkinson | | | 490.00 | 2.00 | 980.00 |
| 12/30/25 | Work on reply memorandum; Prepare for and attend meeting with clients; Finalize edits. | Brennan Moss | | | 650.00 | 1.20 | 780.00 |
| 12/30/25 | Edit and amend Reply in Support of Motion to Dismiss. | Cliff Parkinson | | | 490.00 | 1.90 | 931.00 |
| 12/31/25 | Finalize and file reply to motion to dismiss | Loren Washburn | | | 650.00 | 3.50 | 2,275.00 |
| | | | | | | | $25,441.00 |

## EXPENSES

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

## FLAT FEE

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

| | |
|---|---|
| Invoice Total: | $25,441.00 |
| Amount Paid: | ($0.00) |
| **Amount Due:** | **$25,441.00** |

# INVOICE

**PBP Law**
**Parkinson Benson Potter**
1410 E. Winding Way, Suite B
Friendswood, TX 77546

(415) 534-7970
info@pbp.law

PARKINSON BENSON POTTER
AN ASSOCIATION OF INDEPENDENT TRIAL LAWYERS

BILL TO

Kim Coleman

Invoice Number: 444
Invoice Date: 2/24/2026
Terms: 30

Due Date: **3/26/2026**
Amount Due: **$25,194.00**
Invoice Start Date:
Invoice End Date:

## TIME

| Date | Description | Team Member | Code | Code 2 | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| 01/05/26 | Draft response to motion for sanctions; finalize and file the same. | Cliff Parkinson | | | 490.00 | 1.20 | 588.00 |
| 01/12/26 | Analyze decisions from the court; Communication regarding the same. | Brennan Moss | | | 650.00 | 1.00 | 650.00 |
| 01/17/26 | Review objections from Plaintiffs; draft response to Plaintiffs' objections; email to counsel | Loren Washburn | | | 650.00 | 4.50 | 2,925.00 |
| 01/20/26 | Prepare reply in support of motion to strike Plaintiffs' motion for sanctions. | Cliff Parkinson | | | 490.00 | 1.50 | 735.00 |
| 01/27/26 | Finalize filing of response to plaintiffs' objections | Loren Washburn | | | 650.00 | 1.50 | 975.00 |
| 01/27/26 | Review, edit, and file Response to Plaintiffs' | Cliff Parkinson | | | 490.00 | 1.00 | 490.00 |

| | | | | | |
|---|---|---|---|---|---|
| | objection to report and recommendation. | | | | |
| 02/19/26 | Review law regarding 1988 motions for attorney fees and create outline of motion for attorneys fees | Loren Washburn | 650.00 | 1.50 | 975.00 |
| 02/21/26 | Begin drafting motion for attorneys fees | Loren Washburn | 650.00 | 2.00 | 1,300.00 |
| 02/22/26 | Draft Motion for Attorney fees and for Sanction | Loren Washburn | 650.00 | 6.20 | 4,030.00 |
| 02/23/26 | Draft motion for attorneys fees. | Loren Washburn | 650.00 | 4.50 | 2,925.00 |
| 02/23/26 | Analyze issues for motion for fees; Conference regarding the same; Communication with counsel; Analyze drafts. | Brennan Moss | 650.00 | 1.00 | 650.00 |
| 02/23/26 | Discuss motion for overlength memo with L. Washburn; Review motion for fees. | Cliff Parkinson | 490.00 | 1.60 | 784.00 |
| 02/24/26 | Emails with clients; email and phone call with C. Parry regarding attorney fee affidavit; Draft and review motion for extension; draft affidavit; continue to draft motion and incorporate input from co-counsel | Loren Washburn | 650.00 | 5.50 | 3,575.00 |
| 02/24/26 | Prepare portion of fees affidavit; conference regarding motion for fees with L. Washburn. | Cliff Parkinson | 490.00 | 1.60 | 784.00 |
| 02/25/26 | Emails with C. Parry; review documents; travel to and attend meeting with client and D. Brown to discuss case strategy; further revision of motion and exhibits | Loren Washburn | 650.00 | 2.40 | 1,560.00 |
| 02/27/26 | Review draft after receiving input from clients; emails with C. Parry. | Loren Washburn | 650.00 | 1.20 | 780.00 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/27/26 | Finalize and copy-edit Motion for Fees. | Cliff Parkinson | | 490.00 | 2.20 | | 1,078.00 |
| 02/28/26 | Review email from t halvorsen. Emails with clients. | Loren Washburn | | 650.00 | 0.60 | | 390.00 |
| | | | | | | | $25,194.00 |

## EXPENSES

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

## FLAT FEE

| Date | Description | Code | Code 2 | Qty | Price | Unit | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |

| | |
|---|---:|
| Invoice Total: | $25,194.00 |
| Amount Paid: | ($0.00) |
| **Amount Due:** | **$25,194.00** |