# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACEY HALVORSEN, an individual; SOPHIE ANDERSON, an individual; NANCY INMAN, an individual; STEVEN HUBER, an individual; WAYNE WICKIZER, an individual; and DANIEL NEWBY, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SPENCER COX, as an individual and in official capacity; DEIDRE HENDERSON, as an individual and in official capacity, STATE OF UTAH, et al., <br><br> Defendants. | **DECLARATION OF D. CRAIG PARRY** <br><br> Case No. 2:25-cv-00909-HCN-JCB <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Jared C. Bennett |

I, D. Craig Parry, declare as follows:

1. I am an attorney licensed to practice law in Utah and am a shareholder at the firm of Parr, Brown, Gee and Loveless. I make this Declaration based upon my personal knowledge. If called as a witness, I could and would testify competently to the matters stated herein.

2. I have been a member of the Utah Bar, practicing in federal and state courts in Utah as a member of Parr, Brown, Gee and Loveless since 1995 and am generally familiar with billing rates for attorneys in Utah as well as outside the state and am specifically familiar with rates at my firm.

3.  I submit this declaration at the request of D. Loren Washburn, who I understand represents Defendants Robert Axson, Kim Coleman and Chris Null in the above-captioned matter. I understand that this declaration is to be used in support of a motion seeking attorney's fees.

4.  I previously served as opposing counsel to Loren Washburn in two matters: *Gordon, et al v. Jordan School District, et al*, 2:17-cv-00677-HCN, a civil rights action litigated in the United States District Court for the District of Utah, and in *Roxanne Duennebeil, et al. v. Paramount Financial Services, et al,* Case No. 180903806, a securities fraud case litigated in the Third District Court in Salt Lake City, Utah. I also served as opposing counsel to Brennan Moss in the *Duennebeil* matter.

5.  It is my understanding that Mr. Loren Washburn has been practicing law for more than 23 years.

6.  It is my understanding that Mr. Moss has been practicing law for more than 21 years.

7.  It is my understanding that Mr. Parkinson has been practicing law for 16 years.

8.  It is my understanding that Mr. Shule Washburn has been practicing law for 10 years.

9.  Through my work as opposing counsel in these cases, I had the opportunity to directly observe the litigation skills, professional judgment, written advocacy, and courtroom performance of Mr. Washburn and Mr. Moss.

10. Based on these professional interactions, I am familiar with their experience, the quality of their work, and their qualifications for handling civil rights litigation and complex litigation matters generally.

11.     The *Gordon v. Jordan School District* involved federal civil rights claims, including allegations that my clients had violated the plaintiffs' Constitutional Equal Protection rights under §1983. Based on this case and other similar litigation I have handled in the past I am familiar with the level of legal skill, preparation, and subject-matter expertise necessary to defend a civil rights lawsuit in federal court.

12.     Based on my observations and experience, it is my opinion that Mr. Washburn and Mr. Moss are experienced attorneys who possess the qualifications and expertise necessary to perform the type of work involved in this matter. Specifically, having tried a Section 1983 case against Mr. Washburn it is my opinion that he is familiar with the law in such matters and has the requisite experience and skill necessary to handle complex civil rights claims.

13.     I was provided copies of the client invoices sent by the law firm of Parkinson Benson and Potter to its clients, Kim Coleman, Robert Axson, and Chris Null, which I have reviewed.

14.     Based on my experience in handling civil litigation and specifically civil rights litigation in federal court, it is my opinion that the amount of time spent and the amount billed in the invoices I reviewed are reasonable given the extent of the work, the motions filed, the skill required and the outcome achieved by Parkinson Benson and Potter.

15.     It is further my opinion that their hourly billing rate of $650 per hour for Mr. Washburn and Mr. Moss, $490 for Mr. Parkinson, and $400 for Mr. Shule Washburn are reasonable rates in the Utah legal market for attorneys performing complex civil rights and comparable federal litigation work, particularly given the level of expertise required and the difficulty of the work involved.

16. I provide this declaration to assist the Court in evaluating the reasonableness of the attorney's fees requested in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of February, 2026.

                                              */s/ D. Craig Parry*
                                              D. Craig Parry