D. Loren Washburn (10993)
Brennan H. Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Road, Ste. H-107
Park City, Utah 84098
Telephone: (415) 534-7970
Email:  loren@pbp.law
        brennan@pbp.law
        cliff@pbp.law

*Attorneys for Defendants Kim Coleman,*
*Robert Axson, and Chris Null*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACIE HALVORSEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SPENCER COX, et al.,<br><br>Defendants. | **OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEY FEES [ECF 156] AS MOOT**<br><br>Case No. 2:25-cv-00909-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

Come now Defendants Chris Null, Robert Axson and Kim Coleman (the "**URP Defendants**") through undersigned counsel and file this Opposition to the relief sought in Plaintiffs' Ex Parte Motion For Extension Of Time To Respond To Defendants' Motion For Attorney Fees (the "**Motion**"). (ECF 156)

On March 2, 2026, the URP Defendants filed their Motion for Attorney's Fees and for

Sanctions. (ECF 146). On March 13, 2026[1] Plaintiffs sent an email to the Court and URP Defendants' counsel containing a proposed order, but not the Motion.[2] Plaintiffs did not contact counsel for URP Defendants prior to filing the Motion to ask what URP Defendants' position would be on an extension.[3] In the Motion, Plaintiffs asked the Court to extend their deadline to file a response to URP Defendants' fee motion until April 16.

On March 17, before URP Defendants could file a non-opposition, as they planned to, or the Court could act on Plaintiffs' Motion, the Plaintiffs filed their Response In Opposition To Party Officials' Motion For Attorney Fees (ECF 158)("Response").

Because Plaintiffs have filed their Response, their Motion seeking an extension of time to file the Response is now moot. Therefore, URP Defendants request that the Court deny Plaintiffs' Motion as moot.

DATED the 18th day of March, 2026.

**PARKINSON BENSON POTTER**

*/s/ D. Loren Washburn*
D. Loren Washburn
Brennan H. Moss
Clifford B. Parkinson

*Attorneys for Defendants Kim Coleman,*
*Robert Axson, and Chris Null*

---

[1] The Motion was first shown on the official court docket, and URP Defendants first saw the Motion, on March 17, 2026 at 8:25 am.

[2] Apparently Plaintiffs had emailed the motion, ex parte, to the Court earlier in the day, but URP Defendants' counsel was not copied on that email.

[3] URP Defendants would have stipulated to the 30-day extension sought in the Motion as a routine matter of professional courtesy, had Plaintiffs asked.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 18, 2026, the foregoing, OPPOSITION TO

DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO

DEFENDANTS' MOTION FOR ATTORNEY FEES was filed using the Court's electronic

filing system, which gave notice to all counsel of record and to the pro se plaintiffs.

*/s/ D. Loren Washburn*_____
D. Loren Washburn
