D. Loren Washburn (10993)
Brennan H. Moss (10267)
Clifford B. Parkinson (13327)
**PARKINSON BENSON POTTER**
2750 Rasmussen Road, Ste. H-107
Park City, Utah 84098
Telephone: (415) 534-7970
Email:  loren@pbp.law
          brennan@pbp.law
          cliff@pbp.law

*Attorneys for Defendants Kim Coleman,*
*Robert Axson, and Chris Null*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TRACIE HALVORSEN, et al<br><br>    Plaintiffs,<br><br>v.<br><br>SPENCER COX, et al.,<br><br>    Defendants. | **OPPOSITION TO EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEY FEES FOR PLAINTIFFS INMAN, WICKIZER, AND NEWBY [ECF 157] AS MOOT**<br><br>Case No. 2:25-cv-00909-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

Come now Defendants Chris Null, Robert Axson and Kim Coleman (the "**URP**

**Defendants**") through undersigned counsel and file this Opposition to Plaintiffs' Ex Parte

Motion For Extension Of Time To Respond To Defendants' Motion For Attorney Fees For

Plaintiffs Inman, Wickizer, And Newby (the "**Motion**").[1] (ECF 157)

---

[1] On the Court's docket the Motion is fashioned as a request for an extension of time to file a response to the State Defendant's motion seeking attorney's fees (ECF 152). However, the text

On March 2, 2026, the URP Defendants filed their Motion for Attorney's Fees and for Sanctions. (ECF 146). On Sunday, March 15, 2026, the day before Plaintiffs response to URP Defendants' fee motion was due, Plaintiff Halvorsen sent an email to the Clerk's Office, Chambers, and URP Defendants' counsel, among others, containing a copy of the Motion and a proposed order. Presumably because it was emailed to the clerk's office rather than filed through the ordinary ECF channels, the Motion was treated as filed on March 16, but was not entered on the Court's electronic docket until March 17 at 8:52 am. Plaintiffs did not contact counsel for URP Defendants prior to filing the Motion to ask what URP Defendants' position would be on an extension.[2] In the Motion, Plaintiffs Inman, Newby, and Wickizer asked the Court to extend their deadline to file a response to URP Defendants' fee motion until May 15.

On March 17, approximately three hours after their Motion was docketed but before URP Defendants could file a response to Plaintiffs' Motion or the Court could act on it, the Plaintiffs filed their Response In Opposition To Party Officials' Motion For Attorney Fees (ECF 158)("**Response**"). The Response is signed by all the Plaintiffs, including Plaintiff Wickizer, Newby, and Inman.

Because Plaintiffs Wickizer, Newby and Inman have filed their Response, their Motion seeking an extension of time to file the Response is now moot.[3] Therefore, URP Defendants

---

of the Motion refers to the date the URP Defendants filed their motion seeking attorney's fees and the Motion appears to be more appropriately understood as seeking an extension of time to respond to the URP Defendants' motion for attorney's fees (ECF 146).

[2] URP Defendants would have stipulated to a 30-day extension, but would have opposed the 60 days Plaintiffs Wickizer, Newby, and Inman were seeking without some showing of specific need for such a lengthy extension.

[3] In the Response, Plaintiffs ask, among other things, for the Court to "[r]ecognize and preserve Plaintiffs Inman, Newby, and Wickizer's pending Ex Parte Motion for a 60-Day Extension of Time to Respond to URP Defendants' Fee Motion, and clarify that this joint filing does not

1

request that the Court deny Plaintiffs' Motion as moot.

DATED the 18th day of March, 2026.

PARKINSON BENSON POTTER

/s/ D. Loren Washburn
D. Loren Washburn
Brennan H. Moss
Clifford B. Parkinson

*Attorneys for Defendants Kim Coleman,
Robert Axson, and Chris Null*

---

waive, moot, or undermine that request." ECF 158 at 16. In essence, Plaintiffs are simply asking in their Response to be allowed to file an additional response. This odd request is not contemplated under the Federal Rules and should not be allowed.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, the foregoing, OPPOSITION TO

DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO

DEFENDANTS' MOTION FOR ATTORNEY FEES was filed using the Court's electronic

filing system, which gave notice to all counsel of record and to the pro se plaintiffs.

*/s/ D. Loren Washburn*
D. Loren Washburn
