# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| TRACIE HALVORSEN, et al., | ORDER |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-00909-HCN |
| SPENCER COX as an individual and official capacity, et al., | District Judge Howard C. Nielson, Jr. |
| Defendants. | Magistrate Judge Jared C. Bennett |

Before the court is Plaintiffs Nancy Inman, Wayne Wickizer, and Daniel Newby's (collectively, "Movants") unopposed motion for an extension of the deadlines to file their: (1) opposition to the State and Legislative Defendants' motion for attorney fees; (2) reply to the URP Defendants' opposition to Plaintiffs' motion to stay; and (3) reply to the State and Legislative Defendants' opposition to Plaintiffs' motion to stay.[1] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS:

1.      The deadline for Movants' opposition to the State and Legislative Defendants' motion for attorney fees is extended to May 11, 2026.

2.      The deadline for Movants' reply to the URP Defendants' opposition to Plaintiffs' motion to stay is extended to May 13, 2026.

---

[1] ECF No. 173.

3.      The deadline for Movants' reply to the State and Legislative Defendants'

opposition to Plaintiffs' motion to stay is extended to May 14, 2026.

IT IS SO ORDERED.

DATED this 29th day of April 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge