Jeffrey B. Teichert (Utah Bar No. 7000)
FREEMAN LOVELL, PLLC
9980 South 300 West, Suite 200
Sandy, Utah 84070
Office: (385) 355-4826
Email: jeff.teichert@freemanlovell.com
*Attorney for Plaintiffs*

---

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **TRACIE HALVORSEN, et al.,**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**SPENCER COX as an individual and official capacity, et al.,**<br><br>       **Defendants.** | **UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION FOR FEES**<br><br>Case No.: 2:25-cv-909-HCN<br><br>Judge: Howard C. Neilsen |

Pursuant to Fed. R. Civ. P. 6(b) and DUCivR 7-1 Wayne Wickizer, Daniel Newby, and Nancy Inman ("Movants") and the opposing parties, by and through their respective counsel, hereby stipulate and move the Court for an order extending the deadline for Movants to file responses to Motions for Attorney Fees.

In support of this Motion, the parties state:

1.      Moving Parties currently have the following deadline:

Response to Defendants' Motions for Fees: Currently due May 11, 2026.

2.      Counsel for Plaintiffs Newby, Inman and Wickizer sent email to Attorneys Loren Washburn and Anikka Hoidal the morning of May 11, 2026, requesting a four-day extension of time to file oppositions to Motions for Attorney Fees. Ms. Hoidal consented to this motion. Mr. Washburn has not replied to the email and thus has not opposed the motion. (Mr. Washburn had

previously indicated that he was not concerned about granting extensions on this motion because they were not holding up the progress of the case.)

3.      This extension is necessary because counsel believed in good faith that settlement was possible and received the most recent reply to a settlement proposal only two business days before filing this motion.

4.      This request is made in good faith, with the attempt to gain consent of all parties, and not for the purpose of undue delay. No party will be prejudiced by this extension.

5.      The identified Plaintiffs propose the following new deadline for their Opposition to the Motions for Fees:

Response for Motions for Fees:      Friday, May 15, 2026

WHEREFORE, the parties respectfully request that the Court enter the attached Proposed Order granting this Stipulated Motion.

DATED this 11th day of May 2026.

FREEMAN LOVELL, PLLC

Jeffrey B. Teichert
*Attorney for Movants*

2

## STATEMENT OF CONSENT

I certify that I have attempted to confer with Loren Washburn, counsel for the Utah Republican Party Defendants, and have conferred with Anikka Hoidal, counsel for the State and Legislative Defendants. Ms. Hoidal has authorized me to state that she consents to the relief requested in this motion and to the filing of this Stipulated Motion. Mr. Washburn has not responded to the email requesting the extension and thus has not registered any opposition.

DATED this 11th day of May 2026.

FREEMAN LOVELL, PLLC

Jeffrey B. Teichert
*Attorney for Movants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May 2026, I caused a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION to be served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the following:

Jason Dupree
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 977-8940
jndupree@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Scott *Cheney*
*Office of the Utah Attorney General*
*PO Box 140856*
*Salt Lake City, Utah 84114-0856*
*(385) 977-4858*
scheney@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

David Wolf
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 441-5084
dnwolf@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Anikka Hoidal
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 272-3951
ahoidal@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Stacy R. Haacke
Office of General Counsel
Administrative Office of the Courts
PO Box 140241
Salt Lake City, Utah 84114-0241
(801) 214-5805
stacyh@utcourts.gov
*Attorney for Chief Justice Matthew Durrant*

John R. Richardson
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Johnny.richardson@dentons.com
*Attorney for Brian McKenzie*

R. Blake Hamilton
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Blake.hamilton@detons.com
*Attorney for Brian McKenzie*

Janise K. Macanas
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Janise.macanas@dentons.com
*Attorney for Brian McKenzie*

4

Alan R. Houston
Office of Legislative Research and General
Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
ahouston@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz,
and Adams*

Christine R. Gilbert
Office of Legislative Research and General
Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
cgilbert@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz,
and Adams*

Victoria S. Ashby
Office of Legislative Research and General
Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
vashby@le.utah.gov
*Attorney Bramble, McCay, Durrant, Schultz,
and Adams*

D. Loren Washburn
2750 Rasmussen Rd., Suite H-107
Park city, Utah 84098
loren@pbp.law
*Attorney for Axson, Coleman, and Null.*

I further certify that the following parties were sent this document via email:

/s/ Tracie Halvorsen
TRACIE HALVORSEN
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

/s/ STEVEN HUBER
STEVEN HUBER
138 East 12300 South, C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

DATED this 11th day of May 2026.

FREEMAN LOVELL, PLLC

Jeffrey B. Teichert
*Attorney for Movants*

5