Jeffrey B. Teichert (Utah Bar No. 7000)
FREEMAN LOVELL, PLLC
9980 South 300 West, Suite 200
Sandy, Utah 84070
Office: (385) 355-4826
Email: jeff.teichert@freemanlovell.com
*Attorney for Plaintiffs Wickizer, Newby and Inman*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **TRACIE HALVORSEN, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SPENCER COX as an individual and official capacity, et al.,**<br><br>**Defendants.** | **DECLARATION OF WAYNE WICKIZER IN OPPOSITION TO URP DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Case No.: 2:25-cv-909-HCN<br><br>Judge: Howard C. Neilsen |

I,       Wayne Wickizer, declare as follows:

1.       I am Wayne Wickizer, a Plaintiff in the above-entitled action and a citizen of Utah and the United States.

2.       I am 89 years of age and make this declaration based upon my own personal knowledge, and if called as a witness, I am competent to testify to the following facts.

3.       I am a 100% service-disabled veteran of the United States Armed Forces on the Ionization Radiation Registry (IRR) for having been exposed to  upper atmosphere Soviet nuclear fallout over North Asia.  I am also a retired Green Beret.  I am diagnosed with advanced Stage-4 kidney disease and had two recent heart attacks in August 2025 and September 2025. I currently live in Utah.

4.      I live on a fixed and limited income and do not have the financial resources to satisfy a judgment for attorney fees.

5.      I participated in the 2024 election as an unaffiliated voter. I exercised my First and Fourteenth Amendment rights to express my political preferences by supporting Phil Lyman's write-in campaign.

6.      At the best of my recollection, I joined this lawsuit at the invitation of Tracie Halvorsen. I trusted her representations because I believed she possessed the legal expertise to navigate these complex issues.

7.      I believed that the "signature-gathering" path to the ballot was an unconstitutional "pay-to-play" system that diluted the power of my vote.

8.      I did not join this case to harass public servants or to cause "20 pounds of documents" to be generated for the purpose of running up legal fees. I was not involved in those other cases or other actions or statements mentioned in the Motion for Attorney Fees.

9.      I was never informed that my participation as a *pro se* plaintiff carried the risk of being held responsible for the Defendants' attorney fees.

10.     Had I known that this litigation could result in a financial liability that would destroy my financial future, I never would have allowed my name to be attached to the Complaint.

11.     I do not have the legal training to understand the "incredible complexity" of standing or ripeness doctrines or the cases relating to the right of association. I relied on the good faith of the organizers of this case to ensure the case was properly structured. I thought my purpose was to lend my name and support.

12.     Upon retaining my counsel and learning that the probability of success was remote under existing precedent, I immediately asked my counsel to do what he could to extricate me from the case.

13.     On the date this declaration is signed, I have withdrawn my Notice of Appeal, and I am no longer supporting any party in continuing this case nor asking to be involved in it in any way. I do not intend to be part of any further legal action related to the issues of this case.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF UTAH THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 15th day of May 2026.


_____
Wayne L. Wickizer

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 15th day of May 2026, I caused a true and correct copy of the foregoing **DECLARATION OF WAYNE WICKIZER IN OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES** to be served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the following:

Jason Dupree
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 977-8940
jndupree@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Scott *Cheney*
*Office of the Utah Attorney General*
*PO Box 140856*
*Salt Lake City, Utah 84114-0856*
*(385) 977-4858*
scheney@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

David Wolf
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 441-5084
dnwolf@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Anikka Hoidal
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 272-3951
ahoidal@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Stacy R. Haacke
Office of General Counsel
Administrative Office of the Courts
PO Box 140241
Salt Lake City, Utah 84114-0241
(801) 214-5805
stacyh@utcourts.gov
*Attorney for Chief Justice Matthew Durrant*

John R. Richardson
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Johnny.richardson@dentons.com
*Attorney for Brian McKenzie*

R. Blake Hamilton
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Blake.hamilton@detons.com
*Attorney for Brian McKenzie*

Janise K. Macanas
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Janise.macanas@dentons.com
*Attorney for Brian McKenzie*

Alan R. Houston

Christine R. Gilbert

4

Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
ahouston@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
cgilbert@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

Victoria S. Ashby
Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
vashby@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

D. Loren Washburn
2750 Rasmussen Rd., Suite H-107
Park City, Utah 84098
loren@pbp.law
*Attorney for Axson, Coleman, and Null.*

I further certify that the following parties were sent this document via email:

/s/ Tracie Halvorsen
TRACIE HALVORSEN
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

/s/ STEVEN HUBER
STEVEN HUBER
138 East 12300 South, C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

DATED this 15th day of May 2026.

FREEMAN LOVELL, PLLC

Jeffrey B. Teichert
*Attorney for Plaintiffs Wickizer, Newby and
Inman*

5