Jeffrey B. Teichert (Utah Bar No. 7000)
FREEMAN LOVELL, PLLC
9980 South 300 West, Suite 200
Sandy, Utah 84070
Office: (385) 355-4826
Email: jeff.teichert@freemanlovell.com
*Attorney for Plaintiffs Wickizer, Newby and Inman*

---

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **TRACIE HALVORSEN, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SPENCER COX as an individual and official capacity, et al.,**<br><br>**Defendants.** | **DECLARATION OF NANCY INMAN IN OPPOSITION TO URP DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Case No.: 2:25-cv-909-HCN<br><br>Judge: Howard C. Neilsen |

I,      Nancy Inman, declare as follows:

1.      I am a Plaintiff in the above-entitled action and a citizen of Utah and the United States.

2.      I am 69 years old and make this declaration based upon my own personal knowledge, and if called as a witness, I am competent to testify to the following facts.

3.      I am a member of the Utah Republican Party ("URP") and an active participant in the party's grassroots processes.

4.      On March 5, 2024, I participated in the URP caucus where I helped elect precinct chairs and delegates to represent my precinct in the state's nominating convention.

5.      I joined this litigation because I sincerely believed the certification of candidates who bypassed the convention-only process through signature-gathering rendered my caucus participation and the votes of my elected delegates meaningless.

6.      I am currently disabled and live on disability payments. I subsist on a limited, fixed income and do not have the financial means to pay the attorney fees requested by the Defendants.

7.      I relied on Tracie Halvorsen's representations regarding the legal merits of this case because she appeared to be knowledgeable about Utah's election laws and the Constitution.

8.      I was never informed that by lending my name to this lawsuit as a *pro se* plaintiff, I was exposing myself to a potential financial liability that could destroy my financial future.

9.      Had I been aware of the risk of being held responsible for the Defendants' legal fees, I never would have participated in this suit.

10.     I did not participate in the legal research, the drafting of pleadings, or any of the tactical decisions that resulted in the "20 pounds of documents" or social media posts mentioned in the Defendants' motion. All I wanted was to lend my support to having fairer elections.

11.     My belief in the case was grounded in a sincere desire to protect the integrity of the URP's internal procedures as protected by Utah Code § 20A-9-401(2).

2

12.    When this case was dismissed early in the litigation, I began asking questions and hired my current counsel to evaluate it and try to help me extricate myself from the case.

13.    Upon learning from my current counsel that the strategy of this case ultimately relied on an improbable outcome in the Tenth Circuit, I immediately sought to end my participation.

14.    I have instructed my counsel to withdraw my appeal, and I am no longer supporting the continuation of this litigation in any way.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES AND THE STATE OF UTAH THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 15th day of May 2026.


                                        /s/ Nancy J. Inman
                                        Nancy J. Inman

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May 2026, I caused a true and correct copy of the foregoing **DECLARATION OF NANCY INMAN IN OPPOSITION TO URP DEFENDANTS' MOTION FOR ATTORNEY FEES** to be served upon all counsel of record via the Court's CM/ECF system, which will send notification of such filing to the following:

Jason Dupree
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 977-8940
jndupree@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Scott *Cheney*
*Office of the Utah Attorney General*
*PO Box 140856*
*Salt Lake City, Utah 84114-0856*
*(385) 977-4858*
scheney@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

David Wolf
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 441-5084
dnwolf@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Anikka Hoidal
Office of the Utah Attorney General
PO Box 140856
Salt Lake City, Utah 84114-0856
(385) 272-3951
ahoidal@agutah.gov
*Attorney for the State of Utah, Cox, Henderson, Bramble, McCay, Durrant, Schultz, and Adams*

Stacy R. Haacke
Office of General Counsel
Administrative Office of the Courts
PO Box 140241
Salt Lake City, Utah 84114-0241
(801) 214-5805
stacyh@utcourts.gov
*Attorney for Chief Justice Matthew Durrant*

John R. Richardson
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Johnny.richardson@dentons.com
*Attorney for Brian McKenzie*

R. Blake Hamilton
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Blake.hamilton@detons.com
*Attorney for Brian McKenzie*

Janise K. Macanas
111 S. Main Street, Suite 2400
Salt Lake City, Utah 84111
Janise.macanas@dentons.com
*Attorney for Brian McKenzie*

Alan R. Houston

Christine R. Gilbert

4

Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
ahouston@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

Victoria S. Ashby
Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
vashby@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

Office of Legislative Research and
General Counsel
Utah State Capitol Complex
House Building, Suite W210
Salt Lake City, Utah 84114-5210
cgilbert@le.utah.gov
*Attorney Bramble, McCay, Durrant,
Schultz, and Adams*

D. Loren Washburn
2750 Rasmussen Rd., Suite H-107
Park City, Utah 84098
loren@pbp.law
*Attorney for Axson, Coleman, and Null.*

I further certify that the following parties were sent this document via email:

/s/ Tracie Halvorsen
TRACIE HALVORSEN
138 East 12300 South
C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

/s/ STEVEN HUBER
STEVEN HUBER
138 East 12300 South, C275
Draper, Utah 84020
801-688-3594
traciehalvorsen@outlook.com
Plaintiff Pro Se

DATED this 15th day of May 2026.

FREEMAN LOVELL, PLLC

Jeffrey B. Teichert
*Attorney for Plaintiffs Wickizer, Newby and
Inman*

5